COHEN-JOHNSON, LLC
  H. Stan Johnson, Esq.
  (sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone :     (702) 823-3500
Facsimile :     (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (*Pro Hac Vice application to be filed*)
  (shonmorgan@quinnemanuel.com)
  John W. Baumann (*Pro Hac Vice application to be filed*)
  (jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  Cristina Henriquez (*Pro Hac Vice application to be filed*)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5000

Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02292<br><br>**RENEWED STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to L.R. I.A 6-1, 6-2, and 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, all Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to answer or otherwise respond to Plaintiffs' complaint to February 10, 2021.

The requested extension is necessary for Defendants' counsel to prepare a responsive pleading. Defendants were served with the complaint immediately before the Christmas and New Year holidays and required time to obtain local counsel in the District of Nevada. Additionally, this is one of three currently-pending class action lawsuits filed against defendants based on the same underlying factual allegations, for which defendants must prepare responsive pleadings. *See Callahan v. Ancestry.com, Inc.*, Case No. 3:20-cv-08437-LB (N.D. Cal.); *Bonilla v. Ancestry.com, Inc.*, Case No. 1:20-cv-07390 (N.D. Ill.). Further, due to the complexity of the legal issues involved, defendants require additional time to prepare a responsive pleading. Accordingly, good cause exists for the requested 30-day extension of the response deadline.

This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' complaint and is sought in good faith and not for purposes of causing any undue delay.

By entering into this Stipulation, none of the parties waive any rights.

DATED this 12th day of January, 2021

| KNEPPER & CLARK LLC | COHEN-JOHNSON, LLC |
|---|---|
| By: */s/ Miles N. Clark* | By */s/ H. Stan Johnson* |
| Miles N. Clark | H. Stan Johnson, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 0265 |
| 5510 So. Fort Apache Rd., Suite 30 | 375 E. Warm Springs Road, Suite 104 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89119 |

## ORDER

**IT IS SO ORDERED**

**DATED:** 2:38 pm, January 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**