Miles N. Clark, Esq.
Nevada Bar No. 13848
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: Miles.Clark@knepperclark.com

Michael F. Ram (*pro hac vice*)
Marie N. Appel (*pro hac vice*)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500 San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*pro hac vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**<br><br>**FIRST REQUEST**<br><br>Complaint filed:  Dec. 17, 2020 |

Plaintiffs ANTHONY SESSA and MARK SESSA ("Plaintiffs"), by and through their counsel of record; and Defendants ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC ("Ancestry"), by and through their counsel of record; have agreed and stipulated to the following:

1.     On December 17, 2020, Plaintiffs filed a Class Action Complaint. [ECF Dkt. 1]

2.     On February 10, 2021, Defendants filed a Motion to Dismiss and Motion to Strike. [ECF Dkt. 19]

3.     Plaintiff's Opposition is due February 24, 2021.

Because of competing obligations in a number of matters, Plaintiffs need additional time to prepare their Opposition to Ancestry's Motion to Dismiss and Motion to Strike. Plaintiffs and Ancestry have agreed to extend Plaintiffs' time to file their Opposition by two weeks.  Plaintiff and Ancestry hereby respectfully request this Court grant this motion and enter the attached Order extending the deadline for Plaintiffs to file an opposition to Ancestry's Motion to Dismiss and Motion to Strike until **March 10, 2021**.

//

//

//

//

//

//

//

//

//

//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

1    This stipulation is made in good faith, is not interposed for delay, and is not filed for an

2    improper purpose.

3    **IT IS SO STIPULATED.**
     Dated February 16, 2021

4

| KNEPPER & CLARK LLC | COHEN-JOHNSON, LLC |
|---|---|
| /s/ *Miles N. Clark* | /s/ *H. Stan Johnson* |
| Matthew I. Knepper, Esq., SBN 12796 | H. Stan Johnson, Esq. |
| Miles N. Clark, Esq., SBN 13848 | Nevada Bar No. 0265 |
| 5510 So. Fort Apache Rd, Suite 30 | 375 E. Warm Springs Road, Suite 104 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89119 |
| Email: | |
| matthew.knepper@knepperclark.com | QUINN   EMANUEL   URQUHART   & |
| Email: miles.clark@knepperclark.com | SULLIVAN, LLP |
| | Shon Morgan (*pro hac vice*) |
| Michael F. Ram (*pro hac vice*) | (shonmorgan@quinnemanuel.com) |
| Marie N. Appel (*pro hac vice*) | John W. Baumann (*pro hac vice*) |
| MORGAN & MORGAN COMPLEX | (jackbaumann@quinnemanuel.com) |
| LITIGATION GROUP | 865 South Figueroa Street, 10th Floor |
| 711 Van Ness Avenue, Suite 500 San | Los Angeles, California 90017 |
| Francisco, CA 94102 | Telephone: (213) 443-3000 |
| Telephone: (415) 358-6913 | Facsimile: (213) 443-3100 |
| Facsimile: (415) 358-6293 | |
| Email: MRam@forthepeople.com | Cristina Henriquez (*pro hac vice*) |
| Email: MAppel@forthepeople.com | (cristinahenriquez@quinnemanuel.com) |
| | 555 Twin Dolphin Drive, 5th Floor |
| Benjamin R. Osborn (*pro hac vice*) | Redwood Shores, California 94065 |
| 102 Bergen Street Brooklyn, NY 11201 | Telephone: (650) 801-5000 |
| Telephone: (347) 645-0464 | Facsimile: (650) 801-5000 |
| Email: Ben@benosbornlaw.com | |
| | *Counsel for Defendants Ancestry.com Operations* |
| *Counsel for Plaintiffs* | *Inc., Ancestry.com Inc., and Ancestry.com LLC* |

## ORDER GRANTING

## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO

## MOTION TO DISMISS AND MOTION TO STRIKE

**IT IS SO ORDERED**

Dated this 16 day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430