COHEN-JOHNSON, LLC
  H. Stan Johnson, Esq.
  (sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone:    (702) 823-3500
Facsimile:    (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (*Pro Hac Vice forthcoming*)
  (shonmorgan@quinnemanuel.com)
  John W. Baumann (*Pro Hac Vice application pending*)
  (jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Cristina Henriquez (*Pro Hac Vice*)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5000

Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

Defendants Ancestry.com Operations Inc., Ancestry.com, Inc., and Ancestry.com LLC (collectively, "Ancestry"), by and through their undersigned attorneys, hereby give notice that they are appealing this Court's September 16 Order, ECF No. 36, to the extent it denies Ancestry's anti-SLAPP Motion to Strike. The appeal is made to the United States Court of Appeals for the Ninth Circuit. A copy of the Order is attached as Exhibit 1.

Pursuant to Ninth Circuit Rule 3-2, and in compliance with Rule 12(b) of the Federal Rules of Appellate Procedure, a Representation Statement identifying all parties to the action and contact information of their counsel is attached as Exhibit 2.

DATED this 30th day of September, 2021    Respectfully submitted,

COHEN-JOHNSON, LLC

By  */s/ H. Stan Johnson*
H. Stan Johnson, Esq.
Nevada Bar No. 0265
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119

Attorneys for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)(2)(E), I hereby certify that on this day, I caused a true and correct copy of the foregoing **NOTICE OF APPEAL** to be served via the Court's electronic system on all registered and active parties.

DATED this 30th day of September 2021.

/s/ Sarah Gondek
**COHEN-JOHNSON, LLC**