COHEN-JOHNSON, LLC
  H. Stan Johnson, Esq.
  (sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone:    (702) 823-3500
Facsimile:     (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (*Pro Hac Vice forthcoming*)
  (shonmorgan@quinnemanuel.com)
  John W. Baumann (*Pro Hac Vice application pending*)
  (jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

  Cristina Henriquez (*Pro Hac Vice*)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5000

Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**DEFENDANTS' MOTION TO LIFT STAY** |

On January 18, 2022, this Court stayed proceedings and discovery in this action pending resolution of the appeals in *Callahan v. Ancestry.com, Inc.*, Case No. 21-16161 (9th Cir.) and *Sessa v. Ancestry.com, Inc.*, Case No. 21-16618. ECF No. 50. Both appeals have been voluntarily dismissed. *Callahan*, Case No. 21-16161 (9th Cir.), ECF No. 29; *Sessa*, Case No. 21-16618, ECF No. 31.

Thus, defendants Ancestry.com Operations Inc., Ancestry.com, Inc., and Ancestry.com LLC, by and through their undersigned attorneys, hereby move this Court to lift the stay.

DATED this 14th day of April, 2022          Respectfully submitted,

COHEN-JOHNSON, LLC

By     */s/ H. Stan Johnson*
H. Stan Johnson, Esq.
Nevada Bar No. 0265
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119

Attorneys for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC

-1-
DEFENDANTS' MOTION TO LIFT STAY

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)(2)(E), I hereby certify that on this day, I caused a true and correct copy of the foregoing to be served via the Court's electronic system on all registered and active parties.

DATED this 14th day of April, 2022.

/s/ *Sarah Gondek*
**COHEN-JOHNSON, LLC**