## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY SESSA; MARK SESSA,

                      Plaintiffs-Appellees,

vs.

ANCESTRY.COM OPERATIONS INC.; et al.,

                      Defendants-Appellants.

District No.   2:20-cv-02292-GMN-BNW

U.S.C.A. No.   21-16618

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 4/14/22, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this   18   day of April, 2022.

                                                    Gloria M. Navarro
                                                  United States District Judge