Miles N. Clark, Esq.
Nevada Bar No. 13848
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: Miles.Clark@knepperclark.com

Michael F. Ram (*Pro Hac Vice*)
Marie N. Appel (*Pro Hac Vice*)
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
711 Van Ness Avenue, Suite 500 San
Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Counsel for Plaintiffs and the Proposed
Class*

COHEN-JOHNSON, LLC
H. Stan  Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Shon Morgan (*Pro Hac Vice*)
(shonmorgan@quinnemanuel.com)
John W. Baumann (*Pro Hac Vice*)
(jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Cristina Henriquez (*Pro Hac Vice*)
(cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

Attorneys for ANCESTRY.COM
OPERATIONS INC., ANCESTRY.COM
INC., and ANCESTRY.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company, <br> Defendants. | Case No.: 2:20-cv-02292-GMN-BNW <br><br> **JOINT STIPULATION FOR ORDER APPROVING PROPOSED CASE DEADLINES AND [PROPOSED] ORDER** <br><br> Complaint filed:  Dec. 17, 2020 |

Plaintiffs Mark and Anthony Sessa and defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC, by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on May 18, 2022, the Court approved the parties' Amended Joint Discovery Plan, (ECF No. 58);

WHEREAS, the Court ordered the parties to file a stipulation enumerating the deadlines discussed in that Amended Joint Discovery Plan, (ECF No. 62);

WHEREAS, in compliance with the Court's Order, the below table enumerates the agreed and approved deadlines discussed in the parties' Amended Joint Discovery Plan, (ECF No. 58);

WHEREAS, the below table also proposes an agreed-upon briefing schedule for plaintiff's motion to certify a class;

| Event | Date of Deadline |
| --- | --- |
| Last Day to Serve Initial Disclosures | Completed |
| Last Day to Move to Amend Pleadings | July 27, 2022 |
| Last Day to Move to Add Parties | July 27, 2022 |
| Close of Fact Discovery | October 25, 2022 (180 days) |
| Last Day to Move to Certify Class | November 29, 2022 |
| Last Day to Oppose Motion to Certify Class | January 10, 2023 (six weeks after motion) |
| Last Day to File Reply Supporting Motion to Certify Class | February 7, 2023 |
| Last Day to Make Merits Expert Disclosures | 30 days after decision on class certification |
| Last Day to Make Responsive Expert Disclosures | 60 days after decision on class certification |
| Last Day to File Dispositive Motions | 90 days after decision on class certification |
| Last Day to File Proposed Joint Pretrial Order | 30 days after deadline to file dispositive motions, or 30 days after a decision on any filed dispositive motions, whichever is later |

1   WHEREFORE, in compliance with the Court's Order, the parties hereby seek an Order of

2   this Court entering the schedule enumerated above.

3   IT IS SO STIPULATED.                          DATED this 20th day of May, 2022

| KNEPPER & CLARK LLC | COHEN-JOHNSON, LLC |
|---|---|
| /s/ *Miles N. Clark* | /s/ *H. Stan Johnson* |
| Miles N. Clark, Esq., SBN 13848 | H. Stan Johnson, Esq. (SBN: 0265) |
| miles.clark@knepperclark.com | sjohnson@cohenjohnson.com |
| Matthew I. Knepper, Esq., SBN 12796 | 375 E. Warm Springs Road, Suite 104 |
| matthew.knepper@knepperclark.com | Las Vegas, Nevada 89119 |
| Shaina R. Plaksin, Esq., SBN 13935 | |
| shaina.plaksin@knepperclark.com | *Counsel for Defendants Ancestry.com* |
| 5510 So. Fort Apache Rd, Suite 30 | *Operations Inc., Ancestry.com Inc., and* |
| Las Vegas, NV 89148 | *Ancestry.com LLC* |
| *Counsel for Plaintiffs and the Proposed Class* | |

## ORDER

**IT IS SO ORDERED.**

_____
Hon. Brenda Weksler
UNITED STATES MAGISTRATE JUDGE

DATED: _____May 23, 2022_____