Miles N. Clark, Esq.
Nevada Bar No. 13848
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: Miles.Clark@knepperclark.com

Michael F. Ram (*Pro Hac Vice*)
Marie N. Appel (*Pro Hac Vice*)
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
711 Van Ness Avenue, Suite 500 San
Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Counsel for Plaintiffs*

COHEN-JOHNSON, LLC
H. Stan  Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Shon Morgan (*Pro Hac Vice*)
(shonmorgan@quinnemanuel.com)
John W. Baumann (*Pro Hac Vice*)
(jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Cristina Henriquez (*Pro Hac Vice*)
(cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

*Counsel for ANCESTRY.COM
OPERATIONS INC., ANCESTRY.COM INC.,
and ANCESTRY.COM LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br>    Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DISCOVERY DEADLINE AND [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)** |

1    Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 and 26-3 of the Local Rules of Practice for

2    the United States District Court for the District of Nevada, Plaintiffs Anthony Sessa and Mark

3    Sessa ("Plaintiffs") and Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and

4    Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their

5    undersigned counsel, hereby stipulate and agree to extend the close of fact discovery by three

6    weeks, to November 15, 2022, for the limited purpose of Ancestry completing its document

7    production consistent with the Court's order on Plaintiffs' motion to compel and for completing

8    the meet and confer process regarding Plaintiffs' responses to Ancestry's discovery requests

9    served on September 14, 2022.  The requested extension is necessary and there is good cause for

10   the extension, as set forth below.  This is the first request for an extension of the close of fact

11   discovery and is sought in good faith and not for purposes of causing any undue delay.  Indeed,

12   the limited extension of fact discovery sought will not impact any other deadline, including class

13   certification briefing.

14          WHEREAS, on May 16, 2022, the Court approved the parties' Amended Joint Discovery

15   Plan setting the close of fact discovery for October 25, 2022, (ECF Nos. 62, 64);

16          WHEREAS, on August 11, 2022, Plaintiffs filed a motion to compel Ancestry's responses

17   to requests for production, (ECF No. 74);

18          WHEREAS, Ancestry served its first set of requests for production and first set of

19   interrogatories to Plaintiffs on September 14, 2022;

20          WHEREAS, Plaintiffs' motion to compel was heard on September 27, 2022 and the Court

21   granted it in part and denied it in part (ECF No. 82);

22          WHEREAS, pursuant to the Court's order, Ancestry and Plaintiffs conferred regarding

23   custodians and search terms on October 21, 2022 and subsequently reached agreement on these

24   issues;

25          WHEREAS, Plaintiffs responded to Ancestry's first set of requests for production and first

26   set of interrogatories on October 14, 2022;

27

28
                                                    -2-

1    WHEREAS, Ancestry and Plaintiffs met and conferred regarding Plaintiffs' responses to

2    Ancestry's first set of requests for production and first set of interrogatories on October 20, 2022

3    and the parties continue to discuss these responses;

4    WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief limited extension

5    of the fact discovery deadline, because the parties have engaged in discovery in good faith but are

6    continuing to discuss their discovery responses and need further time to produce responsive

7    documents and information.  Ancestry has diligently sought to collect documents responsive to the

8    requests that the Court ruled Ancestry must respond to in its September 27, 2022 order.  Despite

9    efforts to comply with the Court's order expeditiously, Ancestry needs a brief extension of time to

10   complete this process.  In addition, Plaintiffs and Ancestry continue to discuss Plaintiffs' responses

11   to Ancestry's discovery requests.

12   WHEREAS, pursuant to L.R. 26-3, the parties provide the following information as to the

13   discovery that has been completed to date: (a) Ancestry served its initial disclosures on May 12,

14   2022, and Plaintiffs served their initial disclosures on May 17, 2022; (b) the deposition of Ancestry

15   employee Todd Godfrey in a 30(b)(6) and in his individual capacity was taken on October 5, 2022

16   and the depositions of Plaintiffs Mark and Anthony Sessa were taken on October 11, 2022; (c)

17   Ancestry made its first production of documents on July 29, 2022 and Plaintiffs made their first

18   production of documents on October 25, 2022; (d) Ancestry is serving its supplemental

19   interrogatory responses on October 25, 2022.

20   WHEREAS, Ancestry and Plaintiffs stipulate and agree, subject to the Court's approval,

21   to a fact discovery completion deadline of November 15, 2022.

22   WHEREFORE, the parties hereby seek an Order of this Court for a limited extension of

23   the close of fact discovery from October 25, 2022 to November 15, 2022.

24

25

26

27

28

1     IT IS SO STIPULATED.            DATED this 25th day of October, 2022

2

**TURKE & STRAUSS LLP**

3

/s/ *Raina C. Borrelli*

4

Raina C. Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com

5

613 Williamson St., Suite 201
Madison, WI 53703

6

Telephone: (608) 237-1775

7

*Counsel for Plaintiffs and the Proposed Class*

8

9

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ *Shon Morgan*

Shon Morgan (*Pro Hac Vice*)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC*

10

11                     **ORDER APPROVING STIPULATION**

12                           **IT IS SO ORDERED.**

13

14

15                         UNITED STATES MAGISTRATE JUDGE

16

17                     DATED:   October 26, 2022

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF CLOSE OF FACT DISCOVERY AND [PROPOSED] ORDER