Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER LITIGATION LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 660-4228
Email: matt@knepperlitigation.com

*Withdrawing Counsel for Plaintiffs*
*Anthony and Mark Sessa*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-02292-GMN-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Complaint filed December 17, 2020<br><br>Hon. Judge Gloria M. Navarro |

**TO: ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Matthew I. Knepper, Esq., is hereby disassociated from the law firm Knepper & Clark LLC now known as the Law Offices of Miles N. Clark, LLC in the above-entitled action and thus is no longer counsel of record for Plaintiffs Anthony Sessa and Mark Sessa ("Plaintiffs"). Accordingly, Mr. Knepper moves to be withdrawn as Plaintiff's counsel of record and from the service list for this case.

//

//

KNEPPER LITIGATION LLC
ATTORNEYS AT LAW
5502 S Fort Apache Road
Suite 200
Las Vegas, NV 89148
(702) 660-4228

Plaintiffs shall continue to be represented by Miles N. Clark, Esq. of the Law Offices of Miles N. Clark, LLC.

Respectfully Submitted on: November 4, 2022.

**KNEPPER LITIGATION LLC**

*/s/ Matthew I. Knepper*
Matthew I. Knepper, Esq.,
Nevada Bar No. 12796
5502 S. Fort Apache Road, Suite 200
Las Vegas, NV 89148
Email: matt@knepperlitigation.com

*Withdrawing Counsel for Plaintiffs Anthony and Mark Sessa*

## ORDER
**IT IS SO ORDERED**

**DATED:** 4:43 pm, November 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KNEPPER LITIGATION LLC
ATTORNEYS AT LAW
5502 S FORT APACHE ROAD
SUITE 200
LAS VEGAS, NV 89148
(702) 660-4228

2 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2022, I caused a true and accurate copy of the foregoing document **MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

/s/ *Lucille Chiusano*
An employee of KNEPPER LITIGATION LLC