Miles N. Clark, Esq.
Nevada Bar No. 13848
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: Miles.Clark@knepperclark.com

Michael F. Ram (*Pro Hac Vice*)
Marie N. Appel (*Pro Hac Vice*)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500 San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Counsel for Plaintiffs*

COHEN-JOHNSON, LLC
H. Stan Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (*Pro Hac Vice*)
(shonmorgan@quinnemanuel.com)
John W. Baumann (*Pro Hac Vice*)
(jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Cristina Henriquez (*Pro Hac Vice*)
(cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br>Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL (ECF NO. 94) AND [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)** |

1   Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, all plaintiffs Anthony Sessa and Mark Sessa ("Plaintiffs") and defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for filing an opposition to Plaintiffs' motion to compel (ECF No. 94), filed on November 11, 2022, by one week.  This is the first request for an extension of the briefing schedule for this motion, and is sought in good faith and not for purposes of causing any undue delay.

WHEREAS, Plaintiffs filed a motion to compel on November 11, 2022 (ECF No. 94);

WHEREAS, pursuant to the Local Rules of Practice for the United States District Court for the District of Nevada, the deadline to file an opposition is 14 days after the service of the motion, on November 25, 2022;

WHEREAS, pursuant to the Local Rules of Practice for the United States District Court for the District of Nevada, the deadline to file a reply is 7 days after service of the opposition;

WHEREAS, a hearing is set for the motion to compel on December 19, 2022 (ECF No. 94);

WHEREAS, the parties have met and conferred and hereby stipulate and agree, subject to the Court's approval, to an extension of one week for Ancestry to file an opposition, given that the Thanksgiving holiday is the day before the current opposition deadline;

WHEREAS, the parties agree that this does not affect the currently-scheduled December 19, 2022 hearing date;

WHEREFORE, the parties hereby seek an Order of this Court extending the deadline to file an opposition to Plaintiffs' motion to compel (ECF No. 94) by one week, to December 2, 2022, making any reply due by December 9, 2022.

|  |  |
|---|---|
| IT IS SO STIPULATED. | DATED this 17th Day of November, 2022 |
| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Miles N. Clark, Esq., SBN 13848<br>miles.clark@knepperclark.com<br>Matthew I. Knepper, Esq., SBN 12796<br>matthew.knepper@knepperclark.com<br>Shaina R. Plaksin, Esq., SBN 13935<br>shaina.plaksin@knepperclark.com<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br><br>*Counsel for Plaintiffs and the Proposed Class* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>/s/ *Shon Morgan*<br>Shon Morgan (*Pro Hac Vice*)<br>shonmorgan@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC* |

## ORDER APPROVING STIPULATION

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2022

-3-
JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINE TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND [PROPOSED] ORDER