COHEN-JOHNSON, LLC
  H. Stan Johnson, Esq. (SBN: 0265)
  (sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-2500
Facsimile: (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (*Pro Hac Vice*)
  shonmorgan@quinnemanuel.com
  Jack Baumann (*Pro Hac Vice*)
  jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Cristina Henriquez (*Pro Hac Vice*)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

*Attorneys for Defendants*
ANCESTRY.COM OPERATIONS INC.,
ANCESTRY.COM INC., and ANCESTRY.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-02292<br><br>**DECLARATION OF TODD GODFREY IN SUPPORT OF ANCESTRY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

# DECLARATION OF TODD GODFREY

I, Todd Godfrey, declare as follows:

1.  I am Vice President of Global Content for Ancestry.com Operations Inc., a wholly-owned subsidiary of Ancestry.com Inc. Ancestry.com Inc. is the parent of Ancestry.com Operations Inc. In this declaration, I collectively refer to these entities as "Ancestry" and distinguish among them only if necessary to ensure accuracy and clarity. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Since 2008, I have been employed by Ancestry, a genealogy company that owns and operates the public website Ancestry.com. As part of my job responsibilities, I am familiar with Ancestry's operations and record keeping, and I have reviewed Ancestry's business records and other documents that provide the basis for my statements. Through this review and based on my personal knowledge, which I obtained through my employment, training and expertise at Ancestry, I have personal knowledge of the facts stated in this declaration.

3.  Records within a single yearbook can and have been uploaded to Ancestry's database on different dates.

4.  Ancestry does not track yearbook record launches at the individual yearbook or yearbook record level, but rather tracks them at a "collection" level instead. Ancestry does not track which yearbook records were a part of each collection. Thus, identifying the publication date for a given yearbook or yearbook record requires Ancestry to link that record back to a "collection" of which it was a part, and determine the date the collection was uploaded or last updated. For some yearbooks and yearbook records, this information is more readily available than it is for others, depending on the collection the record or yearbook is a part of. While Ancestry might be able to identify dates when yearbook collections were updated, it might not be able to determine what new uploads were contained in each of those updates.

5.  The yearbooks collection has been updated several times since its original release in 2010. The earlier releases were completed using multiple toolsets and processes that have been replaced and are no longer supported.

6. Although some of the underlying information is still available, it would require significant manual work to review what data is still available and to attempt to determine individual yearbook or record upload dates. In addition, this might not always be possible. Certain yearbook collection launches are stored in backup data that would need to be restored and meticulously reviewed to attempt to match a yearbook or yearbook record with any specific launch. Even then, not every launch has a backup, so not all the launch information can be restored and reviewed.

7. Some yearbooks were released in phases. Sometimes, yearbook records within the same yearbook were released in various launches and it could be impossible to fully track and report which records were released in which launch. And certain yearbooks were reprocessed under different identifiers.

8. Determining the yearbook upload date for each yearbook or yearbook record from Nevada would require extensive manual review, and in some cases, it will be impossible to fully track down because that data might not be available.

9. There are currently 2,654,270 records from Nevada yearbooks on Ancestry's website.

10. Ancestry carried out an inquiry to determine the date of upload for one yearbook record. Determining which collection the yearbook record was part of and when that collection was rolled out took approximately 10 minutes. This collection was not stored in any backup data that required restoration.

11. If ordered to respond to this Interrogatory in full, Ancestry would be required to hire an outside vendor at significant cost to obtain this information for each Nevada yearbook record.

Executed December 2, 2022.

By _____*Todd Godfrey*_____
    Todd Godfrey
    Vice President, Global Content,
    Ancestry.com Operations Inc.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)(2)(E), I hereby certify that on this day, I caused a true and correct copy of the foregoing to be served via the Court's electronic system on all registered and active parties.

DATED December 2, 2022.

                                           /s/ *Shon Morgan*_____
                                           Shon Morgan