| | APPENDIX OF EXHIBITS<br>to Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities in Support |
|---|---|
| **Ex. No.** | **EXHIBIT TITLE** |
| | Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities in Support (REDACTED) |
| Ex. A | Declaration of Benjamin Osborn in Support of Plaintiffs' Motion for Class Certification |
| Ex. 1 | Amended and Restated Seventh Addendum to Content License Agreement (SEALED) |
| Ex. 2 | Amendment Number 2 and Supplement to the Digital Content Exchange Agreement (SEALED) |
| Ex. 3 | Deposition Transcript of Todd Godfrey, dated October 5, 2022 (REDACTED) |
| Ex. 4 | Ancestry Family History Business Review (SEALED) |
| Ex. 5 | Content Organization & Delivery Q2 and H2 Roadmap (SEALED) |
| Ex. 6 | Ancestry Yearbooks Deep Dive (SEALED) |
| Ex. 7 | Email Chain Discussing Multipliers (SEALED) |
| Ex. 8 | Addendum Four to Content License Agreement with PeopleConnect (SEALED) |
| Ex. 9 | Ancestry's Supplemental Responses and Objections To Plaintiffs' First Set of Interrogatories (REDACTED) |
| Ex. 10 | Yearbook Donation Form |
| Ex. 11 | Ancestry's Terms and Conditions – Revisions as of October 6, 2010 |
| Ex. 12 | Ancestry's Terms and Conditions |

| | |
|---|---|
| Ex. 13 | Plaintiff Anthony Sessa's Supplemental Answers and Objections To Defendants' First Set Of Interrogatories (REDACTED) |
| Ex. 14 | Plaintiff Mark Sessa's Supplemental Answers and Objections To Defendants' First Set of Interrogatories (REDACTED) |
| Ex. 15 | Deposition of Anthony Sessa, dated October 11, 2022 (REDACTED) |
| Ex. 16 | Deposition of Mark Sessa, dated October 11, 2022 (REDACTED) |
| Ex. B | Declaration of Michael Ram in Support of Plaintiffs' Motion for Class Certification |
| Ex. B-A | Morgan & Morgan Firm Bio |
| Ex. C | Declaration of Raina Borelli in Support of Plaintiffs' Motion for Class Certification |
| Ex. C-A | Turke & Strauss LLP Firm Bio |
| Ex. D | Declaration of Miles N. Clark in Support of Plaintiffs' Motion for Class Certification |
| Ex. D-A | Law Offices of Miles N. Clark, LLC Firm Bio |
| Ex. E | Declaration of Clifford Kupperberg, CPA in Support of Plaintiffs' Motion for Class Certification |
| Ex. F | Declaration of Brandon Schwartz in Support of Plaintiffs' Motion for Class Certification |
| Ex. F-A | Postlethwaite & Netterville Firm Bio |
| Ex. F-B | Postlethwaite & Netterville CV |
| Ex. G | Declaration of Anthony Sessa |
| Ex. H. | Declaration of Mark Sessa |