# EXHIBIT 1

# Amended and Restated Seventh Addendum to Content License Agreement

# (SEALED)