# EXHIBIT 2

# Amendment Number 2 and Supplement to the Digital Content Exchange Agreement

# (SEALED)