# __EXHIBIT 3__

## Deposition Transcript of Todd Godfrey, dated October 5, 2022

## (REDACTED)

CONFIDENTIAL

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                      DISTRICT OF NEVADA

 3

     ANTHONY SESSA and MARK    )   Rule 30(b)(6) and
 4   SESSA, on behalf of       )   Individual
     themselves and all        )   Video-recorded
 5   others similarly          )   Deposition of:
     situated,                 )
 6                             )   Ancestry.Com Operations
          Plaintiffs,          )   Inc., Ancestry.Com Inc.,
 7                             )   and Ancestry.Com. LLC,
     vs.                       )
 8                             )   By: TODD GODFREY
     ANCESTRY.COM              )
 9   OPERATIONS INC., a        )
     ANCESTRY.COM              )   Case No.
10   OPERATIONS INC., a        )   2:20-cv-02292-GMN-BNW
     Virginia Corporation;     )
11   ANCESTRY.COM INC., a      )   Hon. Gloria M. Navarro
     Delaware Corporation;     )
12   and ANCESTRY.COM LLC,     )   Magistrate Brenda Weksler
     a Delaware Limited        )
13   Liability Company,        )
                               )
14        Defendants.          )

15

16                    *CONFIDENTIAL*

17

18

19            October 5, 2022 * 9:04 a.m.

20

21            Location:  Zoom

22

23        Reporter:  Ann Fleming, RPR

24

25     Videographer:  Andrea Francis, CLVS
```

CONFIDENTIAL

Page 2

A P P E A R A N C E S

FOR THE PLAINTIFFS:

Raina C  Borrelli
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
(608) 237-1775
raina@turkestrauss com

Benjamin R  Osborn
LAW OFFICES OF BENJAMIN R  OSBORN
102 Bergen Street
Brooklyn, New York 11201
(347) 645-0464
ben@benosbornlaw com

FOR THE DEFENDANTS:

John Wall Baumann
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S  Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
jackbaumann@quinnemanuel com
Christina Aide Henriquez
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
(650) 801-5000
christinahenriquez@quinnemanuel com

Kathleen McCarthy
Vice President, Legal
Ancestry
153 Townsend Street, Suite 800
San Francisco, California 94107
kmccarthy@ancestry com

ALSO PRESENT:

Abraham Barkhordar

Page 3

I N D E X

TODD GODFREY                    PAGE
Examination by Ms. Borrelli          6

E X H I B I T S

NUMBER          DESCRIPTION          PAGE

Exhibit 1  Plaintiffs' Notice of Deposition          10
   Pursuant to Rule 30(b)(6)
Exhibit 2  Class Action Complaint          56
Exhibit 3  Search Results For Tony Sessa          62
Exhibit 4  Search Form          64
Exhibit 5  School Yearbook Submission Program          73
   Form

Exhibit 6  Ancestry's Responses and Objections          79
   to Plaintiffs' First Set of
   Interrogatories

Exhibit 7  Excel Spreadsheet          83

Exhibit 8  Third Addendum to Content License          93
   Agreement
Exhibit 9  Fourth Addendum to Content License          101
   Agreement

Exhibit 10  Spreadsheet          108

Exhibit 11  Fifth Addendum to Content License          111
   Agreement
Exhibit 12  Amended and Restated Seventh          113
   Addendum to Content to License
   Agreement
Exhibit 13  Spreadsheet          118

Page 4

Exhibit 14  Amendment Number 2 and Supplement          119
   to the Digital Content Exchange
   Agreement
Exhibit 15  Spreadsheet          124
Exhibit 16  Screenshot          136
Exhibit 17  Terms and Conditions - Revision as          140
   of October 6, 2010

Exhibit 18  Search Screenshot          165

Exhibit 19  Video          176

Page 5

P R O C E E D I N G S

VIDEOGRAPHER:  Good morning.  We are going on the record at 9:04 a.m. on October 5th, 2022. Please note this deposition is being conducted virtually.  Quality of recording depends on quality of camera and internet connection of participants.  What is seen from the witness and heard on the screen is what will be recorded.  Audio video recording will continue to take place unless all parties agree to go off the record.  This is the video-recorded deposition of Todd Godfrey in the matter of Anthony Sessa and Mark Sessa versus Ancestry, et al.

My name is Andrea Francis representing Veritext.  I am the videographer.  At this time can all counsel present, please, state their appearance, along with who they represent beginning with the noticing attorney.

MS. BORRELLI:  Raina Borrelli from Turke & Strauss on behalf of the plaintiffs and joined by Abraham Barkhordar from Morgan & Morgan and Ben Osborn of Benjamin Osborn Law Office on behalf of the plaintiffs also.

MR. BAUMANN:  John, or Jack, Baumann of Quinn Emanuel for Ancestry and the witness, and with me

2 (Pages 2 - 5)

CONFIDENTIAL

Page 6

1 today is Christina Henriquez, also Quinn Emanuel, as
2 well as Kathleen McCarthy, who is in-house counsel for
3 Ancestry.
4           VIDEOGRAPHER:  The court reporter, Ann
5 Fleming, will swear in the witness and then counsel may
6 proceed.
7
8               TODD GODFREY,
9      called as a witness, being first sworn,
10        was examined and testified as follows:
11
12              EXAMINATION
13 BY MS. BORRELLI:
14   Q.   Good morning, Mr. Godfrey.  As I said, my
15 name is Raina Borrelli and I represent the plaintiffs
16 in the action that we are here to talk about today.
17 Mr. Godfrey, have you ever had your deposition taken
18 before?
19   A.   No.
20   Q.   Well, welcome.  I will make this as
21 painless as possible.  I'd like to just cover some
22 ground rules before we get started to make today go
23 smoothly.  First, as you can see, we have a court
24 reporter here taking down everything that we say.  As a
25 result we need to be careful not to speak over one

Page 7

1 another, so I ask that you let me finish my question
2 before you provide your answer and I will do the same
3 for you, okay?
4   A.   Sure.
5   Q.   And non-verbal responses are difficult for
6 the court reporter to take down, so, please, no head
7 shakes or head nods.  Also uh-huh's (affirmative) or
8 huh-uh's (negative) are difficult to record, so,
9 please, avoid those and try to give a verbal response,
10 okay?
11   A.   Okay.
12   Q.   If you don't understand a question that I
13 ask, please, ask me to rephrase, and I'm happy to do
14 that.  Okay?
15   A.   Yes.
16   Q.   But if you answer the question that I've
17 asked you, I will assume that you understood the
18 question; is that fair?
19   A.   Yes.
20   Q.   Your attorney, Mr. Baumann, may object
21 from time to time today, but unless he instructs you
22 not to answer the question, after he finishes his
23 objection, you can go ahead and provide an answer.
24 Okay?
25   A.   Yes.

Page 8

1   Q.   Happy to take a break whenever you need
2 today.  Just let me know.  I usually tend to take
3 breaks every hour or so just to give us all a moment to
4 stretch, but if you ever need one before then, let me
5 know.
6   A.   Sounds good.
7   Q.   All right.  You understand, Mr. Godfrey,
8 that you are under oath today, correct?
9   A.   I do.
10   Q.   And that's the same oath that you would
11 take if you were in court.  Do you understand that?
12   A.   I do.
13   Q.   Is there anything that would prevent you
14 from testifying truthfully today?
15   A.   No.
16   Q.   And where are you located today,
17 Mr. Godfrey?
18   A.   I'm in the Ancestry offices in Lehi, Utah.
19   Q.   Okay.  And is anyone else in the room with
20 you at the moment?
21   A.   Yeah, internal counsel, Kathleen McCarthy.
22   Q.   But no one else?
23   A.   No one else.
24   Q.   So do you understand that you have been
25 asked to testify on behalf of Ancestry today as what's

Page 9

1 called the Rule 30(b)(6) witness?
2   A.   I do.
3   Q.   And you understand that your answers to my
4 questions in your 30(b)(6) deposition will be as if
5 Ancestry is answering, correct?
6   A.   Yes.
7   Q.   Okay.  And are you aware that you have
8 also been asked to appear individually as a witness,
9 just as Todd Godfrey, in this action?
10   A.   Yes.
11   Q.   Okay.  And I just want to put on the
12 record before we get started, Mr. Baumann and I had a
13 conversation yesterday and we're going to do the
14 30(b)(6) deposition at the same time as your individual
15 deposition.  So if there's ever a time that I've asked
16 you a question and you think you can't answer it on
17 behalf of Ancestry, but you have an answer as yourself,
18 Todd Godfrey, please, let me know.
19        MS. BORRELLI:  And, Jack, as we discussed,
20 I think it's easiest that we agree you can go back and
21 stipulate or identify areas of the transcript that are
22 30(b)(1) rather than 30(b)(6) testimony after the fact,
23 but, obviously, feel free to make your objections as we
24 go today.
25        MR. BAUMANN:  Yeah, I suspect there won't

3 (Pages 6 - 9)

CONFIDENTIAL

Page 10

1 be many, but that works fine.
2      MS. BORRELLI:  Great.  Then we can
3 hopefully get this done as expeditiously as possible.
4      Q.   Okay, Mr. Godfrey, do you have access to
5 the Exhibit Share website?
6      A.   I'm not sure that I do.  I've got the
7 login for the Veritext site.  Does that launch the
8 Exhibit Share?
9      Q.   It should have a link to Exhibit Share.
10 If not, we may have do go off the record and make sure
11 you have that.  That's how I will be giving you
12 information today.
13      A.   Give me a moment to just get into it and
14 see.  It is requesting a password that I don't know.
15      MS. BORRELLI:  Okay.  Can we go off the
16 record for just a minute, please.
17      VIDEOGRAPHER:  The time now is 9:10 a.m.
18 We are off the record.
19      (Break)
20      VIDEOGRAPHER:  The time now is 9:14 a.m.
21 We are back the record.
22      Q.   All right.  Mr. Godfrey, I'm going to
23 introduce Exhibit Number 1.
24      (Exhibit 1 marked)
25      Q.   It should show up in your Exhibit Share in

Page 11

1 just a moment.  Do you see Exhibit Number 1?
2      A.   I don't.  Let me just refresh.  Nothing
3 yet.
4      MR. BAUMANN:  The folder, it will refresh
5 it so it pops up.  That worked for me.
6      A.   I've checked both home and under files
7 shared and it refreshed and it says I don't have
8 permission to access any folder.
9      Q.   Okay.  I will send exhibits via the chat
10 then, I suppose.  We need to go off the record a
11 minute, please.
12      VIDEOGRAPHER:  Time now is 9:17 a m.  We
13 we are off the record.
14      (Break)
15      VIDEOGRAPHER:  The time now is 9:19 a.m.
16 We are back on the record.
17      Q.   Okay.  Mr. Godfrey, I'm gonna share my
18 screen and show you Exhibit Number 1, which is
19 Plaintiffs' Notice of Deposition Pursuant to Rule
20 30(b)(6).  Can you see Exhibit 1, Mr. Godfrey?
21      A.   Yes, I can see looks like the first page
22 of the notice.
23      Q.   Have you seen this document before?
24      A.   I have.
25      Q.   All right.  And I'm going to scroll down

Page 12

1 to the Exhibit A, which has a list of topics.  Are you
2 prepared to testify about the topics identified in
3 Exhibit 1 today with the exception of number 7, which I
4 understand your counsel has objected to?  I can scroll
5 through these, too, if that helps.
6      A.   Yes.
7      MR. BAUMANN:  Sorry, for this purpose,
8 I'll just -- I think we can probably refer back to our
9 somewhat lengthy correspondence as to the scope of
10 topics which is set out fairly specifically there.
11      Q.   I can rephrase my question.  So subject to
12 the agreements between counsel about the scope of these
13 requests, are you generally prepared to testify about
14 the topics identified in the 30(b)(6) notice today?
15      A.   Yes.
16      Q.   Okay.  Mr. Godfrey, what did you do to
17 prepare for your 30(b)(6) deposition today?
18      A.   Discussed with counsel so I would be
19 familiar with some of the details of the case and
20 reviewed my own history with my own information with
21 respect to the scope of the case.
22      Q.   When you say you discussed with counsel,
23 who specifically did you meet with to prepare for this
24 deposition?
25      A.   Kathy McCarthy and Jack Baumann.

Page 13

1      Q.   Approximately how many times did you meet
2 with Ms. McCarthy and Mr. Baumann to prepare for your
3 deposition?
4      A.   Multiple times, maybe three or four.
5      Q.   Approximately how long was each of those
6 three or four meetings?
7      A.   Varied in length, but maybe a couple
8 hours.
9      Q.   Was anyone else ever present at those
10 meetings other than Ms. McCarthy and Mr. Baumann?
11      A.   No, not that I recall, no.
12      Q.   You said you also reviewed some of your
13 own information.  What information did you review to
14 prepare for today?
15      A.   I reviewed the information shared in the
16 case, the notice, the responses and we provided and
17 some of the historical agreements around our yearbooks
18 project work.
19      Q.   Did you review any documents that you
20 don't believe have been produced to plaintiffs in this
21 case?
22      A.   I don't think so.
23      Q.   Did you speak with any other Ancestry
24 employees other than Ms. McCarthy to prepare for your
25 deposition today?

CONFIDENTIAL

Page 14

1    A.   Yes.
2    Q.   Who did you speak with?
3    A.   I spoke with Quinton Atkinson.
4    Q.   Can you spell that for the record, please?
5    A.   Quinton, Q-U-I-N-T-O-N, at Atkinson,
6  A-T-K-I-N-S-O-N.
7    Q.   And Mr. Atkinson is employed by Ancestry?
8    A.   Yes, he is.
9    Q.   What is his role in the company?
10    A.   He is a senior director of content
11  acquisition.
12    Q.   What does that mean as far as his job
13  duties?
14    A.   He was involved in some of the work with
15  Classmates and other sources of yearbooks over the
16  years.
17    Q.   For what purpose did you speak with Mr.
18  Atkinson?
19        MR. BAUMANN:  Wait, I'm sorry, I'm just
20  going to interpose an objection just to caution
21  Mr. Godfrey, to the extent you and Mr. Atkinson
22  discussed information that had been given to you by
23  counsel, I would object to that as privileged and
24  instruct you not to respond to the extent you and Mr.
25  Atkinson discussed things that are unrelated to advice

Page 15

1  you received from me or Ms. McCarthy, you're free to
2  answer.
3    A.   Related to the case, there is a lunch that
4  we didn't discuss with counsel.
5    Q.   Okay.  Were you speaking with him in order
6  to prepare -- to be prepared to testify about any of
7  the 30(b)(6) topics today?
8    A.   To better understand the background in and
9  issues involved in the case.
10    Q.   And were those issues limited to yearbook
11  acquisition, or did you discuss any other topics?
12    A.   We have a working relationship, so we
13  speak every day, but relative to the case, it would be
14  the yearbooks.
15    Q.   Okay.  Did you speak with anyone else at
16  Ancestry other than Mr. Atkinson to prepare for your
17  deposition?
18    A.   No.
19    Q.   Beyond the information that you said you
20  reviewed, all of which you think has been produced to
21  the plaintiffs in this case, did you review any other
22  documents to prepare for today's deposition?
23    A.   Yes.
24    Q.   What else did you review?
25    A.   Just some agreements from earlier that are

Page 16

1  earlier than the scope of the case.
2    Q.   What sort of agreements?
3    A.   We've been acquiring yearbooks for over a
4  decade and I was trying to understand the full history.
5    Q.   Okay.  Do you have any documents with you
6  today?
7    A.   I don't.
8    Q.   Mr. Godfrey, what is your job title?
9    A.   Vice President of Global Content.
10    Q.   How long have you held that position?
11    A.   This specific position has been about
12  eight years.
13    Q.   Who is your employer?
14    A.   Ancestry.com.
15    Q.   There are a number of Ancestry entities
16  called Ancestry.com.  Do you know which specific entity
17  you are employed by?
18    A.   It's Ancestry.Com Operations Inc.
19    Q.   And if I'm going to refer to Ancestry
20  today, do you need me to be more specific than Ancestry
21  or Ancestry.com, given that there are a number of
22  defendants in this case:  Ancestry.Com Operations Inc.,
23  Ancestry.Com Inc. and Ancestry.Com LLC?
24    A.   I'd defer to counsel on what makes the
25  most sense.

Page 17

1    Q.   I just want to make sure you and I are
2  speaking the same language.  If I say Ancestry, I think
3  you know what I mean, right?
4    A.   I do.  I do.  If you're talking generally
5  about the company and the content job function that I'm
6  responsible for, I understand that.
7    Q.   And as the Vice President of Global
8  Content, what are your job responsibilities?
9    A.   Generally bringing records to the Ancestry
10  website and our users, so I'm responsible for
11  acquisition of records, so working with archives to
12  license them, the digitization work that we do to scan
13  and transcribe the records and publishing them to the
14  website.
15    Q.   In your role as VP of Global Content, do
16  you have any direct reports?
17    A.   I do.
18    Q.   Who reports to you and what are their
19  roles?
20    A.   Key reports includes Quinton Atkinson, who
21  leads our content acquisition function.  I have two
22  individuals that lead digitization for us:  Jeffrey
23  Heeps and Trevor Lucas, and they're responsible for
24  scanning and transcription and the publishing of the
25  contents of them.

5 (Pages 14 - 17)

CONFIDENTIAL

Page 18

1    Q.   Who do you report to?
2    A.   I report to Howard Hochhauser.
3    Q.   What is Mr. Hochhauser's role?
4    A.   He's the CO of the company.
5    Q.   And could you spell his name for the
6  record?
7    A.   I can try.  Howard, Hochhauser, I think
8  it's H-O-C-H-H-A-U-S-E-R.
9    Q.   All right.  We won't tell anyone if you
10 don't know how to spell your boss' name.
11   A.   I just know --
12   Q.   Prior to your role as VP of Global
13 Content, were you employed by Ancestry?
14   A.   I was.
15   Q.   What was your prior role?
16   A.   Other roles within content so was
17 responsible for acquisition for a time and prior to
18 getting involved in content, I worked on the products
19 side.
20   Q.   And when you say worked on the products
21 side, what does that mean?
22   A.   I was building, trying out some new
23 products for Ancestry when I originally joined the
24 company.
25   Q.   When did you first join Ancestry?

Page 19

1    A.   2008.
2    Q.   Do you know when the Ancestry.com website
3  first existed on the internet?
4    A.   I should, but, I'm sorry, I don't have
5  that date.
6    Q.   Before 2008, though?
7    A.   Long before, yes.
8    Q.   Okay.  Do you know when yearbooks were
9  first available on the Ancestry.com website?
10   A.   I don't have the date when we first
11 published a yearbook.
12   Q.   Do you have an approximate timeframe?
13   A.   I think in small early collections, it
14 could have been around 2007-2008 timeframe.
15   Q.   Prior to joining Ancestry in 2008, where
16 were you employed?
17   A.   I owned my own business for a few years.
18   Q.   What type of business did you own?
19   A.   It was a healthcare business.
20   Q.   Prior to joining Ancestry, had you ever
21 worked for a company that provided any services similar
22 to Ancestry.com?
23   A.   No.  No.
24   Q.   Okay.  As we talk today, I just want to go
25 through a little bit of terminology, again, to make

Page 20

1  sure we're speaking the same language.  So if I refer
2  to paying subscribers, I intend that to mean people who
3  have purchased a subscription plan with Ancestry.com;
4  is that a fair term?
5    A.   Yes.
6    Q.   Is there something else that Ancestry
7  calls those people?
8    A.   Just to distinct -- no, that's actually
9  the term.
10   Q.   Subscribers?
11   A.   Yeah.
12   Q.   Look at me, like I have an inside view.
13 All right.  If I am referring -- if I say free trial
14 subscribers or free trial users, I mean people who have
15 signed up for a free trial on Ancestry; is that fair
16 terminology?
17   A.   Yes.
18   Q.   Is there any other term that Ancestry
19 would use to refer to those, those people?
20   A.   That is the main term used for that group.
21   Q.   And then, if I say users of Ancestry, I
22 intend to mean people who have visited Ancestry.com but
23 have not signed up to a free trial or a paid
24 subscription; is that fair?
25   A.   I think for clarity, users is a broad term

Page 21

1  that captures everyone.  We refer to people who have --
2  to people who have come to the website but are not yet
3  -- are not currently subscribed but have registered as
4  registered users.
5    Q.   And when you say registered, what does
6  that mean as opposed to free trial users?
7    A.   That they have registered with -- they
8  have registered an account with Ancestry.
9    Q.   And what services are provided to a
10 registered account?
11   A.   An example is starting your own family
12 tree.
13   Q.   So is it fair to say that there's a
14 limited subset of information that's available to
15 registered users even if they have not signed up for a
16 free trial or a paid subscription?
17   A.   I think there's a limited set of services
18 that they can explore as a registered user and family
19 tree is the primary example.
20   Q.   Can registered users search Ancestry's
21 yearbook content?
22   A.   They can perform a search on the
23 collection.
24   Q.   Can they view any search results?
25   A.   They can view limited information but not

6 (Pages 18 - 21)

Brown & Jones Reporting          414-224-9533
A Veritext Company              www.veritext.com

CONFIDENTIAL

Page 22

1   the full record.
2       Q.   To become a registered user, does a person
3   who provides -- does that person who registers have to
4   agree to the Ancestry.com terms of service?
5       A.   Yes, they do.
6       Q.   So I will refer to that group as
7   registered users.  For people who visit Ancestry.com
8   but do not register in any way, can we call them
9   visitors?  What's a good word to use for that group?
10      A.   For this purpose, visitor is fine.
11      Q.   Okay.  Then what services are available to
12  free trial subscribers that are not available to
13  registered users?
14      A.   Free trial, can you clarify free trial
15  versus registered?
16      Q.   My understanding is you can sign up for a
17  free trial of the Ancestry services.  Is that different
18  than a registered user?
19      A.   No, understood.  I just wanted to clarify
20  the groups you were talking about.
21      Q.   Yeah.
22      A.   So free trials, free trial users can
23  access the full services within the geographic scope of
24  the package that they are trialing for, so, for
25  example, in the, let's say, U.S. package, records in

Page 23

1   the U.S., full tree building, collaboration, tools to
2   enhance and modify personal photographs and general
3   collaboration with their cousins on the website.
4       Q.   How long does a free trial last time-wise?
5       A.   Typically 14 days.  That's been our
6   standard.
7       Q.   And then paying subscribers have access to
8   whatever services are included in the package that they
9   have purchased; is that right?
10      A.   That's right.
11      Q.   Okay.  So let's dive into Topic Number 1,
12  which is the cooperate structure of Ancestry,
13  including, but not limited to, your organizational
14  structure and the identities of your executives and
15  managers.  Does -- let me ask it this way:  What
16  websites does Ancestry own and operate?
17      A.   To clarify, which company?  Or do you mean
18  the parent?
19      Q.   The parent.
20      A.   There's several.  There's Ancestry.com,
21  there's a Fold3.com
22      Q.   I'm sorry, can you repeat that?
23      A.   A Fold3, fold, the number 3.com.  There's
24  Newspapers with an S.com.  There is Archives.com,
25  Geneanet fr, a French website and

Page 24

1   Forces4Records.codeIUK.
2       Q.   Do any of those websites other than
3   Ancestry.com provide access to yearbook records?
4       A.   No.
5       Q.   So we can limit our discussion today to
6   Ancestry.com, I think, unless you say otherwise, okay?
7       A.   Okay.
8       Q.   Is there a specific team of employees at
9   the Ancestry company that's responsible for the
10  Ancestry.com website?
11      A.   There are many teams.
12      Q.   So I'm just trying to understand, at
13  Ancestry do -- do people that work at the parent
14  company manage all of the websites that you just
15  listed, or is there a group that's focused specifically
16  on Ancestry.com?
17      A.   The majority of employees are focused on
18  Ancestry.com and there are teams and employees that
19  look after and manage the other websites and brands as
20  well.
21      Q.   Is there any team or subset of Ancestry
22  employees that have responsibility for Ancestry.com's
23  yearbook database?
24      A.   No.  That's not how we're organized.
25      Q.   Okay.  Can you explain how Ancestry is

Page 25

1   organized at a really high level?
2       A.   Yes.  There's a team that's responsible
3   for gathering records, which is, of course, my team,
4   the team that I lead, of all types.  There's a product
5   and technology organization that's responsible for the
6   main functionality of the service.  There's -- and then
7   there's a marketing organization that's responsible for
8   helping people attract people to that service and
9   helping them understand what can be discovered, they
10  do.  Those are the primary organizations that will be
11  involved.
12      Q.   Is there a finance --
13      A.   Yes.
14      Q.   -- team.  And that covers all of the
15  websites that Ancestry owns?
16      A.   That's right.
17      Q.   And I assume there's also HR?
18      A.   HR, yes.
19      Q.   And, again, that would cover everything?
20      A.   That's right.
21      Q.   Okay.  And is there a Legal or Compliance
22  Department?
23      A.   Yes, there is.
24      Q.   Does that have responsibility for all of
25  the websites that you've identified?

CONFIDENTIAL

Page 26

1     A.   Yes.
2     Q.   Okay.  Of those kind of overarching
3   organizations, which is responsible for the yearbook
4   search functionality on Ancestry.com?
5     A.   The overall search functionality for any
6   record is managed by the product and technology team.
7     Q.   Who at Ancestry is at the top of that
8   product and technology organization?
9     A.   There are two senior leaders:  Heather
10   Freeland, responsible for the product organization and
11   Sriram Thiagarajan is responsible for the technology
12   organization.
13     Q.   Any chance you could spell that second one
14   for sure?  The court reporter will ask you later if I
15   don't now.
16     A.   Sriram is S-R-I-R-A-M and I would have to
17   look up the spelling of his last name.
18     Q.   Okay.
19     A.   But a dear friend at the same time.
20     Q.   So that product and technology team is
21   responsible for how the search functionality of the
22   Ancestry.com website works, including the yearbook
23   search function, correct?
24     A.   Yes.
25     Q.   And then the marketing group, do they have

Page 27

1   involvement in how Ancestry promotes subscriptions to
2   its website?
3     A.   Yes.
4     Q.   Who leads that marketing organization?
5     A.   Our chief marketing officer is Todd
6   Pollak.  Pollak is P-O-L-L-A-K.
7     Q.   Do you know if there's anyone within the
8   marketing organization that has any specific
9   responsibility with respect to how the yearbook records
10   can be used to promote Ancestry subscriptions?
11     A.   Nobody specific to yearbooks, but each of
12   the teams within marketing, through their various
13   channels, are responsible for marketing all the types
14   of discoveries that you can make, which include
15   yearbooks.
16     Q.   I should go back and ask that for product
17   and technology, too.  Is there anyone on that team that
18   has specific responsibility with respect to the search
19   functionality in the yearbook database?
20     A.   Very similar answer, no, they're focused
21   on any kind of all of the records not specific to
22   yearbooks.  No one specific to yearbooks.
23     Q.   And within your team and organization is
24   there someone responsible for obtaining yearbooks to
25   add to the Ancestry database?

Page 28

1     A.   Yearbooks are one of the many record
2   categories that Quinton Atkinson's content acquisition
3   team is responsible for working to acquire.
4     Q.   And ever since you've been the VP of
5   global content over the last eight years, has that
6   yearbook acquisition function fallen under your
7   organizational structure?
8     A.   Yes.
9     Q.   Then the Finance Department, who leads
10   that, that organization?
11     A.   Howard Hochhauser is also our CFO and, so,
12   he leads that organization.
13     Q.   And to your knowledge, does the Finance
14   Department track Ancestry's revenue related to
15   subscriptions?
16     A.   Yes.
17     Q.   Does Ancestry license any of its yearbook
18   content to third parties?
19     A.   No.
20     Q.   I'm gonna move on to topics 2 and 3.
21   Topic 2 is an overview of Ancestry's financial model,
22   including, but not limited to, operating activities and
23   cash inflows and outflows.  Topic 3 is Ancestry's
24   revenue derived from the sale of website subscription
25   to Ancestry.com.  Does Ancestry track its revenue for

Page 29

1   Ancestry.com separately from revenue for its other
2   websites that you identified?
3     A.   Yes, we do.
4     Q.   Does Ancestry have any way to track
5   revenue associated with subscriptions purchased after
6   searching the yearbook database differently from any
7   other areas of the website?
8     A.   Can you restate the question?
9     Q.   That wasn't a great question.  Let me try
10   again.  Does Ancestry track revenue associated with
11   subscriptions purchased after a person conducts a
12   yearbook search separately from revenue associated with
13   subscriptions purchased when someone has not looked at
14   the yearbook portion of the website?
15     A.   No, we don't track that.
16     Q.   Okay.  Does Ancestry track expenses for
17   Ancestry.com separately from its other websites?
18     A.   Yes, we do.
19     Q.   What sources of revenue are associated
20   with Ancestry.com?
21     A.   The primary sources would include the
22   subscriptions to the genealogy side of the service and
23   the other main category are the sale of DNA kits and,
24   which, obviously, enhance the genealogy experience as
25   well.

CONFIDENTIAL



Page 30

1    Q.   When you say subscriptions to the
2  genealogy side, does that include access to yearbook
3  records?
4    A.   Yes, subscriptions provide access to all
5  the records within the scope of the subscription,
6  working, interacting with other users, family trees in
7  collaboration services.
8    Q.   Then DNA kits is kind of a separate type
9  of business?
10    A.   It's a complimentary business, but, yes,
11 it's a separate, it's a separate purchase from the
12 subscription.
13    Q.   Are there any other sources of revenue
14 associated with Ancestry.com other than those two
15 items?
16    A.   Directly with the website with that
17 website, no, it would be the other brands that we
18 discussed.
19    Q.   Does Ancestry make any revenue from
20 advertisements on its website?
21    A.   No, not on the Ancestry.com website.
22    Q.   So does Ancestry track the revenue from
23 subscriptions to the genealogy side of the website?
24    A.   We do.
25    Q.   Does Ancestry do any analysis of that

Page 31

1  revenue to look at what portions of its genealogy
2  search side drive that subscription revenue?
3    A.   Could you restate the question?
4

Page 32

Page 33

Brown & Jones Reporting           414-224-9533
A Veritext Company           www.veritext.com



Page 34

4    Q.   Okay.  But I think you would agree that
5  Ancestry earns revenue in part from selling
6  subscriptions to Ancestry.com that provide access to a
7  yearbook search functionality, correct?
8    A.   That yearbook search functionality and
9  discovery is the part of the service that drives
10  revenue, yes.
11    Q.   And the yearbook search functionality
12  includes yearbooks from Nevada, correct?
13    A.   Yes.
14    Q.   So you would agree that some set of the
15  yearbook photographs available on Ancestry.com portray
16  people who are residents of Nevada?
17    A.   We -- it portrays photos of people who are
18  living in Nevada at the time of the record, at the time
19  of the yearbook, but we don't know whether they're
20  still there.
21    Q.   Fair, but you would agree that
22  statistically speaking there are certainly people
23  portrayed in the yearbook database who currently live
24  in Nevada, right?
25    A.   Yes.

Page 35

Page 36

6    Q.   All right.  I'm going to move on to topic
7  4 and topic 8, which are related.  Topic 4 is the
8  structure and operation of Ancestry's marketing and
9  advertising of its subscription products that
10  incorporate yearbook names and/or yearbook photographs.
11  And topic 8 is the purpose for which Ancestry uses
12  marketing emails and on-site messages that incorporate
13  yearbook names and/or yearbook photographs, including
14  their value in attracting paying subscribers to
15  Ancestry.com.
16        MR. BAUMANN:  -- topics.  We've been going
17  like an hour.  Would this be a good time to take like a
18  five-minute break?
19        MS. BORRELLI:  Yeah, that's fine.  I'll
20  warm up my coffee.  Let's go off the record.
21        VIDEOGRAPHER:  The time now is 10 a m.  We
22  are off the record.
23        (Break)
24        VIDEOGRAPHER:  The time now is 10:20 a.m.
25  We are back on the record.

Page 37

1    Q.   Okay, Mr. Godfrey, we are now going to
2  start talking about topics 4 and 8, which I identified
3  on the record before our break.  All right.  Is there a
4  public landing page for Ancestry.com?
5    A.   There is.
6    Q.   Would you agree that anyone using the
7  internet can access that public landing page?
8    A.   Yes.
9    Q.   From that public landing page, how can a
10  visitor to Ancestry.com access the yearbook records
11  search?
12    A.   They can click on the search button, which
13  would then take them to all the records, all the
14  collections that can be searched and with some
15  filtering down, they can find the specific yearbook
16  record collection.
17    Q.   So the Ancestry.com website has kind of a
18  main search page that allows the user to search all the
19  records available on the website?
20    A.   Yes.
21    Q.   Is there a specific search page for only
22  searching yearbooks that's accessible?
23    A.   There is.
24    Q.   And how -- sorry.  How would a visitor to
25  the Ancestry.com website navigate to that yearbook

CONFIDENTIAL

Page 38

1  specific search?
2      A.   They would have to know about that page
3  specifically or have a link to that page specifically
4  to get to that specific page, but they could also
5  filter in what we say global search, searching all the
6  records, they can filter down by category and find,
7  locate the individual yearbook database to search.
8      Q.   And why does Ancestry offer a public
9  landing page for its website?
10     A.   To help visitors understand what type of
11 services Ancestry has to offer.
12     Q.   And why does Ancestry offer a public
13 search page where any visitor to the website can search
14 Ancestry's records?
15     A.   One of the reasons is because it helps
16 them understand what types of, we say discoveries, but
17 records, stories they can potentially find on the
18 service if they subscribe to the services.
19     Q.   So is it fair to say it's intended to give
20 visitors a preview of what's available on Ancestry.com
21 for paying subscribers?
22     A.   Yes.
23     Q.   Do you know what percentage of
24 subscription purchases are made after a visitor
25 performs a search for someone on the publicly available

Page 39

1  landing page?
2      A.   I don't have that information.
3      Q.   Is that information that's knowable from
4  data that Ancestry keeps?
5      A.   Possibly, but I'm not aware for sure.
6      Q.   If you want to know if that information
7  existed, who would you ask or where would you look?
8      A.   I would work with one of our technology
9  team members to understand what they're tracking
10 relative to each page.
11     Q.   Can a search of Ancestry's yearbook
12 records be accessed any other way other than what we've
13 talked about via the main search page or, you know, the
14 specific link to the yearbook search page?
15     A.   Those are the two primary ways to search
16 the collection, yes.
17     Q.   What are categories of subscription
18 products that Ancestry offers?
19     A.   We -- they are typically geographically
20 placed so we have a product that offer the family
21 history services, the collaboration services, tree
22 building services and the records related to -- records
23 that are in the United States, as a package, and then
24 we have a world package, basically all records that we
25 have for any part of the world.  Those are the two main

Page 40

1  packages, package options for Ancestry.com.
2      Q.   Backing up for a moment to how searches of
3  the yearbook database can be conducted -- or the
4  yearbook collection, the process, the two processes you
5  described, either searching via public main search page
6  or if you have a link to the yearbook database, has
7  that been true for the entire time that you've been at
8  Ancestry or has there ever been any different way to
9  search the yearbook collection?
10     A.   I'm not aware of any other way to search
11 the yearbook collection and, ultimately, searching via
12 searching it the same way.  It's the -- there's only
13 one search function, but you can search all records
14 globally or you can focus on a particular collection,
15 which both of those options we have a path to.
16     Q.   And the categories of subscription
17 products you just identified, have those changed over
18 time?  Have there ever been different categories of
19 subscriptions?
20     A.   Over the last decade or more, they've
21 always been geographically based like that.
22     Q.   And those subscriptions, are they monthly
23 or annually or on some other schedule?
24     A.   Yes.
25     Q.   All of the above?

Page 41

1      A.   There are options for a monthly
2  subscription, for annual and semiannual subscriptions
3  as well.
4      Q.   And would you agree that the two
5  categories of subscription of products you identified
6  offer access to the yearbook collection?
7      A.   Yes, both the U.S. subscription and the
8  world subscription include that collection.
9      Q.   Is there also something called an all
10 access subscription?
11     A.   Uh-huh (affirmative).
12     Q.   How is that different than the other two?
13     A.   The all access subscription is the --
14 takes the world subscription and adds access to other
15 brands, the Newspapers.com website for the newspapers
16 or Fold3.com, which is the military focus website.
17     Q.   Okay.  Does Ancestry promote or advertise
18 its subscription products on Ancestry.com?
19     A.   We . . . Could you restate the question?
20     Q.   Yeah, does Ancestry advertise or promote
21 its subscription products on its website Ancestry.com?
22     A.   On the website itself, there is marketing
23 on the website to help you understand what's available
24 and the types of discoveries that you can make, yes, as
25 well as an explanation clearly on the homepage, for

CONFIDENTIAL

Page 42

1 example, again, helping orient users to what we have to
2 offer.
3     Q.    And where on the website is that marketing
4 done?
5     A.    The main web page is -- the homepage is
6 for users who are not signed in is the predominant
7 place where that's done.
8     Q.    How is it done for registered users on the
9 website?
10    A.    There are occasions where we might use a
11 banner, for example, above the page to help them know
12 of a new collection that's available to them or make
13 them aware of a new product or service that we're
14 offering, but for the most part for ones logged in our
15 focus is on the tools you need to do the research and
16 that's where the screen space goes to and is dedicated.
17    Q.    What about for free trial users who are
18 logged in; is there a different way that the
19 subscription products are promoted to them on the
20 website?
21    A.    A free trial user's experience is very
22 similar to a subscribed user's experience.  Not aware
23 of any material difference in their kind of experience
24 on the site with respect to that.
25    Q.    Okay.  Do you know if Ancestry uses

Page 43

1 pop-up's on its website for any user to promote
2 subscription products?
3     A.    I'm not aware recently of much use of
4 pop-up's, but, yeah, not aware of that.
5     Q.    Were they used in the past?
6     A.    I'm sure at some point years ago, but
7 they're not a prominent part of the service now -- or
8 the website now.
9     Q.    Does Ancestry maintain records showing how
10 its website operated in the past?
11    A.    Likely.  I don't, I don't have a lot of
12 information about that, though.
13    Q.    You indicated that for registered users
14 the website might show a banner promoting the
15 subscription products.  Do you know where that banner
16 would appear for a registered user?
17    A.    I would clarify banners are most often
18 used to help users understand new discoveries that are
19 possible or new product features that have been added
20 to the service, but we don't do a lot of traditional
21 banner advertising, if you will, as other companies do
22 on the Ancestry service.  It's fairly clean and focused
23 on what you can discover and the tools that you're
24 using to try to explore your own family history.
25    Q.    To use --

Page 44

1     A.    Sorry, go ahead.
2     Q.    To use those new features or tools that
3 may be promoted via a banner ad, would a registered
4 user need to have a subscription?
5     A.    Sometimes.  Sometimes.  They could also be
6 promoting, for example, new features of building your
7 own family tree, which any user can do for free, but
8 highlighting some new feature or a way of which we've
9 made that more efficient for the user.  They're more
10 akin to product tutorials or awareness of new features.
11    Q.    But you would agree that most of the
12 features on Ancestry.com require a subscription to
13 access in any meaningful way?
14    A.    Most, most of the features are part of the
15 subscription package.
16    Q.    On the Ancestry website does Ancestry
17 redirect users -- I use the word visitors.  Does
18 Ancestry redirect visitors to a page about
19 subscriptions at any point?
20    A.    Can you clarify what you mean by redirect?
21    Q.    Sure.  So if someone searches -- let's say
22 a visitor who doesn't, hasn't purchased anything,
23 hasn't registered isn't a pretrial user, conducts a
24 search for a name and filters for yearbook records, if
25 they try to click on that yearbook record, is there any

Page 45

1 redirection to another page with information about
2 subscriptions?
3     A.    Well, the purpose of the search page is to
4 help them understand what records we potentially have
5 that may match their search.  However, those, accessing
6 those records is part of the subscription and, so, at
7 that point, we're helping them understand what their
8 subscription options are to view the record.
9     Q.    Okay.  So what is the purpose of showing
10 those search results to visitors if they can't access
11 them?
12    A.    To help them get a sense for the potential
13 for records that they're interested in and whether or
14 not they may be on the site.
15    Q.    Okay.  But then to access those records,
16 they would need to purchase a subscription?
17    A.    Yes, in most cases, yes.
18    Q.    Okay.  I think you testified that any
19 visitor to Ancestry.com can conduct a search within the
20 yearbook collection, regardless of whether they've
21 registered or haven't signed up for a free trial or are
22 a subscriber, correct?
23    A.    Correct.
24    Q.    Would you agree that nonregistered
25 visitors to the website can conduct a search without

CONFIDENTIAL

Page 46

1 agreeing to Ancestry's terms of service?
2     A.  I think --
3         MR. BAUMANN:  Sorry, I'll just object to
4 the extent it calls for a legal conclusion, but
5 otherwise you're free to answer.
6     A.  I was just thinking through the
7 nonregistered experience.  A nonregistered user can
8 perform a search and see some element of search result
9 but can't move further without -- to view records
10 without a subscription and agreeing to terms of
11 service.
12    Q.  But they could conduct the initial search
13 and see the search results, correct?
14    A.  They could conduct an initial search and
15 get a sense for the types of records that are there.
16    Q.  Okay.  Does the appearance of the search
17 results page when a search is conducted look different
18 for a nonregistered visitor than it would for a
19 registered user or a free trial user or subscriber?
20    A.  The difference in the search result list
21 are the fields of information that are available versus
22 muted and they are available similarly for free
23 trialists and subscribers but not available for
24 visitors or nonregistered's.
25    Q.  So if a visitor conducted a search within

Page 47

1 the yearbook collection for a specific name, would the
2 search results include a preview of a yearbook
3 photograph?
4     A.  We don't include a preview of the yearbook
5 photograph, but we do include a thumbnail size, small
6 image size of the page.
7     Q.  So it's very small?
8     A.  Yes.  Again, our intention is to help the
9 user to understand there is indeed something there, but
10 they would need to subscribe in order to, obviously,
11 access the full image and see it in any detail.
12    Q.  Right.  Would the same be true if a
13 registered user conducted a search of the yearbook
14 collection?
15    A.  Yeah, their experience is the same.
16    Q.  Okay.  So just so I don't have to keep
17 asking then, the experience on the website is the same
18 for a visitor and a registered user with respect to
19 searching; is that correct?
20    A.  With respect to that search, yes.
21    Q.  Okay.  And then the experience for a free
22 trial user and a paid subscriber is the same with
23 respect to the search functionality for yearbooks,
24 correct?
25    A.  Yes, yes, for the package that they're

Page 48

1 either subscribed or have free trialed into, but a free
2 trial user has the same access as a subscriber would or
3 same experience as a subscriber would for that package.
4     Q.  So for a visitor or a registered user,
5 what happens if they try to click on that thumbnail
6 image returned in a yearbook search and look at a
7 larger version of that photo?
8     A.  We share with them the options to
9 subscribe to the service to be able to access that and
10 other records and parts of the service.
11    Q.  So is it a pop-up or a redirect to another
12 page with that information?
13    A.  If they click on the -- if they click on
14 that thumbnail or the record itself, the next page we
15 show them is that page that describes the subscription
16 options.
17    Q.  Is there a hover over-type option that
18 shows some information to the visitor?
19    A.  Yes, if you're looking at the search
20 results and you hover over one of the possible results
21 there, there are places on that row where you can hover
22 over and that's where the thumbnail appears and some
23 description of the other fields of information that may
24 be included in that record so, again, so the user
25 understands what's -- what possible information they

Page 49

1 could discover.
2     Q.  Does that hover over contain any
3 information about subscription products?
4     A.  I don't think so.  It may just speak to
5 the subscription itself.
6     Q.  What do you mean?
7     A.  I'm just trying to recall whether it says
8 anything else, but I think the focus is the thumbnail
9 and the list of the fields, date, place are examples of
10 fields to help you understand, to help the user
11 understand what else is in that record when they have
12 access to it.
13    Q.  So has that chain of events or the
14 availability of access to a larger photo in search
15 records for free -- I'm sorry, for visitors and
16 registered users changed over time?  Has it ever been
17 different?
18    A.  Just can I ask you to kind of clarify that
19 again?
20    Q.  So you described -- we discussed first
21 that if the visitor clicked on the thumbnail
22 photograph, they would be redirected to a page with
23 subscription options, correct?
24    A.  Yes.
25        MR. BAUMANN:  Object to the extent it

13 (Pages 46 - 49)

CONFIDENTIAL

Page 50

1 misstates the prior testimony.
2    Q.   Has that flow ever been different when
3 clicking on a photo in the yearbook search results?
4    A.   I think we've been consistent in the hover
5 possibility or the hover option and what that click
6 leads to.
7    Q.   Okay.  If a free trial user conducts a
8 search for a yearbook record, I think you may have said
9 this, but remind me, what does the search result page
10 look like for that free trial user?
11    A.   It's the same as for a paid subscriber,
12 which is they see all the fields of information that we
13 make available on the search page and they see the
14 thumbnail as well if they hover over the record.
15    Q.   And, if a free trial user clicks on that
16 thumbnail, can they view the full photo?
17    A.   Yes, they can because they've already
18 selected a subscription package, provided, of course,
19 the yearbooks are available in their package that they
20 selected.
21    Q.   So there's no redirect to a page with the
22 paid subscription options; is that right?
23    A.   For a free trial -- for a person that's in
24 their free trial, we do not need to send them to
25 subscription option page before showing them the record

Page 51

1 because they've already, they've already made a
2 decision on that page in the past and selected a
3 package.
4    Q.   Okay.  The free trial users automatically
5 become enrolled in a paid subscription if they don't
6 affirmatively opt out of that after the 14-day period?
7    A.   Yes.
8    Q.   Does Ancestry send hint emails to any of
9 its users?
10    A.   We do send hint emails to users.
11    Q.   And which categories of users would
12 receive hint emails?
13    A.   Hint emails are -- the purpose of a hint
14 email is to make the user aware of records that match
15 names that they have added to their personal tree.  So
16 people that they've indicated to us that they're
17 looking for, they're searching records for and, so, any
18 user who has created a family tree and added family
19 member names to the tree, we have the potential to
20 receive a hint email, which indicates some possible
21 matching records for that ancestor in the tree, and
22 that includes registered users who have a tree and that
23 includes, of course, subscribers and free trials.
24    Q.   Do those hint emails ever include yearbook
25 records?

Page 52

1    A.   Yes, they do.
2    Q.   Under what circumstances would they
3 include yearbook records?
4    A.   As we -- for any given ancestor's name in
5 a tree that we look across the site to find the best
6 possible matches to suggest, to the extent a yearbook
7 record is a good match, a good potential match, then it
8 could be included in those emails.
9    Q.   So is the only way a record gets put in a
10 hint email if, is if a user has put a name on its
11 family tree that may match some records in Ancestry's
12 collection?
13    A.   That's correct.
14    Q.   Has that been the case from 2016 to the
15 present?
16    A.   Yes, it has.
17    Q.   What about prior to 2016?
18    A.   Yes, it has.
19

Page 53

1

CONFIDENTIAL



Page 54

1 [redacted]

Page 55

1 [redacted]

25    Q.   Okay.  Let's go off the record for one

Page 56

1 minute.  We're gonna try Exhibit Share one more time.
2 I've been told you've received another email.  So we'll
3 go off the record for just a second.
4        A.   No problem.
5            VIDEOGRAPHER:  Right now is 10:53 a.m.  We
6 are off the record.
7            (Discussion off the record)
8            VIDEOGRAPHER:  The time now is 10:54 a.m.
9 We are back on the record.
10       Q.   Okay, Mr. Godfrey, I'm going to introduce
11 Exhibit Number 2.
12           (Exhibit 2 marked)
13       Q.   I will share my screen in just a moment.
14 Sharing this Exhibit 2 the Class Action Complaint in
15 this case, Sessa versus Ancestry, have you ever seen
16 Exhibit 2 before, Mr. Godfrey?
17       A.   I probably have.
18       Q.   All right.
19       A.   Sorry, there's so many pages.
20       Q.   Yes, there are, yes.  I can represent to
21 you this is the complaint in this case.  I just want to
22 talk to you about some screenshots of Ancestry website
23 that are pictured in this complaint so I will scroll
24 down to those, but if there's any other portion of this
25 document that you'd like to review or look at, please,

Page 57

1 just let me know.
2        A.   I understand.  Thank you.
3        Q.   All right.  So I'm gonna start looking at
4 these screenshots that start right after paragraph 27.
5 If you'd like, please, read paragraph 27 so you know
6 what we're representing these screenshots are in the
7 complaint.  And do you need me to make this bigger?
8        A.   You can go a little wider, sure, on the
9 screen, that would be great.  Thank you, that's
10 helpful.  Give me just a moment.  Probably the question
11 that comes to mind in the screenshots is this -- are
12 these taken by a subscribed or free trial user account
13 or just as a registered user or visitor?
14       Q.   I don't know the answer to that, but once
15 you look at the screenshots you can tell me if you
16 think they go one or the other way or if you don't
17 know.
18       A.   Got it.  Thank you.
19       Q.   All right.  So I'm gonna scroll down to
20 the first screenshot here.  Can you tell by looking at
21 this first screenshot on page 9 of Exhibit 2 whether
22 this was a free trial user or registered user or just a
23 visitor?
24       A.   I can't tell for sure, but given that the
25 full record is available, my assumption it's a free

Brown & Jones Reporting                414-224-9533
A Veritext Company                   www.veritext.com

CONFIDENTIAL

Page 58

1 trial or subscriber with access.
2     Q.   Okay.  Does this screenshot that we're
3 looking at at the top of page 9 appear to be an
4 accurate representation of what a free trial user would
5 view upon searching the yearbook records of Ancestry?
6     A.   Yes, it does.
7     Q.   Okay.  I'm gonna scroll to the next one.
8 So this is the screenshot on the bottom of page 9 of
9 Exhibit 2.  Appears to be what you would view if you
10 clicked on the records to view it; is that fair?
11    A.   Yes, that's what it appears to be.
12    Q.   Okay.  And do you see at the top of the
13 screenshot where my mouse is hovering over, it says
14 upgrade?
15    A.   I do.
16    Q.   What is that, the purpose of that button
17 on this Ancestry search result screen?
18    A.   As we described, there are different
19 levels of packages:  The U.S. package, for example, if
20 you were based in the United States as a user; the
21 world package; the all access package.  That button is
22 usually a reminder of other options for other packages
23 beyond the current package that you have.
24    Q.   Okay.  What if the free trial user that
25 was looking at a search result already had a world

Page 59

1 package, would that upgrade button still appear?
2     A.   It would because there's still the all
3 access package available as an option, for example.
4     Q.   If the free trial user had the all access
5 package, would that upgrade button still appear?
6     A.   It's unlikely that button would appear.
7 That's an upgrade possibility, but it may, it may be
8 used to speak to another service such as the DNA
9 service, as an example.
10    Q.   Okay.  But you don't think that clicking
11 on this upgrade button would prompt a free trial user
12 to purchase or to continue their subscription?
13    A.   Can you restate that question?
14    Q.   Yeah.  Would clicking on the upgrade
15 button ever prompt the free trial user to continue to a
16 subscription beyond the free trial period?
17    A.   I don't think it would, I don't think it
18 would affect the package that they are in free trial
19 for, no.
20    Q.   And scrolling down to page 10 on Exhibit
21 2, this appears to be another full record that is
22 available; is that correct?
23    A.   It does.  That's what it appears, yes.
24    Q.   Okay.  And then on the bottom of page 10,
25 does that appear to be another full record that would

Page 60

1 be available to a free trial or a subscriber?
2     A.   It does.
3     Q.   Now, I'm gonna look at a few more
4 screenshots.  I'll have you read paragraph 31, which
5 describes the screenshots that follow.
6     A.   Thank you.  Okay.
7     Q.   All right.  So there's a screenshot at the
8 top, the only screenshot on page 12.  What sort of user
9 would see the type of screenshot -- the type of search
10 results shown in this screenshot on page 12?
11    A.   Because some of the fields information are
12 not available, I would imagine this is a registered
13 user or a visitor to the site who does not have a
14 subscription yet.
15    Q.   And do you see this button at the top
16 right that says subscribe?
17    A.   I do.
18    Q.   If you click on that button, where does
19 that take the user?
20    A.   Pretty, I'm pretty certain that would take
21 you to the page that describes the subscription options
22 for the genealogy product, the packages that we've just
23 been discussing.
24    Q.   From 2016 to the present has the Ancestry
25 website always had the subscribe button on the search

Page 61

1 results page for visitors or nonregistered users -- or
2 registered users, I'm sorry?
3     A.   Yeah, although the general layout of the
4 site has probably evolved over that period of time, I,
5 I'm fairly confident there's always been a path around
6 option to view the subscription options on the page.
7     Q.   I'm gonna scroll down to page 13.  There's
8 another screenshot at the top of page 13.  Is that what
9 would appear if you hovered over the picture or link to
10 view more?
11    A.   Yes, although it looks -- yes, it looks a
12 little different in the screenshot from I think the
13 current experience, but yes.  The layout, yes.
14    Q.   What does the current experience look
15 like?
16    A.   This seems to cover the entirety of the
17 screen.  I'm not sure if that's the experience on the
18 service itself when you hover.
19    Q.   Oh, sure, sure.  Zoomed in?
20    A.   Just that's the only thing, but, again,
21 providing a thumbnail to give a sense that there is
22 something to look at and then describing some of the
23 fields of information that may be available if you --
24 with a subscription.
25    Q.   So if the user clicked on this sign up now

CONFIDENTIAL

Page 62

1 button that's available here on this hover over, where
2 would that take the user?
3     A.   It would take them to the same page that
4 describes the options of the subscription, the packages
5 that we've talked about.
6     Q.   Okay.  And is the purpose of showing this
7 kind of blurred out preview in the hover over is to
8 show the user that should you sign up, this page is
9 available?
10     A.   Yes, it's to give the user confidence that
11 should they sign up, that there are actual records
12 available for them to review and see if it's a match to
13 what they're trying to find.
14     Q.   And the screenshot at the bottom of page
15 13, does this appear to be another hover over?
16     A.   It does appear to be, yes.
17     Q.   Same with the screenshot at the top of
18 page 14?
19     A.   Yes.
20     Q.   All right.  That is all I have for that
21 exhibit.  I am going to introduce Exhibit Number 3.
22 Give me a moment.
23         (Exhibit 3 marked)
24     Q.   I'm sharing my screen again with a
25 document that has been marked Exhibit 3.  The Bates

Page 63

1 number, which is on the bottom right-hand corner on the
2 first page is Ancestry 1.  Do you recognize this
3 document, Mr. Godfrey?
4     A.   I do.  Would you mind making it just a
5 little bit wider?  Thank you very much.
6     Q.   So this first page appears to show your
7 book search results for Tony Sessa, correct?
8     A.   Yes.
9     Q.   What sort of user would see the search
10 results in this format that's shown in Exhibit 3?
11     A.   Free trialists and subscribers should have
12 access to this page.
13     Q.   And does this document, Exhibit 3, show
14 the full screenshot of what the Ancestry website would
15 look like when you're looking at the search results?
16     A.   No, it's missing the header, for example,
17 on the page.
18     Q.   Okay.  And if the user that was looking at
19 this search, the free trial user or the subscriber
20 clicked the view record, where would that take the
21 user?
22     A.   It would take them to the record page
23 itself where the image and all the fields of
24 information that we transcribed from the record are
25 available.

Page 64

1     Q.   All right.  That is it for that exhibit.
2 Introducing Exhibit 4.
3         (Exhibit 4 marked)
4     Q.   I've marked Exhibit 4 and shared my
5 screen.  This is a document with Bates number on the
6 first page Ancestry 6.  I'll scroll through this whole
7 document, Mr. Godfrey, so you can generally see what it
8 is.
9     A.   Okay.
10     Q.   Do you recognize Exhibit 4?
11     A.   I do.
12     Q.   What is Exhibit 4?
13     A.   It appears to be a search form
14 specifically for the yearbooks collection.
15     Q.   And, so, if we're looking at the first
16 page, the title says U.S., school yearbooks, 1900-1999.
17 How does an Ancestry.com user access this yearbook
18 specific search page shown in Exhibit 4?
19     A.   Sure, the primary way is if they choose
20 search on the homepage, for example, to get to the
21 global search or search all, there are categories
22 within that that can be filtered down on available on that
23 page and they can filter down to the specific
24 collection and then come to this page.
25     Q.   All right.  So typed in the search fields

Page 65

1 on Exhibit 4 is Mark Sessa and a location of Nevada,
2 U.S.A.  Do you see that?
3     A.   I do.
4     Q.   And then scroll down to the fourth page of
5 this exhibit, Ancestry 9 Bates number.  Does this
6 appear to be the results for that search that was input
7 on the first page?
8     A.   It does.
9     Q.   And what sort of user would see the search
10 results in this format?
11     A.   Registered users or visitors to the site.
12     Q.   Okay.  So if they clicked on this view
13 image, there's just a little thumbnail, would that be
14 -- would that result in a redirect to a page prompting
15 a subscription purchase?
16     A.   Again, the list here, the search on the
17 list here showing the possible matches that we have, if
18 they click on any of those, then we show them the page
19 of the subscription package offering so that they could
20 access those results in more detail.
21     Q.   And would there be a hover over for both
22 view record and the view image?
23     A.   Yes, typically, yes, there is.
24     Q.   Would those hover overs look materially
25 similar to the versions we just looked at in the

17 (Pages 62 - 65)

CONFIDENTIAL



Page 66

1 complaint?
2    A.   They would.
3    Q.   All right.  I'm gonna move on to topic 5
4 and 6, which is about licensing or purchase of the
5 yearbooks in the yearbook collection.  I'm happy to
6 keep going for a little while longer or if you'd like
7 to take a break, a lunch break, I'm not trying to
8 starve anyone out here.  Let me know.
9    A.   I think I'm good to keep going 20-30
10 minutes.
11

Page 68

1

17    Q.   And when someone conducts a search in the
18 yearbook of the yearbook collection with a name, is
19 that search run against that, a database with those
20 transcribed names in it?
21    A.   It is.
22

Page 67

1

Page 69

1

Brown & Jones Reporting
A Veritext Company

414-224-9533
www.veritext.com

CONFIDENTIAL

Page 70



15   Q.   When did Ancestry first start acquiring
16 yearbooks for use in its yearbook collection?
17   A.   As I mentioned earlier, I believe it's
18 sometime around 2007, 2008, but before my -- before I
19 joined the company.
20   Q.   Do you know when Ancestry first started
21 obtaining yearbooks from Nevada schools?
22   A.   Books from those schools could have been
23 as early as that, as those collections are varied.
24   Q.   Do you know how many total yearbooks are
25 in Ancestry's yearbook collection today?

Page 71

1   A.   Yes, a little bit over 250,000 books.
2   Q.   Do you know how many of those yearbooks
3 are from schools in Nevada?
4   A.   We do have that information, but I don't
5 have that information at my fingertips right now.
6   Q.   But that is knowable information?
7   A.   Yes.
8   Q.   Does Ancestry continue to add new
9 yearbooks to its yearbook collection?
10   A.   We do.
11   Q.   Approximately how many yearbooks per year
12 are added to the collection?
13   A.   It varies depending on what we find each
14 year, but a typical year may be 10,000, 15,000 more
15 books, depending on donations as well.
16   Q.   Do you have any sense of how many new
17 yearbooks from Nevada are added each year?
18   A.   I don't have that detail.
19   Q.   Is that something that is knowable?
20   A.   It is knowable, yes.
21   Q.   Can you describe for me at a high level
22 the yearbook donation process; how does that work?
23   A.   Sure.  Any individual, whether they're an
24 Ancestry member or not, who is interested in donating
25 their book can go to the website and there's a form

Page 72

1 they can download to submit to where to send their
2 yearbook and, so, send along with the yearbook.  It
3 comes to our offices here where we have local scanning
4 capabilities to scan and then transcribe the book and
5 publish it in the collection.
6   Q.   There's a form that gets filled out?
7   A.   (Witness nods head.)
8   Q.   Is that yes?
9   A.   Yes.  Sorry.  Yes.
10   Q.   Where is that form available to the
11 public?
12   A.   It's available on the collection page and
13 I believe it's also available on the yearbooks landing
14 page that we discussed before, the main search page for
15 the collection.
16   Q.   How do you get to the main search page for
17 the yearbook collection?
18   A.   You can, if -- you can go to the main
19 search and filter down to the right category and then
20 find the collection listed there to get to that main
21 search page.
22   Q.   And does that donations form get filled
23 out online or sent in via hardcopy?
24   A.   I believe that is sent in along with the
25 book.  The instructions are sent along with the book.

Page 73

1   Q.   I'm introducing Exhibit 5, which I will
2 share.
3       (Exhibit 5 marked)
4   Q.   Introduced Exhibit Number 5, which is
5 titled School Yearbook Submission Program and I can
6 represent I downloaded this from the Ancestry.com
7 website yesterday, October 4th.  Do you recognize this
8 document, Mr. Godfrey?
9   A.   I do recognize the document, yes, the
10 page, yes.
11   Q.   Does this appear to be the form that you
12 were just testifying about that gets sent in with a
13 yearbook donation?
14   A.   It does.  It does appear to be that.
15   Q.   Do you know whether this form has changed
16 from 2016 to the present?
17   A.   I don't know for sure whether it's
18 changed.
19   Q.   Who would know that information?
20   A.   We could probably ask that of our product
21 organization, but I'm doubtful that it has changed.
22 It's been a pretty consistent program since it was
23 first started.
24   Q.   Would you expect that if there are prior
25 versions of this form, those would be available in

CONFIDENTIAL

Page 74

1 Ancestry's records?
2     A.   I wouldn't expect that just given the
3 longevity of -- or how long ago some of these could
4 have been provided, so.
5     Q.   Would you expect if it's been any
6 different from 2016 to the present that those versions
7 would be available in Ancestry's records?
8     A.   I don't have an expectation of that.  I
9 don't know.
10        MS. BORRELLI:  Jack, I just want to ask,
11 since it's top of mind, if there's a prior version of
12 this form, we would ask that it be produced in part
13 because Ancestry's interrogatory responses suggest that
14 consent may be provided via the donation form, I
15 believe.  So we would want all prior versions of this.
16        MR. BAUMANN:  That's that off the record,
17 and I'm not sure that this document would have been
18 responsive to any of plaintiffs' request for
19 production, which -- we can -- I'm happy to discuss.
20        MS. BORRELLI:  Yeah, let's follow up.
21 Okay.
22     Q.   Is there anywhere in this yearbook
23 donation form, and let me know if you need me to
24 scroll, that suggests that the creator or the publisher
25 of the yearbook being donated intended the yearbook to

Page 75

1 be published on the internet?
2     A.   I'm not a lawyer, so I don't know for
3 sure, but I don't -- I think this document is speaking
4 to the intent of the submitter, the donor of the
5 yearbook and isn't speaking to the school, for example,
6 or the original organization that may have created it.
7     Q.   If you look under the heading Donation
8 Agreement, the second paragraph, it says I hereby
9 claim, to the best of my knowledge and efforts to
10 verify that each of the yearbooks hereby individually
11 identified on the reverse side are, A, not bound by
12 copyright restrictions or, B, the copyright is held by
13 the donor.  Does Ancestry do anything to verify whether
14 the yearbook is bound by copyright restrictions or if
15 the copyright is held by the donor?
16        MR. BAUMANN:  I'm going to object to the
17 extent it calls for a legal conclusion or asks for
18 information that you've heard from attorneys and, with
19 that, disclosed attorney-client privileged information.
20 To the extent you have knowledge of facts that are
21 separate and apart from those privileged conversations,
22 you can answer.
23     A.   I don't know that I have anything separate
24 from those privileged conversations that I'm aware of.
25     Q.   Who at Ancestry receives the donated

Page 76

1 yearbooks and donation forms and reviews those?
2     A.   So the donated yearbooks come into the
3 content organization, so my team here at the office.
4     Q.   Does that team ever have any follow-up
5 contact with the individual who donated the yearbook?
6     A.   They could if there are, for example,
7 questions about or maybe sometimes articles are left in
8 the yearbook, personal photos, other things they
9 probably didn't intend to send us that we'll, you know,
10 endeavor to try to return back to them.  But as a
11 general rule, I don't -- no, I don't think there's any
12 additional contact after the record -- after the book
13 has been delivered.
14     Q.   So, as far as you know, that team is not
15 reaching out to the individual to ask them whether they
16 hold a copyright in the yearbook that they've donated?
17     A.   No, they're not, nothing beyond the
18 representation here.
19     Q.   In Ancestry's interrogatory responses,
20 which I think you stated at the beginning of today you
21 reviewed in preparation for our discussion today,
22 correct?
23     A.   Yes.
24     Q.   In response to Interrogatory Number 1,
25 Ancestry stated, quote, Ancestry receives yearbook

Page 77

1 donations from individuals who enter into a donation
2 agreement with Ancestry and verify that the copyright
3 holder grants permission to Ancestry to put the
4 yearbooks online.  Can you point me to where in this
5 document, Exhibit 5, it says that the copyright holder
6 is granting permission to Ancestry to put the yearbooks
7 online?
8        MR. BAUMANN:  I'll object to the extent it
9 calls for a legal conclusion to the extent the document
10 speaks for itself.
11     Q.   You can answer the question, Mr. Godfrey.
12     A.   I don't know that I have anything further
13 to add other than the document, other than what's in
14 the document here itself.
15     Q.   Well, I'm asking you where in this
16 document does it say that the copyright holder grants
17 permission to Ancestry to put the yearbooks online?
18        MR. BAUMANN:  Same objections, but you're
19 free to answer.
20     A.   I just look at the, I look at the last
21 line, which is where the user is either describing that
22 it's not bound by copyright restriction or that they
23 hold that copyright.
24     Q.   Okay.  Is there anything in this document,
25 Exhibit 5, that suggests the donor is giving Ancestry

CONFIDENTIAL



Page 78

1  permission to use the yearbook to promote subscriptions
2  to Ancestry.com?
3     A.   We don't use any specific yearbook to
4  promote subscriptions to Ancestry.com.
5     Q.   But you would agree that if a yearbook
6  record is searched for by a visitor or a
7  nonregistered -- or a registered user, I'm sorry, to
8  view the record, they would be sent to a page promoting
9  subscriptions, correct?  We walked through that?
10    A.   That's not using the yearbook collection
11 to promote the service.  That's showing the user
12 possible matches to if they're interested in finding
13 and helping them understand that that service is behind
14 the subscription -- requires a subscription access, but
15 promotion implies something that's proactive from the
16 company, not something the user coming to search for
17 something and us showing them potential matches for
18 what they're searching for.
19    Q.   Okay, but the potential matches are
20 derived from yearbooks, correct?
21    A.   Potential matches to what they're
22 searching for are derived from the collection, but
23 those aren't promotions.  That's the results -- that's
24 potential results for what the user is searching for.
25    Q.   And to view the results, which are from

Page 79

1  the yearbook collection, the person would need to
2  subscribe to the Ancestry.com service?
3     A.   Definitely, as are any of the other
4  services that are offered as part of the subscription.
5     Q.   Does Ancestry track which yearbooks are
6  received via donation?
7     A.   We do our best to, yes.  We've been
8  gathering them for a very long time, so yes, we do our
9  best to do them.
10    Q.   How is that tracked?
11    A.   Through various spreadsheets and documents
12 over time based on different sources.  Sometimes those
13 lists are included, for example, in licensing
14 agreements and other means.
15    Q.   Does Ancestry keep track of whether the
16 individual who donated a yearbook is a registered user
17 or subscribing user with Ancestry?
18    A.   We do not.
19    Q.   All right.  I'm introducing Exhibit Number
20 6, which I will share.
21       (Exhibit 6 marked)
22

Page 80

1

Page 81

1

CONFIDENTIAL



CONFIDENTIAL



Page 88

8    Q.   All right.  Let's go off the record.
9         VIDEOGRAPHER:  The time now is 11:50 a m.
10  We are off the record.
11        (Break)
12        VIDEOGRAPHER:  The time now is a 12:31
13  p m.  We are back on the record.

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



Brown & Jones Reporting
A Veritext Company

414-224-9533
www.veritext.com

CONFIDENTIAL



CONFIDENTIAL



Brown & Jones Reporting
A Veritext Company

414-224-9533
www.veritext.com

CONFIDENTIAL



CONFIDENTIAL



Brown & Jones Reporting
A Veritext Company

414-224-9533
www.veritext.com

CONFIDENTIAL



Page 122

Page 123

Page 124

24        MS. BORRELLI:  All right.  Let's go off
25   the record.

Page 125

1        VIDEOGRAPHER:  The time now is 1:39 p.m.
2   We are now off the record.
3        (Break)
4        VIDEOGRAPHER:  The time now is 1:49 p.m.
5   We are back on the record.
6        Q.   All right.  Mr. Godfrey, I'm going to move
7   on to Topic Number 7, which is whether the publishers
8   of the yearbook included in the yearbook database
9   intended the yearbook names and yearbook photographs in
10   those yearbooks to be published in marketing emails and
11   on-site messages or in any other means intended to
12   promote Ancestry's subscription products.
13        At the time Ancestry purchased, licensed
14   or otherwise received yearbooks to include on
15   Ancestry.com, did Ancestry know whether the publishers
16   of those yearbooks intended them to be published on the
17   internet?
18        A.   We did not know specifically, but there
19   are plenty of examples of the original publishers of
20   the yearbooks sharing those records publicly with
21   either through students, faculty and staff, local,
22   state and local archives and making them otherwise
23   available and searchable on the web.
24        Q.   But did Ancestry for any particular
25   yearbook that it includes in its yearbook collection

Brown & Jones Reporting
A Veritext Company
414-224-9533
www.veritext.com

CONFIDENTIAL



Page 126

1 confirm whether that yearbook was already publicly
2 available and on the internet and made publicly
3 available on the internet by the original publisher?
4    A.   No.
5

Page 127

1
14      MS. BORRELLI:  Yeah, Jack, if those exist,
15 we invite those be produced, please, for the time
16 period that the Court has ordered.
17      MR. BAUMANN:  We can discuss that off the
18 record.
19      MS. BORRELLI:  Sure.  All right.  That's
20 it for topic 7.  See, Jack, not so objectionable.
21    Q.   Moving on to topic 9, the number of
22 yearbook names and yearbook photographs and the
23 yearbook database from schools in Nevada.  I may have
24 asked you this earlier, so apologies, but do you know
25 how many yearbooks from schools in Nevada are in the

Page 128

1 Ancestry collection?
2    A.   I don't have the approximate count, but it
3 is knowable.
4    Q.   And that's knowable because Ancestry
5 categorizes each yearbook by state, correct?
6    A.   Because we can filter the database by
7 state, yes.
8    Q.   Does Ancestry ever remove yearbooks from
9 its yearbook collection?
10    A.   I'm not aware of removing entire yearbooks
11 from the collection.
12    Q.   Ancestry has represented that it does not
13 know how many yearbook names or yearbook, individual
14 yearbook records from Nevada yearbooks are in its
15 yearbook collection.  Can you explain why Ancestry does
16 not know that information?
17    A.   So, sorry, two thoughts or two elements in
18 that response:  The first is, the number of records
19 that we have from a book is not a match to the number
20 of names that are in the book.  We do our best to find
21 every name and to extract every name.  We use some
22 automation to help us with that at the scale, but we --
23 there's many that we miss, but the nature of yearbooks
24 themselves also makes that difficult in that for any
25 given yearbook a name can be, of a student, can be

Page 129

1 there multiple times, multiple students can have the
2 same name and then multiple yearbooks year after year
3 in a series, let's say a 4-year series having all four
4 books from each of those four years, could also all be
5 part of the database and, so, identifying a unique
6 count of names that we have in the book is almost
7 impossible to do.
8    Q.   With the information that Ancestry has,
9 could it make an estimate of the number of yearbook
10 names from Nevada yearbooks?
11    A.   We could not.  Every yearbook is --
12    Q.   Tell me how many -- go ahead.
13    A.   As to every yearbook is structured
14 differently by wonderful well-meaning students at the
15 schools with a variety of formats with a variety of
16 types of areas where they may highlight individual
17 students individually on their page but also on
18 subsequent pages like sports teams and others and, so,
19 it is impossible to get an accurate estimate count of
20 the number of record -- the number of individuals from
21 any given book.
22    Q.   Could Ancestry estimate the number of
23 yearbook records associated with schools from Nevada?
24    A.   We do.  We can find a yearbook count for
25 schools that are in the place of Nevada.

33 (Pages 126 - 129)

CONFIDENTIAL

Page 130

1    Q.   Not a yearbook count, I'm sorry, but --
2    A.   A record count.  We could -- we can
3  provide a count of records that have come from books
4  that are placed in Nevada.
5    Q.   Okay.
6       MS. BORRELLI:  Jack, that's another one we
7  should talk about offline.
8       MR. BAUMANN:  Sure.
9    A.   What I would add to that is the
10  information about the records associated with a
11  particular book are not part of the database, so
12  there's a mapping, but to a variety of sources that
13  have varying degrees of information about each book.
14  The site is focused on this page from this place has
15  this name, but the book itself from production
16  standpoint and in the organization of how we produce
17  and extracted the names from the book are held in other
18  database sources and, so, there is a quite complex
19  mapping to get there to try to come up with that
20  answer.
21    Q.   But it is possible?
22    A.   It is possible.  Just a level of effort.
23  As record, again, just as records.
24    Q.   Yes, understood.
25    A.   Not having a perfect understanding of the

Page 131

1  names in a given book.
2    Q.   And Ancestry has represented that it does
3  not know how many separate yearbook photographs from
4  Nevada yearbooks are in the yearbook collection.  Why
5  does Ancestry not know that information?
6    A.   Could you define yearbook photographs?  I
7  think that will help with the question.
8    Q.   Yeah, so, say Mark Sessa, he appears in a
9  particular yearbook in his individual photograph with
10  his class and then he also appears in a photograph with
11  the tennis team and the drama club so those are three
12  separate photographs?
13    A.   I think I understand the question.  For
14  us, the image that we have is of the page.  We don't
15  have -- we don't break that down further and store each
16  individual photo or head shot or sports team group
17  photo or what have you.  The imagery that we have are
18  organized by page.
19    Q.   Didn't you testify earlier that each
20  photograph comes with its own special set of metadata?
21    A.   Each image, each page of the yearbook
22  comes with its own special metadata.
23    Q.   Got it.  So each yearbook page, not each
24  specific photo on a yearbook page?
25    A.   Correct.  When we're talking about

Page 132

1  scanning work or the images that we receive from
2  partners and those we acquired content from, we're
3  talking about page from the yearbook photo -- sorry,
4  from the yearbook itself, not the individual multiple
5  photos that could be on that page.
6    Q.   But then doesn't Ancestry tie each
7  photograph to a name?
8    A.   We do our best to try to tie some of the
9  head shots to a specific name -- well, record for us on
10  the page, but, again, all we store is the page itself
11  and then do our best to try to understand the pieces
12  that are within that page.
13    Q.   So does Ancestry keep track for any one
14  yearbook page how many individual records are
15  associated with that page?
16    A.   There is a record account of the number of
17  records that we have taken from the page.  It is
18  something that is knowable.  Again, not stored in the
19  main database on the service.  It would take some --
20  quite a bit of work to do in mapping multiple sources,
21  but, but there is an association between the record and
22  the image of that record that that record appears in.
23    Q.   So you could potentially identify the
24  number of records associated with each yearbook?
25    A.   There is, with some work, there is

Page 133

1  possibility to do that.
2    Q.   Okay.  Moving on to topic 10, the number
3  of subscribers whose accounts are associated with a
4  Nevada address and categories of information Ancestry
5  possesses about its subscribers.  What information does
6  Ancestry collect from registered users as part of the
7  registration process?
8    A.   To register you simply need to provide an
9  email address and set a password.
10    Q.   Can registered users tie themselves to any
11  records in the Ancestry collections?  Like, could I
12  register and tie myself to my yearbook photo?
13    A.   It's not really how the service works.  As
14  a registered user, you can come in and create a family
15  tree, you can create multiple family trees.  You can
16  create one for your spouse or your cousin or friend if
17  you like and within each one of those, you would list
18  family members, you know, that you're looking for or
19  that you know are on that family tree and that may or
20  may not include yourself in that family tree, but
21  again, that's for use of the family tree.  The
22  association with records is not connected to that.
23    Q.   So if I start a family tree with myself in
24  that tree, can I tie Ancestry records to that family
25  tree so if someone is looking for me to do their own

34 (Pages 130 - 133)

CONFIDENTIAL



Page 134

1 family tree, they find that, you know, Raina Borrelli
2 is associated with the use of your book records and
3 this birth certificate?
4      A.   Yeah, so, when you use the service and you
5 find records, you search for records using the search
6 process we described and you find one that you believe
7 is associated with someone in your family tree, whether
8 it's yourself or someone else, you can save that record
9 in the family tree to that name, to that person on your
10 tree, again, yourself or others and you can do that
11 across the yearbook collection, across all the
12 collections and records that we have and then as you
13 collaborate with other people on the service, usually
14 cousins are on the service, others that are related or
15 interested in the same family trees, you can share
16 those discoveries with them and vice versa.
17      Q.   So is there a way to identify registered
18 users who have associated themselves on their family
19 tree with a Nevada yearbook record?
20      A.   Not at an aggregate level.  What we can
21 understand is who are the users in a discovery in the
22 yearbooks and save something to someone in their tree,
23 but the element of being their own personal record for
24 themselves is not something that we, we specifically
25 track.

Page 135

1      Q.   Okay.  And what information does Ancestry
2 collect from free trial users as part of the
3 registration process?
4      A.   Our focus would be on the billing
5 information required for the payment.  So for example,
6 currently we collect the ZIP Code and the payment
7 information itself from the card.
8      Q.   Does Ancestry require free trial users to
9 input a billing address or just a ZIP Code?
10      A.   We require a ZIP Code.
11      Q.   And then what information does Ancestry
12 collect from paying subscribers as part of the
13 subscription process?
14      A.   It would be very similar to free
15 trialists.  Most subscribers were just formally free
16 trialists.
17      Q.   Do paying subscribers need to disclose a
18 home address or billing address or just a ZIP Code?
19      A.   Current paying subscribers do not need to
20 disclose anything more than the basics for billing and
21 right now that's the ZIP Code.
22      Q.   In Ancestry's interrogatory responses in
23 response to Interrogatory Number 10, it states that it
24 can determine the total number of Ancestry paying with
25 subscribers whose accounts are associated with a Nevada

Page 136

1 billing address.  Does that refresh your memory as to
2 whether Ancestry collects billing addresses for paying
3 subscribers?
4      A.   Sure, the ZIP Code would provide that
5 association.

Page 137

Brown & Jones Reporting          414-224-9533
A Veritext Company               www.veritext.com

CONFIDENTIAL

Page 138

1    Q.   I will move on to topic 11, process by
2  which Ancestry obtains consent from the subject of
3  yearbook names and yearbook photographs to use their
4  yearbook photographs in marketing emails and on-site
5  messages, including whether such consent was obtained
6  from plaintiffs or the class.
7         Does Ancestry obtain written consent from
8  each individual appearing in a yearbook record on
9  Ancestry.com to display their name and yearbook photo
10  on Ancestry's website?
11    A.   Again, examples where we do receive
12  consent are the terms, people signing up for the terms
13  and conditions of the site as a user and the example of
14  those who donate their own individual yearbooks for use
15  on the website, but outside of that, generally no, we
16  do not seek that consent.
17    Q.   So if an individual has never visited
18  Ancestry.com or has never registered or signed up in
19  any other way, Ancestry has not obtained expressed
20  written consent to display their yearbook photo,
21  correct?
22    A.   Correct.
23    Q.   Does Ancestry have any written policies or
24  procedures outside of the terms of service related to
25  obtaining consent from the subjects of yearbook photos

Page 139

1  in its yearbook collection?
2    A.   Not that I'm aware of.
3    Q.   Has it ever had any such policy?
4    A.   Again, not that I'm aware of.
5    Q.   So in response to Interrogatory Number 3,
6  which asks about the ways in which Ancestry obtains
7  written consent from the subject of yearbook photos,
8  Ancestry responded that Ancestry users provide consent
9  through agreement to Ancestry's terms and conditions;
10  is that correct?
11    A.   Yes, that's correct.
12    Q.   I think you testified earlier that the
13  terms of service would only apply to people who
14  registered as a user or have a free trial or a paid
15  subscription, correct?
16    A.   Yes.
17         MR. BAUMANN:  Object to the extent that
18  calls for a legal conclusion.
19    Q.   Sitting here today, can you identify which
20  portion of the Ancestry terms of service requires users
21  to provide consent for the use of their yearbook
22  photograph and record?
23         MR. BAUMANN:  I'll object to the extent it
24  calls for a legal conclusion and that document speaks
25  for itself.

Page 140

1    A.   Yeah, I would say I can't at the moment
2  without reviewing.
3    Q.   Okay.  We can look at some examples of the
4  terms of service, which has been modified a bit over
5  the years.  So let's pick one.  I will introduce
6  Exhibit 17, which is Bates stamped Ancestry 716.
7         (Exhibit 17 marked)
8    Q.   Do you recognize this document, Exhibit
9  17?
10    A.   Generally, yes, obviously an older
11  document, but yes.
12    Q.   Sure.  I will scroll through this and let
13  you read.  I'd like you to just identify the portion of
14  this terms of service that provides that the user is
15  giving consent for the use of their yearbook record on
16  Ancestry.com.
17         MR. BAUMANN:  And objection; calls for a
18  legal conclusion, the document speaks for itself.
19    A.   You can scroll to the next page if you
20  like.
21    Q.   Just let me know when I need to scroll.
22    A.   Again, you're asking me to look for
23  explicit permission for the yearbook photo to be shared
24  on the site?
25    Q.   Ancestry's response to Interrogatory

Page 141

1  Number 3 said Ancestry users provide consent through
2  agreement to Ancestry's terms and conditions and the
3  request was asking where is there consent provided for
4  the use of yearbook records.
5    A.   So, again, from my limited perspective,
6  not being on the legal side, I think there is a section
7  in the scroll above that speaks to user-provided
8  content and that's an area that speaks to records that
9  are specific to them as an individual.
10    Q.   Does user-provided content include
11  yearbook records that are not provided by the user?
12         MR. BAUMANN:  Same objections.
13    A.   I'm not sure how to respond given you're
14  asking me to clarify legal language.
15    Q.   Well, Ancestry's interrogatory responses,
16  which I believe are signed by you, say -- yes, you
17  signed those -- say that in response to Interrogatory
18  Number 3 -- why don't I just put this up.  I'm gonna
19  switch the document we're looking at if that's okay.
20    A.   I can see the -- sorry.
21    Q.   Oh, you can see the interrogatories?
22    A.   Yeah.
23    Q.   Oh, great.  I wasn't sure that was just
24  showing the exhibit page.  Okay, so, identify and
25  describe the process by which Ancestry obtains written

36 (Pages 138 - 141)

CONFIDENTIAL

Page 142

1 consent as required by NRS 597.790(2) from plaintiffs
2 or any members of the class for the use of their
3 yearbook photographs, yearbook names, and/or personal
4 information in on-site messages or marketing emails.
5        And in response, which you signed as to
6 the substantive response, it says Ancestry users
7 provide consent through Ancestry's terms and
8 conditions. I'm asking where in the terms and
9 conditions that consent is provided.
10       MR. BAUMANN: I'll lodge the same
11 objection. This interrogatory and how he responded to
12 it asked about the facts as to how users might provide
13 consent. What you're asking now is for legal
14 assertions and legal interpretations of the contract
15 relating to whether that consent might be sufficient.
16 So this describes the facts, Mr. Godfrey described the
17 facts and as a witness that's what he's here to do.
18 The legal aspects of it are for you and the Court
19 to, ultimately, respectively. So, again, object on the
20 grounds that this calls for a legal conclusion.
21       MS. BORRELLI: Well, there is a factual
22 response. Ancestry is asserting that users provide
23 consent through agreement to Ancestry's terms and
24 conditions. All I'm asking is where in the terms and
25 conditions that consent provided? If the answer is

Page 143

1 I don't know, then that's the answer, but I think I'm
2 entitled to an answer to this question.
3        MR. BAUMANN: -- facts, which is what
4 Ancestry provided in the interrogatory response and
5 what Mr. Godfrey provided now, and I think he's already
6 answered your question, but go ahead, Mr. Godfrey. I'm
7 not instructing you not to answer.
8    A.   Yeah, I don't know how to answer your
9 question.
10   Q.   Okay. And if I show you any other
11 versions of Ancestry's terms and conditions that have
12 existed between 2010 and the present, do you think
13 you'd be able to identify where in those terms and
14 conditions Ancestry users provide consent have their
15 yearbooks, photographs, used by Ancestry?
16   A.   I don't know that I would.
17   Q.   Okay. I'm sorry, I'm gonna put that right
18 back up. Also in response to Interrogatory 3 Ancestry
19 stated in addition, plaintiffs and putative class
20 members could consent via an agent or other third
21 party; for example, an attorney's agreement to
22 Ancestry's terms and conditions in signing up for
23 Ancestry's services.
24       How does Ancestry track if it has received
25 consent from any plaintiff or putative class member via

Page 144

1 that methodology?
2    A.   I don't, I don't have any information
3 about that.
4    Q.   So, as far as you know, Ancestry does not
5 keep track of whether consent has been provided in that
6 way?
7    A.   I just don't know our process for doing
8 that.
9    Q.   As far as you know, is there any record of
10 such explicit written consent related to consent via
11 agent or other third party?
12   A.   I wouldn't be familiar with whether there
13 is.
14   Q.   And then that response continues by
15 Ancestry, it says, further plaintiffs and the putative
16 class members could consent by providing consent to a
17 third party who in turn provided consent to Ancestry.
18 What does that mean? What third parties could have
19 provided consent?
20   A.   I'm only speculating, but it could be, for
21 example, the archive from which we received permission
22 to publish the collection to publish the individual
23 book, as an example, but I'm . . .
24   Q.   Does Ancestry keep track of whether any
25 plaintiff or putative class member consented by

Page 145

1 providing consent to a third party?
2    A.   I'm just not familiar with that to know.
3    Q.   So sitting here today you can't point to
4 any records of explicit written consent by plaintiffs
5 or putative class members that provide consent through
6 a third party?
7    A.   I'm just not, I'm just not aware of that
8 part of the process, so I don't have any knowledge
9 either way.
10   Q.   Beyond these three categories identified
11 in Ancestry's interrogatory response with respect to
12 how it obtains consent, are there any other ways in
13 which Ancestry alleges it obtains consent from the
14 subjects of yearbook records to display their photos on
15 Ancestry?
16   A.   As we have described, the yearbook
17 donation program and specifically contributed by users
18 in the book -- or individuals, excuse me. They may not
19 be users, but individuals in the book.
20   Q.   Has Ancestry ever provided notice to the
21 subject of the yearbook records in its yearbook
22 collection that their yearbook records appear on
23 Ancestry.com?
24   A.   Outside of those users searching the
25 collection and finding them or identifying them in that

37 (Pages 142 - 145)

CONFIDENTIAL

Page 146

1  way, I'm not aware that we have.
2      Q.   Does Ancestry contend that it received
3  consent from the plaintiffs in this case, Anthony Sessa
4  or Mark Sessa, to display their yearbook photos on
5  Ancestry?
6          MR. BAUMANN:  Calls for a legal
7  conclusion.
8      A.   I'm not familiar with the plaintiffs'
9  interactions with the terms and conditions or their
10 status as a user.
11     Q.   All right.  Topic 12, Ancestry's
12 understanding as to whether their use of yearbook
13 photographs, yearbook names and other personal
14 information implicates the privacy of the subject or
15 their intellectual property right.  Would you agree
16 that yearbook photographs are often photographs of
17 people when they were minors?
18     A.   Yes.
19     Q.   Do you agree that yearbook photographs are
20 often personal?
21     A.   I don't.
22     Q.   Okay.  Why don't you?
23     A.   Because the yearbook is compiled as part
24 of a process at the school and, you know, and broadly
25 distributed publicly to all the attendees of the school

Page 147

1  and the local community and in many other ways.
2      Q.   Do you agree that some people may not want
3  their yearbook photographs published on the internet?
4          MR. BAUMANN:  Calls for speculation.
5      A.   Generally it's been our experience that
6  some people have -- had objected and have requested
7  that we remove them.
8      Q.   Has Ancestry ever had internal discussions
9  about privacy concerns associated with publicizing on
10 the internet yearbook photos?
11         MR. BAUMANN:  I'll just object to the
12 extent this question asks for communications and advice
13 received from counsel, whether outside counsel or
14 internal counsel.  I would instruct you, Mr. Godfrey,
15 not to answer on the basis of privilege.  To the extent
16 you have an understanding that is independent from any
17 conversations with your attorneys, then you can go
18 ahead and answer.
19     A.   Those subjects would involve discussions
20 with attorneys and, therefore, I have no response.
21     Q.   Okay.
22         MS. BORRELLI:  Ann, actually, could you
23 read back my question before the objection.
24         (The requested portion of the record was
25         read by the court reporter.)

Page 148

1          MS. BORRELLI:  So, Jack, I understand your
2  objection.  I think this is a yes or no question and I
3  think the fact the discussions have happened whether or
4  not they involved attorneys is not privileged.
5          MR. BAUMANN:  I disagree.  You're asking
6  about the fact of specific conversations and specific
7  content and whether those occurred, the fact that those
8  conversations and whether they occurred would be
9  privileged because it's specific to -- I mean, by
10 asking that very question, were you to receive a "yes"
11 answer, you would then know about privileged
12 conversations that Ancestry had with its attorneys and
13 the content of those conversations.  The instruction on
14 that one stands.
15     Q.   Okay.  Topic 13 requests that Ancestry has
16 received to remove yearbook names, yearbook photographs
17 or other personal information from Ancestry.com,
18 including any policies or procedures of Ancestry and
19 Ancestry's response to such requests.  Does Ancestry
20 have a procedure for individuals to request that
21 Ancestry remove their yearbook record from its yearbook
22 database?
23     A.   Yes, we do.
24     Q.   And what is that, what is that procedure?
25     A.   An individual who can either contact our

Page 149

1  customer support center or on the record itself, anyone
2  on Ancestry can request the removal of a record for
3  themselves or their children and those requests are
4  routed to our customer service organization to review
5  them and then if confirmed that meets the criteria,
6  then they remove the record from the database.
7      Q.   What are the criteria for removal?
8      A.   Again, it's a record -- to the best of our
9  understanding, that it is a record about yourself or a
10 child of yours, which is a general policy across all of
11 our record collections.
12     Q.   And to the best of your knowledge, does
13 Ancestry always follow that policy and procedure when
14 such a request is made?
15     A.   We do make every effort to do so.
16     Q.   When did that procedure first begin at
17 Ancestry?
18     A.   Boy, that procedure probably predates my
19 time at Ancestry, so it's been at least over a decade.
20     Q.   So has Ancestry received requests from
21 individuals to remove their yearbook record from its
22 yearbook collection?
23     A.   Yes, we have.
24     Q.   And practically speaking, how does
25 Ancestry accomplish that?

CONFIDENTIAL

Page 150

1    A.   Once the request is received, you're
2 either, again, verbally by calling, by contacting
3 customer service or by on-site at the record, you can
4 request it there.  Those requests are gathered through
5 by our customer service team, again, reviewed for the
6 criteria to the best of their ability, always, again,
7 deferring to the user.  The bar is very low for
8 validating that it is your record or your child's
9 record, but because of our interest in privacy, we
10 defer on that and then we delete the record from the
11 collection.
12   Q.   So you would agree that Ancestry provides
13 that procedure in the interest of people's privacy,
14 correct?
15   A.   We provide that at the request of the
16 user.  Their motivation may vary, but we provide that
17 at the request of the user.
18   Q.   But I think you just testified that you
19 would remove the record in the interest of privacy if a
20 person so requests, correct?
21   A.   For whatever reason they may request it,
22 we would remove the record, yes.
23   Q.   But wouldn't you agree that Ancestry could
24 just say no, I'm not removing the record?
25   A.   That is not our policy or process.  We

Page 151

1 remove the record when we're asked.
2    Q.   Right, but you would agree Ancestry could
3 say no, I'm not going to do that?
4    A.   I wouldn't speculate on that.  Our policy
5 has been fairly consistent for over a decade and that
6 is the policy.
7    Q.   Right, and that's the policy because
8 Ancestry is concerned about privacy when someone
9 expresses a concern directly to Ancestry about that
10 issue, right?
11   A.   We are responding for whatever reason the
12 user is requesting their record to be removed, and
13 there are varied reasons.  We don't speculate on why.
14 We just respond to the request affirmatively.
15   Q.   If a request is granted, how is the record
16 removed from the collection?
17   A.   We have a procedure for an individual
18 record to be removed from the database and then once
19 that record is removed, then it is effectively deleted,
20 is no longer part of the collection or available to
21 search or anything else.
22   Q.   And has Ancestry, in fact, received such
23 requests?
24   A.   We have received requests.
25   Q.   Do you know what percentage of those have

Page 152

1 been granted versus denied?
2    A.   The majority of them have been granted.  I
3 think a denial is very rare.  Probably be predominantly
4 focused where the user represents that they are not the
5 person involved or don't have any association with any
6 relationship, I should say, with the person directly
7 speaking about.
8    Q.   Are those requests, to the extent they
9 come in in written form, saved anywhere?
10   A.   I believe so, but I can't confirm.
11   Q.   Who have that information?
12   A.   Probably our customer service
13 organization.
14   Q.   Do you know if those requests come in via
15 phone if they are memorialized in some way?
16   A.   Just want to make sure I understand the
17 question.  Can you -- just what you mean by
18 memorialized.
19   Q.   Yeah, if someone calls in to ask that
20 their yearbook record be removed, is there some written
21 record of that interaction with that individual?
22   A.   I'm fairly certain there's, for example, a
23 customer service ticket or something that would be
24 tracking that particular request.
25   Q.   And if those did exist, you think they

Page 153

1 would be within the customer service organization?
2    A.   I do believe so, as they've been
3 responsible for managing that process over time.
4    Q.   How does Ancestry handle removal requests
5 that are granted if the individual appears in like a
6 group photo in a yearbook as opposed to only like an
7 individual head shot?
8    A.   Again, we would remove the record from the
9 database.
10   Q.   Even if that record involved people other
11 than the requesting individual?
12   A.   We would not remove others, other records
13 that may be involved in that request.  We would only
14 remove the record for the person making the request.
15   Q.   What if I made a removal request and it
16 was granted and I also appear in a group photo of the
17 swim team, how is that handled?
18   A.   Either the user often communicates to us
19 all the places in the yearbook where they feel that
20 they appear and/or we take some effort as well on our
21 side to try to identify as best we can and remove those
22 instances.
23   Q.   So the entire swim team photo could be
24 removed, for example?
25   A.   No.  No, we remove the record for the

CONFIDENTIAL

Page 154

1 person requesting their record be removed.
2    Q.   What do you mean by remove the record in
3 the instance of like a group photo?
4    A.   If the group photo has ten names under it,
5 we remove the name of the person who's requesting their
6 name, their record be removed from the database.
7    Q.   What about the image of the person; would
8 their face still appear in the group photo?
9    A.   It would still appear.
10    Q.   Okay.
11    A.   And the other individuals in the team,
12 swim team in this case, would be separate records.
13    Q.   Understood.  All right.  Topic 14, all
14 instances in which plaintiffs' name and/or photograph
15 appeared in marketing emails or on-site messages.  So
16 you would agree if I searched for Anthony or Mark Sessa
17 from the main Ancestry search page as just a visitor
18 or -- or a registered user, if I searched for their
19 yearbook records, a search result page would be
20 returned that includes their names, correct?
21    A.   A search result would be returned that
22 would include records that matched that name.
23    Q.   And if I tried to click on a preview of a
24 yearbook photo associated with either of those names, I
25 would be redirected to a page with subscription

Page 155

1 information, correct?
2    A.   The next page you would move to would help
3 you understand the packages available to acquire a
4 subscription.
5    Q.   And if I hovered over the view record or
6 view photo resolved associated with Mark Sessa or
7 Anthony Sessa on that search, there would be a hover
8 over that includes a sign up now button, correct?
9    A.   Yes.
10    Q.   Okay.  Does Ancestry track whether
11 particular names or records have been searched for?
12    A.   No.  There's a loose association between a
13 search and a record.  A search can return thousands of
14 search results and we do, particularly for registered
15 users and subscribers, we do keep a history for their
16 sake of searches they conducted in the past in case
17 they want to come back and conduct that search again,
18 but we do not keep track of the records that showed up
19 in the search, in the results list for any given
20 search.
21       Again, the user is providing us parameters
22 for who they may be looking for and seeking on the site
23 and then we're returning search results our best effort
24 to try to match, to try to find matches of our records
25 that may be associated with those search parameters.

Page 156

1    Q.   So if I asked you has Anthony Sessa's name
2 ever been searched for within the Ancestry yearbook
3 collection, could you tell me whether it has or has
4 not?
5    A.   Generally, no.  If Anthony had a
6 registered user account and searched for himself, that
7 may be in his recent searches kind of history for his
8 benefit so that he could -- so he could repeat a search
9 he's used in the past to research, but that would be
10 unique for Anthony.
11    Q.   Does Ancestry know whether a particular
12 yearbook record has been viewed or attempted to be
13 viewed?
14    A.   We do know when a record has been viewed.
15 So an individual record has been seen in what we
16 term the record page, which we looked at earlier.
17    Q.   Would you know whether that record had
18 been viewed by a visitor, a registered user or a
19 subscriber?
20    A.   It can only be viewed by a subscriber or a
21 free trialer.
22    Q.   Could you tell whether it was viewed by a
23 free trial user or a paying subscriber?
24    A.   We could tell who viewed it and what their
25 status was at the moment whether they were in their

Page 157

1 free trial or had subsequently become a subscriber at
2 the time.
3    Q.   Okay.  Can you tell whether anyone has
4 attempted to view, for example, Anthony Sessa's
5 yearbook record, who was a visitor or a registered
6 user?
7    A.   Yes, if we know the user, meaning they at
8 least have registered, then we can -- we do track the,
9 for a period of time, the records that they have
10 attempted to view.
11    Q.   So given all of that, do you know whether
12 any free trial user has viewed Anthony or Mark Sessa's
13 yearbook records?
14    A.   We know -- I'm not recalling free trial
15 specifically, but I do know there are users who have
16 viewed those, those records, yes.
17    Q.   And when you say users, are you including
18 registered users in that?
19    A.   I think it would have to be, having viewed
20 the record, it would have to be free trial or
21 subscription status in order to do that.
22    Q.   And do you know whether any registered
23 users have attempted to view Anthony or Mark Sessa's
24 yearbook records?
25    A.   Sorry, I'm just trying to recall whether

CONFIDENTIAL

Page 158

1 we did. I don't know whether we do have that or not.
2 I don't think on the attempt. I think it's the actual
3 view that we understand.
4       Q.   But you agree that whether an attempted
5 view has been made is something that you could find
6 out?
7       A.   Yes. I think that might be, that may be
8 information that we only store for a very limited
9 amount of time. Again, it's primary purpose is focused
10 on optimizing, you know, the search experience and the
11 product managers constantly trying to improve how that
12 is organized for any user, probably use that kind of
13 data, but I don't think it's data we track historically
14 associated with any user for that type of purpose.
15       Q.   And do you have a way to track whether an
16 attempted view of Anthony or Mark Sessa's yearbook
17 records led to any user to purchase a subscription?
18       A.   Well, when the user decides to purchase a
19 subscription, they've usually attempted to view lots of
20 records and then when they free trial, they view dozens
21 and dozens of records and hopefully if we're
22 successful, save dozens and dozens of those records to
23 their family tree on their journey deciding if they're
24 going to become a subscriber. We do track the records
25 that are involved in that process and the whole

Page 159

1 collection of records that they have found saved to
2 their tree, been successful with and all those are --
3 the data does understand all that they have found on
4 their -- or anyone who has become a subscriber.
5       Q.   So for anyone who has become a subscriber,
6 you could identify records they viewed or attempted to
7 view or tied to their family tree before they purchased
8 their subscription?
9       A.   I think, I think we have some of that
10 information for a period of time. I don't know how
11 long we store that information, but I do think we have
12 that, and any record that they have actually saved,
13 found and we would say discovered, meaning they have
14 saved it to their family tree, it matches someone that
15 they were looking for, we certainly save that
16 information and have that information as well.
17       Q.   Do you know whether Anthony or Mark
18 Sessa's yearbook record has ever appeared in a hint
19 email?
20       A.   I don't think that it has. It would only
21 appear to someone who has their names and enough
22 information to possibly match the record for a hint to
23 be created in the first place. So our hints are
24 guesses of what you might be looking for, a hint is our
25 response to you creating a family member in your tree

Page 160

1 and us, as is the expectation that we set with users
2 using the service, we will proactively go out and see
3 if we can identify records that might match and we will
4 proactively send those to you on a regular basis to try
5 to do our best to help you in your search.
6       And, so, in order to receive any hint
7 email, first of all, a hint would have to be created
8 that matches a person you told us you're looking for
9 and the criteria around that person, right, their age,
10 their location, things like that. We want to be
11 reasonably certain that the hint we're suggesting is
12 going to be matched for you. We're not well served if
13 it's not, you know, and, so, that's almost, if you
14 will, a proactive search on our part to help you in
15 your search for those records.
16       And a subset of those hints, many people
17 get lots and lots of hints on a weekly basis, at least
18 that's our intention and hope, but a few of those hints
19 are then provided in kind of ongoing updates so that
20 you know what we're finding that are potentials for you
21 to come and explore.
22       Q.   Do you know whether Anthony Sessa or Mark
23 Sessa's yearbook record has been associated with any
24 family tree such that they could be pulled for a hint
25 email?

Page 161

1       A.   I don't believe so.
2       Q.   Does Ancestry retain records of each hint
3 email it sends?
4       A.   We certainly retain records of all the
5 hints that we generate, so all of the possible record
6 matches and, again, those are available to users as
7 well when they login to the site and they look for, you
8 know, what Ancestry proactively found for me from my
9 family tree and, so, we certainly have that.
10       Again, a subset of those just
11 representative examples from those hints that we have
12 found recently are included in the hint email and I'm
13 not perfectly aware of whether we store which of those
14 have been included in the email or not. I think we
15 have that data, but I would need to confirm.
16       Q.   Who would know whether that data exists?
17       A.   That would come from our product
18 organization and that's something that we can
19 understand. I was just saying to add to that, there's
20 no hint unless, to be generated, unless you tell us, a
21 user tells us what they're looking for and, so, in this
22 particular case, plaintiffs would have to created a
23 tree and told us and placed themselves amongst other
24 people perhaps in their family tree before there would
25 be any hint that we would generate or any hint email

41 (Pages 158 - 161)

CONFIDENTIAL

1 that we would send to them specifically.
2    Q.   Got it.  And, again, the hint email is --
3 the hints are created via a best guess of what records
4 may interest a person based on their family tree that
5 they've created, correct?
6    A.   That is correct.
7    Q.   And, so, you agreed, I think, much earlier
8 today that those hint records can be pulled from any of
9 the records in Ancestry and the algorithm just does its
10 best to identify what may be relevant?
11    A.   That's correct.  The algorithm does its
12 best to say based on what you've told us you're looking
13 for by the expression of your family tree, the people
14 that you've included in your family tree, think of it
15 as a proactive search on our part to try to find
16 matching records for you that you could come and review
17 and decide for yourself, again, if they are a match or
18 not, and many of them may not be.
19        Our goal is to be as accurate as we can be
20 and then you indicate that to us by saving that record
21 to your tree and that's when we know we have presented
22 a good hint, a good match.
23    Q.   Do you know definitively sitting here
24 today whether any of Anthony Sessa or Mark Sessa's
25 yearbook records have been included in a hint email?

1    A.   I don't know that they have been included
2 in a hint email.
3    Q.   You don't know one way or the other?
4    A.   I don't know one way or the other.  I'm
5 fairly certain they have not been included in a hint
6 email, but again, we can confirm that.
7    Q.   So there's a way to search every hint
8 email that has ever been sent to see if their records
9 have been included?
10    A.   No, we could start by looking to see if
11 there were hints generated that matched their records.
12 That would be where I would start.
13    Q.   Understood.
14    A.   And if not, and if not, then there could
15 not have been any hint emails sent that included them.
16 But that hint email would only be sent to someone in
17 response to them searching for the plaintiff's name and
18 by including them on their family tree.
19    Q.   How long does Ancestry retain hints that
20 are generated?
21    A.   That varies.  We store them for a very
22 long time, obviously, because they're still relevant to
23 the user until the user has come and reviewed them and
24 made a determination whether that's indeed, you know,
25 their mother or their grandmother in the record and

1 save them.  I'm sure for sake of storage purposes,
2 things, there may be a volume at which we might, you
3 know, clean some of that up a little bit, some of the
4 oldest generated hints, you know, from the past, but
5 for the most part, those are there typically available
6 long-term for the user.
7    Q.   Okay.  So do you think that Ancestry has
8 records of hint emails sent from between December 2016
9 and the present?
10    A.   Records of hints that we generated, yes, I
11 would anticipate that we would.  Record of hint emails
12 sent, I don't know.
13    Q.   Okay.
14    A.   Again, just the association there is the
15 hint, there's no hint email -- there's no hint in the
16 email unless we generate the hint and we don't generate
17 the hint unless the user tells us what we should be
18 searching for on their behalf.  So where their
19 interest, we're just responding to their interest that
20 they've expressed.
21    Q.   All right.  We'll look at that.  We mostly
22 covered topic 16 with that discussion, which is the
23 process and flow by which marketing emails are sent,
24 but I do want to look at one exhibit related to that.
25    A.   Okay.

1        (Exhibit 18 marked)
2    Q.   I've marked Exhibit 18, which is Ancestry
3 699.  I think this is -- here.
4    A.   Difficult one to see, but I think I've got
5 it.
6    Q.   That's as big as it goes.
7    A.   Let's see if I can see it there.
8    Q.   I want to know if you have any idea what
9 this document is showing because I do not.
10    A.   In the -- could you scroll to the right
11 just so we can understand what else is said and then
12 down to the bottom, please.  Thank you.  So database
13 1265 is the U.S. yearbook collection.  This is a search
14 of a database table that stores the records of hints
15 sent in a weekly hint email.
16        So this is what we do -- the information
17 that we do have, again, probably for a period of time
18 around weekly hint emails that were sent and that is
19 looking at the U.S. yearbook collection for specific
20 record ID's and I'm assuming these record ID's are the
21 plaintiffs -- associated with the plaintiffs and that
22 is what is being queried and I'm seeing no results,
23 zero records as a result of that query.
24    Q.   Okay.  But again, you don't know how long
25 those weekly hint emails are retained such that they

Brown & Jones Reporting                414-224-9533
A Veritext Company                     www.veritext.com

CONFIDENTIAL

Page 166

1 could be searched in this database; is that correct?
2     A.   That's correct.  I'm just not personally
3 aware, but that is something that we can know and may
4 very well be, you know, long historical for a decade.
5 I just -- we can clarify.
6     Q.   Okay.
7     A.   Thank you for zooming in on that.
8     Q.   No problem.  All right.  Let's go off the
9 record for a minute.
10          VIDEOGRAPHER:  The time now is 2:54 p.m.
11 We are off the record.
12          (Break)
13          VIDEOGRAPHER:  The time now is 3:18 p.m.
14 We are back on the record.
15     Q.   Okay, Mr. Godfrey, I'm going to move on to
16 the 30(b)(6) topics, which is topic 15, the process and
17 flow of Ancestry's website, Ancestry.com, when a
18 non-subscribing user searches for a surname name or
19 yearbook photograph, including all landing pages,
20 on-site messages or other pop-up's.
21          Before I get started, I wanted to ask you
22 has Ancestry removed either of the plaintiffs' yearbook
23 records from Ancestry.com?
24     A.   I don't believe we have.
25     Q.   All right.  So I'm going to share my

Page 167

1 screen with you.
2          MS. BORRELLI:  And, Andrea, this is where
3 I'd like to create an exhibit of a video of navigation
4 through the exhibit while Mr. Godfrey is testifying.
5 All right?
6     Q.   Mr. Godfrey, do you see the landing page
7 for Ancestry?
8     A.   Yes, it's working.
9          MS. BORRELLI:  And I believe this will be
10 Exhibit 19 once it is created.  Andrea, do you have
11 everything set up as you need it?
12          VIDEOGRAPHER:  I do.
13     Q.   I'm going to get started then.
14 Mr. Godfrey, is what you see on the screen in front of
15 you right now appears to be the public Ancestry.com
16 landing page?
17     A.   It does.
18     Q.   And if I wanted to conduct a search for an
19 individual, an individual's yearbook records, where
20 would I go from here?  What do I click on?
21     A.   That would be under the genealogy section.
22 You could start there.
23     Q.   Okay, I will click on genealogy.  And now
24 redirected to that page, does this appear to be the
25 main page for the genealogy section of the Ancestry.com

Page 168

1 website?
2     A.   It does.
3     Q.   All right.  So if I wanted to continue and
4 conduct a search for an individual's yearbook record,
5 what would I do next?
6     A.   Up at the top next to the Ancestry logo
7 you see trees and then search, you could click on
8 search.
9     Q.   Okay.  And there's a pop down of various
10 all collections, census, et cetera.  What should I
11 click on?
12     A.   You can click search all collections.
13 Let's start there.
14     Q.   So is this the main search page for
15 Ancestry's record collection?
16     A.   This is and this would search all of the
17 records that we have across all categories and then on
18 the right you see some of the categories of records
19 that you can filter down on.
20     Q.   And under which of these categories on the
21 right-hand side would yearbook records appear?
22     A.   Just to the bottom of the map you see on
23 the right, you see schools, directories and church
24 histories?
25     Q.   Yes.

Page 169

1     A.   Let's click in that area.
2     Q.   Do you want me to click on schools,
3 directories and church histories or on more?
4     A.   On schools, the schools line there would
5 be great.
6     Q.   Okay.
7     A.   And this would search all the collections
8 that are in that subcategory, but on the right there
9 you can see under feature data collections the U.S.
10 school yearbooks 1900 to 2016 collection, so let's
11 click on that.
12     Q.   All right.
13     A.   Now we're brought to the page that we
14 looked at previously, which is the search page
15 specifically for this collection.
16     Q.   So why don't we conduct a search through
17 here and then I want to go back to the main search page
18 and conduct the search through there and narrow, but
19 first of all, let's do the search on the main yearbooks
20 search page.  So if it's okay with you, why don't we
21 search for one of the named plaintiffs in this case?
22     A.   Okay.
23     Q.   So let's do Mark.  So I typed in the first
24 name, and Sessa, which I'm typing into last name.
25 Should we be adding any additional information to this

CONFIDENTIAL

Page 170

1  search to help us narrow it down?
2      A.   Entered like this it would be looking
3  across the entire collection so geographically across
4  the whole U.S., for example, so you may narrow it down
5  by lived in, you can include the state they live in for
6  example.
7      A.   We will do Nevada, Nevada U.S.A.  All
8  right, and then click search?
9      A.   Click search.
10     Q.   All right.  So at the top of this search
11 results list, looks like it returned 29 records.  I see
12 four in Nevada U.S.A. for Mark Sessa.  Do you see that?
13     A.   I do.
14     Q.   And then do the hover over view record.
15 Does this pop-up when you hover over view record appear
16 to be consistent with the screenshot we looked at in
17 the complaint earlier today?
18     A.   It does.
19     Q.   It includes a button for sign up now,
20 correct?
21     A.   Correct.
22     Q.   And if I click sign up now, I'm gonna go
23 ahead and do that and you testified earlier that that
24 would take me to a page with subscription information,
25 correct?

Page 171

1      A.   Yes, it takes you to the page that
2  outlines the various subscription packages available
3  that, in addition to other things, could provide access
4  to look at the yearbook collection further.
5      Q.   All right.  So I clicked on that sign up
6  now and it shows the U.S. discovery, world explorer and
7  all access subscription options.  Okay, I'm gonna go
8  back to our search results for Mark Sessa.  All right.
9  If I hover over the -- there's no pop-up for hovering
10 over the picture icon; is that right?
11     A.   Could you reload the page?
12     Q.   Yeah.  Is there supposed to be a pop-up
13 there?
14     A.   I'm just trying to recall myself.  Hover
15 over view record, if you would.
16     Q.   And there's the pop-up.
17     A.   Maybe a recent change, but yes, as we
18 looked at before, sometimes there's a hover available
19 over that image as well -- or that image icon as well.
20     Q.   Okay.  So I'm going to try to click on an
21 image to see what image is associated with this Mark
22 Sessa record.  Does that make sense?
23     A.   Okay.
24     Q.   All right.  And can you describe what's
25 returned when you -- or where you're redirected when

Page 172

1  you click on that picture icon?
2      A.   Sure, again, takes you to the same page to
3  help them understand the options for subscribing for
4  the service where they can view yearbook records
5  further and all the other services of the site.
6      Q.   Okay.  I've taken us back to the search
7  results page for the yearbook search for Mark Sessa.
8  Is there any other functionality on this page that we
9  can look at?
10     A.   No other functionality.  Again, just the
11 purpose of the page is to help the user understand the
12 types of things that they can discover and that there
13 are potential matches for people they're interested in
14 and then lead them to an explanation of how they can
15 subscribe for the services to explore further.
16     Q.   Okay.  And if I want to go back to the
17 main search page, where would I click?
18     A.   If you click on the left on all
19 categories, do you see that there?  And it removes the
20 filter of schools and school lists and would bring us
21 back to searching all the collections, so let's try
22 that.
23     Q.   Okay.  Clicking on all categories.  All
24 right.  Can you explain what this search result screen
25 is showing?

Page 173

1      A.   Sure.  We went to it a different way,
2  again, through the yearbook search, but this should now
3  be searching all the collections that we have that are
4  potential matches for the search terms, which are Mark
5  Sessa, as you entered them.
6      Q.   And do you see this part my mouse is
7  circling, it has broad, exact and it has buttons you
8  can drag?
9      A.   Uh-huh (affirmative).
10     Q.   Can you explain what that is, please?
11     A.   Well, sure.  We're making our best attempt
12 to try to find the best matches, the closest matches to
13 the name, dates, other information that you entered as
14 part of the search.  These levers or dials simply allow
15 the user to kind of choose to be more specific or less
16 specific to tune that search to tune the results.
17          So if you took the dial on Sessa, for
18 example, and made it more broad, it would look for
19 other spellings and names that are close to that, for
20 example and, so, it's simply a tuning mechanism.  The
21 same thing with the location.
22     Q.   Understood.  All right.  I'd like to start
23 over with a new search and we can search for Anthony
24 Sessa's name and just go about it a different way.  If
25 I wanted to get back to the main search page, do I

CONFIDENTIAL

Page 174

1 click search at the top again?
2    A.   You can just click search and all records
3 from that drop-down box or drop-down list there, all
4 collections.
5    Q.   All collections.  Okay.  So this time
6 let's search for Anthony Sessa in Nevada and if I click
7 search here, does that search all collections available
8 on Ancestry?
9    A.   Yes.
10    Q.   I'm gonna click that.  So this appears to
11 be a list of search results, correct?
12    A.   It does.
13    Q.   From here how would a user narrow to
14 yearbook records if they were interested in that?
15    A.   So the yearbook yearbooks and school
16 records are found here in this navigation under
17 directories, right there, uh-huh (affirmative).
18    Q.   Okay.  I've expanded that.
19    A.   And then you see towards the end of that
20 list school lists and yearbooks?
21    Q.   Yes.  Should I click on that?
22    A.   Sure.  And, again, this is for a variety
23 of collections there at the top, you see the U.S.
24 school yearbooks 1900.
25    Q.   Okay.

Page 175

1    A.   That is the one opened as we've been
2 discussing.
3    Q.   All right.  I'll click on that.  And at
4 the top of that search result there are a bunch of New
5 Jersey and Anthony Sessa's.  What's the best way to get
6 to a Nevada Anthony Sessa?
7    A.   One of the things you could do is use the
8 dials at the top left, you see any Nevada U.S.A. and
9 move that exact.
10    Q.   I will do that and click apply?
11    A.   Yes, and click apply and now we're
12 filtered uniquely on Nevada location matches.
13    Q.   Got it.  So no Anthony Sessa's returned in
14 this search.
15    A.   No, you see that the dials for Anthony and
16 Sessa are set more broadly so, again, we're looking for
17 alternate spellings or close matches and this is what
18 we're finding.
19    Q.   Understood.  Okay.  But under -- and when
20 the search results are reached this way when you hover
21 over view record, what appears?
22    A.   This is what appears, a thumbnail image of
23 the page, just so users understand there is a page to
24 be seen and more detail to be explored, a list of some
25 of the field of information that we might have for that

Page 176

1 record and then a link to sign up, which takes you to
2 the options for a subscription package.
3    Q.   And again, if I clicked on the image
4 thumbnail here, what would happen?
5    A.   The same, you'd be taken to that same
6 page.
7    Q.   The page for the subscription information?
8    A.   Yes.
9    Q.   All right.  I think that is it for
10 creating that exhibit.  We can stop that.  I will stop
11 my share.
12       (Exhibit 19 marked)
13    Q.   All right.  Mr. Godfrey, I don't have any
14 further questions for you.  I appreciate your time
15 today.
16    A.   Thank you.
17       MR. BAUMANN:  Some confidential documents
18 were used today, so do we want to agree now on the
19 record to designate this as confidential?  I can't
20 recall exactly what the PO says about that.
21       MS. BORRELLI:  We can treat it as
22 confidential until you have time to review it, yeah,
23 that's fine.
24       VIDEOGRAPHER:  The time now is 3:33 p.m.
25 We are off the record.

Page 177

1       (Proceedings concluded 3:33 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 178

```
1          REPORTER'S CERTIFICATE
2
   STATE OF UTAH        )
3                       ) ss
   COUNTY OF WASHINGTON )
4
5      I, Ann Fleming, Registered Professional
   Reporter, do hereby certify:
6
       That prior to being examined, the witness,
7 Todd Godfrey, was by me duly sworn to tell the truth,
   the whole truth, and nothing but the truth;
8
       That said deposition was taken down by me
9 in stenotype on October 5, 2022, at the place therein
   named, and was thereafter transcribed and that a true
10 and correct transcription of said testimony is set
   forth in the preceding pages;
11
       I further certify that, in accordance with
12 Rule 30(e), a request having been made to review the
   transcript, a reading copy was sent to Mr Baumann for
13 the witness to read and sign, and the original
   transcript will be delivered to Ms Borrelli for
14 safekeeping
15     I further certify that I am not kin or
   otherwise associated with any of the parties to said
16 cause of action and that I am not interested in the
   outcome thereof
17
       WITNESS MY HAND this 20th day of October,
18 2022
19
20          [signature]
21          Ann Fleming, RPR
22
23
24
25
```

Page 179

```
1           Veritext Legal Solutions
              1100 Superior Ave
2                 Suite 1820
            Cleveland, Ohio 44114
3            Phone: 216-523-1313
4
   October 21, 2022
5
   To: John Wall Baumann, Esq.
6
   Case Name: Sessa, Anthony, et al. v.
7      Ancestry.Com Operations, Inc., et al.
8 Veritext Reference Number: 5506185
9 Witness: Todd Godfrey, 30(B)(6)      Deposition Date: 10/5/2022
10
   Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript.  Please have the witness
13 review the transcript and note any changes or corrections on the
14 included errata sheet, indicating the page, line number, change, and
15 the reason for the change.  Have the witness' signature notarized and
16 forward the completed page(s) back to us at the Production address
   shown
17
   above, or email to production-midwest@veritext.com.
18
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived.
21
   Sincerely,
22
   Production Department
23
24
25 NO NOTARY REQUIRED IN CA
```

Page 180

```
1           DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 5506185
3  CASE NAME: Sessa, Anthony, et al v
      Ancestry Com Operations, Inc , et al
   DATE OF DEPOSITION: 10/5/2022
4  WITNESS' NAME: Todd Godfrey, 30(B)(6)
5  In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me
7  I have made no changes to the testimony
   as transcribed by the court reporter
8
   _____
9 Date          Todd Godfrey, 30(B)(6)
10    Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
   They have read the transcript;
13    They signed the foregoing Sworn
      Statement; and
14    Their execution of this Statement is of
      their free act and deed
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____
17
   _____
18    Notary Public
19    _____
   Commission Expiration Date
20
21
22
23
24
25
```

Page 181

```
1           DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 5506185
3  CASE NAME: Sessa, Anthony, et al v
      Ancestry Com Operations, Inc , et al
   DATE OF DEPOSITION: 10/5/2022
4  WITNESS' NAME: Todd Godfrey, 30(B)(6)
5  In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me
7  I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s)
9  I request that these changes be entered
   as part of the record of my testimony
10
   I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein
13
   Date          Todd Godfrey, 30(B)(6)
14
   Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17    They have read the transcript;
      They have listed all of their corrections
18    in the appended Errata Sheet;
      They signed the foregoing Sworn
19    Statement; and
      Their execution of this Statement is of
20    their free act and deed
21    I have affixed my name and official seal
22 this _____ day of_____, 20____
23    _____
      Notary Public
24
   _____
25    Commission Expiration Date
```

CONFIDENTIAL

Page 182

1       ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 5506185
3  PAGE/LINE(S) /      CHANGE      /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____    _____
20 Date          Todd Godfrey, 30(B)(6)
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23 _____
   Notary Public
24
   _____
25 Commission Expiration Date

Brown & Jones Reporting                 414-224-9533
A Veritext Company                      www.veritext.com

CONFIDENTIAL

**[& - 250,000]**                                                    Page 1

| **&** |
|---|
| **&**   2:3,12,15 5:19 5:21 |

| **0** |
|---|
| **02292**   1:10 |

| **1** |
|---|

**1**   3:8 9:22 10:23
  10:24 11:1,18,20
  12:3 23:11 63:2
  76:24 94:15
  120:16,22
  122:11
**1.6**   103:8,8
**10**   3:8,20 36:21
  59:20,24 108:8,9
  108:12 110:2
  133:2 135:23
**10,000**   71:14
**10/31/2017**
  93:15
**10/5/2022**   179:9
  180:3 181:3
**100,393**   111:6
**101**   3:19
**102**   2:7
**108**   3:20
**10:20**   36:24
**10:53**   56:5
**10:54**   56:8
**10th**   2:12
**11**   3:21 111:11
  111:12,18 138:1
**1100**   179:1
**111**   3:21
**11201**   2:8
**113**   3:23

**118**   3:25
**119**   4:1
**11:50**   88:9
**12**   3:23 60:8,10
  113:8,9,14
  116:13,20
  146:11
**124**   4:3
**1265**   165:13
**13**   3:25 61:7,8
  62:15 80:12,15
  118:19,20
  148:15
**13.00**   97:22
**136**   4:4
**14**   4:1 23:5 51:6
  62:18 119:21,22
  120:5,17 121:21
  123:25 124:8,22
  154:13
**140**   4:5
**14th**   112:2
**15**   4:3 33:5
  124:14,15
  166:16
**15,000**   71:14
**153**   2:20
**16**   4:4 136:6,8
  164:22
**165**   4:6
**17**   4:5 140:6,7,9
**176**   4:7
**18**   4:6 165:1,2
**1820**   179:2
**1836**   86:9
**19**   4:7 167:10
  176:12

**1900**   169:10
  174:24
**1900-1999**   64:16
**1961**   95:20
**1969**   86:9
**1:39**   125:1
**1:49**   125:4

| **2** |
|---|

**2**   3:10 4:1 28:20
  28:21 56:11,12
  56:14,16 57:21
  58:9 59:21
  83:22 95:10,10
  113:23 120:19
  120:23 122:10
  122:12 142:1
**20**   180:16 181:22
  182:22
**20-30**   66:9
**2007**   70:18
**2007-2008**   19:14
**2008**   19:1,6,15
  70:18
**201**   2:4
**2010**   4:5 120:14
  120:22 143:12
**2010's**   90:6
**2013**   93:17 94:5
  94:11 98:1
  106:24 107:8
  120:17,22
**2016**   35:19,23
  36:2 52:14,17
  60:24 73:16
  74:6 87:14
  90:17 91:21
  92:2 127:11

  164:8 169:10
**2017**   94:6
**2018**   86:9,10
  103:10 106:25
  120:18,23
  123:20
**2019**   112:2,10
**2020**   103:10
**2021**   113:17
**2022**   1:19 5:4
  113:25 117:16
  178:9,18 179:4
**2023**   113:25
**2024**   113:25
  117:8
**2025**   113:25
  117:8,16
**20th**   178:17
**21**   179:4
**213**   2:13
**214**   101:18
**216-523-1313**
  179:3
**218**   108:12
**219**   111:13
**228**   118:19
**229**   113:10
**23**   93:17
**235,000**   122:12
  123:13
**237-1775**   2:5
**24,738**   136:20
**240**   93:3
**244**   136:7
**245**   119:23
**247**   124:16
**250,000**   71:1

CONFIDENTIAL

**[255 - access]**                                                 Page 2

**255**  83:18
**26847**  178:20
**27**  57:4,5
**29**  170:11
**29th**  113:17
**2:20**  1:10
**2:54**  166:10

**3**

**3**  3:11 28:20,23
   62:21,23,25
   63:10,13 97:5
   98:22 99:19
   124:8,19,21
   139:5 141:1,18
   143:18
**3.com.**  23:23
**30**  1:3 3:9 9:1,4
   9:14,22,22 11:20
   12:14,17 15:7
   166:16 178:12
   179:9 180:4,9
   181:4,13 182:20
**30,000**  33:22,24
**30th**  103:10,10
**31**  60:4
**347**  2:8
**3:18**  166:13
**3:33**  176:24
   177:1
**3rd**  120:17

**4**

**4**  3:12 36:7,7
   37:2 64:2,3,4,10
   64:12,18 65:1
   103:6 129:3
**400**  95:19

**44114**  179:2
**443-3000**  2:13
**47,924**  122:4
**4th**  73:7

**5**

**5**  1:19 3:13 66:3
   66:11 73:1,3,4
   77:5,25 106:21
   107:13 118:1,10
   178:9
**5,000**  122:13
   123:5,14,15
**5.00**  86:11 88:20
   88:21,25 89:12
**5.00.**  86:10
**53703**  2:4
**5506185**  179:8
   180:2 181:2
   182:2
**555**  2:16
**56**  3:10
**597.790**  142:1
**5th**  2:16 5:4

**6**

**6**  1:3 3:3,9,14
   4:5 9:1,4,14,22
   11:20 12:14,17
   15:7 64:6 66:4
   66:19 79:20,21
   79:22 80:2,4
   166:16 179:9
   180:4,9 181:4,13
   182:20
**608**  2:5
**613**  2:4
**62**  3:11

**64**  3:12
**645-0464**  2:8
**650**  2:17
**699**  165:3

**7**

**7**  3:16 12:3
   83:12,16,17,23
   83:24 88:18
   119:20 125:7
   127:20
**700**  86:10
**716**  140:6
**73**  3:13
**79**  3:14

**8**

**8**  3:17 36:7,11
   37:2 92:24 93:1
   93:2,7,9,25
   94:15 97:11
   98:25 99:14
   101:3 102:4
**800**  2:20
**801-5000**  2:17
**80s**  110:18
**83**  3:16
**865**  2:12

**9**

**9**  3:19 57:21
   58:3,8 65:5
   101:15,16,17,21
   102:3 104:2,6
   106:22,25
   107:15 108:3,21
   109:25 111:9
   112:4 127:21
**90017**  2:13

**90s**  110:18
**93**  3:17
**94065**  2:16
**94107**  2:20
**9:04**  1:19 5:4
**9:10**  10:17
**9:14**  10:20
**9:17**  11:12
**9:19**  11:15

**a**

**a.m.**  1:19 5:4
   10:17,20 11:12
   11:15 36:21,24
   56:5,8 88:9
**abbreviated**
   95:22
**ability**  92:16
   150:6
**able**  48:9 54:12
   54:18 68:3,10
   89:14 91:16
   92:18 97:18
   102:12 109:16
   143:13
**abraham**  2:23
   5:21
**access**  10:4 11:8
   22:23 23:7 24:3
   30:2,4 33:2 34:6
   37:7,10 41:6,10
   41:13,14 44:13
   45:10,15 47:11
   48:2,9 49:12,14
   58:1,21 59:3,4
   63:12 64:17
   65:20 69:22
   78:14 80:8

**[access - agreeing]**                                                                                                Page 3

121:23,24 171:3
171:7
**accessed**   39:12
**accessible**   37:22
**accessing**   45:5
**accomplish**
149:25
**account**   21:8,10
57:12 132:16
137:21 156:6
**accounts**   133:3
135:25
**accurate**   58:4
129:19 162:19
**acknowledge**
180:11 181:16
**acknowledging**
116:8
**acknowledgm...**
114:4
**acquire**   28:3
69:12 83:9
89:10 91:2
102:13 118:4,25
119:3,7 123:6
155:3
**acquired**   67:8
69:17,19,23
70:10 81:9 82:8
87:10 91:22
117:19 123:21
132:2
**acquires**   90:2
**acquiring**   16:3
70:15 86:25
91:6 94:21
102:9

**acquisition**
14:11 15:11
17:11,21 18:17
28:2,6 35:4
99:13 119:8
**act**   180:14
181:20
**action**   3:10 6:16
9:9 56:14
178:16
**activities**   28:22
**activity**   35:12
**actual**   62:11
158:2
**ad**   44:3
**add**   27:25 53:21
71:8 77:13
89:13,17 91:10
97:19 102:13
103:7 107:24
119:7 130:9
161:19
**added**   43:19
51:15,18 66:18
71:12,17 89:11
103:14 114:13
**addendum**   3:17
3:19,21,23 93:10
94:1,2,8,10,19
100:15,21
101:24 102:4
108:7,18,20
109:10,24
110:10 111:9,14
111:25 112:7,14
112:17,25
113:11 117:20
117:20,24 118:7

119:8,15,20
**addendums**   94:3
94:4 98:8 102:7
102:11 107:5,6
112:18 113:2
116:9 117:22
**adding**   114:20
169:25
**addition**   80:12
99:7 107:12
116:2 143:19
171:3
**additional**   76:12
93:11 94:12
95:8 102:10,13
113:23,24 116:3
169:25
**address**   133:4,9
135:9,18,18
136:1 179:16
**addresses**   136:2
137:6
**adds**   41:14
**advertise**   41:17
41:20
**advertisements**
30:20
**advertising**   36:9
43:21
**advice**   14:25
103:18,20,23
147:12
**affect**   59:18
116:3
**affirmative**   7:7
41:11 117:3
173:9 174:17

**affirmatively**
51:6 151:14
**affixed**   180:15
181:21
**afternoon**   88:14
**age**   160:9
**agency**   126:24
**agent**   143:20
144:11
**aggregate**   99:5
134:20
**aggregated**
68:25
**aggregating**
90:12 92:8
**aggregator**
82:14 91:5
123:11
**aggregators**
69:19 82:8,18
86:23 87:1,4
88:17 90:22
92:8
**ago**   43:6 74:3
98:12
**agree**   5:10 9:20
22:4 34:4,14,21
37:6 41:4 44:11
45:24 78:5 83:5
89:16 98:21
99:11 146:15,19
147:2 150:12,23
151:2 154:16
158:4 176:18
**agreed**   115:14
162:7
**agreeing**   46:1,10

**agreement** 3:18
3:19,22,24 4:2
75:8 77:2 93:11
93:13,16,18,22
93:23,24 94:9,10
94:11,18,22
97:11 98:1,24
99:14,18,22
100:3,7,15 101:2
101:4,25 102:7
103:7,11,15
104:1,5,8 106:24
107:7 108:22
110:4 111:14,21
112:1 113:12,19
113:21 114:1,12
114:13 116:19
117:15 119:20
120:4,7,13,21
121:18,19,20
122:3,23 123:1
123:12,23,24
124:7 126:25
139:9 141:2
142:23 143:21
**agreements**
12:12 13:17
15:25 16:2
66:15 79:14
99:25 100:8
102:2 107:9,12
119:10 120:15
120:25 127:3,6
127:10
**agrees** 114:10
115:13 122:11
123:13

**ahead** 7:23 44:1
107:19,22
112:23 124:5
129:12 143:6
147:18 170:23
**aide** 2:15
**akin** 44:10
**al** 5:13 179:6,7
180:3,3 181:3,3
**algorithm** 55:4,7
162:9,11
**alleges** 145:13
**allow** 173:14
**allows** 37:18
**alternate** 175:17
**alternatives**
104:23
**amended** 3:23
103:7 113:11
**amendment** 4:1
120:16,18,22,23
**amount** 66:19
80:6 89:12
117:7,7 122:12
158:9
**analysis** 30:25
31:5,15,17,21,24
32:2,4,13
**analytics** 31:25
33:8
**ancestor** 51:21
53:22
**ancestor's** 52:4
**ancestry** 2:19
5:13,25 6:3 8:18
8:25 9:5,17
13:23 14:7
15:16 16:15,19

16:20 17:2,9
18:13,23,25
19:15,20 20:6,15
20:18,21 21:8
22:17 23:12,16
24:9,13,21,25
25:15 26:7 27:1
27:10,25 28:17
28:25 29:4,10,16
30:19,22,25
31:20 32:8,17
34:5 36:11 38:8
38:11,12 39:4,18
40:8 41:17,20
42:25 43:9,22
44:16,16,18 51:8
52:19 56:15,22
58:5,17 60:24
63:2,14 64:6
65:5 66:12,19
67:1,16 68:2,7
68:10,23 69:2,3
69:6,10,22 70:3
70:9,15,20 71:8
71:24 75:13,25
76:25,25 77:2,3
77:6,17,25 79:5
79:15,17 80:7,13
80:14,23 81:16
81:19,25 82:17
82:20 83:4,6,18
86:11 87:3
88:16 89:1,17,18
90:1,4,9,18 91:3
91:6,14,17,20
92:3,11,12,20
93:3,13,19 94:25
95:3 96:5,16

97:8 98:23
99:24 100:22
101:4,5,18
102:15,18,23
103:14,15,25
104:23 105:1,6
105:19,22
106:10,23
108:12 110:20
111:13 112:1,3
113:10,23 114:1
114:10,11
115:13 116:3,21
118:9,11,19
119:23 120:10
120:23 121:2,20
122:4,11,14,22
123:6,13,16,21
124:2,10,16
125:13,15,24
126:5,7,15 127:2
127:5 128:1,4,8
128:12,15 129:8
129:22 131:2,5
132:6,13 133:4,6
133:11,24 135:1
135:8,11,24
136:2,7 137:4
138:2,7,19,23
139:6,8,8,20
140:6 141:1,25
142:6,22 143:4
143:14,15,18,24
144:4,15,17,24
145:13,15,20
146:2,5 147:8
148:12,15,18,19
148:21 149:2,13

149:17,19,20,25
150:12,23 151:2
151:8,9,22 153:4
154:17 155:10
156:2,11 161:2,8
162:9 163:19
164:7 165:2
166:22 167:7
168:6 174:8
**ancestry's**   3:14
21:20 28:14,21
28:23 36:8
38:14 39:11
46:1 52:11
66:15,24 70:25
74:1,7,13 76:19
79:22 88:25
96:21 98:17
105:10 106:8
112:18 115:16
119:11 125:12
135:22 138:10
139:9 140:25
141:2,15 142:7
142:23 143:11
143:22,23
145:11 146:11
148:19 166:17
168:15
**ancestry.com**
1:6,6,8,9,11,12
2:21 16:18,21,22
16:23,23 19:2,9
19:22 20:3,22
22:4,7 23:20
24:3,6,10,16,18
26:4,22 29:1,17
29:20 30:14,21

34:6,15 35:2,20
36:3 37:4,10,17
37:25 38:20
41:18,21 44:12
45:19 64:17
73:6 78:2 79:2
92:22 114:25
125:15 126:7,9
126:17 138:9,18
145:23 148:17
166:17,23
167:15,25 179:7
180:3 181:3
**ancestry.com's**
24:22
**ancestry.com.**
1:7 16:14,16
28:25 36:15
40:1 78:4
140:16
**andrea**   1:25 5:14
167:2,10
**angeles**   2:13
**ann**   1:23 6:4
101:10 147:22
178:5,21
**annual**   41:2
114:5
**annually**   40:23
102:12
**answer**   7:2,16
7:22,23 9:16,17
15:2 27:20
31:18 46:5
57:14 75:22
77:11,19 80:10
97:1,14 100:20
103:21 104:16

107:19,22,25
124:5 130:20
142:25 143:1,2,7
143:8 147:15,18
148:11
**answered**   143:6
**answering**   9:5
**answers**   9:3
**anthony**   1:3 5:12
55:18 146:3
154:16 155:7
156:1,5,10 157:4
157:12,23
158:16 159:17
160:22 162:24
173:23 174:6
175:5,6,13,15
179:6 180:3
181:3
**anticipate**
164:11
**anyway**   114:5
**anyways**   109:1
**apart**   75:21
**api**   115:14
**apologies**   127:24
**appear**   9:8 43:16
58:3 59:1,5,6,25
61:9 62:15,16
65:6 73:11,14
88:19 112:11,12
123:18 145:22
153:16,20 154:8
154:9 159:21
167:24 168:21
170:15 180:11
181:15

**appearance**   5:16
46:16
**appeared**   154:15
159:18
**appearing**   138:8
**appears**   48:22
58:9,11 59:21,23
63:6 64:13
80:20 93:12
99:19 110:19
116:12 118:24
131:8,10 132:22
136:11 153:5
167:15 174:10
175:21,22
**appended**
181:11,18
**appendix**   124:8
124:18,21
**apply**   139:13
175:10,11
**appreciate**
176:14
**approximate**
19:12 128:2
**approximately**
13:1,5 71:11
**april**   106:25
120:17,22
**archival**   96:10
**archive**   114:18
127:3 144:21
**archived**   126:14
**archives**   17:11
70:7 123:9
125:22 126:11
126:18 127:7

CONFIDENTIAL

**[archives.com - backing]**                                        Page 6

**archives.com**
  23:24
**area**   35:5,10
  141:8 169:1
**areas**   9:21 29:7
  129:16
**arrived**   86:14
**articles**   76:7
**ascribe**   89:6
**asked**   7:17 8:25
  9:8,15 88:18
  89:5 117:13
  127:24 142:12
  151:1 156:1
**asking**   33:7
  47:17 77:15
  140:22 141:3,14
  142:8,13,24
  148:5,10
**asks**   75:17 139:6
  147:12
**aspects**   142:18
**asserting**   142:22
**assertions**
  142:14
**assignment**
  180:2 181:2
  182:2
**associated**   29:5
  29:10,12,19
  30:14 35:2
  68:14 81:5,13
  84:14 95:14
  96:8 98:7 99:4
  100:3,9 108:18
  109:19 119:15
  119:19 126:19
  129:23 130:10

132:15,24 133:3
134:2,7,18
135:25 147:9
154:24 155:6,25
158:14 160:23
165:21 171:21
178:15
**association**
  132:21 133:22
  136:5 137:24
  152:5 155:12
  164:14
**assume**   7:17
  25:17 84:15
  97:25 108:21
  109:12 112:2
  122:9
**assuming**   108:17
  119:1 165:20
**assumption**
  57:25 98:6
  119:19 121:23
**atkinson**   14:3,5
  14:7,18,21,25
  15:16 17:20
**atkinson's**   28:2
**attached**   110:3
  181:7
**attempt**   55:2
  158:2 173:11
**attempted**
  156:12 157:4,10
  157:23 158:4,16
  158:19 159:6
**attendees**   146:25
**attorney**   5:18
  7:20 75:19

**attorney's**
  143:21
**attorneys**   75:18
  103:18 147:17
  147:20 148:4,12
**attract**   25:8
**attracting**   36:14
**audiences**   32:10
**audio**   5:9
**authorization**
  137:15
**authorize**   181:11
**automatically**
  51:4
**automation**
  128:22
**availability**
  49:14 54:21
**available**   19:9
  21:14 22:11,12
  34:15 37:19
  38:20,25 41:23
  42:12 46:21,22
  46:23 50:13,19
  54:10 55:10
  57:25 59:3,22
  60:1,12 61:23
  62:1,9,12 63:25
  64:22 68:8
  72:10,12,13
  73:25 74:7
  82:12 87:23
  89:18 92:19,21
  105:1,5,7 114:20
  115:23 125:23
  126:2,3 151:20
  155:3 161:6
  164:5 171:2,18

  174:7
**ave**   179:1
**avoid**   7:9
**aware**   9:7 39:5
  40:10 42:13,22
  43:3,4 51:14
  75:24 93:23
  107:10 128:10
  139:2,4 145:7
  146:1 161:13
  166:3
**awareness**   44:10

**b**

**b**   1:3 3:6,9 9:1,4
  9:14,22,22 11:20
  12:14,17 15:7
  75:12 114:10
  166:16 179:9
  180:4,9 181:4,13
  182:20
**back**   9:20 10:21
  11:16 12:8
  27:16 36:25
  56:9 76:10 81:3
  84:5 88:13,15
  92:5 109:20
  110:15 114:10
  125:5 143:18
  147:23 155:17
  166:14 169:17
  171:8 172:6,16
  172:21 173:25
  179:16
**background**
  15:8 98:19
**backing**   40:2

**[banner - boy]**

| | | | |
|---|---|---|---|
| **banner**  42:11 | 130:8 139:17,23 | 153:21 155:23 | 131:1 134:2 |
| 43:14,15,21 44:3 | 140:17 141:12 | 160:5 162:3,10 | 144:23 145:18 |
| **banners**  43:17 | 142:10 143:3 | 162:12 173:11 | 145:19 |
| **bar**  150:7 | 146:6 147:4,11 | 173:12 175:5 | **books**  70:22 71:1 |
| **barkhordar**  2:23 | 148:5 176:17 | **better**  15:8 | 71:15 81:11,12 |
| 5:21 | 178:12 179:5 | **beyond**  15:19 | 82:9,22 90:12 |
| **base**  136:16 | **beginning**  5:17 | 58:23 59:16 | 92:9 94:21 95:6 |
| **based**  40:21 | 76:20 114:22 | 76:17 115:10 | 99:6 110:12,12 |
| 58:20 79:12 | **behalf**  1:4 5:20 | 145:10 | 110:14,23 |
| 96:22 99:16 | 5:22 8:25 9:17 | **big**  165:6 | 112:15 114:21 |
| 111:1 137:5 | 93:13 164:18 | **bigger**  57:7 | 116:16 117:24 |
| 162:4,12 | **believe**  13:20 | **biggest**  98:9 | 121:24 123:3 |
| **basically**  39:24 | 70:17 72:13,24 | **billing**  135:4,9 | 126:21,23 127:1 |
| 67:12 119:5 | 74:15 80:17 | 135:18,20 136:1 | 129:4 130:3 |
| **basics**  135:20 | 102:5 107:8,11 | 136:2,14,17,18 | **borrelli**  2:3 3:3 |
| **basis**  89:21 | 109:17 116:23 | 137:1 | 5:19,19 6:13,15 |
| 147:15 160:4,17 | 117:18 120:14 | **billion**  33:5 | 9:19 10:2,15 |
| **bates**  62:25 64:5 | 120:25 123:22 | **birth**  31:9 53:21 | 36:19 74:10,20 |
| 65:5 83:17 93:2 | 124:13,21 134:6 | 53:23 54:23 | 87:13,18 100:4 |
| 108:12,20 | 136:14 137:13 | 134:3 | 100:13 101:10 |
| 111:13 113:10 | 141:16 152:10 | **bit**  19:25 63:5 | 109:8,20 124:24 |
| 118:19 119:23 | 153:2 161:1 | 71:1 81:2 95:12 | 127:14,19 130:6 |
| 140:6 | 166:24 167:9 | 132:20 140:4 | 134:1 142:21 |
| **baumann**  2:11 | **belongs**  84:13 | 164:3 | 147:22 148:1 |
| 5:24,24 7:20 | **ben**  2:9 5:21 | **biweekly**  53:1 | 167:2,9 176:21 |
| 9:12,25 11:4 | **benefit**  156:8 | **blurred**  62:7 | 178:13 |
| 12:7,25 13:2,10 | **benjamin**  2:6,7 | **bnw**  1:10 | **boss**  18:10 |
| 14:19 36:16 | 5:22 | **book**  63:7 67:13 | **bottom**  58:8 |
| 46:3 49:25 | **benosbornlaw....** | 67:23,23 68:14 | 59:24 62:14 |
| 74:16 75:16 | 2:9 | 68:14,15,16 | 63:1 98:3 111:6 |
| 77:8,18 84:22 | **bergen**  2:7 | 71:25 72:4,25,25 | 165:12 168:22 |
| 87:16 91:8 | **best**  32:18,23 | 76:12 84:10,25 | **bought**  81:25 |
| 92:14 96:24 | 52:5,22 53:2,9 | 85:11 89:7,10 | **bound**  75:11,14 |
| 97:12,16 100:11 | 53:24 54:6 | 95:14,19,20,24 | 77:22 |
| 100:19 103:16 | 67:24 75:9 79:7 | 96:1,4 102:24 | **box**  85:15,16 |
| 107:19,21 | 79:9 128:20 | 111:2 128:19,20 | 86:2 174:3 |
| 109:14 112:22 | 132:8,11 136:14 | 129:6,21 130:11 | **boy**  149:18 |
| 124:4 127:17 | 149:8,12 150:6 | 130:13,15,17 | |

**brands**  24:19
  30:17 41:15
**break**  8:1 10:19
  11:14 36:18,23
  37:3 66:7,7
  88:11,15,15
  125:3 131:15
  166:12
**breakdown**
  110:9
**breaks**  8:3 110:7
  111:5
**brenda**  1:12
**brief**  122:1
**bring**  172:20
**bringing**  17:9
**broad**  20:25
  173:7,18
**broadest**  90:11
**broadly**  146:24
  175:16
**brooklyn**  2:8
**brought**  169:13
**bucket**  116:17
**buckets**  35:16
**build**  35:8
**building**  18:22
  23:1 39:22 44:6
  106:17,18
**bunch**  175:4
**business**  19:17
  19:18,19 30:9,10
  104:20 117:12
  121:2
**businesses**
  115:19
**button**  37:12
  58:16,21 59:1,5

59:6,11,15 60:15
  60:18,25 62:1
  155:8 170:19
**buttons**  173:7

**c**

**c**  2:1,3 5:1 18:8
  115:13 122:10
**ca**  179:25
**calculated**
  117:11,21
**california**  2:13
  2:16,20
**call**  22:8
**called**  6:9 9:1
  16:16 32:4 41:9
  86:8 90:20
  121:13
**calling**  150:2
**calls**  20:7 46:4
  75:17 77:9 91:9
  92:15 96:25
  97:13 139:18,24
  140:17 142:20
  146:6 147:4
  152:19
**camera**  5:7
**capabilities**  72:4
**capacity**  103:24
**capture**  67:22,25
  68:14
**captures**  21:1
**card**  135:7
**careful**  6:25
**case**  1:9 12:19
  12:21 13:16,21
  15:3,9,13,21
  16:1,22 52:14

55:18 56:15,21
  80:21 94:13
  99:4 101:4
  106:19 146:3
  154:12 155:16
  161:22 169:21
  179:6 180:3
  181:3
**cases**  45:17
**cash**  28:23
**categories**  28:2
  35:1 39:17
  40:16,18 41:5
  51:11 64:21
  83:10 116:1
  133:4 145:10
  168:17,18,20
  172:19,23
**categorizes**
  128:5
**category**  29:23
  38:6 69:5 72:19
**cause**  178:16
**caution**  14:20
**census**  31:9
  168:10
**center**  149:1
**certain**  54:14
  60:20 66:17
  96:1 103:4
  122:19 152:22
  160:11 163:5
**certainly**  34:22
  80:19 137:20
  159:15 161:4,9
**certificate**  54:23
  134:3 178:1
  181:11

**certification**
  180:1 181:1
**certify**  178:5,11
  178:15
**cetera**  68:12
  168:10
**cfo**  28:11
**chain**  49:13
  126:20
**chance**  26:13
**change**  105:11
  105:14 171:17
  179:14,15 181:8
  182:3
**changed**  40:17
  49:16 73:15,18
  73:21 102:18,20
**changes**  179:13
  180:7 181:7,9
**channel**  35:11
**channels**  27:13
  35:11
**chat**  11:9
**check**  114:17
  119:11
**checked**  11:6
**checking**  119:5
**chief**  27:5
**child**  149:10
**child's**  150:8
**children**  149:3
**choose**  64:19
  104:23 173:15
**christina**  2:15
  6:1
**christinahenri...**
  2:17

church   168:23
  169:3
circling   173:7
circumstances
  52:2
city   54:16 84:15
  84:16
civil   180:5 181:5
claim   75:9
clarified   89:7
clarify   22:14,19
  23:17 43:17
  44:20 49:18
  66:25 68:13
  81:23 97:2
  108:17 141:14
  166:5
clarity   20:25
  108:24 110:17
class   3:10 56:14
  115:3 131:10
  138:6 142:2
  143:19,25
  144:16,25 145:5
classmates   14:15
  66:17 83:1
  90:14,19 92:12
  96:14 97:9
  98:18,23 99:5
  110:24 115:1,19
  121:8
classmates.com
  105:8,22 114:11
  114:23
clean   43:22
  164:3
clear   81:21

clearly   41:25
cleveland   179:2
click   37:12 44:25
  48:5,13,13 50:5
  60:18 65:18
  83:19 154:23
  167:20,23 168:7
  168:11,12 169:1
  169:2,11 170:8,9
  170:22 171:20
  172:1,17,18
  174:1,2,6,10,21
  175:3,10,11
clicked   49:21
  58:10 61:25
  63:20 65:12
  171:5 176:3
clicking   50:3
  59:10,14 172:23
clicks   50:15
client   75:19
close   53:14
  173:19 175:17
closest   173:12
cloud   35:6
club   131:11
clvs   1:25
code   135:6,9,10
  135:18,21 136:4
  137:2,3
codes   136:23
coffee   36:20
cohort   33:25
collaborate
  134:13
collaboration
  23:1,3 30:7
  39:21 106:18

collaborations
  82:25
colleagues   115:4
collect   133:6
  135:2,6,12
collection   21:23
  33:23,23 37:16
  39:16 40:4,9,11
  40:14 41:6,8
  42:12 45:20
  47:1,14 52:12
  54:9,11,20 55:1
  55:5,14,20 64:14
  64:24 66:5,24
  67:2,22 68:6,18
  68:23 69:4,11,22
  70:16,25 71:9,12
  72:5,12,15,17,20
  78:10,22 79:1
  81:10,15,17 82:2
  82:13,16 85:1,5
  85:18 89:11,13
  89:19 91:13,17
  92:10,21 95:1
  97:19,20 106:9
  110:22 114:8
  117:23 122:17
  125:25 128:1,9
  128:11,15 131:4
  134:11 139:1
  144:22 145:22
  145:25 149:22
  150:11 151:16
  151:20 156:3
  159:1 165:13,19
  168:15 169:10
  169:15 170:3
  171:4

collections   19:13
  31:12 33:18,22
  37:14 54:7 69:6
  69:23 70:23
  104:19 114:15
  133:11 134:12
  149:11 168:10
  168:12 169:7,9
  172:21 173:3
  174:4,5,7,23
collects   136:2
column   84:11
  119:4
combined   67:13
come   21:2 33:21
  36:1 64:24
  70:13 76:2 85:6
  85:14,18 95:19
  97:17 98:13
  114:21 121:2
  123:6 126:21
  130:3,19 133:14
  152:9,14 155:17
  160:21 161:17
  162:16 163:23
comes   32:20
  57:11 72:3
  103:17 131:20
  131:22
coming   78:16
  116:10
commission
  180:19 181:25
  182:25
common   54:15
  90:1
communicates
  153:18

communication
  115:3
communications
  104:13 147:12
community
  147:1
companies  43:21
company  1:13
  14:9 17:5 18:4
  18:24 19:21
  23:17 24:9,14
  32:2 35:17
  70:19 78:16
  90:15,20,20
  103:12 115:18
  120:7 121:4
compare  110:23
compensate
  122:11 123:13
compete  105:2
competition
  103:13
competitive
  104:20
competitor
  105:23
competitors
  106:9,10,15
compiled  146:23
complaint  3:10
  56:14,21,23 57:7
  66:1 170:17
complete  92:17
  96:4
completed  118:9
  179:16
complex  53:19
  130:18

compliance
  25:21
complimentary
  30:10
concern  151:9
concerned  151:8
concerns  147:9
concluded  177:1
conclusion  46:4
  75:17 77:9 91:9
  92:15 96:25
  97:13 139:18,24
  140:18 142:20
  146:7
conditions  4:5
  138:13 139:9
  141:2 142:8,9,24
  142:25 143:11
  143:14,22 146:9
conduct  45:19
  45:25 46:12,14
  155:17 167:18
  168:4 169:16,18
conducted  5:5
  40:3 46:17,25
  47:13 136:13
  155:16
conducts  29:11
  44:23 50:7
  68:17
confidence  62:10
  116:10
confident  61:5
  84:9
confidential  1:16
  176:17,19,22
confirm  126:1
  127:13 152:10

161:15 163:6
confirmation
  127:4
confirmed  149:5
connected  100:6
  133:22 137:25
connection  5:7
consecutively
  108:20 109:10
consent  74:14
  87:22 100:24
  138:2,5,7,12,16
  138:20,25 139:7
  139:8,21 140:15
  141:1,3 142:1,7
  142:9,13,15,23
  142:25 143:14
  143:20,25 144:5
  144:10,10,16,16
  144:17,19 145:1
  145:4,5,12,13
  146:3
consented
  144:25
consider  90:24
  105:22 106:9,10
consideration
  97:7 98:23
considered
  118:8
consistent  50:4
  73:22 86:5
  102:22 112:6
  113:4 151:5
  170:16
constantly
  158:11

constraining
  97:4
consumer  106:3
contact  76:5,12
  112:18 148:25
contacted  121:4
  121:5
contacting  150:2
contain  49:2
  116:13
contained  87:20
contemplated
  86:18
contend  146:2
content  3:17,19
  3:21,23 4:1
  14:10 16:9 17:5
  17:8,15,21 18:13
  18:16,18 21:21
  28:2,5,18 35:3
  76:3 93:16 94:8
  94:9 100:15
  101:2,24 102:7
  111:14,25
  113:11 121:19
  122:15 132:2
  141:8,10 148:7
  148:13
contents  17:25
  107:17 108:5
context  89:12
  109:11
continue  5:10
  59:12,15 71:8
  114:8 116:11
  168:3
continues  144:14

**[continuing - database]** Page 11

| | | | |
|---|---|---|---|
| **continuing** 33:1 | 47:19,24 49:23 | 109:23 147:13 | **creating** 35:5 |
| **continuously** 102:9 | 52:13 59:22 63:7 67:18,19 | 147:13,14 **count** 86:10 | 159:25 176:10 **creator** 74:24 |
| **contract** 108:2 | 76:22 78:9,20 | 128:2 129:6,19 | **creators** 100:17 |
| 112:17 119:14 | 82:18 86:21 | 129:24 130:1,2,3 | 107:16 108:4 |
| 120:10 142:14 | 89:19 90:2 | 136:17 | 112:20 124:1 |
| **contracting** 102:16 | 91:17 93:13 96:8 98:1,25 | **country** 99:10 **counts** 111:6 | 126:7,16 **criteria** 149:5,7 |
| **contracts** 87:6,8 | 99:14,22 103:1 | **county** 178:3 | 150:6 160:9 |
| 87:20 88:5 | 116:14 117:17 | 180:10 181:15 | **crm** 53:12 |
| 101:5 126:10 | 118:17 119:13 | **couple** 13:7 | **current** 58:23 |
| **contribute** 69:1 | 120:9 122:5 | **course** 25:3 32:1 | 61:13,14 135:19 |
| **contributed** 145:17 | 128:5 131:25 136:20 138:21 | 50:18 51:23 82:23 102:20 | 136:12,16 **currently** 21:3 |
| **conversation** 9:13 | 138:22 139:10 139:11,15 | **court** 1:1 6:4,23 7:6 8:11 26:14 | 34:23 122:14 135:6 |
| **conversations** 75:21,24 147:17 | 150:14,20 154:20 155:1,8 | 101:13 127:16 142:18 147:25 | **customer** 149:1 149:4 150:3,5 |
| 148:6,8,12,13 | 162:5,6,11 166:1 | 180:7 | 152:12,23 153:1 |
| **conversion** 33:3 | 166:2 170:20,21 | **cousin** 133:16 | **cut** 107:20 |
| 33:10,18 | 170:25 174:11 | **cousins** 23:3 | **cv** 1:10 |
| **convert** 32:18 | 178:10 | 134:14 | |
| 33:12,15 | **corrections** | **cover** 6:21 25:19 | **d** |
| **cooperate** 23:12 | 179:13 181:17 | 61:16 | **d** 3:1 5:1 84:2 |
| **coordination** 110:17 | **correspondence** 12:9 | **covered** 164:22 **covers** 25:14 | 94:16 98:5 99:21 100:7 |
| **copies** 91:21 | **cost** 35:6 70:14 | 117:16 | **data** 39:4 81:4 |
| **copy** 178:12 | 88:25 89:9,12 | **create** 53:22 | 115:14,15 |
| **copyright** 75:12 | 91:2 98:10,10,14 | 66:24 67:1 | 120:11 137:1,14 |
| 75:12,14,15 | 98:17,19 99:4 | 86:16 95:8 | 137:16 158:13 |
| 76:16 77:2,5,16 | **costing** 86:19 | 98:11 133:14,15 | 158:13 159:3 |
| 77:22,23 87:21 | **costs** 35:4,6 | 133:16 167:3 | 161:15,16 169:9 |
| **corner** 63:1 | 86:15 99:7,13 | **created** 51:18 | **database** 24:23 |
| **corporation** 1:10 | **cough** 101:8 | 67:7,13 75:6 | 27:19,25 29:6 |
| 1:11 | **counsel** 5:16 6:2 | 159:23 160:7 | 34:23 38:7 40:3 |
| **correct** 8:8 9:5 | 6:5 8:21 12:4,12 | 161:22 162:3,5 | 40:6 66:13,18 |
| 26:23 34:7,12 | 12:18,22 14:23 | 167:10 | 67:4,6,14 68:19 |
| 45:22,23 46:13 | 15:4 16:24 | | 69:16,20 80:6 |

81:4,4 86:16,17
95:9 105:4
110:25 122:14
125:8 127:23
128:6 129:5
130:11,18
132:19 148:22
149:6 151:18
153:9 154:6
165:12,14 166:1
date   19:5,10
49:9 53:21
67:23 68:12,15
120:25 179:9
180:3,9,19 181:3
181:13,25
182:20,25
dated   93:15,17
120:16,22
dates   67:12
173:13
day   15:13 51:6
120:3 178:17
180:16 181:22
182:22
days   23:5 179:19
ddo   122:11
123:13,16
ddo's   122:14
deal   96:10
dealers   88:17
dear   26:19
179:10
death   31:9
decade   16:4
40:20 81:1
110:8 111:5,5
149:19 151:5

166:4
december   35:19
35:23 87:14
113:17 120:18
120:22,23
123:20 164:8
decide   114:1
162:17
decides   158:18
deciding   158:23
decision   51:2
dedicated   42:16
deed   180:14
181:20
deemed   179:20
defendants   1:14
2:10 16:22
defer   16:24
150:10
deferring   150:7
define   131:6
definitely   33:11
79:3
definition   70:8
definitively
162:23
degrees   130:13
delaware   1:11
1:12
delete   150:10
deleted   151:19
delivered   76:13
102:17 178:13
delivering
122:12 123:14
delivery   96:19
97:3 102:19,23
110:17

denial   152:3
denied   152:1
department
25:22 28:9,14
179:22
depending   71:13
71:15 99:8
105:14
depends   5:6
deposition   1:5
3:8 5:5,11 6:17
9:4,14,15 11:19
12:17,24 13:3,25
15:17,22 178:8
179:9,12 180:1,3
181:1,3
derived   28:24
78:20,22
describe   71:21
106:6 107:4
141:25 171:24
described   40:5
49:20 58:18
99:17 108:7
117:24 134:6
142:16 145:16
describes   48:15
60:5,21 62:4
142:16
describing   61:22
77:21 117:19
description   3:7
48:23
designate   176:19
desire   119:6
detail   47:11
65:20 71:18
175:24

detailed   118:10
details   12:19
99:17
determination
163:24
determine   32:17
52:19 100:23
115:15 135:24
136:23
determined
97:25
determining
98:9
developers   35:7
development
35:6
dial   173:17
dials   173:14
175:8,15
difference   42:23
46:20 81:23
different   22:17
33:20,22 34:2
35:11 40:8,18
41:12 42:18
46:17 49:17
50:2 58:18
61:12 74:6
79:12 83:8 85:5
105:25 106:2,3
113:21 115:8
173:1,24
differently   29:6
129:14
difficult   7:5,8
33:16 54:1,16,18
55:3 128:24
165:4

digit 82:16
digital 4:1 67:16
86:3 91:21
94:13,13,23 95:4
97:23 98:11,12
103:12 113:24
116:4 118:6,8
120:11 121:18
122:7,20,21
digitally 96:16
digitization
17:12,22 35:4
69:25 92:1,17
96:10 99:13
digitize 85:25
89:1 97:19
digitized 67:17
82:21 86:4
102:14 110:24
126:11
digitizes 82:1
direct 17:16
directly 30:16
151:9 152:6
director 14:10
directories
168:23 169:3
174:17
disagree 148:5
disclose 135:17
135:20
disclosed 75:19
discover 43:23
49:1 89:22
115:6 172:12
discoverable
97:21

discovered 25:9
159:13
discoveries
27:14 31:11,12
32:22 33:25
38:16 41:24
43:18 104:22
134:16
discovery 34:9
35:24 36:1
134:21 171:6
discretion
117:10
discuss 15:4,11
74:19 87:16
104:17 127:17
discussed 9:19
12:18,22 14:22
14:25 30:18
49:20 72:14
discussing 60:23
175:2
discussion 24:5
33:9 56:7 76:21
164:22
discussions 32:3
32:11 104:4,10
147:8,19 148:3
display 91:16
96:21 114:10
138:9,20 145:14
146:4
distinct 20:8
distinction 91:1
distribute
117:25
distributed
146:25

district 1:1,2
dive 23:11
dna 29:23 30:8
35:13 59:8
106:19
document 11:23
56:25 62:25
63:3,13 64:5,7
73:8,9 74:17
75:3 77:5,9,13
77:14,16,24
79:24 83:17
93:2,4 98:4
100:19 107:21
108:13,20 110:2
112:22 118:21
120:17 124:4,12
124:16 136:9
139:24 140:8,11
140:18 141:19
165:9
documents
13:19 15:22
16:5 79:11 81:3
109:13,21
113:18 114:2
176:17
docusign 111:17
doing 32:23
144:7
dolphin 2:16
donate 69:3
138:14
donated 74:25
75:25 76:2,5,16
79:16 80:13,20
80:23 81:1
126:13

donating 71:24
donation 69:17
71:22 73:13
74:14,23 75:7
76:1 77:1 79:6
91:24 92:6
126:12 145:17
donations 69:19
71:15 72:22
77:1
donor 75:4,13,15
77:25
doubtful 73:21
download 72:1
downloaded
73:6
dozens 54:17,17
158:20,21,22,22
drag 173:8
drama 131:11
drive 2:16 31:2
96:16
driven 33:3,9
drives 34:9
96:13,23 97:3
drop 174:3,3
due 105:16
117:7,7
duly 178:7
duplicate 84:18
duplicates 119:6
119:6
duplicative
83:21 110:21
111:3
duties 14:13

| e | | | |
|---|---|---|---|
| **e**  2:1,1 3:1,6 5:1 5:1 18:8 84:2 90:21 92:12 108:22 109:23 120:11,24 121:3 121:10,14,20 122:4,15 123:21 124:2 178:12 | 153:18 154:24 166:22 | **enrolled**  51:5 | **et**  5:13 68:12 168:10 179:6,7 180:3,3 181:3,3 |
| | **element**  46:8 134:23 | **ensure**  110:20 114:6 | **evaluate**  89:8 |
| | **elements**  128:17 | **enter**  77:1 87:5 114:1 | **events**  49:13 |
| | **email**  51:14,20 52:10,20 53:15 54:10 55:15,21 56:2 133:9 159:19 160:7,25 161:3,12,14,25 162:2,25 163:2,6 163:8,16 164:15 164:16 165:15 179:17 | **entered**  93:19 94:5 102:2 106:24,25 107:7 113:17 120:15 120:18 127:10 170:2 173:5,13 181:9 | **evidence**  127:2 |
| **earlier**  15:25 16:1 70:17 120:8 127:24 131:19 139:12 156:16 162:7 170:17,23 | | | **evolved**  61:4 |
| | | | **exact**  53:16,20 54:2 173:7 175:9 |
| | | **entering**  102:6 103:11 104:1 126:25 | **exactly**  31:9,18 53:24 54:2,18 67:21 95:3 121:19 176:20 |
| **early**  19:13 70:23 90:6 | **emails**  36:12 51:8,10,12,13,24 52:8 53:6 54:9 55:1,6,12 125:10 138:4 142:4 154:15 163:15 164:8,11,23 165:18,25 | **entire**  40:7 54:9 128:10 153:23 170:3 180:5 181:5 | **examination**  3:3 6:12 |
| **earns**  34:5 | | | |
| **easiest**  9:20 | | | **examined**  6:10 178:6 |
| **easily**  85:23 | | **entirety**  61:16 | **example**  21:11 21:19 22:25 35:7 42:1,11 44:6 53:23 54:20,23 58:19 59:3,9 63:16 64:20 69:14 75:5 76:6 79:13 82:9,25 85:4 86:1 87:5 90:25 95:18,20 96:2 100:2 105:3,13 106:14 115:21 126:11 135:5 138:13 143:21 144:21,23 152:22 153:24 157:4 170:4,6 173:18,20 |
| **effect**  112:10 | | **entities**  16:15 | |
| **effective**  88:2 | | **entitled**  83:21,22 93:25 94:1 113:10 120:18 143:2 | |
| **effectively**  54:21 126:24 151:19 | **emanuel**  2:12,15 5:25 6:1 | | |
| **efficiencies** 98:13 | **employed**  14:7 16:17 18:13 19:16 | **entity**  16:16 | |
| | | **errata**  179:14,19 181:7,10,18 182:1 | |
| **efficient**  44:9 98:15 | | | |
| **effort**  53:13 80:25 130:22 149:15 153:20 155:23 | **employees**  13:24 24:8,17,18,22 | **esq**  179:5 | |
| | **employer**  16:13 | **establish**  98:16 | |
| | **enclosed**  179:12 | **establishing** 116:9 | |
| | **endeavor**  76:10 | | |
| **efforts**  75:9 | **ended**  92:9 | **estimate**  129:9 129:19,22 | |
| **eight**  16:12 28:5 | **engaged**  82:11 | | |
| **either**  40:5 48:1 77:21 84:19 125:21 145:9 148:25 150:2 | **enhance**  23:2 29:24 | **estimated**  88:25 | |
| | | **estimating**  118:3 | |

[examples - fair]                                                    Page 15

examples  32:12
  49:9 90:15
  106:13 125:19
  138:11 140:3
  161:11
excel  3:16 83:12
exception  12:3
  126:10
exchange  4:1
  80:14 121:19
  123:17,19
excluded  55:1
exclusive  112:14
  116:17
exclusively
  105:5 106:5
exclusivity
  105:15,16,20
excuse  145:18
executed  181:10
execution  180:14
  181:19
executive  32:11
executives  23:14
exhibit  3:8,10,11
  3:12,13,14,16,17
  3:19,20,21,23,25
  4:1,3,4,5,6,7
  10:5,8,9,23,24
  10:25 11:1,18,20
  12:1,3 56:1,11
  56:12,14,16
  57:21 58:9
  59:20 62:21,21
  62:23,25 63:10
  63:13 64:1,2,3,4
  64:10,12,18 65:1
  65:5 73:1,3,4

77:5,25 79:19,21
  79:22 83:11,11
  83:16,17,23,24
  88:18 92:24
  93:1,2,7,9,25
  94:15,16,20
  97:11,24,25 98:4
  98:5,7,25 99:14
  99:20,21 100:2,7
  101:3,15,16,17
  101:21 102:3,4
  104:1,6 106:22
  106:25 107:15
  108:3,8,9,12,21
  108:22 109:11
  109:23,25 110:2
  111:9,11,12,18
  112:4 113:8,9,14
  116:13,20
  118:10,19,20
  119:21,22 120:5
  120:17 121:21
  123:25 124:8,14
  124:15,22 136:6
  136:8 140:6,7,8
  141:24 164:24
  165:1,2 167:3,4
  167:10 176:10
  176:12
exhibits  11:9
exist  55:19
  121:15 127:14
  152:25
existed  19:3 39:7
  143:12
exists  55:13
  161:16

expand  89:18
expanded
  174:18
expect  73:24
  74:2,5 85:20
  87:11
expectation  74:8
  160:1
expeditiously
  10:3
expenses  29:16
  35:1,14
experience  29:24
  32:16 42:21,22
  42:23 46:7
  47:15,17,21 48:3
  61:13,14,17
  147:5 158:10
experienced
  96:3
experiment
  52:21
experimented
  92:7
expert  115:1,11
expiration
  180:19 181:25
  182:25
explain  24:25
  128:15 136:13
  172:24 173:10
explanation
  41:25 172:14
explicit  140:23
  144:10 145:4
exploration
  115:22

explore  21:18
  43:24 160:21
  172:15
explored  175:24
explorer  171:6
expressed  127:8
  138:19 164:20
expresses  151:9
expression
  162:13
extent  14:21,24
  46:4 49:25 52:6
  54:3,8 55:18
  68:3,10 75:17,20
  77:8,9 91:8
  92:14 96:25
  97:12 103:17,19
  139:17,23
  147:12,15 152:8
external  96:13
  96:23
extract  81:4
  128:21
extracted  130:17

f

face  154:8
fact  9:22 96:22
  148:3,6,7 151:22
factor  98:9
factors  99:18
facts  75:20
  142:12,16,17
  143:3
factual  142:21
faculty  125:21
fair  7:18 20:4,15
  20:24 21:13

[fair - form]                                                              Page 16

34:21 38:19
58:10 94:6
123:15
**fairly** 12:10
43:22 61:5 84:9
103:4 113:4
122:19 151:5
152:22 163:5
**fallen** 28:6
**familiar** 12:19
136:10 144:12
145:2 146:8
**family** 21:11,18
30:6 39:20
43:24 44:7
51:18,18 52:11
53:14,23 55:24
106:16,18,18
109:13 133:14
133:15,18,19,20
133:21,23,24
134:1,7,9,15,18
158:23 159:7,14
159:25 160:24
161:9,24 162:4
162:13,14
163:18
**familysearch.c...**
106:15
**far** 14:12 76:14
86:20 96:20
102:1 144:4,9
**feature** 44:8
169:9
**features** 35:8
43:19 44:2,6,10
44:12,14

**fee** 69:13,24
70:10,12 97:6
105:10,14,16,19
116:3,21 117:12
**feel** 9:23 35:25
103:21 153:19
**fees** 69:13 80:7
80:14 83:2
**fewer** 110:14,15
110:16
**field** 84:6,8,19
85:9 175:25
**fields** 46:21
48:23 49:9,10
50:12 54:24
60:11 61:23
63:23 64:25
**fifth** 3:21 111:14
111:25 112:7,17
**figueroa** 2:12
**figure** 54:5
**file** 100:12
**files** 11:6 67:16
85:8 94:13,17,24
96:5,15 97:23
103:12 113:19
113:24 116:5
118:6,8,11
120:12 122:7
**filled** 72:6,22
**filter** 38:5,6
64:23 72:19
80:18 128:6
137:3 168:19
172:20
**filtered** 64:22
136:15 175:12

**filtering** 37:15
**filters** 44:24
**finance** 25:12
28:9,13
**financial** 28:21
**find** 31:12 32:24
37:15 38:6,17
52:5 54:12 55:8
62:13 67:4 68:1
71:13 72:20
85:17 89:21
100:6 121:6
128:20 129:24
134:1,5,6 155:24
158:5 162:15
173:12 179:12
**finding** 78:12
145:25 160:20
175:18
**fine** 10:1 22:10
36:19 176:23
**fingertips** 71:5
**finish** 7:1
**finishes** 7:22
**first** 3:15 6:9,23
11:21 18:25
19:3,9,10 49:20
57:20,21 63:2,6
64:6,15 65:7
69:5 70:15,20
73:23 79:23
83:19,20 84:4
90:4 93:3,15,18
93:19,21,24 94:1
101:17 113:22
120:10,14 121:5
128:18 149:16
159:23 160:7

169:19,23
**five** 33:13 36:18
**flag** 100:5
**fleming** 1:23 6:5
178:5,21
**floor** 2:12,16
**flow** 50:2 164:23
166:17
**focus** 40:14
41:16 42:15
49:8 92:16 99:1
106:2 110:10
122:1 135:4
**focused** 24:15,17
27:20 43:22
87:25 91:11
106:3,4,5,16
116:7 119:4,19
130:14 152:4
158:9
**fold** 23:23
**fold3** 23:23
**fold3.com** 23:21
41:16
**folder** 11:4,8
109:19
**follow** 60:5
74:20 76:4
149:13
**follows** 6:10
103:8
**forces4records...**
24:1
**foregoing**
180:13 181:18
**forget** 31:7
**form** 3:12,13
31:15,23 64:13

**[form - go]**                                                    Page 17

71:25 72:6,10,22
73:11,15,25
74:12,14,23
113:4 152:9
**formally**  135:15
**format**  63:10
65:10 86:7
102:17 115:10
115:14 122:18
**formats**  129:15
**forms**  32:2 76:1
**formula**  55:5
**formulate**  53:4
**forth**  178:10
**forward**  179:16
**found**  82:23
159:1,3,13 161:8
161:12 174:16
**four**  13:4,6
99:20 108:16
114:3 129:3,4
170:12
**fourth**  3:19 65:4
101:24 111:4,8
**francis**  1:25 5:14
**francisco**  2:20
**free**  9:23 15:1
20:13,14,15,23
21:6,16 22:12,14
22:14,17,22,22
23:4 31:14,22
32:18,21 33:3,10
33:14 35:25
42:17,21 44:7
45:21 46:5,19,22
47:21 48:1,1
49:15 50:7,10,15
50:23,24 51:4,23

57:12,22,25 58:4
58:24 59:4,11,15
59:16,18 60:1
63:11,19 77:19
97:13 100:20
103:21 135:2,8
135:14,15
136:23,24
139:14 156:21
156:23 157:1,12
157:14,20
158:20 180:14
181:20
**freeland**  26:10
**french**  23:25
**frequency**  80:6
102:12
**friend**  26:19
133:16
**front**  167:14
**full**  16:4 22:1,23
23:1 47:11
50:16 57:25
59:21,25 63:14
118:15
**fully**  121:22
**function**  17:5,21
26:23 28:6
40:13
**functionality**
25:6 26:4,5,21
27:19 34:7,8,11
47:23 68:9
172:8,10
**functions**  35:18
**further**  46:9
77:12 131:15
144:15 171:4

172:5,15 176:14
178:11,15
**future**  115:25

**g**

**g**  5:1 84:2
**garment**  126:20
**gathered**  150:4
**gathering**  25:3
79:8
**gaudreau**  84:1,3
87:5 88:20 91:4
**genealogy**  29:22
29:24 30:2,23
31:1 60:22
103:13 105:1
106:4,4 114:15
167:21,23,25
**geneanet.fr**
23:25
**general**  23:2
61:3 68:15 69:3
76:11 86:24
114:14,16 119:9
137:24 149:10
**generally**  12:13
17:4,9 64:7
84:20 86:15
118:11 138:15
140:10 147:5
156:5
**generate**  161:5
161:25 164:16
164:16
**generated**  53:6
80:22 161:20
163:11,20 164:4
164:10

**generic**  54:14
**geographic**
22:23
**geographically**
39:19 40:21
170:3
**getting**  18:18
33:14 35:24
**give**  7:9 8:3
10:13 38:19
57:10 61:21
62:10,22
**given**  14:22
16:21 52:4
54:16 57:24
74:2 110:10
114:17 123:12
127:4 128:25
129:21 131:1
141:13 155:19
157:11
**giving**  10:11
77:25 87:22
140:15
**global**  16:9 17:7
17:15 18:12
28:5 38:5 64:21
**globally**  40:14
**gloria**  1:11
**gmn**  1:10
**go**  5:10 6:22
7:23 9:20,24
10:10,15 11:10
19:24 27:16
36:20 44:1
55:12,25 56:3
57:8,16 71:25
72:18 83:15

[go - helping]                                                          Page 18

84:5 88:5,8
102:11 107:19
107:22 110:15
112:23 124:5,24
129:12 143:6
147:17 160:2
166:8 167:20
169:17 170:22
171:7 172:16
173:24

**goal** 91:15
162:19

**godfrey** 1:8 3:2
5:12 6:8,14,17
8:7,17 9:9,18
10:4,22 11:17,20
12:16 14:21
16:8 37:1 56:10
56:16 63:3 64:7
66:23 73:8
77:11 79:24
88:14 93:3
100:14 101:18
103:25 109:22
125:6 142:16
143:5,6 147:14
166:15 167:4,6
167:14 176:13
178:7 179:9
180:4,9 181:4,13
182:20

**goes** 42:16 55:5
96:12 97:9,22
165:6

**going** 5:3 9:13
10:22 11:25
14:20 16:19
36:6,16 37:1

56:10 62:21
66:6,9 75:16
81:3 83:2 84:6
97:16 103:16
124:12 125:6
151:3 158:24
160:12 166:15
166:25 167:13
171:20

**gonna** 11:17
28:20 56:1 57:3
57:19 58:7 60:3
61:7 66:3 108:8
141:18 143:17
170:22 171:7
174:10

**good** 5:3 6:14
8:6 22:9 36:17
52:7,7 54:12
66:9,11 88:14
162:22,22

**gotten** 123:10

**government**
123:8 126:24
127:7

**governmental**
70:7

**governments**
126:19

**graduating**
115:3

**grandmother**
163:25

**granted** 97:8,11
98:24 105:3
118:7 151:15
152:1,2 153:5,16

**granting** 77:6

**grants** 77:3,16

**great** 10:2 29:9
57:9 90:15
141:23 169:5

**ground** 6:22

**groundings**
109:1

**grounds** 142:20

**group** 20:20
22:6,9 24:15
26:25 31:11
86:25 131:16
153:6,16 154:3,4
154:8

**groups** 22:20
110:17

**grow** 114:8

**guess** 99:20
162:3

**guesses** 159:24

**h**

**h** 3:6 18:8,8,8
118:10

**halfway** 95:12

**hand** 63:1
168:21 178:17

**handful** 90:22

**handle** 153:4

**handled** 153:17

**happen** 176:4

**happened** 148:3

**happening**
110:13

**happens** 35:12
48:5

**happy** 7:13 8:1
66:5 74:19
99:14 112:7

**hard** 96:13,16,23
97:2

**hardcopy** 67:18
72:23 81:25
85:21 86:1 87:2

**head** 7:6,7 72:7
109:15,16
131:16 132:9
153:7

**header** 63:16

**heading** 75:7

**healthcare** 19:19

**heard** 5:8 75:18
84:24

**heather** 26:9

**heeps** 17:23

**held** 16:10 75:12
75:15 130:17

**help** 32:17 38:10
41:23 42:11
43:18 45:4,12
47:8 49:10,10
86:5 89:21
106:17,20
128:22 131:7
155:2 160:5,14
170:1 172:3,11

**helped** 121:24

**helpful** 33:14
53:3 57:10
109:8

**helping** 25:8,9
31:13 33:12
42:1 45:7 78:13
83:3

**[helps - include]**                                                                     Page 19

**helps**  12:5 31:22
  38:15 55:8
**henriquez**  2:15
  6:1
**hereunder**  97:8
**high**  25:1 71:21
  95:20 110:15
**higher**  98:12
**highlight**  129:16
**highlighting**
  44:8
**hint**  51:8,10,12
  51:13,13,20,24
  52:10,20 53:6,15
  54:9,10 55:1,6
  55:12,15,20
  159:18,22,24
  160:6,7,11,24
  161:2,12,20,25
  161:25 162:2,8
  162:22,25 163:2
  163:5,7,15,16
  164:8,11,15,15
  164:15,16,17
  165:15,18,25
**hints**  52:23 55:8
  55:9,9,11 159:23
  160:16,17,18
  161:5,11 162:3
  163:11,19 164:4
  164:10 165:14
**historical**  13:17
  106:17 166:4
**historically**
  158:13
**histories**  168:24
  169:3

**history**  12:20
  16:4 39:21
  43:24 106:19
  155:15 156:7
**hochhauser**  18:2
  18:7 28:11
**hochhauser's**
  18:3
**hold**  76:16 77:23
**holder**  77:3,5,16
  87:21
**home**  11:6
  135:18
**homepage**  41:25
  42:5 64:20
**hon**  1:11
**honest**  121:16
**hope**  160:18
**hopefully**  10:3
  158:21
**hoping**  108:23
**hosting**  35:7
**hour**  8:3 36:17
**hours**  13:8
**house**  6:2 85:13
  86:20
**hover**  48:17,20
  48:21 49:2 50:4
  50:5,14 61:18
  62:1,7,15 65:21
  65:24 155:7
  170:14,15 171:9
  171:14,18
  175:20
**hovered**  61:9
  155:5
**hovering**  58:13
  171:9

**howard**  18:2,7
  28:11
**hr**  25:17,18
**huh**  7:8 41:11
  117:3 173:9
  174:17
**huh's**  7:7
**hundred**  82:9
**hundreds**  92:8
**hyphen**  121:17

**i**

**icon**  171:10,19
  172:1
**id's**  165:20,20
**idea**  84:8 119:14
  165:8
**identified**  12:2
  12:14 25:25
  29:2 37:2 40:17
  41:5 75:11 80:5
  80:11 87:8
  98:22 136:18
  145:10
**identifies**  99:20
**identify**  9:21
  80:23 81:13
  90:9 97:10 99:5
  124:9 132:23
  134:17 136:12
  139:19 140:13
  141:24 143:13
  153:21 159:6
  160:3 162:10
**identifying**
  100:9 110:4
  129:5 145:25

**identities**  23:14
**image**  47:6,11
  48:6 63:23
  65:13,22 85:8
  95:13,17 96:7
  102:21 103:2,3
  131:14,21
  132:22 154:7
  171:19,19,21,21
  175:22 176:3
**imagery**  131:17
**images**  67:14
  68:7 85:5,6,10
  85:19 86:17,23
  94:13 95:5,17,19
  95:25 96:1,2
  98:11,11,12
  103:5 115:10
  121:23 122:20
  122:21 132:1
**imagine**  60:12
**immediately**
  118:12
**impact**  33:18
**implicates**
  146:14
**implies**  78:15
**imply**  115:5
**important**  34:1
**impossible**  129:7
  129:19
**impression**
  126:15
**improve**  158:11
**inclined**  89:22
**include**  27:14
  29:21 30:2 41:8
  47:2,4,5 51:24

52:3 87:11
95:13 107:5
123:3 125:14
126:6 133:20
141:10 154:22
170:5
**included**   23:8
48:24 52:8
55:11,15,20,22
55:24 69:4
79:13 85:10
97:23 103:5
125:8 161:12,14
162:14,25 163:1
163:5,9,15
179:14
**includes**   17:20
34:12 51:22,23
66:14 99:2
125:25 154:20
155:8 170:19
**including**   23:13
26:22 28:22
32:10 36:13
66:13,16 127:8
138:5 148:18
157:17 163:18
166:19
**inclusion**   54:10
**incorporate**
36:10,12
**incorporated**
181:12
**increase**   105:16
**increased**   105:19
**increases**   117:8
**incredibly**   54:16

**independent**
103:20,22
147:16
**indicate**   86:12
137:17 162:20
**indicated**   43:13
51:16
**indicates**   51:20
86:9 113:16,23
**indicating**
179:14
**indication**   86:7
**individual**   1:4
9:14 38:7 69:2
71:23 76:5,15
79:16 88:17
96:7 103:24
128:13 129:16
131:9,16 132:4
132:14 138:8,14
138:17 141:9
144:22 148:25
151:17 152:21
153:5,7,11
156:15 167:19
**individual's**
167:19 168:4
**individually**   9:8
75:10 129:17
**individuals**
17:22 77:1 87:4
126:12 129:20
145:18,19
148:20 149:21
154:11
**industry**   116:17
**inefficient**   82:24

**inflows**   28:23
**information**
10:12 12:20
13:13,13,15
14:22 15:19
21:14,25 32:8
39:2,3,6 43:12
45:1 46:21
48:12,18,23,25
49:3 50:12
53:25 60:11
61:23 63:24
66:12,16,23 67:2
67:3,4 68:4,15
71:4,5,6 73:19
75:18,19 81:14
83:24 85:5
87:12,23 88:5
95:24 103:19
114:18,24
115:20,20
128:16 129:8
130:10,13 131:5
133:4,5 135:1,5
135:7,11 137:9
142:4 144:2
146:14 148:17
152:11 155:1
158:8 159:10,11
159:16,16,22
165:16 169:25
170:24 173:13
175:25 176:7
**initial**   46:12,14
106:24 120:21
**initially**   34:2
**input**   65:6 135:9

**inside**   20:12
**insights**   32:1,1
**instance**   119:1
154:3
**instances**   153:22
154:14
**instruct**   14:24
103:18 147:14
**instructing**
143:7
**instruction**
148:13
**instructions**
72:25
**instructs**   7:21
**intellectual**
146:15
**intend**   20:2,22
76:9
**intended**   38:19
74:25 97:18
99:3 100:17
107:17 108:4
112:20 124:1
125:9,11,16
126:8,16
**intends**   113:23
**intent**   75:4
**intention**   47:8
116:7 160:18
**interacting**   30:6
**interaction**
152:21
**interactions**
146:9
**interest**   33:20
150:9,13,19
162:4 164:19,19

**[interested - know]**

**interested** 32:25
45:13 71:24
78:12 115:24
134:15 172:13
174:14 178:16
**internal** 8:21
147:8,14
**internet** 5:7 19:3
37:7 75:1
100:18 107:18
108:6 112:21
124:3 125:17
126:2,3 147:3,10
**interpose** 14:20
**interpretations**
142:14
**interrogatories**
3:15 79:23
141:21
**interrogatory**
74:13 76:19,24
80:2,4 135:22,23
139:5 140:25
141:15,17
142:11 143:4,18
145:11
**introduce** 10:23
56:10 62:21
108:8 140:5
**introduced** 73:4
118:18 119:21
**introducing** 64:2
73:1 79:19
83:11 92:24
101:15 111:11
113:8 136:6
**invest** 70:1

**investment**
35:11 89:20
**invite** 127:15
**invoice** 117:7
**involve** 147:19
**involved** 14:14
15:9 18:18
25:11 31:13
104:4,9 148:4
152:5 153:10,13
158:25
**involvement**
27:1 103:25
**ip** 137:5
**issue** 151:10
**issues** 15:9,10
**items** 30:15

**j**

**j** 119:4
**jack** 5:24 9:19
12:25 74:10
84:21 87:13
100:4 109:8
112:12 127:14
127:20 130:6
148:1
**jackbaumann**
2:14
**jeffrey** 17:22
**jersey** 175:5
**job** 14:12 16:8
17:5,8
**joe** 84:1,3 87:4
88:20 90:22,25
91:4
**john** 2:11 5:24
54:15,18 179:5

**join** 18:25 89:22
**joined** 5:20
18:23 70:19
**joining** 19:15,20
**jones** 54:15,19
**journey** 158:23
**jpeg** 102:21
**june** 103:9,10

**k**

**k** 14:6 27:6
119:4
**kathleen** 2:18
6:2 8:21
**kathy** 12:25
**keep** 47:16 66:6
66:9 79:15 86:4
95:25 96:23
132:13 144:5,24
155:15,18
**keeps** 39:4
**key** 17:20 34:1
**kin** 178:15
**kind** 26:2 27:21
30:8 37:17
42:23 49:18
52:25 54:4 62:7
70:8 89:6 97:7
98:7 136:25
156:7 158:12
160:19 173:15
**kits** 29:23 30:8
**kmccarthy** 2:21
**know** 8:2,5 9:18
10:14 16:16
17:3 18:10,11
19:2,8 27:7 33:2
34:19 35:14,22

35:25 36:2 38:2
38:23 39:6,13
42:11,25 43:15
54:17 57:1,5,14
57:17 66:8
70:20,24 71:2
73:15,17,19 74:9
74:23 75:2,23
76:9,14 77:12
80:17 82:5,8,16
84:1,3,12 86:14
86:21 87:19
88:4 89:20
95:24 96:3,3,20
98:9 102:1,21
104:7 105:13
108:23 109:4,5,9
112:13 113:1
116:7,19 117:1,9
119:24 125:15
125:18 126:7
127:24 128:13
128:16 131:3,5
133:18,19 134:1
137:13,16
140:21 143:1,8
143:16 144:4,7,9
145:2 146:24
148:11 151:25
152:14 156:11
156:14,17 157:7
157:11,14,15,22
158:1,10 159:10
159:17 160:13
160:20,22 161:8
161:16 162:21
162:23 163:1,3,4
163:24 164:3,4

**[know - little]**                                                      Page 22

164:12 165:8,24
166:3,4
**knowable** 39:3
71:6,19,20 128:3
128:4 132:18
**knowingly**
126:25
**knowledge** 28:13
75:9,20 112:16
113:3 116:6
127:13 145:8
149:12

**l**

**l** 27:6,6
**label** 98:4
**labor** 99:6
**landed** 88:21
**landing** 37:4,7,9
38:9 39:1 72:13
166:19 167:6,16
**language** 17:2
20:1 87:20 97:6
123:12 141:14
**large** 83:18
85:18
**larger** 48:7
49:14
**largest** 35:16
**launch** 10:7
**law** 2:7 5:22
**lawyer** 75:2
**layout** 61:3,13
**lead** 17:22 25:4
172:14
**leaders** 26:9
**leads** 17:21 27:4
28:9,12 50:6

**learn** 53:9
114:18
**leave** 115:4
**led** 158:17
**left** 76:7 172:18
175:8
**legal** 2:19 25:21
46:4 75:17 77:9
91:9 92:15
96:25 97:13
103:18,20,23
139:18,24
140:18 141:6,14
142:13,14,18,20
146:6 179:1
182:1
**lehi** 8:18
**length** 13:7
**lengthy** 12:9
**letter** 179:20
**level** 25:1 71:21
130:22 134:20
137:3
**levels** 58:19
**levers** 173:14
**liability** 1:13
**license** 3:17,19
3:21,23 17:12
28:17 66:19
69:13 70:4 83:2
90:10 93:16
94:9 100:15
101:2,25 102:7
102:16 103:12
111:14,25
113:12,19,24
114:2,22 116:22
117:11 118:7,9

118:13,16
120:11
**licensed** 69:23
70:3 81:22
90:18,25 91:20
92:11 94:9,17,24
96:6 99:22
100:9,23 106:23
108:5 110:5,12
110:25 111:8
112:3,21 114:11
118:6,11 120:23
125:13 126:5
127:7
**licenses** 66:12
69:7 97:8,10
98:24 99:2
103:9 104:11
105:12 112:9
116:9,13,20
**licensing** 66:4,16
69:17 70:10
79:13 80:7,11
81:21 89:24
90:4 91:15 92:3
92:20 93:10,18
99:25 100:8
105:10 110:4,21
115:25 116:3
117:15 122:23
123:11 124:2
**limit** 24:5
**limitation** 96:21
**limitations** 54:21
103:8 104:11
105:11 112:9
116:13,20

**limited** 1:12
15:10 21:14,17
21:25 23:13
28:22 53:25
66:15 82:9,10
141:5 158:8
**line** 77:21 169:4
179:14 181:7
182:3
**link** 10:9 38:3
39:14 40:6 61:9
114:10 176:1
**list** 12:1 33:13
46:20 49:9
65:16,17 80:15
80:22 81:11,12
85:22 94:20
109:6 110:23
118:24 119:8,11
119:15 133:17
155:19 170:11
174:3,11,20
175:24
**listed** 24:15
72:20 94:21
97:24 99:18
181:7,17
**listing** 181:7
**lists** 79:13 81:3
94:16 172:20
174:20
**little** 19:25 57:8
61:12 63:5
65:13 66:6 71:1
81:2 95:12
117:6 119:25
123:7 164:3

**[live - market]** Page 23

live  34:23 170:5
lived   170:5
living   34:18
llc   1:7,12 16:23
llp   2:3,12,15
load   108:10
loaded   68:23
local   72:3 125:21
  125:22 126:18
  127:6 147:1
locate   38:7 99:5
located   8:16
  137:5
location   1:21
  53:21 65:1
  84:17 111:1
  160:10 173:21
  175:12
locations   67:12
  80:20 99:9
lodge   142:10
logged   42:14,18
logic   99:18
login   10:7 55:10
  161:7
logo   168:6
long   13:5 16:10
  19:7 23:4 74:3
  79:8 84:7 101:9
  137:13 159:11
  163:19,22 164:6
  165:24 166:4
longer   66:6 81:2
  151:20
longevity   74:3
look   20:12 24:19
  26:17 31:1,6,7
  31:10 33:17

39:7 46:17 48:6
  50:10 52:5 54:2
  54:3,4 56:25
  57:15 60:3
  61:14,22 63:15
  65:24 67:24
  75:7 77:20,20
  88:5 93:5 95:10
  100:12 103:6
  104:19 109:20
  110:25 111:15
  113:5 116:23
  117:6 121:25
  137:10 140:3,22
  161:7 164:21,24
  171:4 172:9
  173:18
looked   29:13
  65:25 90:14,23
  102:3 108:21
  112:5 113:18,22
  156:16 169:14
  170:16 171:18
looking   31:22
  32:23,24 33:19
  33:24 48:19
  51:17 54:19
  55:7 57:3,20
  58:3,25 63:15,18
  64:15 86:15
  89:8 90:11 99:9
  99:10 104:21,24
  107:2 109:2,24
  124:22 133:18
  133:25 141:19
  155:22 159:15
  159:24 160:8
  161:21 162:12

163:10 165:19
  170:2 175:16
looks   11:21
  61:11,11 122:3
  136:19 170:11
loose   155:12
los   2:13
lot   31:8 43:11,20
  80:25 87:1 88:1
  95:21 115:2
lots   32:21,21
  52:23 158:19
  160:17,17
low   150:7
lucas   17:23
lunch   15:3 66:7
  88:15

**m**

m   1:11 26:16
madam   179:10
madison   2:4
magistrate   1:12
main   20:20 25:6
  29:23 37:18
  39:13,25 40:5
  42:5 68:24
  72:14,16,18,20
  93:21,24 122:1
  132:19 154:17
  167:25 168:14
  169:17,19
  172:17 173:25
maintain   43:9
major   35:2
majority   24:17
  69:18 91:24
  110:11 152:2

making   63:4
  91:11 125:22
  153:14 173:11
manage   24:14
  24:19
managed   26:6
managers   23:15
  158:11
managing   153:3
manual   81:6
map   168:22
mapping   85:8,19
  95:17,25 98:3
  130:12,19
  132:20
mark   1:3 5:12
  55:18 65:1
  131:8 146:4
  154:16 155:6
  157:12,23
  158:16 159:17
  160:22 162:24
  169:23 170:12
  171:8,21 172:7
  173:4
marked   10:24
  56:12 62:23,25
  64:3,4 73:3
  79:21 83:16
  93:1 101:16
  108:9,11 111:12
  113:9 118:20
  119:22 124:14
  136:8 140:7
  165:1,2 176:12
marker   86:5
market   89:6
  106:2,7

marketing   25:7
  26:25 27:4,5,8
  27:12,13 35:10
  35:12 36:8,12
  41:22 42:3
  53:12 125:10
  138:4 142:4
  154:15 164:23
marketplace
  106:16
marks   95:11
marriage   31:9
master   81:8,11
  81:12 93:21
match   45:5
  51:14 52:7,7,11
  53:16,20,25 54:1
  54:2,6,18,21,24
  55:3,23 62:12
  128:19 155:24
  159:22 160:3
  162:17,22
matched   154:22
  160:12 163:11
matches   52:6
  53:2,24 54:12
  55:8 65:17
  78:12,17,19,21
  155:24 159:14
  160:8 161:6
  172:13 173:4,12
  173:12 175:12
  175:17
matching   51:21
  162:16
material   42:23
  99:3

materially   65:24
  102:19
matter   5:12
mccarthy   2:18
  6:2 8:21 12:25
  13:2,10,24 15:1
  109:17
mean   14:12 17:3
  18:21 20:2,14,22
  21:6 23:17
  44:20 49:6
  52:21 81:23,24
  85:3 86:10
  95:15 115:17
  119:3 126:22
  144:18 148:9
  152:17 154:2
meaning   129:14
  157:7 159:13
meaningful
  44:13
means   79:14
  84:12 96:19
  97:3 125:11
mechanism
  173:20
meet   12:23 13:1
meetings   13:6,10
meets   149:5
member   51:19
  71:24 143:25
  144:25 159:25
members   39:9
  133:18 142:2
  143:20 144:16
  145:5
memo   31:16

memorialized
  152:15,18
memory   136:1
mentioned   69:5
  70:17 95:16
messages   36:12
  115:4 125:11
  138:5 142:4
  154:15 166:20
metadata   85:2,4
  85:10 95:12,16
  95:21 96:8
  103:3 109:18
  131:20,22
method   82:24
  102:19
methodology
  144:1
microfilm   86:2
microphone
  107:23
middle   101:7
midwest   179:17
  182:1
military   41:16
mind   57:11 63:4
  74:11
minimum   95:13
minors   146:17
minute   10:16
  11:11 36:18
  56:1 166:9
minutes   66:10
missed   101:7
missing   63:16
misstates   50:1
mix   33:12,19,24
  34:3

model   28:21
modification
  102:20
modified   140:4
modify   23:2
moment   8:3,20
  10:13 11:1 40:2
  56:13 57:10
  62:22 108:11
  127:13 140:1
  156:25
moments   114:6
money   70:2
monthly   40:22
  41:1 53:1
morgan   5:21,21
morning   5:3
  6:14
mother   163:25
motivation
  150:16
mouse   58:13
  173:6
move   28:20 36:6
  46:9 66:3 125:6
  138:1 155:2
  166:15 175:9
moving   127:21
  133:2
multiple   13:4
  129:1,1,2 132:4
  132:20 133:15
muted   46:22
myheritage.com.
  106:14

| n | | | |
|---|---|---|---|
| **n**   2:1 3:1 5:1 14:5,5,6,6 | **narrowness** 80:18 | 175:6,8,12 | **nrs**   142:1 |

**n**   2:1 3:1 5:1
  14:5,5,6,6
**name**   5:14 6:15
  18:5,10 26:17
  44:24 47:1 52:4
  52:10 53:14,16
  53:20 54:2,23
  68:11,18 111:2
  128:21,21,25
  129:2 130:15
  132:7,9 134:9
  138:9 154:5,6,14
  154:22 156:1
  163:17 166:18
  169:24,24
  173:13,24 179:6
  180:3,4,15 181:3
  181:4,21
**named**   55:17
  169:21 178:9
**names**   36:10,13
  51:15,19 54:14
  55:24 66:14,21
  67:12,25 68:2,5
  68:20 80:9
  125:9 127:22
  128:13,20 129:6
  129:10 130:17
  131:1 138:3
  142:3 146:13
  148:16 154:4,20
  154:24 155:11
  159:21 173:19
**narrow**   104:15
  169:18 170:1,4
  174:13

**narrowness**
  80:18
**native**   100:12
**nature**   128:23
**navarro**   1:11
**navigate**   37:25
**navigation**   167:3
  174:16
**necessarily**   86:7
**need**   6:25 8:1,4
  11:10 16:20
  42:15 44:4
  45:16 47:10
  50:24 53:15
  57:7 70:1 74:23
  79:1 94:25
  106:3 107:25
  133:8 135:17,19
  140:21 161:15
  167:11
**needed**   95:8
**needs**   115:17
**negative**   7:8
**negotiating**
  104:1 119:10
**nevada**   1:2
  34:12,16,18,24
  65:1 66:20,22
  70:21 71:3,17
  80:5,16,24
  127:23,25
  128:14 129:10
  129:23,25 130:4
  131:4 133:4
  134:19 135:25
  136:12,18,23,24
  137:11 170:7,7
  170:12 174:6

175:6,8,12
**never**   138:17,18
**new**   2:8 18:22
  42:12,13 43:18
  43:19 44:2,6,8
  44:10 71:8,16
  103:6,8,11
  110:12 173:23
  175:4
**newly**   110:24
**newspaper**   31:6
**newspapers**
  23:24 41:15
**newspapers.com**
  41:15
**nods**   7:7 72:7
**non**   7:5 83:21
  115:20 166:18
**nonregistered**
  45:24 46:7,7,18
  61:1 78:7
**nonregistered's**
  46:24
**normally**   104:8
  117:12
**nostalgia**   106:5
**notarized**   179:15
**notary**   179:25
  180:10,18
  181:15,23
  182:23
**note**   5:5 179:13
**notes**   115:4
**notice**   3:8 11:19
  11:22 12:14
  13:16 145:20
**noticing**   5:17

**nrs**   142:1
**number**   3:7 4:1
  10:23 11:1,18
  12:3 16:15,21
  23:11,23 56:11
  62:21 63:1 64:5
  65:5 66:11,20
  73:4 76:24
  79:19,22 80:2,4
  80:8 85:16 86:2
  86:2 93:3 99:21
  111:8 113:8
  117:16 120:19
  122:12 125:7
  127:21 128:18
  128:19 129:9,20
  129:20,22
  132:16,24 133:2
  135:23,24 136:6
  136:24 139:5
  141:1,18 179:8
  179:14
**numbers**   181:7

| o | | | |
|---|---|---|---|

**o**   5:1 14:5,6 18:8
  27:6
**oath**   8:8,10
**object**   7:20
  14:23 46:3
  49:25 75:16
  77:8 91:8 92:14
  96:24 97:12
  100:19 103:17
  139:17,23
  142:19 147:11
**objected**   12:4
  147:6

**[objection - organization]**                                            Page 26

objection   7:23
14:20 112:22
140:17 142:11
147:23 148:2
objectionable
127:20
objections   3:14
9:23 77:18
79:23 80:10
141:12
objective   32:15
obtain   91:5
118:12 121:20
138:7
obtained   138:5
138:19
obtaining   27:24
70:21 138:25
obtains   138:2
139:6 141:25
145:12,13
obviously   9:23
29:24 35:3,13,18
47:10 52:21
91:24 98:10
110:14 140:10
163:22
occasions   42:10
occurred   148:7
148:8
october   1:19 4:5
5:4 73:7 94:6
112:2,10 178:9
178:17 179:4
offer   38:8,11,12
39:20 41:6 42:2
offered   79:4

offering   42:14
65:19
offers   39:18
office   5:22 76:3
officer   27:5
offices   2:7 8:18
72:3
official   180:15
181:21
offline   100:5
130:7
oh   61:19 81:22
141:21,23
ohio   179:2
okay   7:3,10,11
7:14,24 8:19 9:7
9:11 10:4,15
11:9,17 12:16
15:5,15 16:5
19:8,24 22:11
23:11 24:6,7,25
25:21 26:2,18
29:16 31:15
34:4 35:1 37:1
41:17 42:25
45:9,15,18 46:16
47:16,21 50:7
51:4 55:13,17,25
56:10 58:2,7,12
58:24 59:10,24
60:6 62:6 63:18
64:9 65:12
74:21 77:24
78:19 80:4 81:7
83:17 87:3 89:4
91:14 93:5 96:5
96:18 97:5
100:13 101:20

104:13 108:17
109:7,20 110:1,7
113:13 116:19
118:5,18,23
119:2 130:5
133:2 135:1
136:19 137:4
140:3 141:19,24
143:10,17
146:22 147:21
148:15 154:10
155:10 157:3
164:7,13,25
165:24 166:6,15
167:23 168:9
169:6,20,22
171:7,20,23
172:6,16,23
174:5,18,25
175:19
older   110:14
140:10
oldest   164:4
once   57:14 150:1
151:18 167:10
ones   35:2 42:14
107:13 113:22
ongoing   116:8
160:19
online   72:23
77:4,7,17 87:22
100:25 103:13
120:11
open   123:9
opened   175:1
operate   23:16
121:10

operated   43:10
operating   28:22
operation   35:15
36:8
operations   1:6,9
1:10 16:18,22
179:7 180:3
181:3
opportunities
104:21 114:7
opportunity
114:5
opposed   21:6
153:6
opt   51:6
optimize   32:15
optimizing
158:10
option   48:17
50:5,25 59:3
61:6 114:20,21
options   40:1,15
41:1 45:8 48:8
48:16 49:23
50:22 58:22
60:21 61:6 62:4
171:7 172:3
176:2
order   15:5 47:10
96:2 157:21
160:6
ordered   127:16
organization
25:5,7 26:8,10
26:12 27:4,8,23
28:10,12 32:12
35:12,13 53:13
70:1 73:21 75:6

[organization - particular]                                     Page 27

76:3 85:17 86:5
130:16 149:4
152:13 153:1
161:18
**organizational**
23:13 28:7
95:18
**organizations**
25:10 26:3
68:25 69:6,8
90:14 106:13
**organized**  24:24
25:1 131:18
158:12
**organizes**  53:13
**orient**  42:1
**original**  75:6
85:2,9 94:10
97:25 107:7
125:19 126:3,16
178:13
**originally**  18:23
86:1
**osborn**  2:6,7
5:21,22
**outcome**  178:16
**outflows**  28:23
**outlines**  171:2
**outside**  138:15
138:24 145:24
147:13
**overall**  26:5
86:19 89:12
92:10 104:23
**overarching**
26:2
**overs**  65:24

**overview**  28:21
**overwhelm**
52:23
**owned**  19:17
**ownership**  96:13
**owns**  25:15
69:11

**p**

**p**  2:1,1 5:1 27:6
**p.m.**  88:13 125:1
125:4 166:10,13
176:24 177:1
**package**  22:24
22:25 23:8
39:23,24 40:1
44:15 47:25
48:3 50:18,19
51:3 58:19,21,21
58:23 59:1,3,5
59:18 65:19
176:2
**packages**  40:1
58:19,22 60:22
62:4 155:3
171:2
**page**  3:2,7 11:21
37:4,7,9,18,21
38:2,3,4,9,13
39:1,10,13,14
40:5 42:5,11
44:18 45:1,3
46:17 47:6
48:12,14,15
49:22 50:9,13,21
50:25 51:2
57:21 58:3,8
59:20,24 60:8,10

60:21 61:1,6,7,8
62:3,8,14,18
63:2,6,12,17,22
64:6,16,18,23,24
65:4,7,14,18
67:24 68:1,3
72:12,14,14,16
72:21 73:10
78:8 80:12,15
84:4 93:3 95:14
96:2 101:17
111:20 129:17
130:14 131:14
131:18,21,23,24
132:3,5,10,10,12
132:14,15,17
140:19 141:24
154:17,19,25
155:2 156:16
167:6,16,24,25
168:14 169:13
169:14,17,20
170:24 171:1,11
172:2,7,8,11,17
173:25 175:23
175:23 176:6,7
179:14,16 181:7
182:3
**pages**  56:19
67:11 108:15
129:18 166:19
178:10
**paid**  20:23 21:16
47:22 50:11,22
51:5 69:22,24
70:10,12 80:7
82:17 86:11
98:23 105:10,19

107:4 139:14
**painless**  6:21
**paper**  86:1 98:11
**paragraph**  57:4
57:5 60:4 75:8
93:16 94:15,16
95:10,11 96:12
97:7 106:21
107:3 118:5
**parameters**
155:21,25
**parent**  23:18,19
24:13 115:18
**parents**  54:24
**part**  32:20 33:6
34:5,9 39:25
42:14 43:7
44:14 45:6
74:12 79:4
81:14 83:3
86:18 90:13
92:10 102:22
123:16,19
126:19 129:5
130:11 133:6
135:2,12 145:8
146:23 151:20
160:14 162:15
164:5 173:6,14
181:9
**participants**  5:7
**particular**  40:14
94:21 109:5,11
112:25 119:18
124:7 125:24
130:11 131:9
137:11,21
152:24 155:11

156:11 161:22
**particularly**
  155:14
**parties**  5:10
  28:18 89:25
  90:5,10,18 92:3
  93:17 115:15
  144:18 178:15
**partner**  88:1
**partners**  132:2
**parts**  48:10
**party**  80:8
  143:21 144:11
  144:17 145:1,6
**pass**  123:4
**password**  10:14
  133:9
**path**  40:15 61:5
**pattern**  114:5
**pay**  69:13 70:4
  80:14 82:20
  83:2,6,9 97:9
  117:13
**paying**  20:2 23:7
  32:18 33:4,10,15
  36:14 38:21
  116:4,21 122:11
  123:13 135:12
  135:17,19,24
  136:2 156:23
**payment**  117:21
  118:13,16
  123:16 135:5,6
**payments**
  117:25 118:10
**pays**  66:19
**people**  20:2,7,14
  20:19,22 21:1,2

22:7 24:13 25:8
  25:8 31:5,21
  34:16,17,22
  35:17 51:16
  104:23 110:16
  115:14,15
  119:10 134:13
  137:10 138:12
  139:13 146:17
  147:2,6 153:10
  160:16 161:24
  162:13 172:13
**people's**  150:13
**peopleconnect**
  80:7 90:15,20,21
  93:11,19 94:24
  95:5 96:6 100:1
  100:8,24 101:6
  102:2,8,9,16,24
  103:10,15 104:5
  104:10,14,18
  105:11,19
  106:23 110:4,21
  112:1,4,19
  113:19,25 114:3
  114:12,19
  115:16,18 116:4
  116:22 117:11
  118:12 119:1
  122:23 123:2
**percent**  69:20
**percentage**
  38:23 82:15,16
  151:25
**perfect**  130:25
**perfectly**  161:13
**perform**  21:22
  35:18 46:8

**performs**  38:25
**period**  51:6
  59:16 61:4
  82:10 86:25
  87:14 91:23
  102:14 103:9
  104:25 105:4
  107:12 110:11
  110:14 112:14
  117:17 118:1
  121:7 127:16
  137:12 157:9
  159:10 165:17
**periods**  117:8
**permission**  11:8
  77:3,6,17 78:1
  127:4,9 140:23
  144:21
**perpetual**  118:9
  118:12,16
**person**  22:2,3
  29:11 50:23
  79:1 134:9
  137:17 150:20
  152:5,6 153:14
  154:1,5,7 160:8
  160:9 162:4
**personal**  23:2
  51:15 76:8
  134:23 142:3
  146:13,20
  148:17
**personally**
  119:17 166:2
  180:11 181:15
**perspective**
  141:5

**phone**  152:15
  179:3
**photo**  48:7 49:14
  50:3,16 131:16
  131:17,24 132:3
  133:12 138:9,20
  140:23 153:6,16
  153:23 154:3,4,8
  154:24 155:6
**photograph**  47:3
  47:5 49:22
  67:10 131:9,10
  131:20 132:7
  139:22 154:14
  166:19
**photographs**
  23:2 34:15
  36:10,13 66:14
  66:17,21 125:9
  127:22 131:3,6
  131:12 138:3,4
  142:3 143:15
  146:13,16,16,19
  147:3 148:16
**photos**  34:17
  76:8 132:5
  138:25 139:7
  145:14 146:4
  147:10
**pick**  140:5
**picture**  61:9
  171:10 172:1
**pictured**  56:23
**pieces**  132:11
**place**  5:10 42:7
  49:9 54:24
  67:23 68:12
  116:16 129:25

**[place - privacy]**

130:14 159:23
178:9
**placed** 39:20
130:4 161:23
**places** 48:21
123:10 153:19
**plaintiff** 143:25
144:25
**plaintiff's**
163:17
**plaintiffs** 1:6 2:2
3:8,15 5:20,23
6:15 11:19
13:20 15:21
55:17 74:18
79:23 138:6
142:1 143:19
144:15 145:4
146:3,8 154:14
161:22 165:21
165:21 166:22
169:21
**plan** 20:3
**played** 33:11
**plays** 34:1
**please** 5:5,16 7:6
7:9,13 9:18
10:16 11:11
14:4 56:25 57:5
87:15 101:11
117:2 120:1
127:15 165:12
173:10 179:12
179:12
**plenty** 125:19
**po** 176:20
**point** 43:6 44:19
45:7 77:4 145:3

**policies** 138:23
148:18
**policy** 53:5,11
139:3 149:10,13
150:25 151:4,6,7
**pollak** 27:6,6
**pop** 43:1,4 48:11
166:20 168:9
170:15 171:9,12
171:16
**pops** 11:5
**portion** 29:14
54:11 56:24
83:1 101:12
104:24 105:4,5
139:20 140:13
147:24
**portions** 31:1
**portray** 34:15
**portrayed** 34:23
**portrays** 34:17
**position** 16:10
16:11
**possesses** 133:5
**possibilities** 54:6
**possibility** 50:5
59:7 133:1
**possible** 6:21
10:3 43:19
48:20,25 51:20
52:6 55:14,22
65:17 78:12
130:21,22 161:5
**possibly** 39:5
159:22
**potential** 45:12
51:19 52:7 55:8
78:17,19,21,24

110:23 172:13
173:4
**potentially**
38:17 45:4
122:23 132:23
**potentials**
160:20
**practically**
149:24
**practice** 53:5,11
119:9
**preceding**
178:10
**precluded**
103:11
**predates** 149:18
**predominant**
42:6
**predominantly**
152:3
**preparation**
76:21
**prepare** 12:17
12:23 13:2,14,24
15:6,16,22
**prepared** 12:2
12:13 15:6
**present** 2:22
5:16 13:9 35:19
35:23 52:15
60:24 73:16
74:6 87:15
90:17 91:21
127:11 143:12
164:9
**presentation**
115:9

**presented**
162:21
**president** 2:19
16:9 17:7
**pretrial** 44:23
**pretty** 60:20,20
73:22 82:10
92:10
**prevent** 8:13
**preview** 38:20
47:2,4 62:7
154:23
**previous** 107:5
**previously** 90:23
169:14
**price** 86:12,14
87:9 88:21
97:24 98:16,21
**pricing** 83:22
86:8,10
**primarily** 33:23
90:19
**primary** 21:19
25:10 29:21
32:15 39:15
64:19 70:8
92:16 99:1
158:9
**prior** 18:12,15
18:17 19:15,20
36:2,4 50:1
52:17 73:24
74:11,15 90:7
92:2 93:23
102:3,14 107:9
113:22 178:6
**privacy** 136:25
146:14 147:9

150:9,13,19
151:8
**privilege** 147:15
**privileged** 14:23
75:19,21,24
148:4,9,11
**proactive** 78:15
160:14 162:15
**proactively**
160:2,4 161:8
**probably** 12:8
35:15 56:17
57:10 61:4 70:7
73:20 76:9 82:7
82:10 98:15
106:6 110:16
123:11 149:18
152:3,12 158:12
165:17
**problem** 56:4
166:8
**procedure** 53:6
53:11 148:20,24
149:13,16,18
150:13 151:17
180:5 181:5
**procedures**
138:24 148:18
**proceed** 6:6
**proceedings**
177:1
**process** 32:21
33:6 40:4 67:11
71:22 81:6
92:17 102:11
133:7 134:6
135:3,13 138:1
141:25 144:7

145:8 146:24
150:25 153:3
158:25 164:23
166:16
**processes** 40:4
**procuring** 35:5
**produce** 86:16
88:2 89:9,9,13
98:10 130:16
**produced** 13:20
15:20 74:12
87:14 96:6,15
101:4 108:19
109:10 127:15
**product** 25:4
26:6,8,10,20
27:16 32:12
39:20 42:13
43:19 44:10
60:22 73:20
158:11 161:17
**production** 35:4
74:19 83:3
86:19 91:12
130:15 179:16
179:17,22
**products** 18:18
18:20,23 36:9
39:18 40:17
41:5,18,21 42:19
43:2,15 49:3
125:12
**professional**
178:5
**profit** 35:20,22
36:3,5
**program** 3:13
73:5,22 81:2

87:24 91:25
92:6 126:12
145:17
**project** 13:18
**prominent** 43:7
**promote** 27:10
41:17,20 43:1
78:1,4,11 125:12
**promoted** 42:19
44:3
**promotes** 27:1
**promoting** 43:14
44:6 78:8
**promotion** 78:15
**promotions**
78:23
**prompt** 59:11,15
**prompting** 65:14
**property** 146:15
**proportion**
69:16 82:12
**protected** 123:3
**provenance**
114:17
**provide** 7:2,23
24:3 30:4 34:6
81:11 95:23,24
103:19 108:24
114:23 119:11
122:15,16 123:2
130:3 133:8
136:4 139:8,21
141:1 142:7,12
142:22 143:14
145:5 150:15,16
171:3
**provided** 13:16
19:21 21:9

50:18 74:4,14
97:17 122:4,18
127:8 141:3,7,10
141:11 142:9,25
143:4,5 144:5,17
144:19 145:20
160:19
**provides** 22:3
103:13 115:12
140:14 150:12
**providing** 61:21
144:16 145:1
155:21
**provision** 103:14
104:11,14,18
105:12 112:9,14
114:14 116:14
116:21
**public** 37:4,7,9
38:8,12 40:5
69:3 72:11
167:15 180:10
180:18 181:15
181:23 182:23
**publication**
127:5
**publicizing**
147:9
**publicly** 38:25
125:20 126:1,2
146:25
**publish** 72:5
87:22 92:18
127:1,9 144:22
144:22
**published** 19:11
68:7 75:1
100:17,25

[published - recognize]                                                        Page 31

107:17 108:5
112:21 124:2
125:10,16 126:9
126:17 147:3
**publisher** 74:24
87:21 126:3
**publishers**
100:16,24
107:16 108:4
112:20 124:1
125:7,15,19
126:8,16
**publishing** 17:13
17:24 91:12
**pulled** 53:15
160:24 162:8
**purchase** 30:11
31:23 45:16
59:12 65:15
66:4 69:10,13,17
81:16 82:13,17
87:6,9 114:1
158:17,18
**purchased** 20:3
23:9 29:5,11,13
44:22 81:20
82:6 83:5 86:21
87:3 88:17,20
89:17 90:25
125:13 126:5
159:7
**purchases** 38:24
66:12 91:4
**purchasing** 31:5
81:24,24 91:15
**purpose** 12:7
14:17 22:10
32:13 36:11

45:3,9 51:13
58:16 62:6
95:23 97:18
99:3 102:6,10
107:3 110:8
137:1 158:9,14
172:11
**purposes** 90:13
91:11 104:17
110:16 117:13
164:1
**pursuant** 3:9
11:19 94:17
**put** 9:11 52:9,10
53:25 67:2 77:3
77:6,17 109:9
116:16 141:18
143:17
**putative** 143:19
143:25 144:15
144:25 145:5

**q**

**quality** 5:6,6
**queried** 165:22
**query** 80:18
165:23
**question** 7:1,12
7:16,18,22 9:16
12:11 29:8,9
31:3,19 33:16
41:19 53:17,18
57:10 59:13
66:25 77:11
80:1 101:8,9
104:15 107:25
108:1 109:3
131:7,13 143:2,6

143:9 147:12,23
148:2,10 152:17
**questions** 9:4
76:7 101:19
109:1 176:14
**quickly** 150:4
**quinn** 2:12,15
5:25 6:1
**quinnemanuel....**
2:14,17
**quinton** 14:3,5
17:20 28:2
**quite** 84:7
130:18 132:20
**quotation** 95:11
**quote** 76:25
**quoted** 97:6

**r**

**r** 2:1,6,7 5:1 18:8
26:16,16 84:2
**raina** 2:3,5 5:19
6:15 134:1
**range** 89:14
**rare** 152:3
**rate** 97:9,10,22
**rates** 107:4
**reach** 127:3
**reached** 175:20
**reaching** 76:15
**read** 57:5 60:4
99:15 101:13
140:13 147:23
147:25 178:13
180:5,6,12 181:5
181:6,17
**reading** 122:1
178:12 179:20

**really** 25:1 91:1
96:9 114:4
116:7,9 117:10
133:13
**reason** 104:22
150:21 151:11
179:15 181:8
182:3
**reasonable**
89:14
**reasonably**
111:3 160:11
**reasons** 38:15
151:13
**recall** 13:11 49:7
88:21 157:25
171:14 176:20
**recalling** 157:14
**receipt** 179:19
**receive** 51:12,20
52:23 85:25
132:1 138:11
148:10 160:6
**received** 15:1
56:2 79:6 85:12
85:13 95:4
102:24 122:22
125:14 126:6,23
143:24 144:21
146:2 147:13
148:16 149:20
150:1 151:22,24
**receives** 75:25
76:25
**receiving** 126:20
**recognize** 63:2
64:10 73:7,9
79:24 83:23,24

93:7 101:21
108:13 111:18
113:14 118:21
120:5 124:16
136:9 140:8
**recognized**
114:19
**recollection**  89:5
**recommendation**
119:7
**record**  5:4,11
7:8 9:12 10:10
10:16,18,21
11:10,13,16 14:4
18:6 22:1 26:6
28:1 33:17
34:18 36:20,22
36:25 37:3,16
44:25 45:8
48:14,24 49:11
50:8,14,25 52:7
52:9 53:15,20,24
54:5,22 55:13,25
56:3,6,7,9 57:25
59:21,25 63:20
63:22,24 65:22
74:16 76:12
78:6,8 86:16
87:17 88:8,10,13
89:7 91:16
96:10 101:12
114:17,24 115:7
123:9 124:25
125:2,5 127:18
129:20 130:2,23
132:9,16,21,22
132:22 134:8,19
134:23 138:8

139:22 140:15
144:9 147:24
148:21 149:1,2,6
149:8,9,11,21
150:3,8,9,10,19
150:22,24 151:1
151:12,15,18,19
152:20,21 153:8
153:10,14,25
154:1,2,6 155:5
155:13 156:12
156:14,15,16,17
157:5,20 159:12
159:18,22
160:23 161:5
162:20 163:25
164:11 165:20
165:20 166:9,11
166:14 168:4,15
170:14,15
171:15,22
175:21 176:1,19
176:25 181:9
**recorded**  1:4 5:9
5:11
**recording**  5:6,9
**records**  17:9,11
17:13 22:25
24:3 25:3 27:9
27:21 30:3,5
31:6,8,8,12,21
33:3,5,14 35:5
37:10,13,19 38:6
38:14,17 39:12
39:22,22,24
40:13 43:9
44:24 45:4,6,13
45:15 46:9,15

48:10 49:15
51:14,17,21,25
52:3,11 54:8
55:19,20 58:5,10
62:11 67:9,15,20
68:6,6,13 74:1,7
82:21 83:9
85:24,25,25
86:16 89:1,18,20
90:10,18 92:13
92:18 95:6,9
96:21 97:19
102:17,17,23
104:24 105:5,7
106:17 115:21
115:21,22,24
117:17,19 118:4
119:12 122:13
123:15,17,21
125:20 126:12
127:7 128:14,18
129:23 130:3,10
130:23 132:14
132:17,24
133:11,22,24
134:2,5,5,12
141:4,8,11 145:4
145:14,21,22
153:12 154:12
154:19,22
155:11,18,24
157:9,13,16,24
158:17,20,21,22
158:24 159:1,6
160:3,15 161:2,4
162:3,8,9,16,25
163:8,11 164:8
164:10 165:14

165:23 166:23
167:19 168:17
168:18,21
170:11 172:4
174:2,14,16
**recurring**  53:1
116:8
**redirect**  44:17
44:18,20 48:11
50:21 65:14
**redirected**  49:22
154:25 167:24
171:25
**redirection**  45:1
**redwood**  2:16
**refer**  12:8 16:19
20:1,19 21:1
22:6
**reference**  95:13
179:8 180:2
181:2
**referenced**  85:21
94:12 96:14
99:12,13 107:13
108:22 109:11
120:8,13 124:22
180:11 181:15
**references**  93:16
94:15 120:16
124:8
**referring**  20:13
**reflect**  106:22
**reflects**  84:8
**refresh**  11:2,4
136:1
**refreshed**  11:7
**regardless**  45:20
91:14

register 22:8
133:8,12
registered 21:3,4
21:5,7,8,10,15
21:18,20 22:2,7
22:13,15,18 42:8
43:13,16 44:3,23
45:21 46:19
47:13,18 48:4
49:16 51:22
57:13,22 60:12
61:2 65:11 78:7
79:16 133:6,10
133:14 134:17
137:18,18,22
138:18 139:14
154:18 155:14
156:6,18 157:5,8
157:18,22 178:5
registers 22:3
registration
133:7 135:3
regular 160:4
related 15:3
28:14 36:7
39:22 101:6
134:14 138:24
144:10 164:24
relates 97:5
107:4
relating 66:15
142:15
relationship
15:12 95:7
116:8 121:3,8
152:6
relative 15:13
39:10

relevant 108:25
109:3 162:10
163:22
reload 171:11
remain 96:14
remind 50:9
reminder 58:22
removal 149:2,7
153:4,15
remove 128:8
147:7 148:16,21
149:6,21 150:19
150:22 151:1
153:8,12,14,21
153:25 154:2,5
removed 151:12
151:16,18,19
152:20 153:24
154:1,6 166:22
removes 172:19
removing 128:10
150:24
repeat 23:22
156:8
rephrase 7:13
12:11
report 18:1,2
31:16
reporter 1:23
6:4,24 7:6 26:14
101:13 147:25
178:5 180:7
reporter's 178:1
reports 17:16,18
17:20
repositories
123:9

represent 5:17
6:15 56:20 73:6
representation
58:4 76:18
representative
161:11
represented
109:23 128:12
131:2
representing
5:14 57:6
represents 111:7
152:4
request 74:18
141:3 148:20
149:2,14 150:1,4
150:15,17,21
151:14,15
152:24 153:13
153:14,15
178:12 181:9,11
requested
101:12 117:25
147:6,24
requesting 10:14
151:12 153:11
154:1,5
requests 12:13
148:15,19 149:3
149:20 150:4,20
151:23,24 152:8
152:14 153:4
require 44:12
135:8,10
required 99:25
135:5 142:1
179:25

requires 78:14
139:20
reread 101:10
research 31:10
35:14 42:15
53:3 100:22
106:20 156:9
researchers
114:16
residents 34:16
115:21
resolved 155:6
resource 35:17
resources 123:8
respect 12:21
27:9,18 42:24
47:18,20,23
88:18 92:13
106:8 111:8
145:11
respectively
142:19
respond 14:24
141:13 151:14
responded 139:8
142:11
responding
151:11 164:19
response 7:9
76:24 128:18
135:23 139:5
140:25 141:17
142:5,6,22 143:4
143:18 144:14
145:11 147:20
148:19 159:25
163:17

[responses - save]                                                     Page 34

**responses** 3:14
  7:5 13:16 74:13
  76:19 79:22
  135:22 141:15
**responsibilities**
  17:8
**responsibility**
  24:22 25:24
  27:9,18
**responsible** 17:6
  17:10,23 18:17
  24:9 25:2,5,7
  26:3,10,11,21
  27:13,24 28:3
  53:10 153:3
**responsive** 74:18
**rest** 113:6
**restate** 29:8 31:3
  31:17 41:19
  59:13 101:8
  108:1
**restated** 3:23
  113:11
**restriction** 77:22
**restrictions**
  75:12,14
**result** 6:25 46:8
  46:20 50:9
  58:17,25 65:14
  105:11 154:19
  154:21 165:23
  172:24 175:4
**results** 3:11
  21:24 45:10
  46:13,17 47:2
  48:20,20 50:3
  60:10 61:1 63:7
  63:10,15 65:6,10

65:20 78:23,24
  78:25 155:14,19
  155:23 165:22
  170:11 171:8
  172:7 173:16
  174:11 175:20
**retain** 85:24
  96:1 161:2,4
  163:19
**retained** 165:25
**return** 76:10
  155:13
**returned** 48:6
  154:20,21
  170:11 171:25
  175:13 179:19
**returning**
  136:16 155:23
**reunions** 106:5
**revenue** 28:14
  28:24,25 29:1,5
  29:10,12,19
  30:13,19,22 31:1
  31:2 34:5,10
**reverse** 75:11
**review** 13:13,19
  15:21,24 56:25
  62:12 119:2
  121:22 149:4
  162:16 176:22
  178:12 179:13
  180:1 181:1
**reviewed** 12:20
  13:12,15 15:20
  76:21 119:20
  150:5 163:23
**reviewing**
  118:25 140:2

**reviews** 76:1
**revision** 4:5
**rich** 54:22
**right** 8:7 10:22
  11:25 17:3 18:9
  20:13 23:9,10
  25:16,20 33:24
  34:24 36:2,6
  37:3 47:12
  50:22 54:5 56:5
  56:18 57:3,4,19
  60:7,16 62:20
  63:1 64:1,25
  66:3,11,23 69:8
  71:5 72:19
  79:19 83:12
  88:6,8 89:2
  92:20 96:21,23
  98:2 107:14
  108:11 109:14
  112:16 113:16
  114:9 115:8
  117:20 118:18
  119:21 123:2,4
  124:24 125:6
  127:19 135:21
  136:11 143:17
  146:11,15 151:2
  151:7,10 154:13
  160:9 164:21
  165:10 166:8,25
  167:5,15 168:3
  168:18,21,23
  169:8,12 170:8
  170:10 171:5,8
  171:10,24
  172:24 173:22
  174:17 175:3

176:9,13
**rights** 91:5 92:12
  97:4,8,10 98:24
  99:2
**role** 14:9 17:15
  18:3,12,15 33:11
  34:2
**roles** 17:19
  18:16
**room** 8:19
**round** 33:1
  112:13
**routed** 149:4
**row** 48:21
**rpr** 1:23 178:21
**rule** 1:3 3:9 9:1
  11:19 76:11
  86:24 178:12
**rules** 6:22 180:5
  181:5
**run** 68:19
  136:22
**running** 92:6

                    s

**s** 2:1,12 3:6 5:1
  14:6 18:8 26:16
  179:16 181:8,8
  182:3
**s.com.** 23:24
**safekeeping**
  178:14
**sake** 155:16
  164:1
**sale** 28:24 29:23
**san** 2:20
**save** 113:5 134:8
  134:22 158:22

159:15 164:1
**saved** 152:9
159:1,12,14
**saving** 70:14
162:20
**saying** 103:7
109:18 118:15
161:19
**says** 11:7 49:7
58:13 60:16
64:16 75:8 77:5
80:12 95:12
97:6 103:9
118:6 122:11
142:6 144:15
176:20
**scale** 128:22
**scan** 17:12 72:4
82:22 89:10
93:4 98:10,11
**scanned** 67:10
67:10,17 69:14
70:13 86:17,23
95:4 103:5
121:23
**scanning** 17:24
72:3 88:1 92:17
98:14 99:1,7,12
102:10 121:24
132:1
**schedule** 40:23
117:14
**schedules** 53:1
**school** 3:13
64:16 66:20
67:23 68:12,15
73:5 75:5 80:5
84:11,13,16,17

95:20 106:5
111:2 146:24,25
169:10 172:20
174:15,20,24
**schools** 70:21,22
71:3 110:15
126:19 127:23
127:25 129:15
129:23,25
168:23 169:2,4,4
172:20
**scope** 12:9,12,21
16:1 22:23 30:5
109:5
**screen** 5:8 11:18
42:16 56:13
57:9 58:17
61:17 62:24
64:5 83:15
106:22 167:1,14
172:24
**screenshot** 4:4,6
57:20,21 58:2,8
58:13 60:7,8,9
60:10 61:8,12
62:14,17 63:14
170:16
**screenshots**
56:22 57:4,6,11
57:15 60:4,5
**scroll** 11:25 12:4
56:23 57:19
58:7 61:7 64:6
65:4 74:24 80:2
84:6 98:3
101:18 108:15
111:15,22 112:8
113:12 117:1,2

119:24 140:12
140:19,21 141:7
165:10
**scrolled** 99:16
**scrolling** 59:20
84:4
**seal** 180:15
181:21
**search** 3:11,12
4:6 21:20,22,24
26:4,5,21,23
27:18 29:12
31:2 33:9 34:7,8
34:11 37:11,12
37:18,18,21 38:1
38:5,7,13,13,25
39:11,13,14,15
40:5,9,10,13,13
44:24 45:3,5,10
45:19,25 46:8,8
46:12,13,14,16
46:17,20,25 47:2
47:13,20,23 48:6
48:19 49:14
50:3,8,9,13
58:17,25 60:9,25
63:7,9,15,19
64:13,18,20,21
64:21,25 65:6,9
65:16 68:8,17,19
72:14,16,19,21
78:16 92:19
121:11 134:5,5
136:12,13,22
151:21 154:17
154:19,21 155:7
155:13,13,14,17
155:19,20,23,25

156:8 158:10
160:5,14,15
162:15 163:7
165:13 167:18
168:4,7,8,12,14
168:16 169:7,14
169:16,17,18,19
169:20,21 170:1
170:8,9,10 171:8
172:6,7,17,24
173:2,4,14,16,23
173:23,25 174:1
174:2,6,7,7,11
175:4,14,20
**searchable** 95:1
125:23
**searched** 37:14
78:6 136:15
137:10 154:16
154:18 155:11
156:2,6 166:1
**searches** 40:2
44:21 55:5
155:16 156:7
166:18
**searching** 29:6
37:22 38:5 40:5
40:12 47:19
51:17 58:5
78:18,22,24
91:19 145:24
163:17 164:18
172:21 173:3
**second** 26:13
56:3 75:8 94:1
97:7 111:20
118:5

**section**  95:10
97:5 98:22
99:19 103:6,7
106:21 107:13
113:23 115:13
116:15 118:10
122:10 141:6
167:21,25
**secured**  126:11
**see**  6:23 10:14
11:1,20,21 31:5
31:21 46:8,13
47:11 50:12,13
58:12 60:9,15
62:12 63:9 64:7
65:2,9 83:20
99:17 100:21
111:1,20 112:8
112:24 115:6
120:19,20
121:25 124:10
124:18,20
127:20 141:20
141:21 160:2
163:8,10 165:4,7
165:7 167:6,14
168:7,18,22,23
169:9 170:11,12
171:21 172:19
173:6 174:19,23
175:8,15
**seeing**  115:23
124:6 165:22
**seek**  138:16
**seeking**  155:22
**seen**  5:8 11:23
33:8 56:15
156:15 175:24

**selected**  50:18
50:20 51:2
**selection**  112:15
**selling**  34:5
**semiannual**  41:2
**send**  11:9 50:24
51:8,10 52:20
53:2 54:5 72:1,2
76:9 160:4
162:1
**sends**  161:3
**senior**  14:10
26:9
**sense**  16:25
45:12 46:15
61:21 69:16
71:16 90:11
94:7 171:22
**sent**  53:7 72:23
72:24,25 73:12
78:8 163:8,15,16
164:8,12,23
165:15,18
178:12
**separate**  30:8,11
30:11 75:21,23
81:20 131:3,12
154:12
**separately**  29:1
29:12,17 137:20
**september**  93:17
94:5
**sequential**  102:5
102:7
**series**  93:24
108:18 129:3,3
**served**  160:12

**service**  22:4 25:6
25:8 29:22 33:1
34:9 35:15
38:18 42:13
43:7,20,22 46:1
46:11 48:9,10
55:10 59:8,9
61:18 78:11,13
79:2 89:23,23
105:6,23 115:11
132:19 133:13
134:4,13,14
138:24 139:13
139:20 140:4,14
149:4 150:3,5
152:12,23 153:1
160:2 172:4
**services**  19:21
21:9,17 22:11,17
22:23 23:8 30:7
35:8,16 38:11,18
39:21,21,22 79:4
103:13 106:19
106:20 115:3
143:23 172:5,15
**sessa**  1:3,4 3:11
5:12,13 55:18,18
56:15 63:7 65:1
131:8 146:3,4
154:16 155:6,7
160:22 162:24
169:24 170:12
171:8,22 172:7
173:5,17 174:6
175:6,16 179:6
180:3 181:3
**sessa's**  156:1
157:4,12,23

158:16 159:18
160:23 162:24
173:24 175:5,13
**set**  3:15 12:10
21:17 34:14
79:23 95:19
96:4 116:18
117:16 131:20
133:9 160:1
167:11 175:16
178:10
**seventh**  3:23
113:11 117:20
117:20,24 118:7
**shakes**  7:7
**share**  10:5,8,9
10:25 11:17
48:8 56:1,13
73:2 79:20
83:15 92:25
101:15 134:15
166:25 176:11
**shared**  11:7
13:15 32:2,9
64:4 96:16
140:23
**sharing**  56:14
62:24 125:20
**sheet**  83:20,21
83:22 86:8
111:4 179:14
181:7,10,18
182:1
**sheets**  83:19
**shores**  2:16
**short**  137:15
**shot**  131:16
153:7

**[shots - specifically]**

**shots**   132:9
**show**   10:25
  11:18 43:14
  48:15 62:8 63:6
  63:13 65:18
  91:18 124:12
  143:10
**showed**   155:18
**showing**   43:9
  45:9 50:25 62:6
  65:17 78:11,17
  83:12 108:11
  115:10 124:15
  141:24 165:9
  172:25
**shown**   60:10
  63:10 64:18
  179:16
**shows**   48:18
  171:6
**side**   18:19,21
  29:22 30:2,23
  31:2 75:11
  141:6 153:21
  168:21
**sign**   22:16 61:25
  62:8,11 137:14
  155:8 170:19,22
  171:5 176:1
  178:13
**signature**   178:20
  179:15
**signed**   20:15,23
  21:15 42:6
  45:21 93:12
  111:21 112:1
  138:18 141:16
  141:17 142:5

180:13 181:18
**significant**   35:10
  92:5 98:16
**signing**   138:12
  143:22 179:20
**similar**   19:21
  27:20 42:22
  65:25 83:8
  90:21 135:14
  136:22
**similarly**   1:5
  46:22 113:17
**simplified**   95:21
**simply**   117:23
  133:8 173:14,20
**sincerely**   179:21
**single**   82:16 98:9
**sir**   179:10
**site**   10:7 33:21
  36:12 42:24
  45:14 52:5
  60:13 61:4
  65:11 114:15
  115:6 121:17
  125:11 130:14
  137:8,23,24
  138:4,13 140:24
  142:4 150:3
  154:15 155:22
  161:7 166:20
  172:5
**sitting**   139:19
  145:3 162:23
**situated**   1:5
**size**   47:5,6
**slightly**   113:21
**slowly**   93:4

**small**   19:13 47:5
  47:7 69:20 82:7
  82:15 86:25
  92:10
**smaller**   87:1
  90:22 92:8
  106:15
**smoothly**   6:23
**solutions**   179:1
  182:1
**somewhat**   12:9
  110:8
**sorry**   12:7 14:19
  19:4 23:22
  37:24 44:1 46:3
  49:15 54:22
  56:19 61:2 72:9
  78:7 84:21,23
  89:9 97:16
  101:7 103:16
  107:21 112:11
  128:17 130:1
  132:3 141:20
  143:17 157:25
**sort**   16:2 55:4
  60:8 63:9 65:9
  81:7 104:13
  115:5
**sorted**   102:24
**sought**   116:16
**sound**   84:24
**sounds**   8:6 66:11
**source**   70:6,8
  81:5,11 82:1
  92:6 114:16,18
**sources**   14:15
  29:19,21 30:13
  67:9 68:22,24

79:12 81:19
  82:5,11 121:6
  130:12,18
  132:20
**space**   42:16
  104:20 105:1,25
  116:18
**speak**   6:25 13:23
  14:2,17 15:13,15
  49:4 59:8
  112:12 136:25
**speaking**   15:5
  17:2 20:1 34:22
  75:3,5 84:20,25
  149:24 152:7
**speaks**   77:10
  100:20 107:22
  112:23,25 124:4
  139:24 140:18
  141:7,8
**special**   126:14
  131:20,22
**specific**   16:11,16
  16:20 24:8 27:8
  27:11,18,21,22
  32:6 33:17,18
  37:15,21 38:1,4
  39:14 47:1
  64:18,23 68:11
  78:3 104:7
  110:11 131:24
  132:9 141:9
  148:6,6,9 165:19
  173:15,16
**specifically**
  12:10,23 24:15
  38:3,3 64:14
  91:18 99:17

CONFIDENTIAL

**[specifically - subscription]**                                              Page 38

125:18 126:9
134:24 145:17
157:15 162:1
169:15
**specification**
102:21
**spectrum** 54:4
**speculate** 151:4
151:13
**speculating**
144:20
**speculation**
147:4
**spell** 14:4 18:5
18:10 26:13
**spelling** 26:17
**spellings** 54:4
173:19 175:17
**spoke** 14:3
**spoken** 92:4
**sports** 129:18
131:16
**spouse** 133:16
**spreadsheet** 3:16
3:20,25 4:3 81:8
83:13,18 84:6
88:19 100:6,9
109:10 110:3
124:13
**spreadsheets**
79:11
**sriram** 26:11,16
**ss** 178:3
**staff** 125:21
**stamped** 83:18
101:17 108:12
108:20 111:13
113:10 118:19

119:23 136:6
140:6
**standard** 23:6
**standards** 96:11
**standpoint**
130:16
**stands** 117:4
148:14
**start** 37:2 57:3,4
70:15 133:23
163:10,12
167:22 168:13
173:22
**started** 6:22 9:12
70:20 73:23
82:25 90:7
166:21 167:13
**starting** 21:11
33:20 97:6
121:6,8
**starts** 80:10
95:11
**starve** 66:8
**state** 5:16 81:8
81:13 84:15,16
125:22 126:18
127:6 128:5,7
136:15,18 137:8
137:11 170:5
178:2 180:10
181:15
**stated** 76:20,25
143:19
**statement**
107:15 108:3
112:19 180:13
180:14 181:19
181:19

**states** 1:1 39:23
58:20 100:16
123:25 135:23
**statistically**
34:22
**status** 146:10
156:25 157:21
**stay** 89:23
**stenotype** 178:9
**stipulate** 9:21
**stop** 176:10,10
**storage** 164:1
**store** 131:15
132:10 137:14
158:8 159:11
161:13 163:21
**stored** 132:18
**stores** 165:14
**stories** 38:17
**strauss** 2:3 5:20
**street** 2:4,7,12
2:20
**stretch** 8:4
**structure** 23:12
23:14 28:7 36:8
85:24 95:18
113:4
**structured**
129:13
**student** 128:25
**students** 125:21
129:1,14,17
**stuff** 80:11
**subcategory**
169:8
**subject** 12:11
138:2 139:7
145:21 146:14

**subjects** 138:25
145:14 147:19
**submission** 3:13
73:5
**submit** 72:1
**submitter** 75:4
**subscribe** 31:14
38:18 47:10
48:9 60:16,25
79:2 172:15
**subscribed** 21:3
42:22 48:1
57:12 137:23
180:10 181:14
182:21
**subscriber** 33:15
45:22 46:19
47:22 48:2,3
50:11 58:1 60:1
63:19 136:16
156:19,20,23
157:1 158:24
159:4,5
**subscribers** 20:2
20:10,14 22:12
23:7 32:19 33:4
33:10 36:14
38:21 46:23
51:23 63:11
69:2 133:3,5
135:12,15,17,19
135:25 136:3,12
136:17 155:15
**subscribing**
32:25 79:17
166:18 172:3
**subscription**
20:3,24 21:16

28:24 30:5,12
31:2,23 36:9
38:24 39:17
40:16 41:2,5,7,8
41:10,13,14,18
41:21 42:19
43:2,15 44:4,12
44:15 45:6,8,16
46:10 48:15
49:3,5,23 50:18
50:22,25 51:5
59:12,16 60:14
60:21 61:6,24
62:4 65:15,19
78:14,14 79:4
125:12 135:13
139:15 154:25
155:4 157:21
158:17,19 159:8
170:24 171:2,7
176:2,7
**subscriptions**
27:1,10 28:15
29:5,11,13,22
30:1,4,23 31:6
34:6 40:19,22
41:2 44:19 45:2
78:1,4,9
**subsection**   114:9
122:10
**subsequent**
112:18 113:2
118:4 129:18
**subsequently**
157:1
**subset**   21:14
24:21 54:25
55:9,11 88:16

160:16 161:10
**substantive**
142:6
**successful**   31:13
31:22 158:22
159:2
**sufficient**   142:15
**suggest**   52:6
74:13
**suggesting**
109:12 160:11
**suggestion**
107:16 108:3
112:19
**suggests**   74:24
77:25 94:16
100:16 123:25
**suitable**   115:16
**suite**   2:4,20
179:2
**sullivan**   2:12,15
**superior**   179:1
**supplement**   4:1
**supplied**   115:16
**support**   149:1
**suppose**   11:10
**supposed**   171:12
**sure**   7:4 10:6,10
17:1 20:1 26:14
31:18 32:24
33:7 35:3 39:5
43:6 44:21 57:8
57:24 61:17,19
61:19 64:19
71:23 73:17
74:17 75:3 80:3
81:25 84:13
86:5,6 91:11

93:6 104:16
108:23 121:4,16
127:19 130:8
136:4 137:25
140:12 141:13
141:23 152:16
164:1 172:2
173:1,11 174:22
**suspect**   9:25
85:9 110:12
111:3 123:7
**swear**   6:5
**swim**   153:17,23
154:12
**switch**   141:19
**switched**   82:24
**sworn**   6:9 178:7
180:10,13
181:14,18
182:21
**system**   109:21

**t**

**t**   3:6 14:5,6
**tab**   110:18
**table**   117:6
118:6 165:14
**tag**   111:17
**take**   5:10 7:6 8:1
8:2,11 31:16
36:17 37:13
60:19,20 62:2,3
63:20,22 66:7
89:1 93:4
111:15 116:23
117:25 121:25
132:19 153:20
170:24

**taken**   6:17 57:12
132:17 172:6
176:5 178:8
**takes**   41:14
171:1 172:2
176:1
**talk**   6:16 19:24
56:22 100:4
109:21 130:7
**talked**   39:13
62:5
**talking**   17:4
22:20 37:2 67:3
81:20 86:24
88:16 131:25
132:3
**target**   90:13
**team**   24:8,21
25:2,3,4,14 26:6
26:20 27:17,23
28:3 32:10,11
39:9 53:12 76:3
76:4,14 114:19
117:11 131:11
131:16 150:5
153:17,23
154:11,12
**teams**   24:11,18
27:12 129:18
**technology**   25:5
26:6,8,11,20
27:17 35:6 39:8
98:13
**tell**   18:9 35:25
57:15,20,24
109:15,16
119:16 129:12
156:3,22,24

**[tell - titled]** Page 40

157:3 161:20
178:7
**tells** 85:6 161:21
164:17
**ten** 154:4
**tend** 8:2 85:24
86:4
**tennis** 131:11
**term** 20:4,9,18
20:20,25 31:11
89:9 112:9
114:13 137:15
156:16 164:6
**terminology**
19:25 20:16
32:5,6
**terms** 4:5 22:4
46:1,10 104:5
113:23 116:3
138:12,12,24
139:9,13,20
140:4,14 141:2
142:7,8,23,24
143:11,13,22
146:9 173:4
**test** 115:13
**testified** 6:10
31:20 45:18
90:1 139:12
150:18 170:23
**testify** 8:25 12:2
12:13 15:6
131:19
**testifying** 8:14
73:12 167:4
**testimony** 9:22
50:1 88:24
178:10 180:6,7

181:6,9,12
**thank** 57:2,9,18
60:6 63:5 93:6
98:6 101:20
111:16 113:13
117:4 120:3,4,6
121:25 165:12
166:7 176:16
**thereof** 178:16
**thiagarajan**
26:11
**thing** 61:20
91:10 99:15
173:21
**things** 14:25
32:24 76:8
115:5 160:10
164:2 171:3
172:12 175:7
**think** 9:16,20
12:8 13:22
15:20 17:2 18:7
19:13 20:25
21:17 24:6 32:6
34:4 35:13
45:18 46:2 49:4
49:8 50:4,8
57:16 59:10,17
59:17 61:12
66:9 75:3 76:11
76:20 84:20,24
88:24 89:11,25
91:23 92:4
93:21,23 98:2,2
100:11 107:2,20
109:14 113:3
114:19 116:6,25
117:18 122:1

131:7,13 137:19
137:19 139:12
141:6 143:1,5,12
148:2,3 150:18
152:3,25 157:19
158:2,2,7,13
159:9,9,11,20
161:14 162:7,14
164:7 165:3,4
176:9
**thinking** 46:6
**third** 3:17 28:18
89:25 90:5,9,17
92:2 94:1,8
100:15 102:4
143:20 144:11
144:17,18 145:1
145:6
**thirty** 179:19
**thoughts** 128:17
**thousands**
155:13
**three** 13:4,6
117:8 131:11
145:10
**thumbnail** 47:5
48:5,14,22 49:8
49:21 50:14,16
61:21 65:13
175:22 176:4
**ticket** 152:23
**tie** 132:6,8
133:10,12,24
**tied** 159:7
**ties** 68:11
**time** 5:15 7:21
7:21 9:14,15
10:17,20 11:12

11:15 18:17
23:4 26:19
34:18,18 36:17
36:21,24 40:7,18
49:16 53:8 56:1
56:8 61:4 79:8
79:12 82:10
86:25 87:14
88:9,12 92:7
96:15 98:15
99:8 102:15
104:25 105:4
107:12 110:11
110:15 112:3,10
117:17 121:6,7
123:20 125:1,4
125:13 126:5
127:15 137:12
149:19 153:3
157:2,9 158:9
159:10 163:22
165:17 166:10
166:13 174:5
176:14,22,24
**timeframe** 19:12
19:14
**times** 13:1,4
95:21 105:14,18
129:1
**timing** 52:22
98:19
**title** 16:8 64:16
95:14 96:13
102:25
**titled** 73:5 83:20
103:8 111:4,14
121:18 124:18

**[titles - try]**                                                                    Page 41

**titles**   86:9 122:4
  122:13 123:6,14
  124:9
**today**   6:1,16,22
  7:21 8:2,8,14,16
  8:25 9:24 10:12
  12:3,14,17 13:14
  13:25 15:7 16:6
  16:20 19:24
  24:5 70:25
  76:20,21 87:24
  121:15 139:19
  145:3 162:8,24
  170:17 176:15
  176:18
**today's**   15:22
**todd**   1:8 3:2 5:12
  6:8 9:9,18 27:5
  103:25 178:7
  179:9 180:4,9
  181:4,13 182:20
**told**   56:2 160:8
  161:23 162:12
**tony**   3:11 63:7
**tools**   23:1 31:25
  42:15 43:23
  44:2
**top**   26:7 33:13
  58:3,12 60:8,15
  61:8 62:17
  74:11 84:5
  109:15,16
  117:20 124:18
  168:6 170:10
  174:1,23 175:4,8
**topic**   23:11
  28:21,23 36:6,7
  36:7,11 66:3,11

66:18 125:7
  127:20,21 133:2
  138:1 146:11
  148:15 154:13
  164:22 166:16
**topics**   12:1,2,10
  12:14 15:7,11
  28:20 36:16
  37:2 166:16
**total**   69:15 70:24
  86:10 89:8
  111:6,7 117:11
  117:21 135:24
  136:19,23
**townsend**   2:20
**track**   28:14,25
  29:4,10,15,16
  30:22 31:10
  79:5,15 99:24
  132:13 134:25
  137:4 143:24
  144:5,24 155:10
  155:18 157:8
  158:13,15,24
**tracked**   79:10
  137:20
**tracking**   39:9
  152:24
**traditional**
  43:20 110:13
**traditionally**
  117:22 122:8
**traffic**   137:25
**tranche**   112:13
**transcribe**   17:13
  67:25 72:4
  89:10

**transcribed**
  63:24 67:14,20
  67:21 68:5,20
  178:9 180:7
**transcribes**   68:2
**transcript**   9:21
  178:12,13
  179:12,13 180:5
  180:12 181:5,11
  181:17
**transcription**
  17:24 67:11
  82:23 85:7
  92:18 94:25
  95:5,8 178:10
**transcriptions**
  86:17
**transferred**
  124:10
**treat**   176:21
**tree**   21:12,19
  23:1 39:21 44:7
  51:15,18,19,21
  51:22 52:5,11
  53:14,22,23
  55:24 106:16,18
  133:15,19,20,21
  133:23,24,25
  134:1,7,9,10,19
  134:22 158:23
  159:2,7,14,25
  160:24 161:9,23
  161:24 162:4,13
  162:14,21
  163:18
**trees**   30:6 54:1
  133:15 134:15
  168:7

**trevor**   17:23
**trial**   20:13,14,15
  20:23 21:6,16
  22:12,14,14,17
  22:22 23:4
  31:14 32:18,21
  33:3,10,14 42:17
  42:21 45:21
  46:19 47:22
  48:2 50:7,10,15
  50:23,24 51:4
  57:12,22 58:1,4
  58:24 59:4,11,15
  59:16,18 60:1
  63:19 135:2,8
  136:23,24
  139:14 156:23
  157:1,12,14,20
  158:20
**trialed**   48:1
**trialer**   156:21
**trialing**   22:24
**trialists**   46:23
  63:11 135:15,16
**trials**   22:22
  31:22 51:23
**tried**   154:23
**true**   40:7 47:12
  178:9
**truth**   178:7,7,7
**truthfully**   8:14
**try**   7:9 18:7 29:9
  43:24 44:25
  48:5 53:1 55:8
  56:1 67:22
  76:10 130:19
  132:8,11 153:21
  155:24,24 160:4

162:15 171:20
172:21 173:12
**trying** 16:4
18:22 24:12
31:4 32:22 49:7
62:13 66:7
98:16 99:5
107:2,4 109:1
113:5 157:25
158:11 171:14
**tune** 173:16,16
**tuning** 173:20
**turke** 2:3 5:19
**turkestrauss.co...**
2:5
**turn** 89:24
144:17
**tutorials** 44:10
**twin** 2:16
**two** 17:21 26:9
30:14 39:15,25
40:4 41:4,12
68:24 92:4
128:17,17
**type** 19:18 30:8
38:10 48:17
60:9,9 67:12
102:21 110:3,6
158:14
**typed** 64:25
169:23
**types** 25:4 27:13
31:21 33:13
38:16 41:24
46:15 82:11
83:9 94:23
115:22,24
129:16 172:12

**typical** 71:14
96:9
**typically** 23:5
39:19 53:3
65:23 87:7
102:12 164:5
**typing** 169:24

**u**

**u** 14:5 18:8 84:2
84:2
**u.s.** 22:25 23:1
41:7 58:19
64:16 165:13,19
169:9 170:4
171:6 174:23
**u.s.a.** 65:2 170:7
170:12 175:8
**uh** 7:7 41:11
117:3 173:9
174:17
**uh's** 7:8
**ultimately** 40:11
142:19
**understand** 7:12
8:7,11,24 9:3
12:4 15:8 16:4
17:6 24:12 25:9
31:10 32:22
35:24 38:10,16
39:9 41:23
43:18 45:4,7
47:9 49:10,11
57:2 78:13
85:16 94:19
107:3 109:2
114:16 131:13
132:11 134:21

137:7,21 148:1
152:16 155:3
158:3 159:3
161:19 165:11
172:3,11 175:23
**understanding**
22:16 94:18
97:14,15,17
103:17,20,22
111:7,10 130:25
137:7,15 146:12
147:16 149:9
**understands**
48:25
**understood** 7:17
22:19 89:16
91:3 117:15
130:24 154:13
163:13 173:22
175:19
**unique** 54:12
104:22 129:5
156:10
**uniquely** 104:25
175:12
**united** 1:1 39:23
58:20
**unrelated** 14:25
**up's** 43:1,4
166:20
**updates** 160:19
**upgrade** 58:14
59:1,5,7,11,14
**urquhart** 2:12
2:15
**use** 20:19 22:9
33:1 42:10 43:3
43:25 44:2,17

55:1,2,6 67:4
69:7 70:16 78:1
78:3 81:17 82:2
92:13,20 99:3
106:6 123:5
128:21 133:21
134:2,4 137:14
138:3,14 139:21
140:15 141:4
142:2 146:12
158:12 175:7
**user** 21:18 22:2
22:18 32:16,20
33:15,19,25 34:2
37:18 43:1,16
44:4,7,9,23 46:7
46:19,19 47:9,13
47:18,22 48:2,4
48:24 49:10
50:7,10,15 51:14
51:18 52:10
53:9,21 54:19
55:10,23 57:12
57:13,22,22 58:4
58:20,24 59:4,11
59:15 60:8,13,19
61:25 62:2,8,10
63:9,18,19,21
64:17 65:9
77:21 78:7,11,16
78:24 79:16,17
91:18 133:14
137:8,18,21,21
137:22 138:13
139:14 140:14
141:7,10,11
146:10 150:7,16
150:17 151:12

152:4 153:18
154:18 155:21
156:6,18,23
157:6,7,12
158:12,14,17,18
161:21 163:23
163:23 164:6,17
166:18 172:11
173:15 174:13
**user's**  42:21,22
**users**  17:10
20:14,21,25 21:4
21:6,15,20 22:7
22:13,22 30:6
32:18 33:3,10,25
42:1,6,8,17
43:13,18 44:17
49:16 51:4,9,10
51:11,22 52:22
52:23 53:2,25
61:1,2 65:11
89:21 92:19
97:21 104:22
114:15 133:6,10
134:18,21 135:2
135:8 136:23,24
139:8,20 141:1
142:6,12,22
143:14 145:17
145:19,24
155:15 157:15
157:17,18,23
160:1 161:6
175:23
**uses**  36:11 42:25
69:11
**usually**  8:2
58:22 134:13

158:19
**utah**  8:18 178:2

**v**

**v**  179:6 180:3
181:3
**validating**  150:8
**value**  36:14 83:6
89:6,6,17 123:19
**variable**  99:8
**variables**  98:16
**variations**  54:3
**varied**  13:7
70:23 151:13
**varies**  71:13
163:21
**variety**  123:8
129:15,15
130:12 174:22
**various**  27:12
32:2,10 67:9
79:11 82:18
83:19 108:15
168:9 171:2
**vary**  150:16
**varying**  130:13
**vast**  69:18 91:23
**verbal**  7:5,9
**verbally**  150:2
**verify**  75:10,13
77:2
**veritext**  5:15
10:7 179:1,8
182:1
**veritext.com.**
179:17
**versa**  134:16

**version**  48:7
74:11 116:12
**versions**  65:25
73:25 74:6,15
101:3 143:11
**versus**  5:13
22:15 46:21
54:22 56:15
69:17,17 152:1
**vice**  2:19 16:9
17:7 134:16
**video**  1:4 4:7 5:9
5:11 167:3
**videographer**
1:25 5:3,15 6:4
10:17,20 11:12
11:15 36:21,24
56:5,8 88:9,12
125:1,4 166:10
166:13 167:12
176:24
**view**  20:12 21:24
21:25 45:8 46:9
50:16 58:5,9,10
61:6,10 63:20
65:12,22,22 78:8
78:25 155:5,6
157:4,10,23
158:3,5,16,19,20
159:7 170:14,15
171:15 172:4
175:21
**viewed**  96:1
156:12,13,14,18
156:20,22,24
157:12,16,19
159:6

**viewing**  137:8
**virginia**  1:10
**virtually**  5:6
**visit**  22:7 137:18
**visited**  20:22
137:11,17
138:17
**visitor**  22:10
37:10,24 38:13
38:24 44:22
45:19 46:18,25
47:18 48:4,18
49:21 57:13,23
60:13 78:6
154:17 156:18
157:5
**visitors**  22:9
38:10,20 44:17
44:18 45:10,25
46:24 49:15
61:1 65:11
137:5
**volume**  164:2
**volunteers**  69:1
**vp**  17:15 18:12
28:4
**vs**  1:7

**w**

**wait**  14:19
**waived**  179:20
**walked**  78:9
**wall**  2:11 179:5
**want**  9:11 17:1
19:24 39:6
56:21 69:4
74:10,15 80:1
84:5 89:24

**[want - yearbook]**

108:10 114:16
117:1 147:2
152:16 155:17
160:10 164:24
165:8 169:2,17
172:16 176:18
**wanted** 22:19
88:4 100:5
166:21 167:18
168:3 173:25
**wants** 91:7
**warm** 36:20
**washington**
178:3
**way** 22:8 23:15
29:4 32:18
39:12 40:8,10,12
42:18 44:8,13
52:9 57:16
64:19 84:7
85:16 88:2 90:1
96:6 98:8
108:23 118:1
119:16 134:17
137:4 138:19
144:6 145:9
146:1 152:15
158:15 163:3,4,7
173:1,24 175:5
175:20
**ways** 39:15
139:6 145:12
147:1
**we've** 16:3 36:16
39:12 44:8 50:4
60:22 62:5
69:23,24 79:7
82:24 95:7,7

113:18 116:18
121:1 175:1
**web** 42:5 81:4
125:23
**website** 10:5
17:10,14 19:2,9
21:2 23:3,25
24:10 26:22
27:2 28:24 29:7
29:14 30:16,17
30:20,21,23
32:20 35:7,9
36:3 37:17,19,25
38:9,13 41:15,16
41:21,22,23 42:3
42:9,20 43:1,8
43:10,14 44:16
45:25 47:17
56:22 60:25
63:14 68:8
71:25 73:7
96:22 114:23,25
115:1 121:11,13
121:15 137:5,11
137:17 138:10
138:15 166:17
168:1
**websites** 23:16
24:2,14,19 25:15
25:25 29:2,17
**weekly** 160:17
165:15,18,25
**weksler** 1:12
**welcome** 6:20
**went** 173:1
**wider** 57:8 63:5
119:25

**williamson** 2:4
**willing** 83:6
**wisconsin** 2:4
**wise** 23:4
**witness** 5:8,25
6:5,9 9:1,8 72:7
84:21 107:20
142:17 178:6,13
178:17 179:9,12
180:1,4,11 181:1
181:4,15
**witness'** 179:15
**wonderful**
129:14
**word** 22:9 44:17
**words** 106:6
**work** 13:18
14:14 17:12
24:13 35:14
39:8 52:24
67:13 69:25
71:22 83:1,3
87:2 88:1 92:1
98:18,19 99:2,12
132:1,20,25
**workbook**
108:16
**worked** 11:5
18:18,20 19:21
**working** 15:12
17:11 28:3 30:6
82:25 87:25
167:8
**works** 10:1
26:22 133:13
**world** 39:24,25
41:8,14 58:21,25
96:11 171:6

**writing** 109:9
**written** 31:24
53:5,11 87:5,19
138:7,20,23
139:7 141:25
144:10 145:4
152:9,20
**wrong** 98:1

**x**

**x** 3:1,6

**y**

**yeah** 8:21 9:25
20:11 22:21
31:4 32:7 36:19
41:20 43:4
47:15 59:14
61:3 67:6 68:13
74:20 84:17
87:18 99:11
100:11,12
104:17 113:7,7
119:25 120:2
127:14 131:8
134:4 140:1
141:22 143:8
152:19 171:12
176:22
**year** 71:11,14,14
71:17 84:7,9
95:14 102:25
111:1 112:13
118:1 129:2,2,3
**yearbook** 3:13
15:10 19:11
21:21 24:3,23
26:3,22 27:9,19
28:6,17 29:6,12

**[yearbook - york]**                                                    Page 45

29:14 30:2 31:8
33:2,9,22,23
34:7,8,11,15,19
34:23 36:10,10
36:13,13 37:10
37:15,25 38:7
39:11,14 40:3,4
40:6,9,11 41:6
44:24,25 45:20
47:1,2,4,13 48:6
50:3,8 51:24
52:3,6 54:8,9,22
54:25 55:5,13,14
55:19,19 58:5
64:17 66:5,13,13
66:14,16,18,19
66:20,21,21,24
67:1 68:11,18,18
68:23 69:3,6,11
69:15,21 70:16
70:25 71:9,22
72:2,2,17 73:5
73:13 74:22,25
74:25 75:5,14
76:5,8,16,25
78:1,3,5,10 79:1
79:16 80:5,6,8,9
80:9 81:8,13,17
82:2,13,14 84:13
86:9,9,11,13
87:21 88:21
89:13,19 90:10
90:18 91:12,15
91:16,17 92:21
94:17,23 95:1
96:5,7 97:20,23
97:23,24 98:22
100:17,24

102:16 103:12
106:8 110:22
111:5 113:19,24
114:11,24 115:7
115:20 116:4
117:17 118:6,8
118:11 120:8,11
120:11,24 121:3
121:11,20 122:4
122:4,13,15
123:5,14,15,17
123:21,21 124:2
124:9 125:8,8,9
125:9,25,25
126:1 127:22,22
127:23 128:5,9
128:13,13,14,15
128:25 129:9,11
129:13,23,24
130:1 131:3,4,6
131:9,21,23,24
132:3,4,14,24
133:12 134:11
134:19 138:3,3,4
138:8,9,20,25
139:1,7,21
140:15,23 141:4
141:11 142:3,3
145:14,16,21,21
145:22 146:4,12
146:13,16,19,23
147:3,10 148:16
148:16,21,21
149:21,22
152:20 153:6,19
154:19,24 156:2
156:12 157:5,13
157:24 158:16

159:18 160:23
162:25 165:13
165:19 166:18
166:19,22
167:19 168:4,21
171:4 172:4,7
173:2 174:14,15
**yearbook's**
  68:12
**yearbook.com**
  121:10
**yearbook.com.**
  121:14
**yearbooks**   13:17
  14:15 15:14
  16:3 19:8 27:11
  27:15,22,22,24
  28:1 33:5,11
  34:1,12 37:22
  47:23 50:19
  54:19 64:14,16
  66:5,18 67:8,17
  67:18 68:3,22,25
  69:2,7,10,12,14
  69:15,18,21 70:3
  70:9,16,21,24
  71:2,9,11,17
  72:13 75:10
  76:1,2 77:4,6,17
  78:20 79:5
  80:13,15,16,16
  80:19,23 81:16
  81:20,22 82:1,12
  82:18 83:4,5,21
  85:21 86:21
  87:4,9,22 88:3
  88:16,19 89:17
  89:25 90:2,5,21

90:24 91:4,6,20
92:3,11,12,21
93:11 94:13,14
99:21,24 100:10
100:16,23 101:6
102:10,13
106:23 107:16
107:17 108:4,5
110:5,7,21 111:4
111:8 112:3,20
112:21 114:2
116:22 118:24
120:24 121:1,7
122:16,22
123:25 124:1
125:10,14,16,20
126:6,8,13,15
127:8,25 128:8
128:10,14,23
129:2,10 131:4
134:22 138:14
143:15 169:10
169:19 174:15
174:20,24
**years**   14:16
  16:12 19:17
  28:5 35:23 36:4
  43:6 82:3 87:25
  98:12 99:9
  114:3,7 116:10
  117:14 118:4
  119:18 121:8
  129:4 140:5
**yep**   108:2 111:23
**yesterday**   9:13
  73:7
**york**   2:8

CONFIDENTIAL

**[zero - zooming]**                                                      Page 46

| z |
|---|
| **zero**  165:23 |
| **zip**  135:6,9,10,18 |
|    135:21 136:4,22 |
|    137:2,3 |
| **zoom**  1:21 |
| **zoomed**  61:19 |
| **zooming**  166:7 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.