# EXHIBIT 4

# Ancestry Family History Business Review

# (SEALED)