# EXHIBIT 5

# Content Organization & Delivery Q2 and H2 Roadmap

# (SEALED)