# EXHIBIT 6

## Ancestry Yearbooks Deep Dive

## (SEALED)