# EXHIBIT 7

# Email Chain Discussing Multipliers

# (SEALED)