# EXHIBIT 8

# Addendum Four to Content License Agreement with PeopleConnect

# (SEALED)