# <u>EXHIBIT 10</u>

## Yearbook Donation Form



## School Yearbook Submission Program

## Terms and Conditions

Ancestry is compiling a nationwide collection of school yearbooks, starting from the time yearbooks began through 1999. These yearbooks are indexed and published online, and the yearbook images will be made available on our websites.

Yearbooks printed prior to 1978 that do not contain a copyright notice (©) are not bound by copyright restrictions.

## Details

**Please review the writing in the yearbooks to ensure that there is nothing written of an explicit nature that might cause embarrassment to anyone.** When in doubt, please refrain from donating the yearbook. We're unable to return donated yearbooks to the sender; donated yearbooks will be cut for scanning, scanned, and then discarded.  Duplicate yearbooks will also be discarded.

Shipping costs for donated yearbooks are covered by you and not by Ancestry. Ancestry doesn't provide compensation for donations and makes no commitment as to the timeline for posting donated yearbooks online.

## Mailing information

Mail submission forms and yearbook donations to *Ancestry Yearbooks Submission, 1300 W. Traverse Parkway, Lehi, UT 84043*.

If you have questions, please reach out to us at content@ancestry.com.

## Donation Agreement

The donor must complete and sign this box.

I hereby claim, to the best of my knowledge and efforts to verify, that each of the yearbooks hereby individually identified on the reverse side are: a) not bound by copyright restrictions, or b) the copyright is held by the donor.

| Printed name | Signature | | |
|---|---|---|---|
| Address | | State | Zip code |
| Contact phone number | Date | | |

Thank you for your interest in the Ancestry Yearbook Submission Program.

**Exhibit
0005**

Yearbook Inventory Form (use multiple forms if necessary)

| TITLE | YEARBOOK DATE | SCHOOL NAME | LOCATION (CITY, STATE) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |