# EXHIBIT 15

**Deposition of Anthony Sessa, dated October 11, 2022 (REDACTED)**

1              UNITED STATES DISTRICT COURT
2                 DISTRICT OF NEVADA
3
4    ANTHONY SESSA and MARK SESSA,        No. 2:20-cv-02292
     on behalf of themselves and
5    all others similarly situated,
6            Plaintiffs,
7         vs.
8    ANCESTRY.COM OPERATIONS, INC.,
     a Virginia Corporation;
9    ANCESTRY.COM, INC., a
     Delaware Corporation;
10   ANCESTRY.COM LLC, a Delaware
     Limited Liability Company,
11   and DOES 1 through 50, inclusive,
12           Defendants.
13
     _____
14
15
16      REMOTE VIDEOTAPED DEPOSITION of ANTHONY SESSA
17             TUESDAY, OCTOBER 11, 2022
18                   VOLUME 1
19
20
21
22
23   Reported by
     Daryl Baucum, RPR, CRR, RMR, CSR No. 10356
24
25   Job No. 5468893-2,  PAGES 1 - 89

                                              Page 1

```
 1        UNITED STATES DISTRICT COURT
 2           DISTRICT OF NEVADA
 3
 4  ANTHONY SESSA and MARK SESSA,       No  2:20-cv-02292
    on behalf of themselves and
 5  all others similarly situated,
 6       Plaintiffs,
 7       vs
 8  ANCESTRY COM OPERATIONS, INC ,
    a Virginia Corporation;
 9  ANCESTRY COM, INC , a
    Delaware Corporation;
10  ANCESTRY COM LLC, a Delaware
    Limited Liability Company,
11  and DOES 1 through 50, inclusive,
12       Defendants
13
    _____
14
15
16
17       REMOTE VIDEOTAPED DEPOSITION of ANTHONY
18  SESSA, with all participants appearing remotely
19  via videoconference, beginning at 2:13 p m ,
20  and ending at 4:29 p m , on Tuesday,
21  October 11, 2022, before Daryl Baucum, RPR,
22  CRR, RMR, CSR No  10356
23
24
25
                                            Page 2
```

```
 1  APPEARANCES OF COUNSEL:
 2
 3     FOR THE PLAINTIFFS:
 4
 5       TURKE, STRAUSS
 6       BY:  SAMUEL STRAUSS, ATTORNEY AT LAW
 7          (APPEARING VIA VIDEOCONFERENCE)
 8       613 Williamson Street
 9       Suite 201
10       Madison, Wisconsin  53703
11       608.237.1775
12       Sam@TurkeStrauss.com
13
14          - and -
15
16       LAW OFFICE OF BENJAMIN OSBORN
17       BY:  BENJAMIN R. OSBORN, ATTORNEY AT LAW
18          (APPEARING VIA VIDEOCONFERENCE)
19       102 Bergen Street
20       Brooklyn, New York  11201
21       347.645.0464
22       Ben@BenOsbornLaw.com
23
24
25
                                            Page 3
```

```
 1  APPEARANCES OF COUNSEL (CONTINUED):
 2
 3     FOR THE DEFENDANTS ANCESTRY.COM OPERATIONS,
 4  INC.; ANCESTRY.COM, INC.; and ANCESTRY.COM LLC:
 5
 6       QUINN, EMANUEL, URQUHART & SULLIVAN
 7       BY:  JOHN W. BAUMANN, ATTORNEY AT LAW
 8          (APPEARING VIA VIDEOCONFERENCE)
 9       865 South Figueroa Street
10       Suite 1000
11       Los Angeles, California  90017
12       213.443.3000
13       JackBaumann@QuinnEmanuel.com
14
15          - and -
16
17       BY:  CRISTINA HENRIQUEZ, ATTORNEY AT LAW
18          (APPEARING VIA VIDEOCONFERENCE)
19       555 Twin Dolphin Drive
20       Suite 500
21       Redwood Shores, California  94065
22       650.801.5000
23       ChristinaHenriquez@QuinnEmanuel.com
24
25
                                            Page 4
```

```
 1  APPEARANCES OF COUNSEL (CONTINUED):
 2
 3
 4     ALSO PRESENT:
 5       SEAN GRANT, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page 5
```

2 (Pages 2 - 5)

| | |
|---|---|
| 1      I N D E X | 1      TUESDAY, OCTOBER 11, 2022 |
| 2 | 2      2:13 P.M. |
| 3 | 3 |
| 4  WITNESS: ANTHONY SESSA | 4      THE VIDEOGRAPHER:  Good afternoon.  We're |
| 5  EXAMINATION                              PAGE | 5  on the record. |
| 6  BY: MR BAUMANN                    10, 82 | 14:13:50 |
| 7  BY: MR STRAUSS                         79 | 6      The time is 2:13 p.m. and the date is |
| 8 | 7  October 11, 2022. |
| 9 | 8      Please, note that this deposition is being |
| 10 | 9  conducted virtually. |
| 11  QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER: | 10      Quality of recording depends on the |
| 12      PAGE   LINE | 14:14:01 |
| 13      23    6 | 11  quality of camera and Internet connection of |
| 14      24    1 | 12  participants.  What is seen from the witness and |
| 15 | 13  what is heard on screen is what will be recorded. |
| 16 | 14      Audio and video recording will continue to |
| 17 | 15  take place unless all parties agree go off the |
| 18  INFORMATION TO BE SUPPLIED: | 14:14:16 |
| 19      (NONE) | 16  record. |
| 20 | 17      This is media unit one of the video |
| 21 | 18  recorded deposition of Anthony Sessa taken by |
| 22 | 19  counsel for Defendants in the matter of Anthony |
| 23 | 20  Sessa and Mark Sessa, et al., versus Ancestry.com |
| 24 | 14:14:28 |
| 25 | 21  Operations, Inc., et al., filed in the United States |
|                              Page 6 | 22  District Court, District of Nevada, case number |
| | 23  2:20-CV-02292 and is being conducted remotely using |
| | 24  virtual technology. |
| | 25      My name is Sean Grant representing      14:14:44 |
| |                              Page 8 |

| | |
|---|---|
| 1      DEPOSITION EXHIBITS | 1      Veritext.  I am the videographer.  And the court |
| 2      ANTHONY SESSA | 14:14:47 |
| 3 | 2  reporter is Daryl Baucum also from Veritext. |
| 4  NUMBER        DESCRIPTION              PAGE | 3      I am not related to any party in this |
| 5  Exhibit 1    Class Action Complaint            19 | 4  action nor am I financially interested in the |
|               for Violation of Nev  Rev | 5  outcome. |
| 6             Stat  Section 597 770 | 14:14:58 |
|               et seq  and 598 0903 et seq ; | 6      If there are any objections to proceeding, |
| 7             Intrusion Upon Seclusion; | 7  please, state them at the time of your appearance. |
|               Unjust Enrichment | 8      Counsel and all present, including |
| 8 | 9  remotely, will now state their appearance and |
| Exhibit 2    "All School Lists &            41 | 10  affiliations for the record beginning with the |
| 9             Yearbooks results for | 14:15:07 |
|               tony sessa" | 11  noticing attorney. |
| 10 | 12      MR. BAUMANN:  Good afternoon. |
| Exhibit 3    "All School Lists &            47 | 13      Jack Baumann of Quinn, Emanuel, for the |
| 11             Yearbooks results for | 14  Ancestry defendant, and with me is Christina |
|               tony sessa" | 15  Henriquez also of Quinn, Emanuel. |
| 12             with pop-up window | 14:15:18 |
| 13  Exhibit 4    Web page from Ancestry com       50 | 16      MR. STRAUSS:  This is Sam Strauss on |
|               website | 17  behalf of Mr. Sessa and the plaintiff class and I am |
| 14 | 18  joined by Benjamin Osborn. |
| Exhibit 5    Photocopy of page from         53 | 19      THE VIDEOGRAPHER:  Thank you. |
| 15             Tony Sessa's high school | 20      Will the certified court reporter, please, |
|               yearbook | 14:15:28 |
| 16 | 21  swear in the witness. |
| Exhibit 6    LinkedIn Profile Page          72 | 22 |
| 17             of Anthony Sessa | 23      ANTHONY SESSA, |
| 18 | 24      having been first duly sworn, was |
| 19 | 25      examined and testified as follows: |
| 20 |                              Page 9 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
|                              Page 7 | |

| | |
|---|---|
| 1          EXAMINATION<br>14:15:32<br>2   BY MR. BAUMANN:<br>3      Q   Mr. Sessa -- and you can put your hand<br>4   down now -- we met off the record.<br>5          My name is Jack Baumann.  I will be asking<br>14:16:05<br>6   you some questions today.<br>7          Just as a preliminary matter, can you<br>8   state your name and address for the record.<br>9      A   It's Anthony J. Sessa, ▮▮▮▮▮<br>▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.<br>14:16:21<br>11     Q   And have you ever been deposed before,<br>12   Mr. Sessa?<br>13     A   No.<br>14     Q   So I want to go over just a few ground<br>15   rules.<br>14:16:37<br>16          Depositions are a little bit funny.  I<br>17   will ask you questions.  You will answer them.  It<br>18   feels a little bit like a conversation but it's<br>19   important in depositions to make sure that you let<br>20   me finish my entire answer -- sorry, entire<br>14:16:50<br>21   question -- before you answer.<br>22          That way, the court reporter who is<br>23   sitting there can make sure they take everything<br>24   down.<br>25          Does that make sense to you?          14:17:03<br>Page 10 | 1      Q   So Mr. Sessa, have you ever been a party<br>14:18:17<br>2   to a lawsuit before?<br>3      A   I filed bankruptcy.  I am not sure if that<br>4   qualifies as a lawsuit.<br>5      Q   And when did you file for bankruptcy?<br>14:18:29<br>6      A   2007.<br>7      Q   And when did those bankruptcy proceedings<br>8   end?<br>9      A   It was in 2008.<br>10     Q   And do you recall whether there was a --<br>14:18:50<br>11   sorry, I will rephrase the question.<br>12          Do you recall what type of bankruptcy you<br>13   declared?<br>14     A   No, I don't recall that.<br>15     Q   Was it Chapter 11, Chapter 13?  Does<br>14:19:09<br>16   anything like that ring a bell?<br>17     A   It was Chapter 11.<br>18     Q   And you said those proceedings ended in<br>19   2008.<br>20          What was the end result there?<br>14:19:23<br>21     A   I wasn't held responsible for any of my<br>22   debts due to the toxic mortgage thing that happened.<br>23          Make sense?<br>24     Q   Yes.<br>25          And aside from your bankruptcy in the          14:19:40<br>Page 12 |
| 1      A   Yes.<br>14:17:05<br>2      Q   And do you understand that you are under<br>3   oath today and the testimony that you will be<br>4   giving, you have agreed to provide it truthfully<br>5   just as you would in a court of law?<br>14:17:20<br>6      A   Yes.<br>7      Q   And is there any reason today you can't<br>8   provide truthful and complete testimony?<br>9      A   No.<br>10     Q   And when I ask you questions today, there<br>14:17:31<br>11   might be occasions where your counsel objects, and<br>12   your counsel has the right to object but, unless<br>13   your counsel instructs you not to answer, you can go<br>14   ahead and answer the question that was asked.<br>15          Does that make sense?<br>14:17:48<br>16     A   Yes.<br>17     Q   And if at any point you want to take a<br>18   break or if there is any tech issues or anything<br>19   like that, just let me know.  We can take a break<br>20   whenever you need one.<br>14:18:04<br>21          The only thing I would say is that I would<br>22   ask if you have a question pending that you answer<br>23   that question first and then we take the break.<br>24          Is that fair?<br>25     A   That is fair.          14:18:16<br>Page 11 | 1   2007/2008 time period, have you ever been a party to<br>14:19:43<br>2   any other lawsuit?<br>3      A   No.<br>4      Q   Did you meet with your attorneys today<br>5   that are sitting here today to prepare for your<br>14:19:59<br>6   deposition?<br>7      A   Yes.<br>8      Q   And which attorneys did you meet with?<br>9      A   Sam Strauss.<br>10     Q   Anyone else?<br>14:20:10<br>11     A   No.<br>12     Q   And when did you meet with your attorneys?<br>13     A   Today?  Are you asking me about today?<br>14     Q   Sorry.  I meant to phrase that more<br>15   broadly.<br>14:20:32<br>16          Other than today, have you met with your<br>17   attorneys previously to prepare for today's<br>18   deposition?<br>19     A   Yes.<br>20     Q   And did those include any attorneys other<br>14:20:39<br>21   than Mr. Strauss?<br>22     A   Yes, Benjamin Osborn.<br>23     Q   And how many times have you met with<br>24   Mr. Strauss and Mr. Osborn?<br>25     A   Probably about ten or twelve times.          14:20:59<br>Page 13 |

4 (Pages 10 - 13)

**Page 14**

1    Q    And was each of those ten or twelve times
14:21:04
  in preparation for today's deposition?
2
3    A    Correct.
4    Q    And when did you first meet with
5  Mr. Strauss and Mr. Osborn?
14:21:18
6    A    It was Mr. Osborn.  Mr. Strauss hadn't
7  come on the case yet.
8        So it was probably, gosh, over two years
9  ago.
10    Q    And you said you met with them ten or
14:21:36
11  twelve times.
12        Can you approximate how long each of these
13  meetings was.
14    A    Some were ten minutes, some were an hour.
15    Q    In preparing for your deposition today,
14:21:59
16  did you review any documents?
17    A    Yes.
18    Q    What did you review?
19    A    The complaint.
20    Q    And aside from the complaint, did you
14:22:13
21  review any other documents?
22    A    Well, there were four documents I reviewed
23  today and yesterday, but I reviewed the complaint
24  before several times.  So I'm not sure how to answer
25  that question.                      14:22:33

**Page 15**

1        Does that give you an answer?
14:22:34
2    Q    I think you said you reviewed four
3  documents; is that right?
4    A    Correct
5    Q    And what are those four documents?
14:22:41
6    A    They're different parts of the complaint
7  that were filed
8    Q    So each of those documents you reviewed
9  were portions of the complaint
10        Is that accurate?
14:22:58
11    A    That's correct
12    Q    So setting aside the complaint or portions
13  of the complaint, are there any other documents that
14  you reviewed to prepare for today's deposition?
15    A    No
14:23:13
16    Q    When you met with Mr  Strauss and
17  Mr  Osborn on various occasions, was anyone else
18  present?
19    A    Not that I know of
20    Q    And aside from Mr  Strauss and Mr  Osborn,
14:23:34
21  did you speak with anyone about your deposition
22  today?
23    A    No
24    Q    And my question now that I am playing it
25  back in my head might have been unclear, but I meant      14:23:53

**Page 16**

1  to phrase it as did you speak with anyone about your
14:23:58
2  deposition at all, not just whether you spoke with
3  anyone today.
4    A    No.
5    Q    And have you spoken with anyone about this
14:24:09
6  case in general aside from your attorneys Mr. Osborn
7  and Mr. Strauss?
8    A    No.
9    Q    Have you discussed the case at all with
10  your brother, Mark Sessa?
14:24:23
11    A    Only that there was a case, no details.
12    Q    And what did you tell your brother?
13    A    I told him there was a case where the
14  Ancestry.com was using photographs and information
15  obtained illegally without permission.  That is
14:24:39
16  basically it.
17    Q    And why did you tell him that?
18    A    I believe that he was involved in that,
19  also.  I didn't -- didn't know if he knew that or
20  not.
14:24:58
21    Q    And did you tell your brother that you had
22  filed a lawsuit against Ancestry or were planning to
23  do so?
24    A    No.
25    Q    Did you give your brother the contact      14:25:09

**Page 17**

1  information for any attorneys?
14:25:11
2    A    No.
3    Q    Mr. Sessa, can you just briefly tell us
4  your educational background.
5    A    I graduated high school.
14:25:30
6    Q    And did you attend any schooling after
7  high school?
8    A    No.
9    Q    And what do you do for a living,
10  Mr. Sessa?
14:25:43
11    A    I am retired.
12    Q    Congratulations.
13        When did you retire?
14    A    Thank you.
15        It was definitely well deserved at this
14:25:52
16  point.
17    Q    And how long ago did you retire?
18    A    Almost two years.  February, it will be
19  two years.  I took an early retirement.
20    Q    And prior to retiring, what was your job?
14:26:09
21    A    I was slab warehouse manager for Arizona
22  Tile for twenty-one years.
23    Q    And where do you currently live,
24  Mr. Sessa?
25    A    I live in New Mexico, Alamogordo,      14:26:27

5 (Pages 14 - 17)

1  New Mexico
14:26:33
2   Q   And how long have you lived in New Mexico?
3   A   Since my retirement, almost two years
4   Q   So you moved there in around
5  October/November 2020?
14:26:44
6   A   Actually, I got here in March, first week
7  of March
8   Q   Of 2020?
9   A   That's correct
10   Q   And before you moved to New Mexico, where
14:27:03
11  did you live?
12   A   Las Vegas, Nevada
13   Q   And how long did you live in Las Vegas,
14  Nevada?
15   A   My whole life, born and raised
14:27:14
16   Q   Mr. Sessa, can you tell me your
17  understanding of your claims in this case
18   A   Yes
19      This case is about Ancestry com using
20  images and information without permission for
14:27:33
21  advertising for Ancestry com
22   MR. BAUMANN:  So I'm going to pull a
23  document here and I will share my screen
24      And Sam, this is the one that I added
25  previously to the Exhibit Share  So you should have          14:27:52

Page 18

1  it.
14:27:54
2      (Deposition Exhibit 1 was marked
3      for identification by the court
4      reporter and is attached hereto.)
5  BY MR. BAUMANN:
14:27:54
6   Q   And Mr. Sessa, can you let me know when
7  you are able to see my screen and if you see a
8  document on there and --
9   A   I do but I have a question real quick.  I
10  still have in the middle of my screen a white box
14:28:08
11  that is asking me leave the meeting or got it.  So
12  it's -- the document is being blocked, absolutely.
13      MR. STRAUSS:  Mr. Sessa, press "got it."
14  That is just informing you that is being recorded.
15      THE WITNESS:  It's gone.
14:28:26
16      Like I told you guys, I am not savvy.
17      So yes, sir, I see the document.
18  BY MR. BAUMANN:
19   Q   And I'm going to scroll down a little bit
20  for you, Mr. Sessa, and you see that the document is
14:28:36
21  titled class action complaint for violation of
22  Nevada revised statute 597.770.
23      Do you see that?
24   A   Yes, sir.
25   Q   And on the left, it says Anthony and Mark          14:28:50

Page 19

1  Sessa, plaintiffs, against Ancestry.com.
14:28:54
2      Do you see that?
3   A   Yes, sir.
4   Q   Do you recognize this document?
5   A   Yes.
14:29:00
6   Q   And what do you understand this document
7  to be?
8   A   It's a complaint filed against
9  Ancestry.com.
10   Q   And do you understand this is the
14:29:12
11  complaint in your case against Ancestry.com?
12   A   That is correct.
13   Q   And did you review this complaint before
14  it was filed?
15   A   I did.
14:29:27
16   Q   And did you confirm that the factual
17  allegations contained in this complaint were
18  truthful?
19   A   That is correct.
20   Q   And you understood that this complaint
14:29:38
21  would be filed on your behalf?
22   A   Correct.
23   Q   When did you first learn, Mr. Sessa, that
24  your yearbook records existed on Ancestry's website?
25   A   Prior to this complaint being filed.          14:29:57

Page 20

1   Q   And we will see on this complaint it says
14:30:01
2  December 17, 2020.
3      So sometime before that; is that right?
4   A   That's correct.
5   Q   And do you remember approximately when
14:30:13
6  before December 17, 2020, you learned that your
7  yearbook records were on Ancestry's website?
8   A   I wouldn't be able to tell you a date of
9  when before that.
10   Q   How did you learn that your records were
14:30:28
11  on Ancestry's site?
12   A   I don't actually remember that, either.
13  It's been over two years.  So sorry.
14   Q   That is all right.
15      I'm going to stop sharing for just a
14:30:46
16  moment.
17      So at the time that you learned Ancestry's
18  website has your yearbook records, had you already
19  been in contact with your attorneys?
20   A   Say that again.  Can you say that again,
14:31:09
21  please.
22   A   Sure.
23      I know you don't recall the exact date
24  that you learned that your records were on
25  Ancestry's website, but at that time of when you          14:31:19

Page 21

6 (Pages 18 - 21)

Page 22

```
 1   learned about your yearbook records being on
14:31:23
 2   Ancestry's website, had you already been in contact
 3   with your attorneys?
 4      A   No, that is -- I don't think so, no.
 5      Q   So did you reach out to your attorneys
14:31:38
 6   after you learned that Ancestry had your yearbook
 7   records on its website?
 8      A   I'm not sure.  I don't know how to answer
 9   that question.  Sorry.
10      Q   Do you recall when you engaged your
14:32:01
11   attorneys to file this lawsuit on your behalf?
12      A   It was before December 17 of 2020.
13      Q   Do you recall when before December 17,
14   2020?
15      A   No, no, I do not recall when.
14:32:23
16          MR. STRAUSS:  Jack, may I interrupt you
17   for a moment.
18          THE WITNESS:  Of course.
19          MR. STRAUSS:  I just wanted to remind you
20   to, please, wait for Mr. Baumann to completely
14:32:33
21   finish asking his question before you begin to
22   respond.
23          And I think one lovely side effect of this
24   remote deposition is I think it's a little bit
25   delayed for me.  So if you could just wait one   14:32:47
```

Page 23

```
 1   second for Mr. Baumann to completely finish his
14:32:50
 2   question, I would be so appreciative.
 3          THE WITNESS:  Okay.  Sorry.
 4          MR. STRAUSS:  No problem.
 5   BY MR. BAUMANN:
14:32:58
 6      Q   When you hired counsel in this case, did
 7   you authorize them to investigate whether your
 8   yearbook records were on Ancestry's website?
 9          MR. STRAUSS:  I'm going to object to the
10   form.
14:33:13
11          Actually, I'm going to object to the
12   question based on attorney-client privilege and
13   advise Mr. Baumann not to answer -- I'm so sorry,
14   not Mr. Baumann -- advise Mr. Sessa not to answer.
15   Wow.
14:33:23
16   BY MR. BAUMANN:
17      Q   Did you have an understanding, Mr. Sessa,
18   when you engaged counsel to bring the complaint
19   against Ancestry whether they would investigate
20   whether your yearbooks were on Ancestry's website?
14:33:36
21      A   Yeah.
22      Q   And is that something that you expected
23   they would do, is check on Ancestry's website to see
24   whether your yearbook records were on it?
25      A   Yes.                                       14:33:56
```

Page 24

```
 1      Q   And I will tell you to take a pause after
14:34:06
 2   this next question because I know what Sam's
 3   response is going to be and I want to give him the
 4   opportunity to make that response, but did you place
 5   any restrictions on what your counsel could do in
14:34:18
 6   investigating your claims?
 7          MR. STRAUSS:  I am going to advise you,
 8   Mr. Sessa, not to answer.
 9          And thank you, Mr. Baumann, and I'm going
10   to advise you to not answer, Mr. Sessa, based on the
14:34:29
11   attorney-client privilege.
12          MR. BAUMANN:  And, Sam, no need to rehash
13   it.  I think we disagree on that point but no point
14   arguing about it here.
15          MR. STRAUSS:  Agreed.  That is fair.
14:34:46
16   BY MR. BAUMANN:
17      Q   Mr. Sessa, when you found out your records
18   were on Ancestry's website, what did you do?
19      A   I told my counsel to proceed.
20          MR. STRAUSS:  So and I'm going to advise
14:35:10
21   you, Mr. Sessa, not to share any communication that
22   you had with your attorneys at any point and I know
23   that that is a little bit confusing sometimes, but
24   as a reminder, any conversation that you had with
25   any attorney in this matter, I am going to advise   14:35:26
```

Page 25

```
 1   you not to disclose the content of the communication
14:35:30
 2   based on the attorney-client privilege.
 3          THE WITNESS:  Why don't you tell that to
 4   Jack so he won't ask that question of me again.
 5          MR. STRAUSS:  Unfortunately, Mr. Baumann
14:35:44
 6   is allowed to ask any questions he likes and it's
 7   our job to make sure that we don't wade into those
 8   waters, but I know that that is also not
 9   Mr. Baumann's fault.  He is not seeking
10   attorney-client privileged communication but let's
14:36:00
11   do our best to avoid disclosing any of our
12   communications.
13   BY MR. BAUMANN:
14      Q   And correct, Sam is right, Mr. Sessa.  I'm
15   not trying to ask you here today about any
14:36:10
16   attorney-client communications between you and your
17   lawyer.
18          So moving back to that question, aside
19   from any discussions that you had with your lawyers,
20   what did you do when you found out your yearbook
14:36:24
21   records were on Ancestry's website?
22      A   I don't recall.
23      Q   What was your reaction when you found out
24   your yearbook records were on Ancestry's website?
25      A   I wasn't happy about it.                    14:36:45
```

7 (Pages 22 - 25)

1    Q   And why was that?
14:36:47
2    A   Because they didn't ask permission from me
3    to have my photograph or information or anything
4    else to be on their website
5    Q   And Mr Sessa, did you incur any
14:37:05
6    out-of-pocket expenses as a result of finding out
7    your yearbook records were on Ancestry's website?
8    A   No
9    Q   You didn't pay anyone to try to have them
10   taken down?
14:37:25
11   A   No
12   MR STRAUSS:  Object to the form of the
13   question
14   You may answer it, Mr Sessa
15   THE WITNESS:  I already did, right?
14:37:36
16   BY MR BAUMANN:
17   Q   You didn't incur any medical expenses or
18   anything like that as a result of finding out your
19   records were on Ancestry's website; is that correct?
20   A   That's correct
14:37:53
21   Q   Mr Sessa, what is it that you hope to get
22   out of this lawsuit?
23   A   The maximum by law for using my
24   information without my permission
25   Q   And do you have an understanding of what      14:38:15

Page 26

1    that would be?
14:38:19
2    A   No, I do not.
3    Q   Is removal of your yearbook records from
4    Ancestry's website something that you are seeking?
5    A   Yes.
14:38:28
6    Q   Have you ever checked to see whether you
7    could ask Ancestry to remove your records from its
8    website?
9    A   No.
10   Q   I take it then that you never asked
14:38:43
11   Ancestry to take your yearbook record down?
12   A   No.
13   Q   And why didn't you do that?
14   A   It's not my obligation to do that.  They
15   shouldn't have taken the information to begin with.
14:39:01
16   Q   You said one of your goals in filing this
17   lawsuit is to get the information removed from
18   Ancestry's website, right?
19   A   Correct.
20   Q   And you took on the obligation of filing a
14:39:24
21   lawsuit to get those records removed, right?
22   A   Correct.
23   Q   So what I'm now trying to understand is
24   why you didn't just ask Ancestry to take the records
25   down.                               14:39:41

Page 27

1    A   I wouldn't know how to do that
14:39:42
2    Q   You never looked on Ancestry's site to see
3    if there was a way to do that?
4    A   No
5    Q   So Mr Sessa, taking sort of a step back
14:40:00
6    in time, where did you go to high school?
7    A   Western High School, Las Vegas, Nevada
8    Q   And was that the only high school you
9    attended?
10   A   That's correct
14:40:13
11   Q   And how long did you attend Western High
12   School?
13   A   Three years
14   Q   And when did you attend Western High
15   School?
14:40:25
16   A   I graduated in '77, so '74 to '77  That
17   sounds right
18   Q   Did you get a yearbook each year that you
19   were in high school?
20   A   I believe I did, yes
14:40:44
21   Q   And do you recall who was responsible for
22   compiling those yearbooks at your high school?
23   A   I don't know who was responsible
24   Q   Was there like a yearbook club or a
25   committee or anything like that that you had recall?   14:41:05

Page 28

1    A   I am sure there was but I wasn't involved
14:41:07
2    in it.
3    Q   I take it then you don't have the names of
4    anybody who was involved in putting together those
5    yearbooks.
14:41:19
6    A   No, I do not.
7    Q   At your high school, did students have to
8    pay to receive a copy of their yearbooks?
9    A   Yes.
10   Q   And do you know why that was?
14:41:31
11   A   The cost of the material and putting it
12   together, I am assuming.
13   MR. BAUMANN:  We had a belated objection.
14   MR. STRAUSS:  Mr. Sessa, I'm going to ask
15   you again to, please, wait until after Mr. Baumann
14:41:46
16   completes asking the question.
17   THE WITNESS:  Okay.
18   MR. STRAUSS:  I know it's very -- seems
19   simple but it really hard so -- but I'm going to ask
20   you to engage in this sort of contrived
14:42:00
21   communication.
22   THE WITNESS:  It's getting funner every
23   minute.
24   BY MR. BAUMANN:
25   Q   Mr. Sessa, yearbook sometimes offer ad      14:42:17

Page 29

8 (Pages 26 - 29)

Page 30

1 space to local businesses, right?
14:42:19
2   A   I don't know
3   Q   Do you recall whether your high school
4 yearbooks had any ad space for local businesses to
5 advertise on?
14:42:33
6   A   I don't recall
7   Q   Did you ever purchase any of the yearbooks
8 that your high school distributed?
9   A   Yes
10   Q   Did you do that for each year that you
14:42:51
11 were in high school?
12   A   I think so
13   Q   And why did you purchase your yearbooks?
14   A   To have memories, I guess
15   Q   Can you think of any other reasons you
14:43:19
16 might have purchased it?
17   A   No
18   Q   Did you ever object that your high school
19 was selling copies of the yearbook in which you
20 appeared?
14:43:38
21     MR STRAUSS:  Object to the form of the
22 question
23     You may answer it  You may answer,
24 Mr Sessa
25     THE WITNESS:  I'm sorry, say the question   14:43:51

Page 31

1 again.
14:43:53
2 BY MR. BAUMANN:
3   Q   Of course.
4     Did you ever object that your high school
5 was selling copies of yearbooks in which you
14:43:56
6 appeared?
7   A   No.
8   Q   Do you have an understanding of the reason
9 that high schools give out yearbooks at the end of
10 each school year?
14:44:12
11   A   Do I have an understanding of that?  Well,
12 so students can have something to take away to their
13 next year, memories.
14     Didn't I already answer that question?
15   Q   Not yet but now you have.
14:44:30
16     What types of information did your high
17 school yearbooks include about you?
18   A   My photograph, my name, and what class I
19 was in.  Basically, I believe that is all.
20   Q   And you understood that others who
14:45:02
21 received the yearbooks would see the information
22 about you that was published in those books, right?
23   A   Yes.
24   Q   What did you do with your yearbooks when   14:45:22
25 you received them from your high school?

Page 32

1   A   I kept them
14:45:30
2   Q   Did you share them with any of your
3 classmates?
4   A   It's tradition to sign in the back of the
5 yearbook something for the following -- for that
14:45:41
6 year and/or the following year
7     So is that what you are asking me?
8   Q   Yeah, sure
9     I mean I'm asking in general what did you
10 do with the yearbooks
14:45:54
11     So it sounds like you had your friends
12 sign your yearbook; is that right?
13   A   That's correct
14   Q   And did you sign your friends' yearbooks,
15 as well?
14:46:05
16   A   Well, I did
17   Q   And did you ever show your yearbooks to
18 other people who hadn't attended school with you?
19   A   No
20   Q   You didn't share them with your parents or
14:46:19
21 anything like that?
22   A   Oh, well, yeah, my parents  That would
23 have been it
24   Q   What about any -- would you have shared
25 them with any friends who maybe went to different   14:46:30

Page 33

1 schools?
14:46:33
2   A   No, we didn't associate that way.
3 Everybody stayed in their own neighborhood.  You
4 know what I mean?
5   Q   And then other students at your high
14:46:42
6 school received copies of the yearbooks in each
7 year, right?
8   A   I would assume.
9   Q   Do you know what your classmates did with
10 their yearbooks after they got them?
14:46:57
11   A   I have no idea.
12     MR. STRAUSS:  Objection to form.
13     You may answer the question.
14 BY MR. BAUMANN:
15   Q   I'm sorry, Mr. Sessa.  I didn't catch your
14:47:06
16 answer.
17   A   I have no idea.
18   Q   Did you try to put any sort of restriction
19 on what your classmates could do with their copies
20 of the yearbooks?
14:47:19
21     MR. STRAUSS:  Objection; form.
22     You may answer it.
23     THE WITNESS:  No.
24 BY MR. BAUMANN:
25   Q   And their copies of the yearbooks would   14:47:27

9 (Pages 30 - 33)

1   have included pictures of you, right?
14:47:29
2       A   Yes.
3       Q   Do you know whether your classmates who
4   got copies of your high school yearbooks shared them
5   with other people?
14:47:45
6       A   I don't know.
7       Q   Do you know whether your classmates who
8   received copies of the high school yearbooks still
9   have their yearbook?
10      A   I don't know.
14:48:03
11      Q   If folks from your high school still had
12  copies of their yearbooks, they would be able to
13  share them with other people, right?
14      MR. STRAUSS:  Object to the form of the
15  question.
14:48:17
16      You may answer it.
17      THE WITNESS:  I guess, yeah.
18  BY MR. BAUMANN:
19      Q   And that is something you understand that
20  people will do, show their old yearbooks to their
14:48:28
21  friends or family; is that right?
22      MR. STRAUSS:  Object to form.
23      You may answer it.
24      THE WITNESS:  Yes.
25
                                                Page 34

1   BY MR. BAUMANN:
14:48:35
2       Q   Did any of your family members, like your
3   parents, save yearbooks from their high schools?
4       A   I'm not sure.  I would have to say no, I
5   don't know that to be true.
14:49:00
6       Q   And do you know whether any of your
7   classmates from high school have given away their
8   copies of their yearbook?
9       A   I don't know.
10      Q   You have never checked?
14:49:15
11      A   No.
12      Q   Do you know whether any of your classmates
13  from high school might have donated their yearbooks?
14      A   Who would they have donated them to?
15      No, I don't know that.
14:49:41
16      Q   Well, for example, do you know whether any
17  of your high school classmates have donated their
18  yearbook to a government archive?
19      A   No.
20      Q   Have you never checked to see whether that
14:49:55
21  occurred?
22      A   No.
23      Q   What about a library, do you know whether
24  any of your high school classmates might have
25  donated their copies of the yearbooks to a library?   14:50:09
                                                Page 35

1       A   I don't know that.
14:50:14
2       Q   Do you know whether the local library for
3   where your old high school is has copies of your
4   high school's yearbooks?
5       A   No.
14:50:28
6       Q   You have never checked to see whether they
7   do?
8       A   No.
9       Q   Are you generally aware that libraries
10  sometimes make available copies of yearbooks?
14:50:42
11      MR. STRAUSS:  Object to form.
12      You may answer it.
13      THE WITNESS:  I guess.
14  BY MR. BAUMANN:
15      Q   Do you know whether your old high school
14:50:53
16  keeps copies of your yearbooks?
17      A   I don't know that.
18      Q   And where are your copies of your old high
19  school yearbooks?
20      A   I don't have any yearbooks at all.
14:51:16
21      Q   What did you do with them?
22      A   I lost them in moving time and time again
23  as a younger person.  So I honestly have no idea
24  where they are.
25      Q   Have you ever tried to sell or license   14:51:33
                                                Page 36

1   your old yearbooks?
14:51:35
2       A   No
3       Q   Why not?
4       A   Why?  I don't understand that question   I
5   answered no; you asked me why not
14:51:49
6       It doesn't have any value at that point,
7   right?
8       Q   And I take it then from your answer you
9   don't have any plans to sell your yearbooks?
10      A   No, I don't have any plans to sell a
14:52:11
11  yearbook
12      Q   Do you know whether someone would be
13  willing to buy your yearbook from you if you wanted
14  to sell it?
15      A   I don't know
14:52:28
16      Q   And I assume the same is true, but I will
17  ask you, nonetheless, what about the individual
18  pages of your high school yearbook in which you
19  appeared, have you ever tried to sell or license
20  those?
14:52:47
21      A   No
22      Q   And do you have any plans to try to sell
23  or license the yearbook pages on which you appeared?
24      A   No
25      Q   Do you know whether anyone has ever been   14:52:59
                                                Page 37

10 (Pages 34 - 37)

**Page 38**

1  willing to pay you for the pages of the yearbook on
14:53:03
2  which you appear?
3       MR. STRAUSS:  Object to form.
4       You may answer.
5       THE WITNESS:  I don't know.
14:53:10
6  BY MR. BAUMANN:
7    Q   Let's assume, Mr. Sessa, that you still
8  had your old copies of your high school yearbooks.
9       If you wanted to scan those pages and
10  create a website and put the scanned images on your
14:53:26
11  website, is that something you could do if you still
12  had your high school yearbooks?
13       MR. STRAUSS:  Object to the form of the
14  question.
15       You may answer it.
14:53:38
16       THE WITNESS:  I guess.
17  BY MR. BAUMANN:
18    Q   There would be nothing stopping you from
19  doing whatever you wanted if you still had the
20  copies of your high school yearbooks with those
14:53:48
21  records, right?
22       MR. STRAUSS:  Object to the form of the
23  question.
24       You may answer it.
25       THE WITNESS:  I guess as long as I only      14:53:56

**Page 39**

1  used my photograph and my information   It would be
14:53:59
2  a website
3       Is that the scenario you are trying to
4  draw up?
5  BY MR BAUMANN:
14:54:09
6    Q   Correct
7       So there would be nothing stopping you
8  from doing that as long as you had the records?
9       MR STRAUSS:  Same objection
10       You may answer it, Mr Sessa
14:54:17
11       THE WITNESS:  Correct
12  BY MR. BAUMANN:
13    Q   So looking past the yearbooks, have you
14  ever tried to sell or license your name?
15       MR STRAUSS:  Object to the form of the
14:54:27
16  question
17       You may answer it
18       THE WITNESS:  No
19  BY MR. BAUMANN:
20    Q   Has anyone ever paid you to use your name?
14:54:32
21    A   No
22    Q   Do you have any plans to try to sell or
23  license your name?
24    A   No
25    Q   Do you know whether anyone has ever been      14:54:51

**Page 40**

1  willing to pay you for use of your name?
14:54:54
2       MR  STRAUSS:  Object to the form, object
3  to the form of the question
4       You may answer it
5       THE WITNESS:  Ask the question again,
14:55:04
6  please
7  BY MR BAUMANN:
8    Q   Sure
9       Do you know whether anyone has ever been
10  willing to pay you for use of your name?
14:55:09
11    A   No
12       MR STRAUSS:  Same objections
13       You may answer
14  BY MR BAUMANN:
15    Q   Have you ever tried to sell or license a
14:55:17
16  photograph or other image of yourself?
17    A   No
18    Q   Has anyone ever paid you for a photograph
19  or other image depicting you?
20    A   No
14:55:34
21    Q   Do you have any plans to try to sell or
22  license any photographs or images of yourself?
23    A   No
24    Q   Do you know whether anyone has ever been
25  willing to pay you for a photograph or other image      14:55:51

**Page 41**

1  of yourself?
14:55:54
2       MR  STRAUSS:  Object to the form of the
3  question
4       You may answer
5       THE WITNESS:  No
14:55:59
6       MR  BAUMANN:  I want to pull up another
7  document here, Mr Sessa, and I am going to mark
8  Exhibit 2, and I will put this in the Exhibit Share
9       (Deposition Exhibit 2 was marked
10       for identification by the court
14:56:12
11       reporter and is attached hereto )
12       MR  BAUMANN:  And then Sam, if you can let
13  me know once you have it, I will share my screen
14  with Mr  Sessa
15       MR  STRAUSS:  You can share away
14:56:22
16       MR  BAUMANN:  Great
17       Do you have, Sam, Exhibit 2 in your share
18  folder?  I just put it in there
19       MR  STRAUSS:  I do now, yes
20  BY MR  BAUMANN:
14:56:40
21    Q   And Mr Sessa, can you let me know when
22  you are able to see a document on my screen
23       Are you able to see that, Mr Sessa?
24    A   Yes
25    Q   And I can zoom in as much as you would      14:56:51

11 (Pages 38 - 41)

1    like me to or scroll around.  So just let me know,
14:56:55
2    you know, once it's in adequate focus for you.
3        A    That is about as good as it's going to
4    get, so what . . .
5        Q    So you see this document on this screen.
14:57:15
6        Are you able to see a document with the
7    title at the top "All School Lists & Yearbooks
8    Results for tony sessa"?
9        A    Yes.
10        Q    Great.
14:57:26
11        And do you recognize this document?
12        A    No.
13        Q    Have you ever tried -- sorry, I did not
14    mean to cut you off.
15        A    Okay.  Go ahead.
14:57:40
16        Q    My question was whether you recognize this
17    document.
18        A    I am not sure.  I don't think so.
19        Q    Have you ever tried searching Ancestry's
20    website for your name?
14:57:59
21        A    No.
22        Q    I will represent to you, Mr. Sessa, that
23    this is a screenshot of Ancestry's website when
24    searching the name "Tony Sessa" in the school list
25    and yearbook collection.                14:58:18

Page 42

---

1    have an understanding of what that refers to where
14:59:37
2    it says results 1 through 20?
3        A    So I guess to answer your question, I
4    don't have an understanding of what that means.
5        MR. STRAUSS:  And Mr. Sessa, I'm not going
14:59:49
6    to make an objection for every question regarding
7    this exhibit but, you know, I think that all of
8    these questions are improper, you know.  So it's
9    just a standard objection to form.
10        Mr. Sessa has already testified that he
15:00:04
11    has not regarding his use of the Ancestry.com site.
12        So again, I won't make an objection for
13    each question as long as you are okay with that
14    understanding that it's a blanket objection for all
15    of these questions.
15:00:17
16        MR. BAUMANN:  Sure, on the grounds that
17    Mr. Sessa said that he hasn't previously seen this
18    web page; is that correct?
19        MR. STRAUSS:  Yes, I visited the site.  So
20    I think there is no foundation to ask, you know, him
15:00:28
21    about the functionality or use of this site, but
22    yes, that is the ground.
23    BY MR. BAUMANN:
24        Q    So Mr. Sessa, if we scroll back up to the
25    top here -- and I'm going to zoom in a little bit    15:00:37

Page 44

---

1        Do you have any reason to believe that
14:58:22
2    this is not a printout of that web page?
3        A    No, if you say so.
4        Q    And if we look at the top of the document
5    below the title, we see that it says 1 through 20 of
14:58:37
6    3411.
7        Do you have an understanding of what that
8    means?
9        A    No, my goodness, no.  Can you explain that
10    to me.
14:58:54
11        Q    Well, maybe it'll help if we scroll down
12    to the bottom of this -- of the last page, and I
13    will scroll for you and we will see down at the
14    bottom it says results 1 through 20 of 3411.
15        Do you see that?
14:59:09
16        A    Yes.
17        Q    And do you have any understanding of what
18    that means?
19        A    I guess it's twenty pages with my name
20    associated with it.
14:59:20
21        1 through 20, would that mean pages 1
22    through 20?  It says of 3411.
23        Are you telling me there is 3411 pages
24    with my name on it?
25        Q    I was just asking you, Mr. Sessa, did you    14:59:35

Page 43

---

1    and -- in this first row here, do you see a blue
15:00:43
2    text that says "U.S., School Yearbooks, 1900-2016"?
3        A    Yes.
4        Q    And then to the right of that, do you see
5    the name "Tony Sessa"?
15:01:02
6        A    Yes.
7        Q    And then below that you see "Nevada, USA"?
8        A    Yes.
9        Q    And do you know whether this entry relates
10    to one of your yearbook records?
15:01:17
11        A    I don't know.
12        Q    There might be other people named Tony
13    Sessa who attended high school in Nevada, right?
14        A    There could be.  That's correct.
15        Q    So I will take this exhibit down for a
15:01:36
16    minute.
17        And I believe you said you reviewed the
18    complaint in this case, right?  That is the one we
19    were looking at as Exhibit 1.
20        A    Yes.
15:01:49
21        Q    I'm going to pull that document up again
22    and share my screen with you.
23        Are you able to see that, Mr. Sessa?
24        A    Yes.
25        Q    And I want to scroll down here to    15:02:06

Page 45

---

12 (Pages 42 - 45)

1   paragraph 30 in your complaint.  So I want to
15:02:10
2   direct your attention.
3        Mr. Sessa, are you able to see
4   paragraph 30 on your screen?
5   A   Yes.
15:02:27
6   Q   And as I understand what you have alleged
7   here in paragraph 30 is that users who hover over a
8   record on the search results page will see a pop-up
9   with a low-resolution version of the underlying
10  record.
15:02:47
11       Am I correct that that is an allegation
12  that you have made?
13  A   I guess, yeah.  I am not sure -- I don't
14  understand the question, actually.
15       Can you rephrase the question, please.
15:03:04
16  Q   Sure, of course.
17       So you say here,
18       "Users who hover over the 'View
19       Record' link corresponding to each
20       record receive a promotional pop-up
15:03:16
21       advisement from Ancestry displaying
22       Anthony Sessa's name, a
23       low-resolution of his photograph,
24       and a message indicating 'There's
25       more to see.'"                        15:03:29

Page 46

1        Do you see that?
15:03:31
2   A   Yes, I do
3   Q   So I'm trying to understand your
4   allegations here
5        And is it correct that you are alleging
15:03:36
6   when a user gets search results on Ancestry's site,
7   they can hover over those search results and get a
8   pop-up with this information that you have listed
9   here in paragraph 30?
10  A   Correct
15:03:51
11  Q   So now I want to take this down and I want
12  to look at another document
13       And Sam, I will add it to the Exhibit
14  Share folder, and Mr Sessa, I will share my screen
15  with you
15:04:25
16       (Deposition Exhibit 3 was marked
17       for identification by the court
18       reporter and is attached hereto )
19  BY MR BAUMANN:
20  Q   Mr Sessa, are you able to see a document
15:04:31
21  on my screen -- sorry -- on your screen?
22  A   Yeah, I can see that
23  Q   And do you recognize this document?
24  A   No  I haven't been on the Ancestry com
25  website, so how would I know this document   15:04:58

Page 47

1   Q   Understood.
15:05:02
2        So I will represent to you, Mr. Sessa,
3   that this is a screenshot of the search results for
4   Tony Sessa in the school lists and yearbook
5   collection on Ancestry's website.
15:05:12
6        And do you have any reason to believe this
7   isn't a screenshot of that web page?
8   A   No.  If you say it is, I believe you.
9   Q   And we were just looking at a page
10  previously of Exhibit 2 that contains search results
15:05:27
11  for Tony Sessa in the school's yearbook database,
12  correct?
13  A   Correct.
14  Q   So if we look to the right of the screen
15  here, we see a pop-up bubble.
15:05:41
16       And I don't know if you see my
17  highlighting --
18  A   Yes.
19  Q   -- but I am trying to direct your
20  attention.
15:05:53
21       Do you see that?
22  A   Yes, I see the pop-up.
23  Q   And is that the type of pop-up that you
24  were referencing in your complaint which we were
25  just looking at?                           15:06:02

Page 48

1   A   Yes.
15:06:04
2   Q   And if we look at the top of this pop-up,
3   we see that it says Tony Sessa, right?
4   A   That's correct.
5   Q   And then down below that it says,
15:06:15
6        "There's more to see.  A picture of
7        the original document."
8        Do you see that?
9   A   Yes.
10  Q   And then below that is an image.
15:06:22
11       Do you know what that image is, and I can
12  zoom in, Mr. Sessa?
13  A   It looks like a class photo.  Is that --
14  or it may be just -- I can't -- it's a bunch of
15  pictures.  That's all I can tell.
15:06:43
16  Q   Are you able to identify yourself in any
17  of the pictures in this image on Exhibit 3?
18  A   Do you want to blow it up so I can see it?
19  Is that what you are asking me to do?
20  A   Sure.  I can blow it up as much as you
15:07:04
21  want.
22  A   Sure.  Go ahead.  Let's blow it up.  Let's
23  see if I see myself.
24  Q   Sure.  Just tell me when to stop zooming.
25  A   Well, now you have pixilated them so I   15:07:15

Page 49

Page 50:

1  can't see them.
15:07:18
2      Q   So --
3      A   The answer to that question -- the answer
4  to that question, Jack, is no.
5      Q   So no, you are not able to identify
15:07:30
6  yourself in any of the pictures in this image?
7      A   I can't identify anybody in those images.
8      Q   Do you know whether this is an image of
9  one of the yearbook records on which you appear?
10     A   I have no idea.
15:07:45
11         MR. BAUMANN:  I'm going to take this one
12  down and I am going to pull up another exhibit.
13         THE WITNESS:  Jack, can we take a couple
14  of minutes.
15         MR. BAUMANN:  Any time you need it.
15:08:00
16         MR. STRAUSS:  So can we go off the record.
17         THE VIDEOGRAPHER:  Going off the record.
18         The time is 3:08 p.m.
19         (Off the record.)
20         THE VIDEOGRAPHER:  Back on the record.
15:25:13
21         The time is 3:25 p.m.
22         (Deposition Exhibit 4 was marked
23         for identification by the court
24         reporter and is attached hereto.)
25

Page 50

Page 51:

1  BY MR. BAUMANN:
15:25:18
2      Q   Welcome back, Mr. Sessa.
3          I want to share with you another exhibit
4  which has been marked as Exhibit 4 and Sam
5  efficiently added to the Exhibit Share when we were
15:25:29
6  on break.
7          MR. STRAUSS:  All right.
8  BY MR. BAUMANN:
9      Q   Mr. Sessa, if you can let me know when you
10  can see my screen.
15:25:38
11     A   I see it.
12     Q   And I can zoom in as much as you need.
13         Are you able to see this document,
14  Mr. Sessa?
15     A   Yes.
15:25:50
16     Q   And do you recognize this document?
17     A   No.
18     Q   At the top of the page here, we see an
19  Ancestry URL bar, correct?
20     A   Yes.
15:26:08
21     Q   And then if we look over to the right, we
22  see the first row here says "U.S. School Yearbooks,
23  1900-2016."
24         Do you see that?
25     A   Yes.                        15:26:20

Page 51

Page 52:

1      Q   And then to the right of that we see
15:26:20
2  another what I will call pop-up here that I am
3  highlighting with my mouse.
4          Do you see that?
5      A   Yes.
15:26:30
6      Q   And then is that the type of pop-up --
7  hover-over pop-up that you were referencing in your
8  complaint which we looked at before the break?
9      A   Yes.
10     Q   And I will represent to you, Mr. Sessa,
15:26:45
11  that this is another screenshot of Ancestry's
12  website.
13         And if we look at the pop-up that we were
14  looking at just a moment ago, you see that it says
15  "Anthony Sessa" at the top.
15:27:00
16     A   Yes.
17     Q   And then below that it says,
18         "There's more to see.  A picture of
19         the original document."
20         Do you see that?
15:27:08
21     A   Yes.
22     Q   And then below that is an image.
23         Do you know what that image is?
24     A   I am assuming it's photographs.  I can't
25  see it very well.                     15:27:21

Page 52

Page 53:

1      Q   And I can zoom in farther on this if that
15:27:22
2  helps.
3      A   Yeah, it's photographs.
4      Q   And are you able to identify yourself in
5  this image, Mr. Sessa?
15:27:42
6      A   No.
7      Q   Do you know whether this is an image of
8  one of the yearbook records in which you appear?
9      A   I don't know.
10         MR. BAUMANN:  I'm going to take this down
15:27:59
11  and I want to mark now Exhibit 5 which I will add to
12  our Exhibit Share link.
13         (Deposition Exhibit 5 was marked
14         for identification by the court
15         reporter and is attached hereto.)
15:28:12
16         MR. BAUMANN:  And Sam, let me know once
17  you have that.
18         MR. STRAUSS:  You can go ahead and do the
19  screen share.
20  BY MR. BAUMANN:
15:28:37
21     Q   Mr. Sessa, this Exhibit 5 is a document
22  with the Ancestry Bates stamp 00000259.
23         Do you recognize this document, Mr. Sessa?
24     A   I don't know.
25         Yes, yes, I recognize this document.   15:29:02

Page 53

14 (Pages 50 - 53)

**Page 54**

1    Q   And what is it?
15:29:05
2    A   It's a school class picture.
3    Q   And do you know whether this is the image
4  that appeared in one of the thumbnail pop-ups we
5  were looking at in Exhibit 3 or 4?
15:29:22
6    A   I don't know.
7    Q   And looking at Exhibit 5, do you appear on
8  this page?
9    A   I have a question.  Is this Exhibit 5?
10    Q   Yes.
15:29:39
11    A   Yes.
12    Q   And I will direct your attention down to
13  the fourth row, the first person, is that you,
14  Mr. Sessa?
15    A   It is.
15:29:53
16    Q   And we see next to you a student named
17  Debbie Sharp.
18    Do you see that?
19    A   Yes.
20    Q   And when is the last time you spoke with
15:30:03
21  Debbie Sharp?
22    A   I don't know.  I'm not sure.
23    Q   Do you know whether she still lives in
24  Nevada?
25    A   I do not know that.                    15:30:17

**Page 55**

1    Q   Do you know whether she may have gotten
15:30:18
2  married after high school?
3    A   I don't know that, either.
4    Q   Do you know whether she still goes by the
5  name "Debbie Sharp"?
15:30:27
6    A   I don't know.
7    Q   And we see above you another student named
8  Colleen Schwarz.
9    Do you see that?
10    A   Yes.
15:30:44
11    Q   And when is the last time you spoke with
12  Ms. Schwarz?
13    A   I don't know.
14    Q   Do you know whether she still lives in
15  Nevada?
15:30:54
16    A   I do not know that.
17    Q   Do you know whether she still goes by the
18  name "Colleen Schwarz"?
19    A   I do not know.
20    Q   Any idea what she looks like now?
15:31:02
21    A   No.
22    Q   I want to turn back, Mr. Sessa, to
23  Exhibit 1, which we were looking at previously which
24  is the complaint here, and I will share my screen
25  with you.                                   15:31:22

**Page 56**

1    And are you able to see that document,
15:31:30
2  Mr. Sessa?
3    A   Yes.
4    Q   I want to scroll down to paragraph 27.
5    Are you able to read paragraph 27?
15:31:40
6    A   Yes.
7    Q   And if we look at the first portion of the
8  first sentence, it says,
9    "A screenshot showing the
10    results of a search for Anthony
15:31:52
11    Sessa's name on Ancestry.com is
12    shown below."
13    Do you see that?
14    A   Yes.
15    Q   And then I'm going to scroll down to the
15:32:02
16  next page and we see some images excerpted here.
17    Do you see those?
18    A   Yes.
19    Q   And is it your understanding, Mr. Sessa,
20  that these reflect the search results for your name
15:32:16
21  in Ancestry's yearbook database?
22    A   Yes.
23    Q   Do you know who conducted these searches?
24    A   No, I don't know.
25    Q   Do you know who captured these          15:32:33

**Page 57**

1  screenshots?
15:32:36
2    A   No, I don't know.
3    Q   Do you know what search parameters were
4  used to generate these search results on Ancestry's
5  website?
15:32:49
6    A   I do not know.
7    Q   Do you know when these images were
8  captured?
9    A   I don't know that, either.
10    Q   If you look at this first image here, it
15:33:02
11  says results one through three of three.
12    Do you see that, Mr. Sessa?
13    A   Yes.
14    Q   Is it your understanding that this search
15  of your name pulled up three results in Ancestry's
15:33:13
16  yearbook database?
17    A   Yes.
18    Q   Do you know whether besides these three
19  records, any of your other yearbook records appear
20  on Ancestry's website?
15:33:28
21    A   I don't know.
22    Q   Is it your understanding that these are
23  the three records on which your claims to Ancestry
24  are raised?
25    A   Yes.                                   15:33:41

1     MR. STRAUSS:  Object to form.
15:33:42
2         You may answer the question.
3   BY MR. BAUMANN:
4     Q   Sorry.  Was that a "yes"?
5     A   Ask the question again, please.
15:33:51
6     Q   Sure.
7         Is it your understanding that these three
8   records that we're looking at here in Exhibit 1 are
9   the yearbook records on which your claims against
10  Ancestry are based?
15:34:05
11    MR. STRAUSS:  Same objection.
12  You may answer, Mr. Sessa.
13    THE WITNESS:  I don't know.
14  BY MR. BAUMANN:
15    Q   Aside from these three yearbook records,
15:34:14
16  are you aware of any other yearbook records on
17  Ancestry's website?
18    A   I don't know that.
19    Q   I want to scroll back up to the text of
20  paragraph 27 and I want to highlight in particular
15:34:29
21  this second sentence here.
22        Are you able to see that second sentence?
23    A   Did you highlight something?
24    Q   Sorry.  It should be.  I don't if you can
25  see my cursor.                          15:34:47

Page 58

1         Are you able to see that?
15:34:48
2     A   Yes.
3     Q   And it says,
4         "These pages are accessible both to
5         paying subscribers and to users of
15:34:53
6         Ancestry's promotional 14-day 'free
7         trial.'"
8         Do you see that?
9     A   Yes.
10    Q   And was it your understanding when you
15:35:04
11  made this allegation in paragraph 27 that to access
12  the images that we were just looking at below, the
13  user has to sign up for Ancestry's services?
14    A   Yes.
15    Q   Other than whoever captured these
15:35:26
16  screenshots we were just looking at, do you know
17  whether any free trial user of Ancestry's website
18  has ever searched your name on Ancestry's site?
19    A   I don't know that.
20    Q   Do you know whether any user has ever
15:35:41
21  searched your name on Ancestry's site?
22    A   I don't know that, either.
23    Q   I want to take a look at paragraph 31
24  of your complaint now.
25        Are you able to see paragraph 31 on your   15:36:01

Page 59

1   screen?
15:36:04
2     A   Yes.
3     Q   And if we look at the first portion of
4   this first sentence, it says,
5         "A screenshot showing the
15:36:10
6         results of a search for Anthony
7         Sessa's name on the promotional
8         limited-access version of
9         Ancestry's website is shown below."
10        Do you see that?
15:36:23
11    A   Yes.
12    Q   And this says "promotional limited-access
13  version."
14        What does that mean?
15    A   I would assume that means the fourteen-day
15:36:34
16  free trial.
17        Is that what that refers to?
18    Q   This is your complaint, Mr. Sessa.  I'm
19  trying to understand what you are referring to
20  there.
15:36:48
21        Do you have an understanding of what you
22  are referencing there?
23    A   Yes.
24    Q   And what are you referencing there?
25    A   The fourteen-day free trial.        15:36:59

Page 60

1     Q   So let's scroll down and take a look at
15:37:06
2   the images in paragraph 31.
3         And can you tell me, Mr. Sessa, what this
4   first image reflects.
5     A   There is no image there.
15:37:19
6     Q   I'm seeing on my screen -- and you can let
7   me know if you see something different -- a
8   screenshot of Ancestry's web page that says at the
9   top "All U.S., School Yearbooks, 1900-1999 results
10  for Tony Sessa."
15:37:38
11        Do you see that?
12    A   Yes.
13    Q   And that screenshot is what I was
14  referring to as "the image."
15        Are you able to see that on your screen?
15:37:48
16    A   Yes.
17    Q   And can you tell me what that screenshot
18  reflects.
19    A   My name, where I live.
20        Is that what you are asking me?
15:38:04
21    Q   Sure.
22        So what I'm asking, Mr. Sessa, is do you
23  have an understanding whether these are search
24  results from Ancestry's website.
25    A   Yes.                               15:38:17

Page 61

16 (Pages 58 - 61)

1 Q   And we're looking at these search results
15:38:24
2 in paragraph 31 which you allege are the search
3 results that are accessible through a promotional
4 limited-access version of the Ancestry website.
5    Do you see that?
15:38:41
6 A   Yes.
7 Q   And I want to scroll back up to
8 paragraph 27.
9    And as I understand your paragraph 27,
10 you're alleging that these are the search results
15:38:58
11 visible to paying subscribers and users of the
12 fourteen-day free trial; is that right?
13 A   Correct.
14 Q   And then if we look down these search
15 results in paragraph 27 that are visible to
15:39:13
16 fourteen-day free trial users and paying
17 subscribers, they look different than the search
18 results we were just looking at in paragraph 31 for
19 the promotional limited-access version.
20    Would you agree?
15:39:33
21 A   Yes.
22 Q   And do you know why the search results
23 look different for the promotional limited-access
24 version as opposed to those in the prior paragraph
25 we were looking at for the fourteen-day free trial   15:39:47

Page 62

1 or paying subscribers?
15:39:50
2 A   I don't know.
3 Q   And I might have asked this already but
4 apologies if you already answered it.
5    Do you have an understanding of what you
15:40:02
6 mean by "promotional limited-access version"?
7 A   I don't -- I don't -- I don't know.
8 Q   Do you know what search parameters were
9 used to generate the search results reflected in
10 paragraph 31?
15:40:19
11 A   I don't know that.
12 Q   Do you know who conducted these searches?
13 A   I don't know that, either.
14 Q   If you look at the first record on this
15 screenshot in paragraph 31 where it says "View
15:40:35
16 Record Tony Sessa year."
17    Do you see that?
18 A   Yes.
19 Q   And do you know whether that is a record
20 of one of your high school yearbooks?
15:40:52
21 A   Yes.
22 Q   And how do you know that?
23 A   It's got my name on it.
24 Q   Well, we were looking, Mr. Sessa, earlier,
25 and we agreed that -- well, sorry.  Let me start   15:41:11

Page 63

1 that question over
15:41:16
2    You would agree, Mr Sessa, that there
3 might have been other individuals named "Tony Sessa"
4 who attended high school in Nevada, right?
5 A   There could be
15:41:28
6 Q   And so my question is how do you know that
7 this is your record as opposed to one of those other
8 Tony Sessas that attended school in Nevada?
9 A   I don't know that   I don't know
10 Q   As we sit here today, Mr Sessa, do you
15:41:50
11 know whether the records reflected in this
12 screenshot in paragraph 31 of your complaint are
13 your yearbook records?
14 A   Yes, they are my yearbook records
15 Q   And how do you know that?
15:42:09
16 A   I have seen the photographs
17 Q   Well, I'm asking specifically, Mr Sessa,
18 about this screenshot that we're looking at here
19    Do you see any photographs in that
20 screenshot?
15:42:24
21 A   No, I don't see any photographs in this
22 screenshot
23 Q   So my question is just viewing this
24 screenshot, do you know whether these three records
25 are records from your high school yearbook or those   15:42:39

Page 64

1 of another Tony Sessa who went to school in Nevada?
15:42:43
2    MR. STRAUSS:  Object to the form of the
3 question.
4    You may answer, Mr. Sessa.
5    THE WITNESS:  I don't know.
15:42:52
6 BY MR. BAUMANN:
7 Q   I want to look down, Mr. Sessa, at
8 paragraph 32.
9    And are you able to see paragraph 32 on
10 your screen?
15:43:24
11 A   Yes.
12 Q   And I want to direct your attention
13 specifically to the last sentence which I will
14 highlight for you.
15    Are you able to see that?
15:43:31
16 A   Yes.
17 Q   And it says,
18    "Upon information and belief,
19    Ancestry has and continues to send
20    targeted promotional email messages
15:43:39
21    including Anthony Sessa's name,
22    photograph, and likeness."
23    Do you see that?
24 A   Yes.
25 Q   And what is your basis for that   15:43:48

Page 65

17 (Pages 62 - 65)

1   allegation?
    15:43:50
2       A   Can you rephrase the question.
3       Q   Sure.
4           What support do you have for your
5   allegation that Ancestry has sent targeted
    15:44:10
6   promotional E-mail messages including your name,
7   photograph, and likeness?
8       A   I don't know how to answer that.  I don't
9   know.
10      Q   Do you know whether any of your
    15:44:27
11  information has ever been included by Ancestry in a
12  promotional E-mail message?
13      A   Yes.
14      Q   And how do you know that?
15      A   The research -- the research showed that
    15:44:50
16  and that's why it's filed.
17          MR. STRAUSS:  So Mr. Sessa, I'm going to
18  interrupt you and I'm going to remind you that
19  anything that you learned through your conversations
20  with counsel or any communications you had with
    15:45:00
21  counsel is privileged and not to disclose.
22          So I'm going to allow you to answer the
23  question if you can without closing any
24  communication that you had with counsel.
25
                                              Page 66

1   BY MR  BAUMANN:
    15:45:15
2       Q   And to be clear, Mr  Sessa, I'm asking
3   only about facts that are within your knowledge   I
4   am not asking you to tell me about communications
5   with your counsel
    15:45:28
6           So with that focus in mind, do you know as
7   you sit here today whether any of your information
8   has ever been included by Ancestry in a promotional
9   E-mail message?
10      A   I don't know
    15:45:44
11      Q   Have you ever seen a promotional E-mail
12  message containing any of your information that was
13  sent by Ancestry?
14      A   Not to my knowledge
15      Q   Have you ever spoken with anyone who's
    15:46:02
16  told you they received a promotional E-mail message
17  containing your information that was sent by
18  Ancestry, and again, with the admonition that I am
19  not looking for attorney-client communications
20      A   The answer is no
    15:46:21
21      Q   Do you have an understanding of what
22  information appears in the E-mail messages that
23  Ancestry sends?
24      A   No
25      Q   And you say in your complaint promotional     15:46:42
                                              Page 67

1   E-mail message.
    15:46:47
2           What is a promotional E-mail message?
3       A   I don't know.
4       Q   Do you know whether what you referred to
5   as promotional E-mail messages contain any names?
    15:46:58
6       A   I don't know that.
7       Q   Do you know whether what you referred to
8   as promotional E-mail messages include any
9   photographs?
10      A   I don't know that, either.
    15:47:14
11      Q   And then this uses the term "likeness."
12  You will see that at the end.
13          What do you understand a likeness to be?
14      A   An image.
15      Q   Would that be something different than
    15:47:31
16  photographs?
17      A   I don't know.
18      Q   Do you know whether any of what you
19  referred to as promotional E-mail messages that
20  Ancestry sends include likenesses?
    15:47:47
21      A   I don't know.
22      Q   Have you ever used Ancestry's website?
23          And apologies if I might have asked you
24  that before.
25      A   No.                                15:48:12
                                              Page 68

1       Q   Have you ever had a subscription to
    15:48:16
2   Ancestry's website?
3       A   No.
4       Q   Do you have any understanding as to
5   whether some of the services on Ancestry's site are
    15:48:24
6   available only to those with subscriptions?
7       A   I don't know that.
8       Q   We were just looking a moment ago,
9   Mr. Sessa, at your allegations in your complaint.
10          And as you recall, one of the allegations
    15:48:52
11  was that certain search results appeared to users
12  who had a fourteen-day free trial or who were paying
13  subscribers to Ancestry's website.
14          Do you recall that?
15      A   Yes.
    15:49:06
16      Q   So does that refresh your recollection as
17  to whether certain services on Ancestry's website
18  are available only to those who subscribe to
19  Ancestry's site?
20      A   I don't know.
    15:49:24
21      Q   Do you know whether you have ever agreed
22  to the terms and conditions on Ancestry's website?
23      A   I am sorry.  Could you repeat the
24  question.
25      Q   Sure.                              15:49:38
                                              Page 69

Page 70

```
1       Do you know whether you have ever agreed
15:49:39
2   to the terms and conditions on Ancestry.com's
3   website?
4       A   No.
5       Q   Do you have an understanding as to whether
15:49:49
6   Ancestry has terms and conditions in place for those
7   who sign up for its services?
8       A   I am sure they do.
9       Q   Do you know, Mr Sessa, whether your
10  counsel has ever accessed Ancestry's website?
15:50:11
11      A   I don't know that
12      Q   Is that something you would have expected
13  them to do in investigating the allegations in your
14  complaint?
15      A   Yes
15:50:23
16      Q   And do you know whether your counsel ever
17  agreed to Ancestry's terms and conditions?
18      MR STRAUSS:  Object to form
19      You may answer
20      THE WITNESS:  I don't know
15:50:34
21  BY MR BAUMANN:
22      Q   Is that something you would expect they
23  might do as part of researching the allegations in
24  your complaint?
25      MR STRAUSS:  Object to the form of the    15:50:47
```
Page 70

Page 71

```
1   question.
15:50:48
2       You may answer it.
3       THE WITNESS:  I would assume they would do
4   that, yes.
5   BY MR. BAUMANN:
15:50:55
6       Q   Mr. Sessa, do you maintain any social
7   media profiles?
8       A   No.
9       Q   Do you have a LinkedIn?
10      A   No.
15:51:24
11      Q   What about a Facebook?
12      A   No.
13      Q   Twitter?
14      A   No.
15      MR. BAUMANN:  I'm going to pull up a
15:51:35
16  document here.  Let me add it to our Exhibit Share
17  folder.
18      For some reason this one is not coming up.
19      Do you mind going off the record for one
20  minute?
15:52:17
21      MR. STRAUSS:  Sure.
22      MR. BAUMANN:  Thank you.
23      THE VIDEOGRAPHER:  Going off the record.
24  The time is 3:52 p.m.
25      (Off the record.)                          15:52:23
```
Page 71

Page 72

```
1       THE VIDEOGRAPHER:  Back on the record.
16:06:50
2       The time is 4:06 p.m.
3   BY MR. BAUMANN:
4       Q   And Mr. Sessa, before we took our break, I
5   was asking you whether you used any form of social
16:06:56
6   media and there was just one document I wanted to
7   take a quick look at.
8       (Deposition Exhibit 6 was marked
9       for identification by the court
10      reporter and is attached hereto.)
16:07:05
11      MR. BAUMANN:  And Sam, it's in the Exhibit
12  Share folder now and I will pull this up and share
13  my screen with you.
14  BY MR. BAUMANN:
15      Q   Are you able to see this document,
16:07:25
16  Mr. Sessa?
17      And this has been marked as Exhibit 6.
18      A   Yes.
19      Q   And do you recognize this document?
20      A   No.
16:07:34
21      Q   So this at the top of the page says
22  "Anthony Sessa -- Las Vegas, Nevada, United States /
23  Professional Profile / LinkedIn."
24      Do you see that?
25      A   Yes.                                    16:07:51
```
Page 72

Page 73

```
1       Q   And do you have an understanding of
16:07:52
2   whether this is your LinkedIn profile?
3       A   I don't have a LinkedIn profile.
4       Q   So this is -- if this isn't yours, then
5   this would be presumably another Anthony Sessa in
16:08:01
6   Nevada?
7       A   It could be.
8       Q   And we can take this document down.
9       Mr. Sessa, how is it that -- well, let me
10  rephrase that question.
16:08:19
11      Do you contend that you have been harmed
12  by Ancestry's use of your yearbook records on its
13  website?
14      A   Yes.
15      Q   And how do you content that that use of
16:08:31
16  your yearbook records on Ancestry's website has
17  harmed you?
18      A   It's -- well, because they have taken my
19  information and my photograph and used it in their
20  advertising.
16:08:47
21      Q   And are there any other -- sorry, I didn't
22  mean to cut you off.
23      A   I didn't know if you heard it.
24      Q   I heard you.
25      Aside from what you just stated, is there    16:09:05
```
Page 73

19 (Pages 70 - 73)

1  any other way that you contend you have been harmed
16:09:09
2  by Ancestry's use of your yearbook records on its
3  website?
4      A   Other than them not asking for my
5  permission?  So I guess the answer is no
16:09:21
6      Is that -- that is my answer, no
7      Q   And you said that Ancestry uses your
8  yearbook information to advertise
9      What do you mean by that?
10     A   Well, they have used my information and my
16:09:46
11 image to advertise on their website for new
12 subscribers
13     Q   And what I am trying to understand is when
14 you use the term "advertise," what is it that you
15 are saying Ancestry did with your yearbook records
16:10:05
16 that you consider to be advertising?
17     A   They linked my photograph and information
18 to their advertising
19     Q   And when you said "to their advertising,"
20 what are you referring to?
16:10:22
21     A   Their website  They have linked my
22 information to their website to gain subscription
23     Q   And do you know whether Ancestry has
24 gained any subscribers as a result of the existence
25 of your yearbook records on the Ancestry website?        16:10:47

Page 74

1      A   I don't know that.
16:10:50
2          MR. STRAUSS:  Object to form.
3          You may answer.
4          THE WITNESS:  I don't know that.
5  BY MR. BAUMANN:
16:10:55
6      Q   We were looking earlier, Mr. Sessa, in
7  your complaint at some search results that pulled up
8  to the name "Tony Sessa."
9          Do you recall that?
10     A   Yes.
16:11:12
11     Q   And do you consider those search results
12 to be advertisements?
13     A   Yes.
14     Q   And why is that?
15     A   They're tied into the website.
16:11:24
16     Q   Mr. Sessa, you live in New Mexico,
17 correct?
18     A   Correct.
19     Q   Is there a Yellow Pages directory in
20 New Mexico?
16:11:51
21     A   I don't know that.
22     Q   When you were living in Nevada, did you
23 ever see a Yellow Pages directory that was
24 distributed to the area?
25     A   Yes, when they used to do that.          16:12:04

Page 75

1      Q   And do you have an understanding whether
16:12:07
2  the white pages section of those books contained
3  address and telephone and name information for local
4  residents?
5      A   Yes, that's correct.
16:12:25
6      Q   And do you know whether your information
7  ever appeared in the white pages that you have seen?
8      A   I don't know that.
9      Q   In your view, Mr. Sessa, is the inclusion
10 of a name in the white pages directory advertising?
16:12:45
11         MR. STRAUSS:  Object to form.
12         You may answer the question, Mr. Sessa.
13         THE WITNESS:  I don't know.
14 BY MR. BAUMANN:
15     Q   If nobody ever saw or searched your name
16:13:04
16 on Ancestry's website, in your view, Mr. Sessa, has
17 Ancestry still used your yearbook information for
18 advertising?
19     A   Yes.
20     Q   And why is that?
16:13:23
21     A   Because they have taken my information and
22 photograph and used it without my permission.
23     Q   And in your view that is advertising?
24     A   They linked it to advertising for their
25 website.                                      16:13:41

Page 76

1      Q   Have you ever provided written consent to
16:13:51
2  anyone for the use of your yearbook information?
3      A   Not that I know of, no.
4      Q   Have you ever provided written consent to
5  any third parties to use your name?
16:14:08
6      A   No.
7      Q   Have you ever provided written consent to
8  any third parties to use your identity?
9      A   No.
10     Q   Have you ever provided written consent to
16:14:20
11 any third parties to use your likeness?
12     A   No.
13     Q   Do you recall, Mr. Sessa, when you were in
14 high school and you first had your photograph
15 depicted in your yearbook whether you provided
16:14:36
16 written consent to the publishers to use your
17 yearbook -- sorry -- use your photo in the yearbook?
18     A   I don't know that.
19     Q   Have you ever granted any license to use
20 your name?
16:14:59
21     A   No.
22     Q   Have you ever granted any license to use
23 your likeness?
24     A   No.
25     Q   Have you ever granted any license to use    16:15:11

Page 77

20 (Pages 74 - 77)

1   your identity?
16:15:13
2       A   No
3       Q   Have you ever otherwise granted permission
4   or authorization to use your name, likeness, or
5   identity?
16:15:24
6       A   No
7           MR BAUMANN: Sam, can we take two
8   minutes  We might be done here
9           You cut out, Sam
10          MR STRAUSS: I was just saying excellent
16:15:50
11  work
12          MR BAUMANN: Let's go off the record for
13  two minutes
14          THE VIDEOGRAPHER: Going off the record
15          MR STRAUSS: Jack, just because I don't
16:15:56
16  want to take a subsequent break, is it okay if we
17  make it a five-minute?
18          MR BAUMANN: Sure
19          THE VIDEOGRAPHER: Going off the record
20          The time is 4:16 p m
16:16:04
21      (Off the record )
22          THE VIDEOGRAPHER: Back on the record
23          The time is 4:22 p m
24          MR BAUMANN: All right, Mr Sessa  I
25  don't have any more questions for you today, barring      16:22:51

Page 78

1   any follow-up I might have in the event your counsel
16:22:55
2   has further questions.
3           MR. STRAUSS: So I just have a few
4   questions.
5           Jack, would you assist in pulling up the
16:23:02
6   complaint again.  I apologize.
7           MR. BAUMANN: Of course.
8           MR. STRAUSS: And I believe, though I
9   don't have it -- I believe page 9 is what I was --
10  if you could turn to.
16:23:22
11          MR. BAUMANN: Sure thing.  Is that good?
12          MR. STRAUSS: Yeah, that is perfect.
13
14              EXAMINATION
15  BY MR. STRAUSS:
16:23:26
16      Q   Mr. Sessa, can you see the exhibit -- I
17  believe it's Exhibit Number 1 -- that Jack just put
18  on the screen for us?
19          MR. STRAUSS: Shall we go off record for a
20  minute?
16:24:04
21          MR. BAUMANN: Yes.
22          THE VIDEOGRAPHER: Going off the record.
23          MR. STRAUSS: Yes, please.
24          THE VIDEOGRAPHER: Going off the record.
25          The time is 4:24 p.m.                16:24:09

Page 79

1       (Off the record )
16:24:11
2           THE VIDEOGRAPHER: Back on the record
3           The time is 4:25 p m
4   BY MR STRAUSS:
5       Q   Mr Sessa, on the screen you should see
16:25:39
6   what has been previously marked as Exhibit Number 1
7   and I believe we're looking at page 9 of Exhibit 1
8           Can you tell me, Mr Sessa, are you able
9   to see three photographs?
10      A   Yes
16:25:55
11      Q   And you can tell me who the -- who is
12  depicted in those photographs?
13      A   Myself
14          MR STRAUSS: And, Jack, would you mind
15  scrolling to the next page
16:26:06
16          MR BAUMANN: Here?
17          MR STRAUSS: Perfect
18  BY MR STRAUSS:
19      Q   Mr Sessa, can you tell me who is depicted
20  in that image?
16:26:12
21      A   Myself
22      Q   Do you have any trouble identifying the
23  identity of the person in that image?
24      A   No
25          MR STRAUSS: And can we scroll to the      16:26:24

Page 80

1   next page.
16:26:26
2   BY MR. STRAUSS:
3       Q   And Mr. Sessa, I'm going to ask you the
4   same question.
5           Could you tell me who is depicted in the
16:26:31
6   image currently on the screen on page 10 of
7   Exhibit 1.
8       A   Myself.
9       Q   Do you have any trouble identifying the
10  person depicted in that image?
16:26:43
11      A   No, that is me.
12          MR. STRAUSS: All right.
13          And Jack, would you mind scrolling down
14  further.
15  BY MR. STRAUSS:
16:26:51
16      Q   And then last set here, Mr. Sessa, can you
17  tell me who is depicted on the bottom of page 10 in
18  that image.
19      A   That is myself.
20      Q   Do you have any trouble identifying the
16:27:01
21  person depicted in this image?
22      A   No.
23          MR. STRAUSS: And Jack, it is okay, you
24  can take Exhibit 1 off the screen.
25

Page 81

21 (Pages 78 - 81)

BY MR. STRAUSS:
16:27:12
Q    Mr. Sessa, what is it that you allege
Ancestry.com has done regarding your yearbook photos
and information?
A    They have used my information, photos, for
16:27:28
advertising for their website Ancestry.com.
Q    Do you believe that Ancestry.com has made
money from the use of your yearbook photos and
information?
A    Yes.
16:27:41
Q    Do you believe that your yearbook photos
and information have value to Ancestry.com?
A    Yes.
MR. STRAUSS:  I have no further questions,
so Jack?
16:27:53
MR. BAUMANN:  I just have one quick
follow-up for you, Mr. Sessa.

FURTHER EXAMINATION
BY MR. BAUMANN:
16:27:59
Q    When your counsel was asking you
questions, you said you believed that Ancestry had
made money from its use of your yearbook records; is
that right?
A    Correct.                    16:28:12

Page 82

---

Q    And why do you believe Ancestry's made
16:28:13
money from use of your yearbook record?
A    Because they used my information and
picture for advertising, and if it got subscribers,
then they have made money off of my image and
16:28:28
information.
Q    And I think we covered this earlier, but
you don't know whether Ancestry gained any
subscribers as a result of your yearbook record on
its website; is that correct?
16:28:43
A    I don't know that.  That's correct.
Q    So you know whether Ancestry's made any
money as a result of its use of your yearbook
record; is that right?
MR. STRAUSS:  Object to form.
16:28:54
You may answer it.
THE WITNESS:  That is correct.
MR. BAUMANN:  No further questions from
me.
MR. STRAUSS:  I'm all set here, as well,
16:29:02
Mr. Sessa.
THE VIDEOGRAPHER:  This is the end of
the video recorded deposition of Anthony Sessa.
We're off the record at 4:29 p.m.
The number of media used is five and will      16:29:15

Page 83

---

be retained by Veritext.
16:29:32
(The deposition was concluded at
4:29 p m.)

Page 84

---

DECLARATION


I, ANTHONY SESSA, do hereby declare that I
have read the foregoing transcript; that I have made
any corrections as appear noted, in ink, initialed
by me, or attached hereto; that my testimony as
contained herein, as corrected, is true and correct.
I declare under the penalties of perjury
under the laws of the State of California that the
foregoing is true and correct.
This declaration is executed this _____
day of _____, 2022, at
_____, California.



_____
ANTHONY SESSA

Page 85

22 (Pages 82 - 85)

1  STATE OF _____ )
                                    ) Ss.
2  COUNTY OF _____ )

3

4      I, DARYL BAUCUM, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify;
7      That the foregoing proceedings were taken
8  before me at the time and place herein set forth,
9  at which time the witness named in the foregoing
10  proceeding was placed under oath; that a record
11  of the proceedings was made by me using machine
12  shorthand which was thereafter transcribed under my
13  direction; and that the foregoing pages contain a
14  full, true and accurate record of all proceedings
15  and testimony to the best of my skill and ability.
16      I further certify that I am neither
17  financially interested in the outcome nor a relative
18  or employee of any attorney or any party to this
19  action.
20      IN WITNESS WHEREOF, I have subscribed my
21  name this 14th day of October 2022.
22

23

24

25      DARYL BAUCUM, CSR No. 10356

Page 86

---

1  _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2     Transcript - The witness should review the transcript and
3     make any necessary corrections on the errata pages included
4     below, noting the page and line number of the corrections.
5     The witness should then sign and date the errata and penalty
6     of perjury pages and return the completed pages to all
7     appearing counsel within the period of time determined at
8     the deposition or provided by the Federal Rules.
9  __ Federal R&S Not Requested - Reading & Signature was not
10    requested before the completion of the deposition.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 88

---

1  SAMUEL STRAUSS, ATTORNEY AT LAW
2  Sam@TurkeStrauss.com
3         OCTOBER 14, 2022
4  RE: SESSA V. ANCESTRY.COM
5  OCTOBER 11, 2022, ANTHONY SESSA, JOB NO. 5468893
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10    to schedule a time to review the original transcript at
11    a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13    Transcript - The witness should review the transcript and
14    make any necessary corrections on the errata pages included
15    below, noting the page and line number of the corrections.
16    The witness should then sign and date the errata and penalty
17    of perjury pages and return the completed pages to all
18    appearing counsel within the period of time determined at
19    the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21    Counsel - Original transcript to be released for signature
22    as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24    time of the deposition.
25

Page 87

---

1  SESSA V. ANCESTRY.COM
2  ANTHONY SESSA (#5468893)
3         E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22

23  _____  _____
24  WITNESS                    Date
25

Page 89

23 (Pages 86 - 89)

**[& - accurate]**

| & |
|---|
| **&**   4:6 7:8,10 42:7 87:23 88:9 |

| **0** |
|---|
| **00000259**   53:22 |
| **02292**   1:4 2:4 8:23 |

| **1** |
|---|
| **1**   1:11,18,25 2:11 6:14 7:5 19:2 43:5,14,21,21 44:2 45:19 55:23 58:8 79:17 80:6,7 81:7,24 88:1 |
| **10**   6:6 81:6,17 |
| **1000**   4:10 |
| **102**   3:19 |
| **10356**   1:23 2:22 86:25 |
| **11**   1:17 2:21 8:1 8:7 12:15,17 87:5 |
| **11201**   3:20 |
| **13**   12:15 |
| **14**   59:6 87:3 |
| **14th**   86:21 |
| **17**   21:2,6 22:12 22:13 |
| **19**   7:5 |
| **1900-1999**   61:9 |
| **1900-2016**   45:2 51:23 |

| **2** |
|---|
| **2**   7:8 41:8,9,17 48:10 |

**20**   43:5,14,21,22 44:2
**2000**   10:9
**2007**   12:6
**2007/2008**   13:1
**2008**   12:9,19
**201**   3:9
**2020**   18:5,8 21:2 21:6 22:12,14
**2022**   1:17 2:21 8:1,7 85:14 86:21 87:3,5
**2025.520**   87:9,12
**213.443.3000**   4:12
**23**   6:13
**24**   6:14
**27**   56:4,5 58:20 59:11 62:8,9,15
**2:13**   2:19 8:2,6
**2:20**   1:4 2:4 8:23

| **3** |
|---|
| **3**   7:10 47:16 49:17 54:5 |
| **30**   46:1,4,7 47:9 88:1 |
| **31**   59:23,25 61:2 62:2,18 63:10,15 64:12 |
| **32**   65:8,9 |
| **3411**   43:6,14,22 43:23 |
| **347.645.0464**   3:21 |
| **3:08**   50:18 |
| **3:25**   50:21 |

**3:52**   71:24

| **4** |
|---|
| **4**   7:13 50:22 51:4 54:5 |
| **41**   7:8 |
| **47**   7:10 |
| **4:06**   72:2 |
| **4:16**   78:20 |
| **4:22**   78:23 |
| **4:24**   79:25 |
| **4:25**   80:3 |
| **4:29**   2:20 83:24 84:3 |

| **5** |
|---|
| **5**   7:14 53:11,13 53:21 54:7,9 |
| **50**   1:11 2:11 7:13 |
| **500**   4:20 |
| **53**   7:14 |
| **53703**   3:10 |
| **5468893**   87:5 89:2 |
| **5468893-2**   1:25 |
| **555**   4:19 |
| **597.770**   7:6 |
| **597.770.**   19:22 |
| **598.0903**   7:6 |

| **6** |
|---|
| **6**   6:13 7:16 72:8 72:17 |
| **608.237.1775**   3:11 |
| **613**   3:8 |
| **650.801.5000**   4:22 |

**6568**   86:24

| **7** |
|---|
| **72**   7:16 |
| **74**   28:16 |
| **77**   28:16,16 |
| **79**   6:7 |

| **8** |
|---|
| **82**   6:6 |
| **865**   4:9 |
| **88310**   10:10 |
| **89**   1:25 |

| **9** |
|---|
| **9**   79:9 80:7 |
| **90017**   4:11 |
| **94065**   4:21 |

| **a** |
|---|
| **ability**   86:15 |
| **able**   19:7 21:8 34:12 41:22,23 42:6 45:23 46:3 47:20 49:16 50:5 51:13 53:4 56:1,5 58:22 59:1,25 61:15 65:9,15 72:15 80:8 |
| **absolutely**   19:12 |
| **access**   59:11 60:8,12 62:4,19 62:23 63:6 |
| **accessed**   70:10 |
| **accessible**   59:4 62:3 |
| **accurate**   15:10 86:14 |

Page 1

[action - aside]

**action**  7:5 9:4
  19:21 86:19
**ad**  29:25 30:4
**add**  47:13 53:11
  71:16
**added**  18:24
  51:5
**address**  10:8
  76:3
**adequate**  42:2
**admonition**
  67:18
**advertise**  30:5
  74:8,11,14
**advertisements**
  75:12
**advertising**
  18:21 73:20
  74:16,18,19
  76:10,18,23,24
  82:6 83:4
**advise**  23:13,14
  24:7,10,20,25
**advisement**
  46:21
**affiliations**  9:10
**afternoon**  8:4
  9:12
**ago**  14:9 17:17
  52:14 69:8
**agree**  8:15 62:20
  64:2
**agreed**  11:4
  24:15 63:25
  69:21 70:1,17
**ahead**  11:14
  42:15 49:22
  53:18

**al**  8:20,21
**alamogordo**
  10:10 17:25
**allegation**  46:11
  59:11 66:1,5
**allegations**
  20:17 47:4 69:9
  69:10 70:13,23
**allege**  62:2 82:2
**alleged**  46:6
**alleging**  47:5
  62:10
**allow**  66:22
**allowed**  25:6
**ancestry**  9:14
  16:22 22:6
  23:19 27:7,11,24
  46:21 51:19
  53:22 57:23
  58:10 62:4
  65:19 66:5,11
  67:8,13,18,23
  68:20 70:6 74:7
  74:15,23,25
  76:17 82:22
  83:8
**ancestry's**  20:24
  21:7,11,17,25
  22:2 23:8,20,23
  24:18 25:21,24
  26:7,19 27:4,18
  28:2 42:19,23
  47:6 48:5 52:11
  56:21 57:4,15,20
  58:17 59:6,13,17
  59:18,21 60:9
  61:8,24 68:22
  69:2,5,13,17,19

**69:22** 70:10,17
  73:12,16 74:2
  76:16 83:1,12
**ancestry.com**
  1:8,9,10 2:8,9,10
  4:3,4,4 7:13
  8:20 16:14
  18:19 20:11
  44:11 47:24
  56:11 82:3,7,12
  87:4 89:1
**ancestry.com's**
  70:2
**ancestry.com.**
  18:21 20:1,9
  82:6
**angeles**  4:11
**answer**  6:11
  10:17,20,21
  11:13,14,22
  14:24 15:1 22:8
  23:13,14 24:8,10
  26:14 30:23,23
  31:14 33:13,16
  33:22 34:16,23
  36:12 37:8 38:4
  38:15,24 39:10
  39:17 40:4,13
  41:4 44:3 50:3,3
  58:2,12 65:4
  66:8,22 67:20
  70:19 71:2 74:5
  74:6 75:3 76:12
  83:16
**answered**  37:5
  63:4
**anthony**  1:4,16
  2:4,17 6:4 7:2

**7:17** 8:18,19
  9:23 10:9 19:25
  46:22 52:15
  56:10 60:6
  65:21 72:22
  73:5 83:23 85:5
  85:20 87:5 89:2
**anybody**  29:4
  50:7
**apologies**  63:4
  68:23
**apologize**  79:6
**appear**  38:2 50:9
  53:8 54:7 57:19
  85:7
**appearance**  9:7
  9:9
**appearances**  3:1
  4:1 5:1
**appeared**  30:20
  31:6 37:19,23
  54:4 69:11 76:7
**appearing**  2:18
  3:7,18 4:8,18
  87:18 88:7
**appears**  67:22
**appreciative**
  23:2
**approximate**
  14:12
**approximately**
  21:5
**archive**  35:18
**area**  75:24
**arguing**  24:14
**arizona**  17:21
**aside**  12:25
  14:20 15:12,20

## [aside - buy]

16:6 25:18
58:15 73:25
**asked**  11:14
27:10 37:5 63:3
68:23
**asking**  10:5
13:13 19:11
22:21 29:16
32:7,9 43:25
49:19 61:20,22
64:17 67:2,4
72:5 74:4 82:21
**assist**  79:5
**associate**  33:2
**associated**  43:20
**assume**  33:8
37:16 38:7
60:15 71:3
**assuming**  29:12
52:24
**attached**  19:4
41:11 47:18
50:24 53:15
72:10 85:8
**attend**  17:6
28:11,14
**attended**  28:9
32:18 45:13
64:4,8
**attention**  46:2
48:20 54:12
65:12
**attorney**  3:6,17
4:7,17 9:11
23:12 24:11,25
25:2,10,16 67:19
86:18 87:1

**attorneys**  13:4,8
13:12,17,20 16:6
17:1 21:19 22:3
22:5,11 24:22
**audio**  8:14
**authorization**
78:4
**authorize**  23:7
**available**  36:10
69:6,18
**avoid**  25:11
**aware**  36:9
58:16

### b

**b**  88:1
**back**  15:25
25:18 28:5 32:4
44:24 50:20
51:2 55:22
58:19 62:7 72:1
78:22 80:2
**background**
17:4
**bankruptcy**  12:3
12:5,7,12,25
**bar**  51:19
**barring**  78:25
**based**  23:12
24:10 25:2
58:10
**basically**  16:16
31:19
**basis**  65:25
**bates**  53:22
**baucum**  1:23
2:21 9:2 86:4,25

**baumann**  4:7
6:6 9:12,13 10:2
10:5 18:22 19:5
19:18 22:20
23:1,5,13,14,16
24:9,12,16 25:5
25:13 26:16
29:13,15,24 31:2
33:14,24 34:18
35:1 36:14 38:6
38:17 39:5,12,19
40:7,14 41:6,12
41:16,20 44:16
44:23 47:19
50:11,15 51:1,8
53:10,16,20 58:3
58:14 65:6 67:1
70:21 71:5,15,22
72:3,11,14 75:5
76:14 78:7,12,18
78:24 79:7,11,21
80:16 82:16,20
83:18
**baumann's**  25:9
**beginning**  2:19
9:10
**behalf**  1:4 2:4
9:17 20:21
22:11
**belated**  29:13
**belief**  65:18
**believe**  16:18
28:20 31:19
43:1 45:17 48:6
48:8 79:8,9,17
80:7 82:7,11
83:1

**believed**  82:22
**bell**  12:16
**ben**  3:22
**benjamin**  3:16
3:17 9:18 13:22
**benosbornlaw....**
3:22
**bergen**  3:19
**best**  25:11 86:15
**bit**  10:16,18
19:19 22:24
24:23 44:25
**blanket**  44:14
**blocked**  19:12
**blow**  49:18,20
49:22
**blue**  45:1
**books**  31:22 76:2
**born**  18:15
**bottom**  43:12,14
81:17
**box**  19:10
**break**  11:18,19
11:23 51:6 52:8
72:4 78:16
**briefly**  17:3
**bring**  23:18
**broadly**  13:15
**brooklyn**  3:20
**brother**  16:10,12
16:21,25
**bubble**  48:15
**bunch**  49:14
**businesses**  30:1
30:4
**buy**  37:13

Page 3

**[ca - counsel]**

| c |
|---|

ca  87:9,12,20
california  4:11
  4:21 85:11,15
  86:5
call  52:2
camera  8:11
captured  56:25
  57:8 59:15
case  8:22 14:7
  16:6,9,11,13
  18:17,19 20:11
  23:6 45:18
catch  33:15
ccp  87:9,12
certain  69:11,17
certified  9:20
  86:4
certify  86:6,16
change  89:4,7,10
  89:13,16,19
chapter  12:15,15
  12:17
check  23:23
checked  27:6
  35:10,20 36:6
christina  9:14
christinahenri...
  4:23
civil  87:19,20
claims  18:17
  24:6 57:23 58:9
class  7:5 9:17
  19:21 31:18
  49:13 54:2
classmates  32:3
  33:9,19 34:3,7
  35:7,12,17,24

clear  67:2
client  23:12
  24:11 25:2,10,16
  67:19
closing  66:23
club  28:24
code  87:9,12,19
  87:20
collection  42:25
  48:5
colleen  55:8,18
come  14:7
coming  71:18
committee  28:25
communication
  24:21 25:1,10
  29:21 66:24
communications
  25:12,16 66:20
  67:4,19
company  1:10
  2:10
compiling  28:22
complaint  7:5
  14:19,20,23 15:6
  15:9,12,13 19:21
  20:8,11,13,17,20
  20:25 21:1
  23:18 45:18
  46:1 48:24 52:8
  55:24 59:24
  60:18 64:12
  67:25 69:9
  70:14,24 75:7
  79:6
complete  11:8
completed  87:7
  87:17 88:6

completely
  22:20 23:1
completes  29:16
completion
  88:10
concluded  84:2
conditions  69:22
  70:2,6,17
conducted  8:9
  8:23 56:23
  63:12
confirm  20:16
confusing  24:23
congratulations
  17:12
connection  8:11
consent  77:1,4,7
  77:10,16
consider  74:16
  75:11
contact  16:25
  21:19 22:2 87:9
contain  68:5
  86:13
contained  20:17
  76:2 85:9
containing  67:12
  67:17
contains  48:10
contend  73:11
  74:1
content  25:1
  73:15
continue  8:14
continued  4:1
  5:1
continues  65:19

contrived  29:20
conversation
  10:18 24:24
conversations
  66:19
copies  30:19
  31:5 33:6,19,25
  34:4,8,12 35:8
  35:25 36:3,10,16
  36:18 38:8,20
copy  29:8
corporation  1:8
  1:9 2:8,9
correct  14:3
  15:4,11 18:9
  20:12,19,22 21:4
  25:14 26:19,20
  27:19,22 28:10
  32:13 39:6,11
  44:18 45:14
  46:11 47:5,10
  48:12,13 49:4
  51:19 62:13
  75:17,18 76:5
  82:25 83:10,11
  83:17 85:9,12
corrected  85:9
corrections  85:7
  87:14,15 88:3,4
corresponding
  46:19
cost  29:11
counsel  3:1 4:1
  5:1 8:19 9:8
  11:11,12,13 23:6
  23:18 24:5,19
  66:20,21,24 67:5
  70:10,16 79:1

[counsel - et]

82:21 87:18,21
  88:7
**county**  86:2
**couple**  50:13
**course**  22:18
  31:3 46:16 79:7
**court**  1:1 2:1
  8:22 9:1,20
  10:22 11:5 19:3
  41:10 47:17
  50:23 53:14
  72:9
**covered**  83:7
**create**  38:10
**cristina**  4:17
**crr**  1:23 2:22
**csr**  1:23 2:22
  86:25
**currently**  17:23
  81:6
**cursor**  58:25
**cut**  42:14 73:22
  78:9
**cv**  1:4 2:4 8:23

**d**

**d**  6:1
**daryl**  1:23 2:21
  9:2 86:4,25
**database**  48:11
  56:21 57:16
**date**  8:6 21:8,23
  87:16 88:5
  89:24
**day**  59:6 60:15
  60:25 62:12,16
  62:25 69:12
  85:14 86:21

**debbie**  54:17,21
  55:5
**debts**  12:22
**december**  21:2,6
  22:12,13
**declaration**  85:1
  85:13
**declare**  85:5,10
**declared**  12:13
**defendant**  9:14
**defendants**  1:12
  2:12 4:3 8:19
**definitely**  17:15
**delaware**  1:9,10
  2:9,10
**delayed**  22:25
**depends**  8:10
**depicted**  77:15
  80:12,19 81:5,10
  81:17,21
**depicting**  40:19
**deposed**  10:11
**deposition**  1:16
  2:17 7:1 8:8,18
  13:6,18 14:2,15
  15:14,21 16:2
  19:2 22:24 41:9
  47:16 50:22
  53:13 72:8
  83:23 84:2
  87:19,22,24 88:8
  88:10
**depositions**
  10:16,19
**description**  7:4
**deserved**  17:15
**details**  16:11

**determined**
  87:18,22 88:7
**different**  15:6
  32:25 61:7
  62:17,23 68:15
**direct**  46:2 48:19
  54:12 65:12
**direction**  86:13
**directory**  75:19
  75:23 76:10
**disagree**  24:13
**disclose**  25:1
  66:21
**disclosing**  25:11
**discussed**  16:9
**discussions**
  25:19
**displaying**  46:21
**distributed**  30:8
  75:24
**district**  1:1,2 2:1
  2:2 8:22,22
**document**  18:23
  19:8,12,17,20
  20:4,6 41:7,22
  42:5,6,11,17
  43:4 45:21
  47:12,20,23,25
  49:7 51:13,16
  52:19 53:21,23
  53:25 56:1
  71:16 72:6,15,19
  73:8
**documents**
  14:16,21,22 15:3
  15:5,8,13
**doing**  38:19 39:8

**dolphin**  4:19
**donated**  35:13
  35:14,17,25
**draw**  39:4
**drive**  4:19
**due**  12:22
**duly**  9:24

**e**

**e**  6:1 66:6,12
  67:9,11,16,22
  68:1,2,5,8,19
  87:9,12 88:1
  89:3,3,3
**earlier**  63:24
  75:6 83:7
**early**  17:19
**educational**  17:4
**effect**  22:23
**efficiently**  51:5
**either**  21:12 55:3
  57:9 59:22
  63:13 68:10
**email**  65:20
**emanuel**  4:6
  9:13,15
**employee**  86:18
**ended**  12:18
**engage**  29:20
**engaged**  22:10
  23:18
**enrichment**  7:7
**entire**  10:20,20
**entry**  45:9
**errata**  87:14,16
  88:3,5
**et**  7:6,6 8:20,21

[event - gosh]

| | | | |
|---|---|---|---|
| **event** 79:1 | **fair** 11:24,25 | **follows** 9:25 87:8 | **g** |
| **everybody** 33:3 | 24:15 | **foregoing** 85:6 | |
| **exact** 21:23 | **family** 34:21 | 85:12 86:7,9,13 | **gain** 74:22 |
| **examination** 6:5 | 35:2 | **form** 23:10 | **gained** 74:24 |
| 10:1 79:14 | **farther** 53:1 | 26:12 30:21 | 83:8 |
| 82:19 | **fault** 25:9 | 33:12,21 34:14 | **general** 16:6 |
| **examined** 9:25 | **february** 17:18 | 34:22 36:11 | 32:9 |
| **example** 35:16 | **federal** 88:1,8,9 | 38:3,13,22 39:15 | **generally** 36:9 |
| **excellent** 78:10 | **feels** 10:18 | 40:2,3 41:2 44:9 | **generate** 57:4 |
| **excerpted** 56:16 | **figueroa** 4:9 | 58:1 65:2 70:18 | 63:9 |
| **executed** 85:13 | **file** 12:5 22:11 | 70:25 72:5 75:2 | **getting** 29:22 |
| **exhibit** 7:5,8,10 | **filed** 8:21 12:3 | 76:11 83:15 | **give** 15:1 16:25 |
| 7:13,14,16 18:25 | 15:7 16:22 20:8 | **forth** 86:8 | 24:3 31:9 |
| 19:2 41:8,8,9,17 | 20:14,21,25 | **found** 24:17 | **given** 35:7 |
| 44:7 45:15,19 | 66:16 | 25:20,23 | **giving** 11:4 |
| 47:13,16 48:10 | **filing** 27:16,20 | **foundation** | **go** 8:15 10:14 |
| 49:17 50:12,22 | **financially** 9:4 | 44:20 | 11:13 28:6 |
| 51:3,4,5 53:11 | 86:17 | **four** 14:22 15:2 | 42:15 49:22 |
| 53:12,13,21 54:5 | **finding** 26:6,18 | 15:5 | 50:16 53:18 |
| 54:7,9 55:23 | **finish** 10:20 | **fourteen** 60:15 | 78:12 79:19 |
| 58:8 71:16 72:8 | 22:21 23:1 | 60:25 62:12,16 | **goals** 27:16 |
| 72:11,17 79:16 | **first** 9:24 10:9 | 62:25 69:12 | **goes** 55:4,17 |
| 79:17 80:6,7 | 11:23 14:4 18:6 | **fourth** 54:13 | **going** 18:22 |
| 81:7,24 | 20:23 45:1 | **frcp** 88:1 | 19:19 21:15 |
| **exhibits** 7:1 | 51:22 54:13 | **free** 59:6,17 | 23:9,11 24:3,7,9 |
| **existed** 20:24 | 56:7,8 57:10 | 60:16,25 62:12 | 24:20,25 29:14 |
| **existence** 74:24 | 60:3,4 61:4 | 62:16,25 69:12 | 29:19 41:7 42:3 |
| **expect** 70:22 | 63:14 77:14 | **friends** 32:11,14 | 44:5,25 45:21 |
| **expected** 23:22 | **five** 78:17 83:25 | 32:25 34:21 | 50:11,12,17 |
| 70:12 | **focus** 42:2 67:6 | **full** 86:14 | 53:10 56:15 |
| **expenses** 26:6,17 | **folder** 41:18 | **functionality** | 66:17,18,22 |
| **explain** 43:9 | 47:14 71:17 | 44:21 | 71:15,19,23 |
| **f** | 72:12 | **funner** 29:22 | 78:14,19 79:22 |
| | **folks** 34:11 | **funny** 10:16 | 79:24 81:3 |
| **facebook** 71:11 | **follow** 79:1 | **further** 79:2 | **good** 8:4 9:12 |
| **facts** 67:3 | 82:17 | 81:14 82:14,19 | 42:3 79:11 |
| **factual** 20:16 | **following** 32:5,6 | 83:18 86:16 | **goodness** 43:9 |
| | | | **gosh** 14:8 |

Veritext Legal Solutions
866 299-5127

[gotten - job]

**gotten** 55:1
**government**
  35:18
**graduated** 17:5
  28:16
**grant** 5:5 8:25
**granted** 77:19
  77:22,25 78:3
**great** 41:16
  42:10
**ground** 10:14
  44:22
**grounds** 44:16
**guess** 30:14
  34:17 36:13
  38:16,25 43:19
  44:3 46:13 74:5
**guys** 19:16

**h**

**h** 89:3
**h2** 10:10
**hand** 10:3
**handled** 87:8
**happened** 12:22
**happy** 25:25
**hard** 29:19
**harmed** 73:11
  73:17 74:1
**head** 15:25
**heard** 8:13 73:23
  73:24
**held** 12:21
**help** 43:11
**helps** 53:2
**henriquez** 4:17
  9:15

**hereto** 19:4
  41:11 47:18
  50:24 53:15
  72:10 85:8
**high** 7:15 17:5,7
  28:6,7,8,11,14
  28:19,22 29:7
  30:3,8,11,18
  31:4,9,16,25
  33:5 34:4,8,11
  35:3,7,13,17,24
  36:3,4,15,18
  37:18 38:8,12,20
  45:13 55:2
  63:20 64:4,25
  77:14
**highlight** 58:20
  58:23 65:14
**highlighting**
  48:17 52:3
**hired** 23:6
**honestly** 36:23
**hope** 26:21
**hour** 14:14
**hover** 46:7,18
  47:7 52:7

**i**

**idea** 33:11,17
  36:23 50:10
  55:20
**identification**
  19:3 41:10
  47:17 50:23
  53:14 72:9
**identify** 49:16
  50:5,7 53:4

**identifying**
  80:22 81:9,20
**identity** 77:8
  78:1,5 80:23
**illegally** 16:15
**image** 40:16,19
  40:25 49:10,11
  49:17 50:6,8
  52:22,23 53:5,7
  54:3 57:10 61:4
  61:5,14 68:14
  74:11 80:20,23
  81:6,10,18,21
  83:5
**images** 18:20
  38:10 40:22
  50:7 56:16 57:7
  59:12 61:2
**important** 10:19
**improper** 44:8
**include** 13:20
  31:17 68:8,20
**included** 34:1
  66:11 67:8
  87:14 88:3
**including** 9:8
  65:21 66:6
**inclusion** 76:9
**inclusive** 1:11
  2:11
**incur** 26:5,17
**indicating** 46:24
**individual** 37:17
**individuals** 64:3
**information**
  6:18 16:14 17:1
  18:20 26:3,24
  27:15,17 31:16

  31:21 39:1 47:8
  65:18 66:11
  67:7,12,17,22
  73:19 74:8,10,17
  74:22 76:3,6,17
  76:21 77:2 82:4
  82:5,9,12 83:3,6
**informing** 19:14
**initialed** 85:7
**ink** 85:7
**instructed** 6:11
**instructs** 11:13
**interested** 9:4
  86:17
**internet** 8:11
**interrupt** 22:16
  66:18
**intrusion** 7:7
**investigate** 23:7
  23:19
**investigating**
  24:6 70:13
**involved** 16:18
  29:1,4
**issues** 11:18
**it'll** 43:11

**j**

**j** 10:9
**jack** 9:13 10:5
  22:16 25:4 50:4
  50:13 78:15
  79:5,17 80:14
  81:13,23 82:15
**jackbaumann**
  4:13
**job** 1:25 17:20
  25:7 87:5

Page 7

[john - mark]

**john**  4:7
**joined**  9:18

**k**

**keeps**  36:16
**kept**  32:1
**knew**  16:19
**know**  11:19
  15:19 16:19
  19:6 21:23 22:8
  24:2,22 25:8
  28:1,23 29:10,18
  30:2 33:4,9 34:3
  34:6,7,10 35:5,6
  35:9,12,15,16,23
  36:1,2,15,17
  37:12,15,25 38:5
  39:25 40:9,24
  41:13,21 42:1,2
  44:7,8,20 45:9
  45:11 47:25
  48:16 49:11
  50:8 51:9 52:23
  53:7,9,16,24
  54:3,6,22,23,25
  55:1,3,4,6,13,14
  55:16,17,19
  56:23,24,25 57:2
  57:3,6,7,9,18,21
  58:13,18 59:16
  59:19,20,22 61:7
  62:22 63:2,7,8
  63:11,12,13,19
  63:22 64:6,9,9
  64:11,15,24 65:5
  66:8,9,10,14
  67:6,10 68:3,4,6
  68:7,10,17,18,21

  69:7,20,21 70:1
  70:9,11,16,20
  73:23 74:23
  75:1,4,21 76:6,8
  76:13 77:3,18
  83:8,11,12
**knowledge**  67:3
  67:14

**l**

**las**  18:12,13 28:7
  72:22
**law**  3:6,16,17 4:7
  4:17 11:5 26:23
  87:1
**laws**  85:11
**lawsuit**  12:2,4
  13:2 16:22
  22:11 26:22
  27:17,21
**lawyer**  25:17
**lawyers**  25:19
**learn**  20:23
  21:10
**learned**  21:6,17
  21:24 22:1,6
  66:19
**leave**  19:11
**left**  19:25
**legal**  87:7
**liability**  1:10
  2:10
**libraries**  36:9
**library**  35:23,25
  36:2
**license**  36:25
  37:19,23 39:14
  39:23 40:15,22

77:19,22,25
**life**  18:15
**likeness**  65:22
  66:7 68:11,13
  77:11,23 78:4
**likenesses**  68:20
**likes**  25:6
**limited**  1:10 2:10
  60:8,12 62:4,19
  62:23 63:6
**line**  6:12 87:15
  88:4 89:4,7,10
  89:13,16,19
**link**  46:19 53:12
**linked**  74:17,21
  76:24
**linkedin**  7:16
  71:9 72:23 73:2
  73:3
**list**  42:24
**listed**  47:8
**lists**  7:8,10 42:7
  48:4
**little**  10:16,18
  19:19 22:24
  24:23 44:25
**live**  17:23,25
  18:11,13 61:19
  75:16
**lived**  18:2
**lives**  54:23 55:14
**living**  17:9 75:22
**llc**  1:10 2:10 4:4
**local**  30:1,4 36:2
  76:3
**locked**  87:12
  88:1

**long**  14:12 17:17
  18:2,13 28:11
  38:25 39:8
  44:13
**look**  43:4 47:12
  48:14 49:2
  51:21 52:13
  56:7 57:10
  59:23 60:3 61:1
  62:14,17,23
  63:14 65:7 72:7
**looked**  28:2 52:8
**looking**  39:13
  45:19 48:9,25
  52:14 54:5,7
  55:23 58:8
  59:12,16 62:1,18
  62:25 63:24
  64:18 67:19
  69:8 75:6 80:7
**looks**  49:13
  55:20
**los**  4:11
**lost**  36:22
**lovely**  22:23
**low**  46:9,23

**m**

**machine**  86:11
**madison**  3:10
**mail**  66:6,12
  67:9,11,16,22
  68:1,2,5,8,19
**maintain**  71:6
**manager**  17:21
**march**  18:6,7
**mark**  1:4 2:4
  8:20 16:10

**[mark - operations]**

19:25 41:7
53:11
**marked**  19:2
41:9 47:16
50:22 51:4
53:13 72:8,17
80:6
**married**  55:2
**material**  29:11
**matter**  8:19 10:7
24:25
**maximum**  26:23
**mean**  32:9 33:4
42:14 43:21
60:14 63:6
73:22 74:9
**means**  43:8,18
44:4 60:15
**meant**  13:14
15:25
**media**  8:17 71:7
72:6 83:25
**medical**  26:17
**meet**  13:4,8,12
14:4
**meeting**  19:11
**meetings**  14:13
**members**  35:2
**memories**  30:14
31:13
**message**  46:24
66:12 67:9,12,16
68:1,2
**messages**  65:20
66:6 67:22 68:5
68:8,19
**met**  10:4 13:16
13:23 14:10

15:16
**mexico**  10:10
17:25 18:1,2,10
75:16,20
**middle**  19:10
**mind**  67:6 71:19
80:14 81:13
**minute**  29:23
45:16 71:20
78:17 79:20
**minutes**  14:14
50:14 78:8,13
**moment**  21:16
22:17 52:14
69:8
**money**  82:8,23
83:2,5,13
**mortgage**  12:22
**mouse**  52:3
**moved**  18:4,10
**moving**  25:18
36:22

**n**

**n**  6:1
**name**  8:25 10:5
10:8 31:18
39:14,20,23 40:1
40:10 42:20,24
43:19,24 45:5
46:22 55:5,18
56:11,20 57:15
59:18,21 60:7
61:19 63:23
65:21 66:6 75:8
76:3,10,15 77:5
77:20 78:4
86:21

**named**  45:12
54:16 55:7 64:3
86:9
**names**  29:3 68:5
**necessary**  87:14
88:3
**need**  11:20 24:12
50:15 51:12
**neighborhood**
33:3
**neither**  86:16
**nev**  7:5
**nevada**  1:2 2:2
8:22 18:12,14
19:22 28:7 45:7
45:13 54:24
55:15 64:4,8
65:1 72:22 73:6
75:22
**never**  27:10 28:2
35:10,20 36:6
**new**  3:20 10:10
17:25 18:1,2,10
74:11 75:16,20
**notating**  87:15
88:4
**note**  8:8
**noted**  85:7
**noticing**  9:11
**november**  18:5
**number**  7:4 8:22
79:17 80:6
83:25 87:15
88:4

**o**

**oath**  11:3 86:10

**object**  11:12
23:9,11 26:12
30:18,21 31:4
34:14,22 36:11
38:3,13,22 39:15
40:2,2 41:2 58:1
65:2 70:18,25
75:2 76:11
83:15
**objection**  29:13
33:12,21 39:9
44:6,9,12,14
58:11
**objections**  9:6
40:12
**objects**  11:11
**obligation**  27:14
27:20
**obtained**  16:15
**occasions**  11:11
15:17
**occurred**  35:21
**october**  1:17
2:21 8:1,7 18:5
86:21 87:3,5
**offer**  29:25
**office**  3:16 87:11
**oh**  32:22
**okay**  23:3 29:17
42:15 44:13
78:16 81:23
**old**  34:20 36:3
36:15,18 37:1
38:8
**once**  41:13 42:2
53:16
**operations**  1:8
2:8 4:3 8:21

Veritext Legal Solutions
866 299-5127

[opportunity - previously]

opportunity 24:4

opposed 62:24 64:7

original 49:7 52:19 87:10,21

osborn 3:16,17 9:18 13:22,24 14:5,6 15:17,20 16:6

outcome 9:5 86:17

**p**

p.m. 2:19,20 8:2 8:6 50:18,21 71:24 72:2 78:20,23 79:25 80:3 83:24 84:3

page 6:5,12 7:4 7:13,14,16 43:2 43:12 44:18 46:8 48:7,9 51:18 54:8 56:16 61:8 72:21 79:9 80:7 80:15 81:1,6,17 87:15 88:4 89:4 89:7,10,13,16,19

pages 1:25 37:18 37:23 38:1,9 43:19,21,23 59:4 75:19,23 76:2,7 76:10 86:13 87:14,17,17 88:3 88:6,6

paid 39:20 40:18

paragraph 46:1 46:4,7 47:9 56:4 56:5 58:20 59:11,23,25 61:2 62:2,8,9,15,18 62:24 63:10,15 64:12 65:8,9

parameters 57:3 63:8

parents 32:20,22 35:3

part 70:23

participants 2:18 8:12

particular 58:20

parties 8:15 77:5 77:8,11

parts 15:6

party 9:3 12:1 13:1 86:18

pause 24:1

pay 26:9 29:8 38:1 40:1,10,25

paying 59:5 62:11,16 63:1 69:12

pdf 87:12 88:1

penalties 85:10

penalty 87:16 88:5

pending 11:22

people 32:18 34:5,13,20 45:12

perfect 79:12 80:17

period 13:1 87:18 88:7

perjury 85:10 87:17 88:6

permission 16:15 18:20 26:2,24 74:5 76:22 78:3

person 36:23 54:13 80:23 81:10,21

photo 49:13 77:17

photocopy 7:14

photograph 26:3 31:18 39:1 40:16,18,25 46:23 65:22 66:7 73:19 74:17 76:22 77:14

photographs 16:14 40:22 52:24 53:3 64:16,19,21 68:9 68:16 80:9,12

photos 82:3,5,8 82:11

phrase 13:14 16:1

picture 49:6 52:18 54:2 83:4

pictures 34:1 49:15,17 50:6

pixilated 49:25

place 8:15 24:4 70:6 86:8

placed 86:10

plaintiff 9:17

plaintiffs 1:6 2:6 3:3 20:1

planning 16:22

plans 37:9,10,22 39:22 40:21

playing 15:24

please 8:8 9:7,20 21:21 22:20 29:15 40:6 46:15 58:5 79:23

pocket 26:6

point 11:17 17:16 24:13,13 24:22 37:6

pop 7:12 46:8,20 47:8 48:15,22,23 49:2 52:2,6,7,13 54:4

portion 56:7 60:3

portions 15:9,12

preliminary 10:7

preparation 14:2

prepare 13:5,17 15:14

preparing 14:15

present 5:4 9:8 15:18

press 19:13

presumably 73:5

previously 13:17 18:25 44:17 48:10 55:23 80:6

Veritext Legal Solutions
866 299-5127

[printout - referencing]

**printout** 43:2
**prior** 17:20
  20:25 62:24
**privilege** 23:12
  24:11 25:2
**privileged** 25:10
  66:21
**probably** 13:25
  14:8
**problem** 23:4
**procedure** 87:19
  87:20
**proceed** 24:19
**proceeding** 9:6
  86:10
**proceedings**
  12:7,18 86:7,11
  86:14
**professional**
  72:23
**profile** 7:16
  72:23 73:2,3
**profiles** 71:7
**promotional**
  46:20 59:6 60:7
  60:12 62:3,19,23
  63:6 65:20 66:6
  66:12 67:8,11,16
  67:25 68:2,5,8
  68:19
**provide** 11:4,8
**provided** 77:1,4
  77:7,10,15 87:19
  88:8
**published** 31:22
**publishers** 77:16
**pull** 18:22 41:6
  45:21 50:12

71:15 72:12
**pulled** 57:15
  75:7
**pulling** 79:5
**purchase** 30:7
  30:13
**purchased** 30:16
**put** 10:3 33:18
  38:10 41:8,18
  79:17
**putting** 29:4,11

**q**

**qualifies** 12:4
**quality** 8:10,11
**question** 10:21
  11:14,22,23
  12:11 14:25
  15:24 19:9 22:9
  22:21 23:2,12
  24:2 25:4,18
  26:13 29:16
  30:22,25 31:14
  33:13 34:15
  37:4 38:14,23
  39:16 40:3,5
  41:3 42:16 44:3
  44:6,13 46:14,15
  50:3,4 54:9 58:2
  58:5 64:1,6,23
  65:3 66:2,23
  69:24 71:1
  73:10 76:12
  81:4
**questions** 6:11
  10:6,17 11:10
  25:6 44:8,15
  78:25 79:2,4

82:14,22 83:18
**quick** 19:9 72:7
  82:16
**quinn** 4:6 9:13
  9:15
**quinnemanuel....**
  4:13,23

**r**

**r** 3:17 89:3,3
**r&s** 88:1,9
**raised** 18:15
  57:24
**reach** 22:5
**reaction** 25:23
**read** 56:5 85:6
**reading** 87:23
  88:9
**real** 19:9
**really** 29:19
**reason** 11:7 31:8
  43:1 48:6 71:18
  89:6,9,12,15,18
  89:21
**reasons** 30:15
**recall** 12:10,12
  12:14 21:23
  22:10,13,15
  25:22 28:21,25
  30:3,6 69:10,14
  75:9 77:13
**receive** 29:8
  46:20
**received** 31:21
  31:25 33:6 34:8
  67:16
**recognize** 20:4
  42:11,16 47:23

51:16 53:23,25
  72:19
**recollection**
  69:16
**record** 8:5,16
  9:10 10:4,8
  27:11 46:8,10,19
  46:20 50:16,17
  50:19,20 63:14
  63:16,19 64:7
  71:19,23,25 72:1
  78:12,14,19,21
  78:22 79:19,22
  79:24 80:1,2
  83:2,9,14,24
  86:10,14
**recorded** 8:13
  8:18 19:14
  83:23
**recording** 8:10
  8:14
**records** 20:24
  21:7,10,18,24
  22:1,7 23:8,24
  24:17 25:21,24
  26:7,19 27:3,7
  27:21,24 38:21
  39:8 45:10 50:9
  53:8 57:19,19,23
  58:8,9,15,16
  64:11,13,14,24
  64:25 73:12,16
  74:2,15,25 82:23
**redwood** 4:21
**referenced** 87:6
**referencing**
  48:24 52:7
  60:22,24

Veritext Legal Solutions
866 299-5127

[referred - school's]

referred  68:4,7
  68:19
referring  60:19
  61:14 74:20
refers  44:1 60:17
reflect  56:20
reflected  63:9
  64:11
reflects  61:4,18
refresh  69:16
regarding  44:6
  44:11 82:3
rehash  24:12
related  9:3
relates  45:9
relative  86:17
released  87:21
remember  21:5
  21:12
remind  22:19
  66:18
reminder  24:24
remote  1:16 2:17
  22:24
remotely  2:18
  8:23 9:9
removal  27:3
remove  27:7
removed  27:17
  27:21
repeat  69:23
rephrase  12:11
  46:15 66:2
  73:10
reported  1:23
reporter  9:2,20
  10:22 19:4
  41:11 47:18

50:24 53:15
72:10 86:5
represent  42:22
  48:2 52:10
representing
  8:25
requested  88:1,9
  88:10
research  66:15
  66:15
researching
  70:23
residents  76:4
resolution  46:9
  46:23
respond  22:22
response  24:3,4
responsible
  12:21 28:21,23
restriction  33:18
restrictions  24:5
result  12:20 26:6
  26:18 74:24
  83:9,13
results  7:9,11
  42:8 43:14 44:2
  46:8 47:6,7 48:3
  48:10 56:10,20
  57:4,11,15 60:6
  61:9,24 62:1,3
  62:10,15,18,22
  63:9 69:11 75:7
  75:11
retained  84:1
retire  17:13,17
retired  17:11
retirement  17:19
  18:3

retiring  17:20
return  87:17
  88:6
rev  7:5
review  14:16,18
  14:21 20:13
  87:8,10,13 88:2
reviewed  14:22
  14:23 15:2,8,14
  45:17
revised  19:22
right  11:12 15:3
  21:3,14 25:14
  26:15 27:18,21
  28:17 30:1
  31:22 32:12
  33:7 34:1,13,21
  37:7 38:21 45:4
  45:13,18 48:14
  49:3 51:7,21
  52:1 62:12 64:4
  78:24 81:12
  82:24 83:14
ring  12:16
rmr  1:23 2:22
row  45:1 51:22
  54:13
rpr  1:23 2:21
rules  10:15 88:8

**s**

s  89:3
sam  3:12 9:16
  13:9 18:24
  24:12 25:14
  41:12,17 47:13
  51:4 53:16
  72:11 78:7,9

87:2
sam's  24:2
samuel  3:6 87:1
save  35:3
savvy  19:16
saw  76:15
saying  74:15
  78:10
says  19:25 21:1
  43:5,14,22 44:2
  45:2 49:3,5
  51:22 52:14,17
  56:8 57:11 59:3
  60:4,12 61:8
  63:15 65:17
  72:21
scan  38:9
scanned  38:10
scenario  39:3
schedule  87:10
school  7:8,10,15
  17:5,7 28:6,7,8
  28:12,15,19,22
  29:7 30:3,8,11
  30:18 31:4,10,17
  31:25 32:18
  33:6 34:4,8,11
  35:7,13,17,24
  36:3,15,19 37:18
  38:8,12,20 42:7
  42:24 45:2,13
  48:4 51:22 54:2
  55:2 61:9 63:20
  64:4,8,25 65:1
  77:14
school's  36:4
  48:11

[schooling - shared]

schooling   17:6
schools   31:9
   33:1 35:3
schwarz   55:8,12
   55:18
screen   8:13
   18:23 19:7,10
   41:13,22 42:5
   45:22 46:4
   47:14,21,21
   48:14 51:10
   53:19 55:24
   60:1 61:6,15
   65:10 72:13
   79:18 80:5 81:6
   81:24
screenshot   42:23
   48:3,7 52:11
   56:9 60:5 61:8
   61:13,17 63:15
   64:12,18,20,22
   64:24
screenshots   57:1
   59:16
scroll   19:19 42:1
   43:11,13 44:24
   45:25 56:4,15
   58:19 61:1 62:7
   80:25
scrolling   80:15
   81:13
sean   5:5 8:25
search   46:8 47:6
   47:7 48:3,10
   56:10,20 57:3,4
   57:14 60:6
   61:23 62:1,2,10
   62:14,17,22 63:8

63:9 69:11 75:7
   75:11
searched   59:18
   59:21 76:15
searches   56:23
   63:12
searching   42:19
   42:24
seclusion   7:7
second   23:1
   58:21,22
section   7:6 76:2
see   19:7,7,17,20
   19:23 20:2 21:1
   23:23 27:6 28:2
   31:21 35:20
   36:6 41:22,23
   42:5,6 43:5,13
   43:15 45:1,4,7
   45:23 46:3,8,25
   47:1,20,22 48:15
   48:16,21,22 49:3
   49:6,8,18,23,23
   50:1 51:10,11,13
   51:18,22,24 52:1
   52:4,14,18,20,25
   54:16,18 55:7,9
   56:1,13,16,17
   57:12 58:22,25
   59:1,8,25 60:10
   61:7,11,15 62:5
   63:17 64:19,21
   65:9,15,23 68:12
   72:15,24 75:23
   79:16 80:5,9
seeing   61:6
seeking   25:9
   27:4

seen   8:12 44:17
   64:16 67:11
   76:7
sell   36:25 37:9
   37:10,14,19,22
   39:14,22 40:15
   40:21
selling   30:19
   31:5
send   65:19
sends   67:23
   68:20
sense   10:25
   11:15 12:23
sent   66:5 67:13
   67:17
sentence   56:8
   58:21,22 60:4
   65:13
seq   7:6,6
services   59:13
   69:5,17 70:7
sessa   1:4,4,16
   2:4,4,18 6:4 7:2
   7:9,11,17 8:18
   8:20,20 9:17,23
   10:3,9,12 12:1
   16:10 17:3,10,24
   18:16 19:6,13,20
   20:1,23 23:14,17
   24:8,10,17,21
   25:14 26:5,14,21
   28:5 29:14,25
   30:24 33:15
   38:7 39:10 41:7
   41:14,21,23 42:8
   42:22,24 43:25
   44:5,10,17,24

45:5,13,23 46:3
   47:14,20 48:2,4
   48:11 49:3,12
   51:2,9,14 52:10
   52:15 53:5,21,23
   54:14 55:22
   56:2,19 57:12
   58:12 60:18
   61:3,10,22 63:16
   63:24 64:2,3,10
   64:17 65:1,4,7
   66:17 67:2 69:9
   70:9 71:6 72:4
   72:16,22 73:5,9
   75:6,8,16 76:9
   76:12,16 77:13
   78:24 79:16
   80:5,8,19 81:3
   81:16 82:2,17
   83:21,23 85:5,20
   87:4,5 89:1,2
sessa's   7:15
   46:22 56:11
   60:7 65:21
sessas   64:8
set   81:16 83:20
   86:8
setting   15:12
share   18:23,25
   24:21 32:2,20
   34:13 41:8,13,15
   41:17 45:22
   47:14,14 51:3,5
   53:12,19 55:24
   71:16 72:12,12
shared   32:24
   34:4

Veritext Legal Solutions
866 299-5127

[sharing - taken]

| | | | |
|---|---|---|---|
| **sharing**  21:15 | 47:21 58:4,24 | 13:24 14:5,6 | **subscriptions** |
| **sharp**  54:17,21 | 63:25 69:23 | 15:16,20 16:7 | 69:6 |
| 55:5 | 73:21 77:17 | 19:13 22:16,19 | **subsequent** |
| **shores**  4:21 | **sort**  28:5 29:20 | 23:4,9 24:7,15 | 78:16 |
| **shorthand**  86:4 | 33:18 | 24:20 25:5 | **suite**  3:9 4:10,20 |
| 86:12 | **sounds**  28:17 | 26:12 29:14,18 | **sullivan**  4:6 |
| **show**  32:17 | 32:11 | 30:21 33:12,21 | **supplied**  6:18 |
| 34:20 | **south**  4:9 | 34:14,22 36:11 | **support**  66:4 |
| **showed**  66:15 | **space**  10:10 30:1 | 38:3,13,22 39:9 | **sure**  10:19,23 |
| **showing**  56:9 | 30:4 | 39:15 40:2,12 | 12:3 14:24 |
| 60:5 | **speak**  15:21 16:1 | 41:2,15,19 44:5 | 21:22 22:8 25:7 |
| **shown**  56:12 | **specifically** | 44:19 50:16 | 29:1 32:8 35:4 |
| 60:9 | 64:17 65:13 | 51:7 53:18 58:1 | 40:8 42:18 |
| **side**  22:23 | **spoke**  16:2 54:20 | 58:11 65:2 | 44:16 46:13,16 |
| **sign**  32:4,12,14 | 55:11 | 66:17 70:18,25 | 49:20,22,24 |
| 59:13 70:7 | **spoken**  16:5 | 71:21 75:2 | 54:22 58:6 |
| 87:16 88:5 | 67:15 | 76:11 78:10,15 | 61:21 66:3 |
| **signature**  86:24 | **ss**  86:1 | 79:3,8,12,15,19 | 69:25 70:8 |
| 87:21,23,23 88:9 | **stamp**  53:22 | 79:23 80:4,14,17 | 71:21 78:18 |
| **similarly**  1:5 2:5 | **standard**  44:9 | 80:18,25 81:2,12 | 79:11 |
| **simple**  29:19 | **start**  63:25 | 81:15,23 82:1,14 | **swear**  9:21 |
| **sir**  19:17,24 20:3 | **stat**  7:6 | 83:15,20 87:1 | **sworn**  9:24 |
| **sit**  64:10 67:7 | **state**  9:7,9 10:8 | **street**  3:8,19 4:9 | **t** |
| **site**  21:11 28:2 | 85:11 86:1,5 | 10:9 | **t**  89:3,3 |
| 44:11,19,21 47:6 | 87:9,12 | **student**  54:16 | **take**  8:15 10:23 |
| 59:18,21 69:5,19 | **stated**  73:25 | 55:7 | 11:17,19,23 24:1 |
| **sitting**  10:23 | **states**  1:1 2:1 | **students**  29:7 | 27:10,11,24 29:3 |
| 13:5 | 8:21 72:22 | 31:12 33:5 | 31:12 37:8 |
| **situated**  1:5 2:5 | **statute**  19:22 | **subscribe**  69:18 | 45:15 47:11 |
| **skill**  86:15 | **stayed**  33:3 | **subscribed** | 50:11,13 53:10 |
| **slab**  17:21 | **step**  28:5 | 86:20 | 59:23 61:1 72:7 |
| **social**  71:6 72:5 | **stipulation** | **subscribers**  59:5 | 73:8 78:7,16 |
| **solutions**  87:7 | 87:20 | 62:11,17 63:1 | 81:24 |
| **sorry**  10:20 | **stop**  21:15 49:24 | 69:13 74:12,24 | **taken**  8:18 26:10 |
| 12:11 13:14 | **stopping**  38:18 | 83:4,9 | 27:15 73:18 |
| 21:13 22:9 23:3 | 39:7 | **subscription** | 76:21 86:7 |
| 23:13 30:25 | **strauss**  3:5,6 6:7 | 69:1 74:22 | |
| 33:15 42:13 | 9:16,16 13:9,21 | | |

Veritext Legal Solutions
866 299-5127

**[targeted - unjust]**

**targeted** 65:20
66:5
**tech** 11:18
**technology** 8:24
**telephone** 76:3
**tell** 16:12,17,21
17:3 18:16 21:8
24:1 25:3 49:15
49:24 61:3,17
67:4 80:8,11,19
81:5,17
**telling** 43:23
**ten** 13:25 14:1
14:10,14
**term** 68:11
74:14
**terms** 69:22 70:2
70:6,17
**testified** 9:25
44:10
**testimony** 11:3,8
85:8 86:15
**text** 45:2 58:19
**thank** 9:19 17:14
24:9 71:22
**thing** 11:21
12:22 79:11
**think** 15:2 22:4
22:23,24 24:13
30:12,15 42:18
44:7,20 83:7
**third** 77:5,8,11
**three** 28:13
57:11,11,15,18
57:23 58:7,15
64:24 80:9
**thumbnail** 54:4

**tied** 75:15
**tile** 17:22
**time** 8:6 9:7 13:1
21:17,25 28:6
36:22,22 50:15
50:18,21 54:20
55:11 71:24
72:2 78:20,23
79:25 80:3 86:8
86:9 87:10,18,24
88:7
**times** 13:23,25
14:1,11,24
**title** 42:7 43:5
**titled** 19:21
**today** 10:6 11:3
11:7,10 13:4,5
13:13,13,16
14:15,23 15:22
16:3 25:15
64:10 67:7
78:25
**today's** 13:17
14:2 15:14
**told** 16:13 19:16
24:19 67:16
**tony** 7:9,11,15
42:8,24 45:5,12
48:4,11 49:3
61:10 63:16
64:3,8 65:1 75:8
**top** 42:7 43:4
44:25 49:2
51:18 52:15
61:9 72:21
**toxic** 12:22
**tradition** 32:4

**transcribed**
86:12
**transcript** 85:6
87:6,8,10,13,13
87:21 88:2,2
**trial** 59:7,17
60:16,25 62:12
62:16,25 69:12
**tried** 36:25
37:19 39:14
40:15 42:13,19
**trouble** 80:22
81:9,20
**true** 35:5 37:16
85:9,12 86:14
**truthful** 11:8
20:18
**truthfully** 11:4
**try** 26:9 33:18
37:22 39:22
40:21
**trying** 25:15
27:23 39:3 47:3
48:19 60:19
74:13
**tuesday** 1:17
2:20 8:1
**turke** 3:5
**turkestrauss.co...**
3:12 87:2
**turn** 55:22 79:10
**twelve** 13:25
14:1,11
**twenty** 17:22
43:19
**twin** 4:19
**twitter** 71:13

**two** 14:8 17:18
17:19 18:3
21:13 78:7,13
**type** 12:12 48:23
52:6
**types** 31:16

**u**

**u.s.** 45:2 51:22
61:9
**unclear** 15:25
**underlying** 46:9
**understand** 11:2
20:6,10 27:23
34:19 37:4 46:6
46:14 47:3
60:19 62:9
68:13 74:13
**understanding**
18:17 23:17
26:25 31:8,11
43:7,17 44:1,4
44:14 56:19
57:14,22 58:7
59:10 60:21
61:23 63:5
67:21 69:4 70:5
73:1 76:1
**understood**
20:20 31:20
48:1
**unfortunately**
25:5
**unit** 8:17
**united** 1:1 2:1
8:21 72:22
**unjust** 7:7

Veritext Legal Solutions
866 299-5127

**[ups - yearbook]**

| | | | |
|---|---|---|---|
| **ups**  54:4 | 72:1 78:14,19,22 | **warehouse** | **wisconsin**  3:10 |
| **url**  51:19 | 79:22,24 80:2 | 17:21 | **witness**  6:4,11 |
| **urquhart**  4:6 | 83:22 | **waters**  25:8 | 8:12 9:21 19:15 |
| **usa**  45:7 | **videotaped**  1:16 | **way**  10:22 28:3 | 22:18 23:3 25:3 |
| **use**  39:20 40:1 | 2:17 | 33:2 74:1 | 26:15 29:17,22 |
| 40:10 44:11,21 | **view**  46:18 63:15 | **web**  7:13 43:2 | 30:25 33:23 |
| 73:12,15 74:2,14 | 76:9,16,23 | 44:18 48:7 61:8 | 34:17,24 36:13 |
| 77:2,5,8,11,16 | **viewing**  64:23 | **website**  7:13 | 38:5,16,25 39:11 |
| 77:17,19,22,25 | **violation**  7:5 | 20:24 21:7,18,25 | 39:18 40:5 41:5 |
| 78:4 82:8,23 | 19:21 | 22:2,7 23:8,20 | 50:13 58:13 |
| 83:2,13 | **virginia**  1:8 2:8 | 23:23 24:18 | 65:5 70:20 71:3 |
| **user**  47:6 59:13 | **virtual**  8:24 | 25:21,24 26:4,7 | 75:4 76:13 |
| 59:17,20 | **virtually**  8:9 | 26:19 27:4,8,18 | 83:17 86:9,20 |
| **users**  46:7,18 | **visible**  62:11,15 | 38:10,11 39:2 | 87:13,16 88:2,5 |
| 59:5 62:11,16 | **visited**  44:19 | 42:20,23 47:25 | 89:24 |
| 69:11 | **volume**  1:18 | 48:5 52:12 57:5 | **work**  78:11 |
| **uses**  68:11 74:7 | **vs**  1:7 2:7 | 57:20 58:17 | **wow**  23:15 |
| | | 59:17 60:9 | **written**  77:1,4,7 |
| **v** | **w** | 61:24 62:4 | 77:10,16 |
| **v**  87:4 89:1 | **w**  4:7 | 68:22 69:2,13,17 | **x** |
| **value**  37:6 82:12 | **wade**  25:7 | 69:22 70:3,10 | **x**  6:1 88:1 |
| **various**  15:17 | **wait**  22:20,25 | 73:13,16 74:3,11 | **y** |
| **vegas**  18:12,13 | 29:15 | 74:21,22,25 | **yeah**  23:21 32:8 |
| 28:7 72:22 | **waived**  87:23,23 | 75:15 76:16,25 | 32:22 34:17 |
| **veritext**  9:1,2 | **waiving**  87:20 | 82:6 83:10 | 46:13 47:22 |
| 84:1 87:7,9,11 | **want**  10:14 | **week**  18:6 | 53:3 79:12 |
| **version**  46:9 | 11:17 24:3 41:6 | **welcome**  51:2 | **year**  28:18 30:10 |
| 60:8,13 62:4,19 | 45:25 46:1 | **went**  32:25 65:1 | 31:10,13 32:6,6 |
| 62:24 63:6 | 47:11,11 49:18 | **western**  28:7,11 | 33:7 63:16 |
| **versus**  8:20 | 49:21 51:3 | 28:14 | **yearbook**  7:15 |
| **video**  8:14,17 | 53:11 55:22 | **whereof**  86:20 | 20:24 21:7,18 |
| 83:23 | 56:4 58:19,20 | **white**  19:10 76:2 | 22:1,6 23:8,24 |
| **videoconference** | 59:23 62:7 65:7 | 76:7,10 | 25:20,24 26:7 |
| 2:19 3:7,18 4:8 | 65:12 78:16 | **williamson**  3:8 | 27:3,11 28:18,24 |
| 4:18 | **wanted**  22:19 | **willing**  37:13 | 29:25 30:19 |
| **videographer** | 37:13 38:9,19 | 38:1 40:1,10,25 | 32:5,12 34:9 |
| 5:5 8:4 9:1,19 | 72:6 | **window**  7:12 | 35:8,18 37:11,13 |
| 50:17,20 71:23 | | | |

Veritext Legal Solutions
866 299-5127

**[yearbook - zooming]**

37:18,23 38:1
42:25 45:10
48:4,11 50:9
53:8 56:21
57:16,19 58:9,15
58:16 64:13,14
64:25 73:12,16
74:2,8,15,25
76:17 77:2,15,17
77:17 82:3,8,11
82:23 83:2,9,13
**yearbooks**  7:9
7:11 23:20
28:22 29:5,8
30:4,7,13 31:5,9
31:17,21,24
32:10,14,17 33:6
33:10,20,25 34:4
34:8,12,20 35:3
35:13,25 36:4,10
36:16,19,20 37:1
37:9 38:8,12,20
39:13 42:7 45:2
51:22 61:9
63:20
**years**  14:8 17:18
17:19,22 18:3
21:13 28:13
**yellow**  75:19,23
**yesterday**  14:23
**york**  3:20
**younger**  36:23

**z**

**zoom**  41:25
44:25 49:12
51:12 53:1

**zooming**  49:24

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

```
 1   SESSA V. ANCESTRY.COM

 2   ANTHONY SESSA (#5468893)

 3                E R R A T A   S H E E T

 4   PAGE   18   LINE   8   CHANGE   "2020"   to   "2021"

 5   _____

 6   REASON  Inadvertently  answered  with  incorrect  date

 7   PAGE_____  LINE_____  CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____  LINE_____  CHANGE_____

11   _____

12   REASON_____

13   PAGE_____  LINE_____  CHANGE_____

14   _____

15   REASON_____

16   PAGE_____  LINE_____  CHANGE_____

17   _____

18   REASON_____

19   PAGE_____  LINE_____  CHANGE_____

20   _____

21   REASON_____

22

23   _____    11 / 22 / 2022
                                           _____
24   WITNESS                                Date

25


                                                Page 89
```

Doc ID: 4ab8c459f059a0a21b8939e326507e2dd9057af2

```
 1                           DECLARATION

 2

 3

 4

 5          I, ANTHONY SESSA, do hereby declare that I

 6     have read the foregoing transcript; that I have made

 7     any corrections as appear noted, in ink, initialed

 8     by me, or attached hereto; that my testimony as

 9     contained herein, as corrected, is true and correct.

10          I declare under the penalties of perjury

11     under the laws of the State of ~~California~~ Nevada that

12     the  foregoing is true and correct.

13          This declaration is executed this 22nd

14      day of  November                    , 2022, at

15      Las Vegas                          , ~~California~~

16     Nevada.

17

18

19

                   _____

20                          ANTHONY SESSA

21

22

23

24

25

                                         Page 85
```

Doc ID: 4ab8c459f059a0a21b8939e326507e2dd9057af2