# EXHIBIT 16

**Deposition of Mark Sessa, dated October 11, 2022
(REDACTED)**

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEVADA
 3
 4   ANTHONY SESSA and MARK SESSA,        No. 2:20-cv-02292
     on behalf of themselves and
 5   all others similarly situated,
 6           Plaintiffs,
 7        vs.
 8   ANCESTRY.COM OPERATIONS, INC.,
     a Virginia Corporation;
 9   ANCESTRY.COM, INC., a
     Delaware Corporation;
10   ANCESTRY.COM LLC, a Delaware
     Limited Liability Company,
11   and DOES 1 through 50, inclusive,
12           Defendants.
13
     _____
14
15
16      REMOTE VIDEOTAPED DEPOSITION of MARK SESSA
17            TUESDAY, OCTOBER 11, 2022
18                  VOLUME 1
19
20
21
22
23   Reported by
     Daryl Baucum, RPR, CRR, RMR, CSR No. 10356
24
25   Job No. 5468893-1,  PAGES 1 - 138
```

Page 1

**Page 2**

```
 1          UNITED STATES DISTRICT COURT
 2            DISTRICT OF NEVADA
 3
 4  ANTHONY SESSA and MARK SESSA,      No  2:20-cv-02292
    on behalf of themselves and
 5  all others similarly situated,
 6       Plaintiffs,
 7       vs
 8  ANCESTRY COM OPERATIONS, INC ,
    a Virginia Corporation;
 9  ANCESTRY COM, INC , a
    Delaware Corporation;
10  ANCESTRY COM LLC, a Delaware
    Limited Liability Company,
11  and DOES 1 through 50, inclusive,
12       Defendants
13
    _____
14
15
16
17      REMOTE VIDEOTAPED DEPOSITION of MARK
18   SESSA, with all participants appearing remotely
19   via videoconference, beginning at 8:32 a m ,
20   and ending at 12:11 p m , on Tuesday,
21   October 11, 2022, before Daryl Baucum, RPR,
22   CRR, RMR, CSR No  10356
23
24
25
```

**Page 3**

```
 1  APPEARANCES OF COUNSEL:
 2
 3    FOR THE PLAINTIFFS:
 4
 5     TURKE, STRAUSS
 6     BY:  SAMUEL STRAUSS, ATTORNEY AT LAW
 7        (APPEARING VIA VIDEOCONFERENCE)
 8     613 Williamson Street
 9     Suite 201
10     Madison, Wisconsin  53703
11     608.237.1775
12     Sam@TurkeStrauss.com
13
14        - and -
15
16     LAW OFFICE OF BENJAMIN OSBORN
17     BY:  BENJAMIN R. OSBORN, ATTORNEY AT LAW
18        (APPEARING VIA VIDEOCONFERENCE)
19     102 Bergen Street
20     Brooklyn, New York  11201
21     347.645.0464
22     Ben@BenOsbornLaw.com
23
24
25
```

**Page 4**

```
 1  APPEARANCES OF COUNSEL (CONTINUED):
 2
 3    FOR THE DEFENDANTS ANCESTRY.COM OPERATIONS,
 4  INC.; ANCESTRY.COM, INC.; and ANCESTRY.COM LLC:
 5
 6     QUINN, EMANUEL, URQUHART & SULLIVAN
 7     BY:  JOHN W. BAUMANN, ATTORNEY AT LAW
 8        (APPEARING VIA VIDEOCONFERENCE)
 9     865 South Figueroa Street
10     Suite 1000
11     Los Angeles, California  90017
12     213.443.3000
13     JackBaumann@QuinnEmanuel.com
14
15        - and -
16
17     BY:  CRISTINA HENRIQUEZ, ATTORNEY AT LAW
18        (APPEARING VIA VIDEOCONFERENCE)
19     555 Twin Dolphin Drive
20     Suite 500
21     Redwood Shores, California  94065
22     650.801.5000
23     ChristinaHenriquez@QuinnEmanuel.com
24
25
```

**Page 5**

```
 1  APPEARANCES OF COUNSEL (CONTINUED):
 2
 3
 4    ALSO PRESENT:
 5       SEAN GRANT, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

I N D E X

WITNESS: MARK SESSA

EXAMINATION                         PAGE

BY: MR BAUMANN                        10

BY: MR STRAUSS                       130


QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER:

          PAGE   LINE

           27    2


INFORMATION TO BE SUPPLIED:

          (NONE)

Page 6

DEPOSITION EXHIBITS
MARK SESSA

NUMBER        DESCRIPTION              PAGE
Exhibit 1   Class Action Complaint      19
            for Violation of Nev  Rev
            Stat  Section 597 770
            et seq and 598 0903 et seq ;
            Intrusion Upon Seclusion;
            Unjust Enrichment

Exhibit 2   Photocopy of newsprint      48
            article "The Western
            High School Band"

Exhibit 3   "All School Lists &         51
            Yearbooks results for
            mark sessa"

Exhibit 4   "All School Lists &         61
            Yearbooks results for
            tony sessa"
            with pop-up window

Exhibit 5   "All U S , School           70
            Yearbooks, 1900-2016
            results for mark sessa"

Exhibit 6   Photocopy of page from      81
            Tony Sessa's high school
            yearbook, "Blue Freedom
            Singers Fill the Air
            Singing the Now Music
            of Today"

Exhibit 7   LinkedIn Profile Page      100
            of Mark Sessa

Page 7

TUESDAY, OCTOBER 11, 2022
8:32 A.M.

THE VIDEOGRAPHER:  Good morning.
We are going on the record at 8:32 a.m. on
08:32:42
October 11, 2022.
Please, note that this deposition is being
conducted virtually.
Quality of recording depends on the
quality of camera and Internet connections of
08:32:56
participants.
What is seen from the witness and heard on
screen is what would be recorded.
Audio and video recording will continue to
take place unless all parties agree to go off the
08:33:05
record.
This is media unit number one of the video
recorded deposition of Mark Sessa taken by counsel
for Defendants in the matter of Anthony Sessa and
Mark Sessa, et al., versus Ancestry.com Operations,
08:33:19
Inc., et al., filed in the United States District
Court, District of Nevada, case number
2:20-CV-02292, and it's being conducted using
virtual technology.
My name is Sean Grant from the firm         08:33:34

Page 8

Veritext.  I am the videographer.
08:33:37
And the court reporter is Daryl Baucum
also from Veritext.
I am not related to any party in this
action nor am I financially interested in outcome.
08:33:45
If there are any objections to proceeding,
please, state them at the time of your appearance.
Counsel and all present, including
remotely, will now state their appearances
and affiliations beginning with the noticing
08:33:57
attorney.
MR. BAUMANN:  Good morning.
This is Jack Baumann of Quinn, Emanuel,
for the Ancestry defendants.  With me is Christina
Henriquez also of Quinn, Emanuel.
08:34:09
MR. STRAUSS:  This is Samuel Strauss on
behalf of the plaintiffs and I am joined by Ben
Osborn, and I will have Ben Osborn introduce
himself.
THE VIDEOGRAPHER:  Will the court
08:34:24
reporter, please, swear in the witness.

MARK SESSA,
having been first duly sworn, was
examined and testified as follows:

Page 9

3 (Pages 6 - 9)

**Page 10**

```
 1          EXAMINATION
 2  BY MR. BAUMANN:
 3      Q   Good morning, Mr. Sessa.  My name is Jack
 4  Baumann.  I will be asking you some questions today.
 5          To start off, could you just state your
    08:35:11
 6  name and address for the record.
 7      A   Yes, Mark Angelo Sessa, ██████████████
    ████████████████████
 9      Q   Have you ever been a party to a lawsuit
10  before?
    08:35:28
11      A   Yes.
12      Q   And do you know approximately how many
13  different lawsuits you have been a party to?
14      A   I believe four.
15      Q   And with the sort of furthest back in
    08:35:40
16  time, the earliest, can you tell me what the nature
17  of that lawsuit was and what -- sort of what your
18  role in it was.
19      A   Yeah, a divorce.
20          Let's see, and then there was the
    08:35:54
21  guardianship of my grandson.
22          And then I have a lawsuit against Philips
23  for my CPAP.
24          And also one against -- I believe it's
25  Equifax because I was one of those people that got        08:36:10
```

**Page 11**

```
 1  caught up in that where they -- somebody hacked in
    08:36:15
 2  and got all of their information.
 3      Q   So as I understand it before, your divorce
 4  proceeding, a guardianship proceeding, a claim
 5  against Phillips, and then a claim against Equifax;
    08:36:29
 6  is that right?
 7      A   Yes, that's correct.
 8      Q   So focusing just on the claim against
 9  Philips, can you tell me were you a plaintiff in
10  that action?
    08:36:41
11      A   Yes.
12      Q   And do you know whether that was a class
13  action lawsuit?
14      A   Yes.
15      Q   Were you one of the named plaintiffs in
    08:36:53
16  that class action lawsuit?
17      A   No.
18      Q   And were you deposed in the action against
19  Philips?
20      A   Yeah.  I don't believe so, no.
    08:37:15
21      Q   Mr. Sessa, you froze up a little bit.
22          I asked whether you were deposed in the
23  action against Philips and I didn't catch your
24  answer.
25      A   No.                                             08:37:30
```

**Page 12**

```
 1      Q   And is that lawsuit ongoing?
    08:37:33
 2      A   Yes.
 3      Q   And do you know what stage that lawsuit is
 4  currently at?
 5      A   No.
    08:37:44
 6      Q   And in the action against Equifax, do you
 7  understand that that was also a class action
 8  lawsuit?
 9      A   Yes.
10      Q   And are you one of the named plaintiffs in
    08:37:58
11  that lawsuit --
12      A   No.
13      Q   -- against Equifax?
14          Sorry.  I didn't catch your response.
15      A   No.
    08:38:08
16      Q   And were you deposed as part of that
17  lawsuit against Equifax?
18      A   No.
19          MR. STRAUSS:  Jack and Mr. Sessa, if it's
20  okay, Mr. Sessa, I'm just going to ask you to wait
    08:38:21
21  for Mr. Baumann to completely finish his question,
22  especially because I think there is a little bit
23  of a delay.
24          THE WITNESS:  Okay.
25          MR. STRAUSS:  So if you can just wait        08:38:32
```

**Page 13**

```
 1  until he is done asking the question and then
    08:38:34
 2  respond  Sorry for butting in but it will be
 3  helpful if there is nobody speaking over anyone
 4          MR. BAUMANN:  Sam, you anticipated where I
 5  was going next
    08:38:46
 6          MR STRAUSS:  Jack, we're aligned  There
 7  you go  Who knew
 8  BY MR BAUMANN:
 9      Q   Mr Sessa, as I understand it -- and you
10  can correct me if I am wrong -- but have you ever
    08:38:53
11  been deposed before?
12      A   No
13      Q   I want to go over just a few of the ground
14  rules which Sam hopefully touched on here
15          Depositions are a little funny  In
    08:39:10
16  conversations, we tend to anticipate what the other
17  person is going to say and respond but in a
18  deposition, because we have got the court reporter
19  there trying to take everything down, and I just ask
20  that you wait for me to complete my question and
    08:39:21
21  then you answer after I have completed my question
22          Does that work?
23      A   Yes
24      Q   And at some point your counsel may object
25  but unless your counsel instructs you not to answer     08:39:34
```

Page 14

1    the question, go ahead and answer.
     08:39:37
2        Do you understand?
3    A    Yes.
4    Q    And if I ask a question that is unclear or
5    that you don't understand, I would ask that you let
     08:39:49
6    me know, and if you don't let me know, I will assume
7    that you understood my question.
8        Is that fair?
9    A    Yes.
10   Q    And at any point today you can take a
     08:40:02
11   break.  Just ask me and I am happy to go off record
12   so you can take a break.
13       I just ask that if I have a question
14   pending, you answer that question and then we take
15   our break.
     08:40:16
16       Does that work?
17   A    Yes.
18   Q    And do you understand, Mr. Sessa, that you
19   are under oath today and that the oath you swore is
20   the same as you would give in a court of law to
     08:40:29
21   provide truthful testimony?
22   A    Yes.
23   Q    Is there any reason today that you can't
24   provide truthful testimony?
25   A    No.                                    08:40:42

Page 15

1    Q    You are not on any medications or any
     08:40:44
2    other -- you know, there aren't any other reasons
3    that you might not be able to give full and complete
4    testimony today?
5    A    No.
     08:40:54
6    Q    What did you do to prepare for the
7    deposition today?
8    A    I'm sorry, could you repeat that.
9    Q    Sure.
10       Did you meet with your attorneys to
     08:41:05
11   prepare for today's deposition?
12   A    Yes.
13   Q    And which attorneys did you meet with?
14   A    Sam and Ben.
15   Q    And approximately how many times did you
     08:41:18
16   meet with them?
17   A    All together, probably fifteen times,
18   maybe.
19   Q    And could you estimate how long each of
20   those meetings was for?
     08:41:31
21   A    Forty-five minutes to an hour.
22   Q    And when did those meetings occur?
23   A    I'm sorry, could you repeat that.  I
24   didn't get that question.
25   Q    No problem.                             08:41:52

Page 16

1    When did those meetings occur?
     08:41:53
2    A    I don't have the dates in front of me.
3    Q    Could you give an approximation.
4        Did they occur this week? last week?
5    A    The last several weeks.  First time was
     08:42:08
6    probably in December of '20, I think.
7    Q    And during the meetings with your
8    attorneys, did you review any documents?
9    A    Yes.
10   Q    Do you recall what those documents were?
     08:42:31
11   A    It was the depositions.
12   Q    By "depositions," what are you referring
13   to there?
14   A    The entire lawsuit.
15   Q    And do you recall the names of any of the
     08:42:58
16   documents you reviewed during your preparation for
17   today's deposition?
18   A    No, I don't remember.
19   Q    And when you met with your attorneys
20   Mr. Strauss and Mr. Osborn, aside from other
     08:43:24
21   attorneys who work with them, was there anyone else
22   at those meetings?
23   A    No.
24   Q    At your deposition today --
25   A    I'm sorry, you are cutting out.  Could you   08:43:42

Page 17

1    repeat that.
     08:43:44
2    Q    My camera seems to be -- thank you for
3    letting me know.  I keep cutting out.
4        We can take a break and I can get an IT
5    guy but did you talk with anyone about your
     08:43:57
6    deposition today?
7    A    My attorneys.
8    Q    Aside from your attorneys, have you spoken
9    with anyone else about today's deposition?
10   A    About the suit?
     08:44:09
11   Q    Sure.
12       Or the deposition specifically or the
13   lawsuit.
14   A    No.
15   Q    And have you talked with anybody about
     08:44:20
16   this case other than your attorneys?
17   A    Yes.
18   Q    And who have you spoken with about this
19   case?
20   A    That would be my brother, Anthony.
     08:44:27
21   Q    Aside from your brother, Anthony, have you
22   spoken with anybody else about this case?
23   A    No.
24   Q    What did you and your brother, Anthony,
25   discuss when you spoke about this case?          08:44:48

Veritext Legal Solutions
866 299-5127

**Page 18**

1    A   He contacted me and asked me if I knew
08:44:50
2  that my picture was on Ancestry.com and then I
3  replied that I didn't and he gave me information on
4  how -- and I contacted attorneys.
5    Q   You said he gave you information.
08:45:15
6      What information did he give you?
7    A   He gave me information -- he gave me the
8  information of the attorneys.
9    Q   Aside from that initial conversation, did
10  you and your brother speak about the case at all?
08:45:27
11    A   No.
12    Q   Mr. Sessa, just briefly, can you tell me
13  your educational background.
14    A   Graduated from high school.
15    Q   And what do you do for a living?
08:45:45
16    A   I am currently retired.
17      Can we back up for a second.
18    Q   Sure.
19    A   I did talk to my wife, Vicki, because she
20  also went to the same high school.  So I asked her
08:46:01
21  if she was interested and she declined.
22    Q   Did your wife say why she declined?
23    A   She is not comfortable in front of people
24  she doesn't know.  She rarely goes out of the house.
25      So yeah, that's why.                    08:46:21

**Page 19**

1    Q   But jumping back, you said you are
08:46:27
2  currently retired.
3      How long have you been retired for?
4    A   I retired in January of this year.
5    Q   And what did you do prior to retiring?
08:46:37
6    A   I worked at Trader Joe's.
7    Q   And how long did you hold that job?
8    A   About fifteen years.
9    Q   (inaudible) currently live in Nevada.
10      Have you ever lived outside of Nevada?
08:46:59
11    A   No.
12    Q   Mr. Sessa, can you tell me your
13  understanding of your claims in this action.
14    A   Yeah.
15      It's about using my -- Ancestry.com using
08:47:18
16  my picture or pictures without my approval so that
17  they can gain more business.
18      MR. BAUMANN:  I will pull up a document
19  here, and bear with me as I navigate through this
20  Exhibit Share.
08:47:44
21      (Deposition Exhibit 1 was marked
22      for identification by the court
23      reporter and is attached hereto.)
24  BY MR. BAUMANN:
25    Q   All right, Mr. Sessa, you should now see a   08:48:16

**Page 20**

1  document in the marked exhibit folder of Exhibit
08:48:20
2  Share  If you click the marked exhibit link, it
3  should refresh
4    A   Marked exhibits?
5    Q   Correct
08:48:32
6    A   Okay
7    Q   Are you able to see that document?
8    A   No
9    Q   Should I --
10    A   Wait  There is activity in this folder
08:48:45
11  Should I click that, the folder?
12    Q   You should see a PDF that says Exhibit 1
13  pop up
14    A   No
15      MR. STRAUSS:  Do you want to go off the
08:49:11
16  record for a minute?
17      MR. BAUMANN:  Yeah
18      THE VIDEOGRAPHER:  Going off the record
19      The time of is 8:49 a m
20      (Off the record )
08:49:18
21      THE VIDEOGRAPHER:  Back on the record
22      The time is 8:52 a m
23  BY MR BAUMANN:
24    Q   Mr Sessa, we are having a little bit of
25  trouble with the Exhibit Share but I'm going to go   08:52:47

**Page 21**

1  ahead and share my screen with you, which I
08:52:50
2  understand your counsel is fine with.
3      And I am going to share what has been
4  marked as Exhibit 1, and this is a document entitled
5  class action complaint for violation of Nevada
08:53:05
6  revised statute 597.770.
7      And it's for the case Sessa versus
8  Ancestry.com in the District Court for the District
9  of Nevada.
10      Do you see that?
08:53:23
11    A   Yeah, barely.
12    Q   And I can help.
13      Are you able to see that better now?
14    A   Yes.
15    Q   Do you recognize this document, Mr. Sessa?
08:53:40
16    A   Yes.
17    Q   And do you understand this to be your
18  complaint in this case?
19    A   Yes.
20    Q   And we can scroll through this document as
08:53:52
21  much as you need.  Just let me know if you would
22  like me to scroll through it.
23      My next question is going to be did you
24  review this complaint before it was filed.
25    A   Yes.                                  08:54:14

Veritext Legal Solutions
866 299-5127

1     Q   And did you confirm the factual
08:54:16
      allegations in this complaint were truthful?
2
3     A   Yes.
4     Q   And did you understand that this complaint
5   would be filed on your behalf by your attorneys?
08:54:28
6     A   Yes.
7     Q   We touched on this a little bit earlier
8   and I can take this document down for a second, but
9   when did you first learn that your yearbook records
10  exist on Ancestry's website?
08:54:46
11    A   When I did first learn?
12    Q   Yes.
13    A   When my brother told me.
14    Q   Do you remember when that was?
15    A   I believe it was December 2020.
08:55:01
16    Q   And how did your brother come to learn
17  that your book was on Ancestry's website, if you
18  know?
19        MR. STRAUSS:  I'm sorry, Mr. Baumann, are
20  you finished with the question?
08:55:21
21        MR. BAUMANN:  Yes.
22        MR. STRAUSS:  Object to the form of the
23  question.
24        Mr. Sessa, you may answer.
25
                                          Page 22

1         MR. BAUMANN:  Let me rephrase the
08:55:26
2   question.
3   BY MR. BAUMANN:
4     Q   Did your brother tell you how he
5   discovered your yearbook record was on Ancestry's
08:55:31
6   website?
7     A   No.
8     Q   Have you come to learn subsequently how
9   your brother discovered your record was on
10  Ancestry's website?
08:55:46
11    A   No.
12    Q   As you sit here today you don't know how
13  your brother found out your record was on Ancestry's
14  website?
15    A   No.
08:56:01
16    Q   (Inaudible) counsel to represent you in
17  this case?
18    A   I'm sorry, could you repeat that.
19    Q   (Inaudible) engage your attorneys to
20  represent you in this case?
08:56:16
21    A   I still -- you're breaking up.  I can see
22  you.  I just can't hear you.
23    Q   Let me -- can you hear me now?
24    A   Yes.
25    Q   (Inaudible) hired your attorneys to        08:56:25
                                          Page 23

1   represent you in this case?
08:56:30
2     A   Yes.
3     Q   I'm afraid you might not have heard my
4   question.
5         Sam, are you able to hear me all right?
08:56:40
6         MR. STRAUSS:  Jack, I am having this weird
7   phenomena with your questions.  I am not hearing
8   like the first two words, so . . .
9         THE WITNESS:  Me -- yeah, that is
10  happening to me, too.
08:56:51
11        MR. STRAUSS:  So I mean, Jack, this is
12  very elementary.  If it persists maybe you want to
13  start by saying "my question is" and we will hear
14  your actual question.  Sorry for telling you how to
15  take your crazy deposition.
08:57:08
16        MR. BAUMANN:  This microphone is skittish.
17  BY MR. BAUMANN:
18    Q   So I will repeat my question, Mr. Sessa,
19  and if this continues, we can pause again and deal
20  with more tech issues, but my question was when did
08:57:18
21  you retain your attorneys to represent you in this
22  case.
23    A   When did -- when?  When I contacted --
24  first time I contacted them that would be in
25  December of 2020.                                08:57:33
                                          Page 24

1     Q   And when was that relative to when your
08:57:36
2   brother informed you that he had found your yearbook
3   records on Ancestry's website?
4         MR. STRAUSS:  Object to the form of the
5   question.
08:57:47
6         You may answer it, Mr. Sessa.
7         THE WITNESS:  A day or two later I got in
8   touch as soon as -- as soon as I could.
9   BY MR. BAUMANN:
10    Q   And when you hired your counsel, did you
08:58:01
11  authorize them to investigate your claims as to
12  whether your yearbook records were on Ancestry's
13  website?
14    A   Yes.
15        MR. STRAUSS:  Object to the form of the
08:58:16
16  question.
17        You may answer it, Mr. Sessa.
18        THE WITNESS:  Yes.
19  BY MR. BAUMANN:
20    Q   And did you authorize them to file claims
08:58:20
21  based on your yearbook record's existence on
22  Ancestry's website?
23        MR. STRAUSS:  Same objection.
24        You may answer the question.
25        THE WITNESS:  Yes.                         08:58:30
                                          Page 25

7 (Pages 22 - 25)

```
 1   BY MR BAUMANN:
     08:58:31
 2      Q  And when you authorized your counsel to do
 3   that, did you place any sort of restrictions on what
 4   your counsel could or couldn't do in investigating
 5   your claims?
     08:58:44
 6      MR  STRAUSS:  Mr  Sessa, I want to object
 7   just to the extent this is calling for any
 8   attorney-client privileged communication
 9      So I am advising you that you may answer
10   Mr Baumann's question but you are not to disclose
     08:58:58
11   the content of any communications you had with any
12   attorneys in this matter
13      Sorry  If it would be helpful, I am sure
14   Mr Baumann or the court reporter would repeat the
15   question
     08:59:15
16      THE WITNESS:  So --
17   BY MR BAUMANN:
18      Q  I can repeat my question with a little
19   more clarification, which is throughout your
20   deposition today -- and, of course, your counsel
     08:59:23
21   might -- can jump in and object, but I will not be
22   seeking any -- I'm not trying to elicit from you any
23   attorney-client communication  So that is
24   communications you had with your attorneys in
25   seeking legal advice from them or in receiving legal   08:59:42
                                                   Page 26
```

```
 1   advice from them
     08:59:45
 2      But my question here is when you
 3   authorized your attorneys to investigate your claims
 4   and file the complaint, did you place any sort of
 5   restrictions on what your counsel could or could not
     08:59:58
 6   do in investigating your claim
 7      MR  BAUMANN:  So I am going to object to
 8   that question based on attorney-client privilege
 9      So I'm going to advise you not to answer
10   that question
     09:00:16
11      MR  BAUMANN:  So I understand, your
12   instruction here, Sam, is to the question in
13   general?
14      I mean to the extent Mr  Sessa delivered
15   instructions to his attorneys that wasn't in the
     09:00:35
16   context of seeking legal advice but instead was
17   delivering an objection to the attorneys on what to
18   do or what not to do not for the purpose of getting
19   legal advice from you, his attorneys, it's our view
20   would that not be privileged information
     09:00:52
21      So does your instruction cover the
22   question as a whole or is it limited to eliciting
23   legal advice?
24      MR  STRAUSS:  Well, so Mr  Baumann, my
25   position is that any of the communication or any of   09:01:07
                                                   Page 27
```

```
 1   the content of the communication that Mr  Sessa had
     09:01:11
 2   with his counsel regarding the prosecution of this
 3   case would be privileged communication or is
 4   privileged.
 5      So I believe that based on that then the
     09:01:21
 6   entire question asking what sort of parameters or
 7   how he communicated with his counsel regarding the
 8   prosecution of this case would, in fact, be
 9   privileged.
10      So I think yes to your first question.  I
     09:01:34
11   think it subsumes the entire question you asked.
12      MR. BAUMANN:  Understood.
13   BY MR. BAUMANN:
14      Q   Mr. Sessa, what (inaudible) did you find
15   out your yearbook records were on Ancestry's
     09:01:45
16   website?
17      A   I'm sorry.  You're breaking up again.
18   Could you repeat that.
19      MR. BAUMANN:  Go off the record for like
20   five minutes.  I'm going to call my tech guy and see
     09:01:58
21   if he can fix this microphone issue.
22      MR. STRAUSS:  Sure thing.
23      THE WITNESS:  I only got about half of
24   what you just said.  I heard "five minutes" and it
25   was --                                             09:02:10
                                                   Page 28
```

```
 1      MR. STRAUSS:  So Mr. Sessa, what
     09:02:11
 2   Mr. Baumann said is he is going to work with his
 3   tech professional.
 4      THE WITNESS:  Yes.
 5      THE VIDEOGRAPHER:  The time is 9:02 a.m.
     09:02:18
 6      (Off the record.)
 7      THE VIDEOGRAPHER:  Back on the record.
 8      The time is 9:10 a.m.
 9   BY MR. BAUMANN:
10      Q   Mr. Sessa, I think we have resolved the
     09:10:40
11   tech issues off the record but if you have any more
12   difficulty hearing me, please, do let me know.
13      Before we went off the record, Mr. Sessa,
14   I was asking you about when you first found out your
15   yearbook record was on Ancestry's website.
     09:10:57
16      What was your reaction when you found that
17   out?
18      A   When I found out it was on there, I was
19   displeased, to say the least.
20      Q   And why was that?
     09:11:10
21      A   Well, I didn't want somebody -- I didn't
22   want Ancestry.com to be making money off of my
23   picture without my permission.
24      Q   And aside from retaining counsel to pursue
25   this action, were there any other steps that you    09:11:26
                                                   Page 29
```

1   took as a result of your yearbook appearing on
09:11:30
2   Ancestry's website?
3       A   No.
4           MR. STRAUSS:  Mr. Sessa, I just want to
5   remind you, again, to, please, wait for Jack to
09:11:38
6   completely finish his question before you answer it.
7           THE WITNESS:  Yes, sorry.
8           MR. STRAUSS:  No problem.
9   BY MR. BAUMANN:
10      Q   And did you incur any out-of-pocket
09:11:47
11  expenses as a result of finding out your yearbook
12  was on Ancestry's website?
13      A   No.
14      Q   You didn't pay anyone to try to have the
15  yearbook records taken down?
09:12:06
16      A   No.
17      Q   And you didn't incur any medical expenses
18  or anything like that?
19      A   No.
20      Q   Mr. Sessa, what is it that you hope to get
09:12:19
21  out of this lawsuit?
22      A   They will take my picture down and not use
23  my picture for their profit.
24      Q   Have you ever looked into whether you can
25  request that Ancestry remove a record from its    09:12:42

Page 30

1   website?
09:12:45
2       A   No.
3       Q   So I take it then before you filed this
4   lawsuit, you never asked Ancestry to remove your
5   yearbook record from Ancestry's website?
09:12:53
6       A   No.
7       Q   And you haven't done that subsequent to
8   filing this lawsuit, requested Ancestry remove your
9   yearbook record, have you?
10          MR. STRAUSS:  Object to the form of the
09:13:07
11  question.
12          You may answer it, Mr. Sessa.
13          MR. BAUMANN:  I will rephrase it because
14  it was clumsy.
15  BY MR. BAUMANN:
09:13:14
16      Q   After you filed this lawsuit, did you ever
17  ask Ancestry to remove your yearbook from Ancestry's
18  website?
19          MR. STRAUSS:  Same objection.
20          You may answer it.
09:13:22
21          THE WITNESS:  No.
22  BY MR. BAUMANN:
23      Q   Mr. Sessa, I want to take a step back in
24  time, a trip down memory lane.
25          Where did you go to high school?    09:13:32

Page 31

1       A   Western High School, Las Vegas, Nevada.
09:13:34
2       Q   And when go you attend Western High
3   School?
4       A   I graduated in 1972.
5       Q   And did you attend Western High School --
09:13:45
6   that was the only high school that you attended?
7       A   That is correct.
8       Q   And I take it you went there for four
9   years?
10      A   Three.
09:13:56
11      Q   And what grades did Western High School
12  cover at that time?
13      A   Grade number ten, eleven and twelve.
14      Q   And did you get a yearbook each year that
15  you were in high school?
09:14:11
16      A   I did.
17      Q   And do you remember who was responsible
18  for compiling those yearbooks for the classes at
19  Western High School?
20      A   They had a yearbook committee.
09:14:27
21      Q   And do you recall the names of anyone who
22  was on that yearbook committee?
23      A   No.
24      Q   Did students have to pay to receive copies
25  of the yearbooks at Western High School?    09:14:44

Page 32

1       A   Yes.
09:14:46
2       Q   Do you know why that was?
3       A   To cover the cost.
4           MR. STRAUSS:  Object to the form of the
5   question.
09:14:55
6           You may answer it, Mr. Sessa.
7           THE WITNESS:  Sorry.
8           To cover the cost of putting the yearbook
9   together.
10  BY MR. BAUMANN:
09:15:01
11      Q   And yearbooks sometimes offer ad space to
12  local businesses, right?
13      A   Yes.
14      Q   Did your high school yearbook have those
15  types of local businesses' ads in them?
09:15:19
16      A   I don't remember.
17      Q   And did you ever purchase a yearbook when
18  you were in high school?
19      A   Yes.
20      Q   And why did you purchase your yearbook?
09:15:32
21      A   To reminisce, to show my grandson what I
22  looked like when I was in high school.
23      Q   Any other reasons?
24      A   No, just to reminisce and look back in
25  time.    09:15:58

Page 33

9 (Pages 30 - 33)

Page 34

```
 1      Q   And did you purchase a yearbook in each of
09:16:00
 2   the three years that you attended Western High
 3   School?
 4      A   Yes.
 5      Q   And did you ever object that your high
09:16:12
 6   school was selling copies of the yearbooks in which
 7   you appeared?
 8      A   No.
 9      Q   Do you have an understanding of the reason
10   that high schools give out yearbooks at the end of
09:16:24
11   each school year?
12          MR. STRAUSS:  Object to the form of the
13   question.
14          You may answer it.
15          THE WITNESS:  Yes.
09:16:35
16   BY MR. BAUMANN:
17      Q   What is your understanding?
18          MR. STRAUSS:  Same objection.
19          You may answer it.
20          THE WITNESS:  So people can look back and
09:16:44
21   see their friends and see what they looked like back
22   then.
23   BY MR. BAUMANN:
24      Q   And what types of information did your
25   yearbooks include about you?                  09:16:55
```

Page 35

```
 1      A   I believe just my name
09:16:59
 2      Q   Did the yearbooks have any pictures of
 3   you?
 4      A   Yes
 5      Q   And what sorts of pictures of you were
09:17:11
 6   contained in your yearbooks?
 7      A   It would be my picture and then pictures
 8   of me in any organizations or things that I was part
 9   of, band, stage band, things like that
10      Q   Any other types of pictures of you in
09:17:35
11   those yearbooks?
12      A   Not that I remember
13      Q   And you understood that others who
14   received the yearbooks would see the pictures of you
15   and your name in those yearbooks, right?
09:17:52
16          MR. STRAUSS:  Object to the form of the
17   question
18          You may answer it
19          THE WITNESS:  Could you repeat that  I
20   didn't get the first couple of words
09:18:00
21   BY MR. BAUMANN:
22      Q   Sure
23          Other folks that received copies of the
24   yearbooks in which you appeared, you understood that
25   they would see the information that was published  09:18:10
```

Page 36

```
 1   about you in those books, right?
09:18:13
 2          MR. STRAUSS:  Same objection.
 3          You may answer it.
 4          THE WITNESS:  Yes.
 5   BY MR. BAUMANN:
09:18:17
 6      Q   And what did you do with your yearbooks
 7   when you received them?
 8      A   I looked at them.  I had people sign them
 9   and then I put them away.
10      Q   And other students at your high school
09:18:37
11   received copies of the yearbook in each year from
12   Western High School, right?
13      A   If they purchased one, yes.
14      Q   And to your knowledge, did some of your
15   friends or classmates purchase their yearbooks, as
09:18:54
16   well?
17      A   Yes.
18      Q   Do you recall whether most people ended up
19   purchasing their yearbooks?
20      A   I wouldn't have any idea.
09:19:09
21      Q   Do you know what your classmates did with
22   their yearbooks after they received them?
23          MR. STRAUSS:  Object to the form of the
24   question.
25          You may answer it.                      09:19:18
```

Page 37

```
 1          THE WITNESS:  No.
09:19:19
 2   BY MR. BAUMANN:
 3      Q   Did you try to put any sort of restriction
 4   on what your classmates could do with their
 5   yearbooks?
09:19:28
 6      A   Did I?
 7          MR. STRAUSS:  Object to the form of the
 8   question.
 9          You may answer it.
10          THE WITNESS:  No.
09:19:33
11   BY MR. BAUMANN:
12      Q   In their copies of the yearbook, they
13   would have included pictures of you, right?
14      A   Yes.
15      Q   Do you know whether your classmates who
09:19:52
16   received copies of the yearbooks you appeared in
17   shared them with others?
18          MR. STRAUSS:  Object to the form of the
19   question.
20          You may answer it.
09:20:00
21          THE WITNESS:  No.
22   BY MR. BAUMANN:
23      Q   But you said you had some of your friends
24   sign your yearbook, right?
25      A   Yes.                                     09:20:10
```

10 (Pages 34 - 37)

```
 1      Q   Did you sign any of your friends'
09:20:12
 2   yearbooks?
 3          Sorry, Mr. Sessa, you froze for a moment,
 4   so you might not have caught my question.
 5          You said you had friends sign copies of
09:20:41
 6   your yearbooks, right?
 7      A   Yes.
 8      Q   And did you sign copies of any of your
 9   friends' yearbooks?
10      A   Yes.
09:20:50
11      Q   And did they have other people who had
12   signed their yearbooks, as well, in addition to you?
13      A   I wouldn't know.
14      Q   Well, do you recall when you signed their
15   yearbooks whether you were the only one that signed
09:21:05
16   it?
17      A   Some of them, I was the first person to
18   sign so that I don't know if they had any after me
19   but it would usually -- they would usually turn to a
20   page and I would sign it.  So I didn't really look
09:21:28
21   through their books.
22      Q   And did you have an understanding of
23   whether those folks shared their yearbooks when they
24   received them with other students besides you?
25      A   Yes.                           09:21:42
Page 38
```

```
 1      Q   Do you know whether your high school
09:21:47
 2   classmates still have their yearbooks?
 3      A   I wouldn't know.
 4      Q   If folks from your high school still had
 5   copies of their yearbooks, they would be able to
09:22:03
 6   share them with other people, right?
 7      MR. STRAUSS:  Object to the form of the
 8   question.
 9          You may answer it.
10      THE WITNESS:  I wouldn't know.
09:22:12
11   BY MR. BAUMANN:
12      Q   Are you aware of anything that would be
13   stopping anybody who has a copy of their high school
14   yearbook in their house from showing it to their
15   grandchild?
09:22:27
16      A   No.
17      Q   So if these high school classmates of
18   yours have copies of the yearbook, they could share
19   them with other people, right?
20      A   Yes.
09:22:39
21      Q   And is that something that you understand
22   people will do, is show their old yearbooks to their
23   friends or family?
24      A   Yes.
25      Q   Do you recall whether any of your family  09:22:59
Page 39
```

```
 1   members, like your parents, got copies of yearbooks
09:23:00
 2   from their high schools?
 3      A   I don't know
 4      Q   Your classmates from high school who
 5   received copies of your Western High School
09:23:23
 6   yearbook, they might have given their copies away,
 7   right?
 8      MR. STRAUSS:  Object to the form of the
 9   question
10          You may answer it
09:23:32
11      THE WITNESS:  I wouldn't know
12   BY MR BAUMANN:
13      Q   You have never checked whether they did or
14   didn't?
15      A   Correct
09:23:39
16      Q   Do you know whether any of your classmates
17   might have donated their yearbooks to a government
18   archive, for example?
19      A   I wouldn't know
20      MR. STRAUSS:  Object to the form of the
09:23:54
21   question
22          You may answer it
23      THE WITNESS:  Yeah, I wouldn't know
24   BY MR BAUMANN:
25      Q   And you have never checked whether they   09:23:58
Page 40
```

```
 1   did or didn't?
09:24:00
 2      A   Correct.
 3      Q   Do you know whether any of your yearbook
 4   records appear in any government archives?
 5      A   No.
09:24:16
 6      Q   Do you know whether any of your classmates
 7   who received copies of your Western High School
 8   yearbooks ever donated them to libraries?
 9      MR. STRAUSS:  Object to the form of the
10   question.
09:24:29
11          You may answer it.
12      THE WITNESS:  No.
13   BY MR. BAUMANN:
14      Q   Have you ever checked to see whether they
15   did that?
09:24:36
16      A   No.
17      Q   Do you know whether the whole library
18   where Western High School is has copies of your high
19   school's yearbooks?
20      A   No.
09:24:54
21      Q   You have never checked to see whether they
22   did?
23      A   No.
24      Q   Do you have an understanding as to whether
25   libraries sometimes make available copies of   09:25:06
Page 41
```

11 (Pages 38 - 41)

Veritext Legal Solutions
866 299-5127

1    yearbooks?
09:25:10
2       A   I wasn't aware
3       Q   Do you know whether your school keeps
4    copies of your yearbooks?
5       A   No
09:25:21
6       Q   So I take it then you wouldn't know
7    whether your yearbooks are available at your old
8    high school's library?
9       A   Yeah, I would not know
10      Q   Do you know how your high school otherwise
09:25:35
11   uses the yearbooks?
12      A   No
13          MR STRAUSS:  Sorry  I was just going to
14   ask you to repeat the question but it's fine  We
15   can move on
09:25:51
16   BY MR. BAUMANN:
17      Q   And Mr Sessa, where are your copies of
18   your old high school yearbooks?
19      A   Upstairs in my bedroom
20      Q   Have you ever tried to sell or license
09:26:04
21   your old yearbooks?
22      A   No
23      Q   Why not?
24      A   They're mine
25      Q   Do you know one way or another whether          09:26:20

Page 42

1    anybody might have bought your yearbook from you if
09:26:22
2    you sought to sell or license it?
3          MR STRAUSS:  Object to the form of the
4    question
5          THE WITNESS:  Do I know if anybody bought
09:26:29
6    my yearbook?  Is that the question?
7    BY MR BAUMANN:
8       Q   My question is a little different
9          It's do you know whether anybody would
10   have purchased your yearbook from you if you had
09:26:37
11   tried to sell or license it
12      A   No
13          MR STRAUSS:  Object to the form of the
14   question
15          You may answer it
09:26:46
16          THE WITNESS:  No
17   BY MR. BAUMANN:
18      Q   And do you have any plans to sell any of
19   your yearbooks?
20      A   No
09:26:59
21      Q   Do you have any plans to license your
22   yearbooks?
23      A   No
24      Q   If you wanted to sell or license your
25   yearbook, do you know who you would go about selling          09:27:15

Page 43

1    them to?
09:27:17
2       A   No.
3       Q   So I take it then you don't know what
4    price you would get for your yearbooks if you wanted
5    to sell them?
09:27:31
6          MR. STRAUSS:  Object to the form of the
7    question.
8          You may answer it.
9          THE WITNESS:  No.
10   BY MR. BAUMANN:
09:27:35
11      Q   And I take it the same is true of the
12   specific pages of the yearbooks in which you
13   appeared.
14          You have never tried to sell or license
15   those; is that right?
09:27:53
16      A   No.
17      Q   And just so the record is -- record is
18   clear because I asked the question a little funnily,
19   but have you ever tried to sell or license the
20   individual pages of the yearbooks in which you
09:28:05
21   appeared?
22      A   No.
23      Q   And do you have any plans to try to sell
24   or license those yearbook pages?
25      A   No.                                             09:28:17

Page 44

1       Q   So do you know one way or the other
09:28:23
2    whether anyone has ever been willing to pay you for
3    those pages of your yearbook record in which you
4    appear?
5       A   No.
09:28:34
6          MR. STRAUSS:  Object to the form of the
7    question.
8    BY MR. BAUMANN:
9       Q   Let's say, Mr. Sessa, that you wanted to
10   scan pages from your old high school yearbook that
09:28:40
11   you appear in and create a website and post the
12   scanned image to your website.
13          Is that something you could do if you
14   wanted?
15          MR. STRAUSS:  Object to the form of the
09:28:53
16   question.
17          You may answer it, Mr. Sessa.
18          THE WITNESS:  I wouldn't.
19   BY MR. BAUMANN:
20      Q   And my question was a little bit
09:29:05
21   different, not whether you would or wouldn't but
22   that is something is you could do if you wanted to,
23   correct?
24          MR. STRAUSS:  Object to the form of the
25   question.                                              09:29:14

Page 45

12 (Pages 42 - 45)

Page 46

```
1        You may answer it
  09:29:14
2        THE WITNESS:  I guess
3   BY MR BAUMANN:
4        Q   Is there anything stopping you from doing
5   whatever you want with your pictures of yourself
  09:29:25
6   from your old high school yearbooks?
7        MR STRAUSS:  Object to the form of the
8   question, Mr Sessa
9        And I am also going to remind you,
10  Mr Sessa, to not respond to Mr Baumann's question
  09:29:39
11  until he's finished answering  Sorry for being such
12  a nag in this deposition
13       THE WITNESS:  No
14  BY MR BAUMANN:
15       Q   And looking sort of beyond the yearbooks
  09:29:49
16  that we're talking about, have you ever tried to
17  sell or license your name?
18       A   No
19       Q   Has anyone ever paid you to use your name?
20       A   No
  09:30:07
21       Q   Do you have any plans to try to sell or
22  license your name?
23       A   No
24       Q   So based on your answer, I assume you
25  don't know one way or the other whether anyone has        09:30:23
```

Page 47

```
1   ever been willing to pay you for use of your name.
  09:30:25
2        MR. STRAUSS:  Object to the form of the
3   question.
4        You may answer the question, Mr. Sessa.
5        THE WITNESS:  I wouldn't know.
  09:30:32
6   BY MR. BAUMANN:
7        Q   Have you ever tried to sell or license a
8   photograph or other image of yourself?
9        A   No.
10       Q   Has anyone ever paid you for a photograph
  09:30:46
11  or other image depicting you?
12       A   No.
13       Q   Do you have any plans to try to sell or
14  license photographs or images of yourself?
15       A   No.
  09:31:07
16       Q   Do you know one way or the other whether
17  anyone has ever been willing to pay you for a
18  photograph or image of yourself?
19       MR. STRAUSS:  Object to the form of the
20  question.
  09:31:15
21       You may answer it, Mr. Sessa.
22       THE WITNESS:  No.
23       MR. BAUMANN:  So I want to try the Exhibit
24  Share here again and see if it works.  So I'm going
25  to try adding another exhibit.                            09:31:28
```

Page 48

```
1        (Deposition Exhibit 2 was marked
  09:31:30
2        for identification by the court
3        reporter and is attached hereto.)
4   BY MR. BAUMANN:
5        Q   And, Mr. Sessa, I would ask that you check
  09:31:47
6   your Marked Exhibits folder to see if you are able
7   to see any exhibits in it now.
8        A   Let's see.  I have downloads, status, item
9   name, search files, and folders, but I don't have
10  anything on the screen I can see.
  09:32:12
11       MR. BAUMANN:  Then Sam, I assume it's all
12  right just to share my screen again.
13       You should have this, Sam, in the Marked
14  Exhibit folder.
15       Do you see Exhibit 2?
  09:32:25
16       MR. STRAUSS:  Yes, I have Exhibit 2, and
17  for the record, I am giving you permission to show
18  your screen that way.
19  BY MR. BAUMANN:
20       Q   Mr. Sessa, I am going to share my screen
  09:32:35
21  here, and as before, if you need me to zoom or
22  scroll, please, do let me know and you can tell me
23  when you are able to see my screen.
24       Are you able to see my screen?
25       A   Yes.                                             09:32:48
```

Page 49

```
1        Q   So this is a document that is marked
  09:32:50
2   Exhibit 2.  It's a document that has been produced
3   here as Ancestry 243.
4        And, Mr. Sessa, do you recognize this
5   document?
  09:33:00
6        A   Yeah, it looks like the school band.
7        Q   And is that your high school band?
8        A   This picture is pretty small but it could
9   be.
10       Q   And let me know if you would like me to
  09:33:21
11  zoom in anywhere on the exhibit.
12       A   Yeah, the back row where the percussion
13  is.
14       Q   Sure.
15       A   Yes, I do believe I am in there.
  09:33:36
16       Q   And where are you in this picture?
17       A   I am standing next to the gentleman who is
18  holding the cymbals and I am behind one of the
19  tympany.
20       Q   And if we scroll over here to the right of
  09:33:56
21  the picture, we see two tuba players.
22       Do you see that?
23       A   Barely, but I can see them.
24       Q   And I can zoom in as much as you would
25  like.  Let me know.                                       09:34:10
```

13 (Pages 46 - 49)

1     A   I can see them.
09:34:12
2     Q   And then if we look two people to the
3  right of them, there is a fellow with brown hair
4  sort of looking down.
5        Do you know who that is?
09:34:23
6     A   Sitting in front of the gentleman with the
7  blue jacket?
8     Q   Correct.
9     A   No.
10    Q   Do you know whether there was a student
09:34:34
11 named Gloria Printz in this picture?
12    A   No.
13    Q   Do you recall the name Gloria Printz as
14 somebody you went to high school with?
15    A   Yes.
09:34:58
16    Q   And when is the last time you spoke with
17 Gloria Printz?
18    A   I don't know.
19    Q   Do you know whether she still lives in
20 Nevada?
09:35:18
21    A   No.
22    Q   Do you know whether she got married after
23 high school?
24    A   No.
25    Q   Do you know whether she still goes by the      09:35:25
Page 50

1  name "Gloria Printz"?
09:35:28
2     A   No.
3     Q   So looking back to this picture, is there
4  a student by the name of Ken Kurky in this picture?
5     A   There could be.  I can't see him but I
09:35:47
6  know he was in the band in '72.
7     Q   And when is the last time you spoke with
8  Mr. Kurky?
9     A   Maybe twelve years ago.
10    Q   And do you know whether Mr. Kurky still
09:36:10
11 lives in Nevada?
12    A   No.
13    Q   Do you know if Ken Kurky still goes by the
14 name of "Ken Kurky"?
15    A   No.
09:36:28
16       MR BAUMANN:  I'm going to take this
17 document down and I want to look at another document
18 which, Sam, I will add to our Exhibit Share folder.
19       (Deposition Exhibit 3 was marked
20       for identification by the court
09:36:35
21       reporter and is attached hereto.)
22 BY MR. BAUMANN:
23    Q   And then I will share my screen with you,
24 Mr. Sessa.
25    A   Okay.                                           09:36:39
Page 51

1        MR BAUMANN:  Sam, are you able to see
09:36:57
2  that in the Exhibit Share folder?
3        MR STRAUSS:  I am, yes
4  BY MR BAUMANN:
5     Q   And then, Mr Sessa, I will share my
09:37:03
6  screen with you
7        And are you able to see a document on your
8  screen, Mr Sessa?
9     A   Yes
10    Q   And this is a document which has been
09:37:22
11 marked as Exhibit 3
12       I will zoom in a little bit and it has the
13 title at the top "All School lists and Yearbooks
14 results for Mark Sessa "
15       Do you see that?
09:37:35
16    A   Uh-huh
17    Q   Is that a "yes"?
18    A   Yes
19    Q   And do you recognize this document?
20    A   No
09:37:45
21       Can we stop for a second  I will -- and I
22 can go get my glasses
23    Q   Of course, absolutely
24    A   All right  I will be back in a second
25       THE VIDEOGRAPHER:  Do we stay on the          09:37:55
Page 52

1  record, Counsel?
09:37:56
2        MR  BAUMANN:  We can go off of the record
3  for a minute
4        THE VIDEOGRAPHER:  Going off the record
5        The time is 9:38 a m
09:38:02
6        (Off the record )
7        THE VIDEOGRAPHER:  Back on the record
8        The time is 9:40 a m
9  BY MR BAUMANN:
10    Q   And, Mr  Sessa, we were looking here at a
09:40:30
11 document that has been marked as Exhibit 3
12       And I may have asked you this already but
13 do you recognize this document?
14    A   No
15    Q   Have you ever tried searching Ancestry's
09:40:42
16 website for your name?
17    A   No
18    Q   And we will see at the top of this
19 document, it says "All School Lists and Yearbooks
20 results for mark sessa "
09:40:56
21       Do you see that?
22    A   Yes
23    Q   And I will represent to you that you this
24 is a screenshot of Ancestry's web page when
25 searching your name, Mark Sessa, in the school list   09:41:07
Page 53

14 (Pages 50 - 53)

Page 54

```
 1   and yearbook collection.
     09:41:11
 2        Do you have any reason to believe this is
 3   not a printout of that web page?
 4   A    I wouldn't know.
 5   Q    If we look down below the title of this
     09:41:21
 6   document, you will see to the left it says 1 through
 7   20 of 2796.
 8        Do you see that?
 9   A    Yes.
10   Q    Do you have an understanding of what that
     09:41:34
11   means?
12   A    There is 29 -- I guess there is 29 pages
13   of whatever is being looked up out of the 2700
14   however many pages, I am guessing.
15   Q    And then if we look towards the bottom of
     09:41:58
16   this document -- if I scroll down here to page 4 and
17   I can zoom in even a little bit more -- but this
18   says results 1 through 20 of 2796.
19        Do you see that?
20   A    Uh-huh.
     09:42:15
21   Q    And do you have an understanding of what
22   that means?
23   A    Yes, some, yeah.
24   Q    And what is your understanding?
25   A    That that is the page that pops up when   09:42:29
```

Page 55

```
 1   you -- I guess when you put my name in.
     09:42:37
 2        Q    So it's your understanding that when you
 3   put your name in, there is 2796 results?
 4        A    Yes, yes I do.
 5        Q    And then if we look below that and if I
     09:42:53
 6   scroll to the right here, it says 20 per page, 1 of
 7   140.
 8             Do you see that?
 9        A    I see the 1 of 140.  On the other side,
10   yeah, I see 20 per page.  Okay.
     09:43:11
11        Q    And do you have an understanding of what
12   that means?
13        A    It means that --
14        MR. STRAUSS:  I want to make an
15   objection -- and I won't keep objecting but I just
     09:43:19
16   want to put on the record that Mr. Sessa's testimony
17   reflects that he's never been on this website and
18   the website speaks for itself.
19        So I'm going to allow Mr. Sessa to answer
20   all of your remaining questions in this line of
     09:43:32
21   questions but just noted with that objection, if
22   that works for you, Jack.
23        MR. BAUMANN:  Understood.
24   BY MR. BAUMANN:
25        Q    And Mr. Sessa --                      09:43:44
```

Page 56

```
 1        MR. STRAUSS:  You may ask to hear the
     09:43:47
 2   question again.
 3   BY MR. BAUMANN:
 4        Q    I can repeat that question if you would
 5   like.
     09:43:50
 6        Okay.
 7        Q    And do you have an understanding of what
 8   that 1 of 140 means?
 9        A    Yes.
10        Q    And what is your understanding?
     09:44:04
11        A    That there is 140 pages associated with my
12   name.
13        Q    I'm going to scroll back up to the top of
14   this page if that is all right with you, Mr. Sessa.
15        Okay.
     09:44:33
16        Q    And if we look at the top of this page, we
17   will see that it says "U.S. School Yearbooks,
18   1900-2016" in blue.
19        Do you see that?  And I can zoom more if
20   you would like.
     09:44:57
21        A    It's at the top on the left or on the
22   right?
23        Q    So towards the center of the page, it's
24   the first row in the search results list.  It says
25   "U.S. School Yearbooks, 1900-2016."         09:45:20
```

Page 57

```
 1        Do you see that?
     09:45:24
 2        A    No   There is some writing up at the top
 3   left but I can't read it and I don't see anything
 4   that says "yearbooks "
 5        Q    So do you see, Mr Sessa, the title of
     09:45:50
 6   this document that says "School Lists and yearbooks
 7   results for mark sessa"?
 8        A    Well, I don't have the school part   All I
 9   have is lists and yearbooks
10        Q    Sure
     09:46:02
11        And I can scroll to the right or to the
12   left so you can see that better
13        Are you able to see where it says "All
14   School Lists and Yearbooks results for mark sessa"?
15        A    I do
     09:46:11
16        Q    And then below that, do you see that it
17   says 1 through 20 of 7796?
18        A    Yes
19        Q    And then if we look below that -- and I
20   will move to the right here a little bit -- do you
     09:46:21
21   see an information icon that says "to get better
22   results"?
23        A    Yes
24        Q    And then right below that, do you see that
25   it says in blue, "U S  School Yearbooks, 1900-2016"?   09:46:35
```

Page 58

1     A   Yes.
09:46:40
2     Q   And then to the right of that, do you see
3   the name "Mark Sessa"?
4     A   Yes.
5     Q   And then below that says "Nevada, USA."
09:46:49
6     Do you see that?
7     A   Yes.
8     Q   And do you know whether this first entry
9   here relates to one of your yearbook records?
10    A   You mean where it says "Lists and
09:47:03
11  Yearbooks"?
12    A   Correct.
13    A   I don't know.
14    Q   There might be other people named Mark
15  Sessa who attended high school in Nevada, right?
09:47:23
16    A   Sure.
17        MR. STRAUSS:  Object to form.
18        You may answer it.
19        THE WITNESS:  Yes.
20  BY MR. BAUMANN:
09:47:28
21    Q   And if we look at the second entry below
22  that, we see in blue, "U.S. School Yearbooks,
23  1900-2016," and I don't know if you can see my blue
24  boxing around that or not.
25    A   I can, yeah.                        09:47:46

Page 59

1     Q   Oh, great.
09:47:48
2         And then to the right of that, do you see
3   the name "Mark Sessa" again?
4     A   Uh-huh.
5     Q   And then below that, "Nevada, USA."
09:47:54
6         Do you see that?
7     A   I do.
8     Q   And do you know whether this entry here
9   reflects a yearbook record in which you appeared?
10    A   I don't know.
09:48:13
11    Q   Looking down this exhibit for a moment --
12  and Mr. Sessa, you said you reviewed the complaint
13  in this case; is that right?  That was the document
14  that we were looking at that had been marked as
15  Exhibit 1.
09:48:35
16        And I can pull that back up if you would
17  like.
18    A   Yes, please.
19    Q   Of course.
20        And are you able to see this document on
09:48:49
21  my screen which has been marked as Exhibit 1?
22        I will scroll down a little bit.
23    A   Yeah.
24    Q   And do you understand this to be the
25  complaint in this case?                09:49:00

Page 60

1     A   Yes.
09:49:03
2     Q   And I think you testified earlier that you
3   have reviewed the complaint; is that right?
4     A   Yes.
5     Q   Now, as I understand it, one of the
09:49:19
6   allegations you made is that users who hover over a
7   record on Ancestry's search results page, the user
8   will see a pop-up with a low-resolution version of
9   the underlying record; is that right?
10    A   Repeat that question.
09:49:39
11    Q   Sure.
12        As I understand it, one of the allegations
13  you may have made here is that users who hover over
14  a record on the search results page on Ancestry's
15  website will see a pop-up with a low-resolution
09:49:51
16  version of the underlying records.
17        Am I correct that that is an allegation
18  that you have made?
19    A   Yes.
20        You know what, I am not sure.  Let me
09:50:08
21  change that.
22    Q   Let me maybe expedite this a little bit.
23        And I will scroll down to paragraph 42 and
24  tell me if you need me to zoom at all or you are
25  able to see this.                        09:50:25

Page 61

1     A   Well, yeah, I can see it.
09:50:25
2     Q   And I will highlight in blue here the
3   language I had am referring to.  It says,
4         "Users who search for Mark Sessa's
5         name are shown a limited version of
09:50:33
6         the records corresponding to Mark
7         Sessa, which includes Mark Sessa's
8         name, city of residence, and a
9         low-resolution version of Mark
10        Sessa's photograph."
09:50:43
11        Do you see that?
12    A   Yes.
13    Q   So I will take this one down for a second
14  and I want to share another exhibit which I will add
15  to the exhibit folder.
09:50:56
16        MR. BAUMANN:  And Sam, tell me when you
17  can see Exhibit 4 in the exhibit folder and then I
18  will share my screen.
19        (Deposition Exhibit 4 was marked
20        for identification by the court
09:51:18
21        reporter and is attached hereto.)
22        MR. STRAUSS:  I see it.
23  BY MR. BAUMANN:
24    Q   Great.
25        And, Mr. Sessa, I will share my screen    09:51:22

16 (Pages 58 - 61)

**Page 62**

1  with you and I am going to pull up a document that
09:51:24
2  has been marked as Exhibit 4.
3      And Mr. Sessa, are you able to see my
4  screen?
5      A   Yes.
09:51:35
6      Q   And I can zoom in here quite a bit.
7      And Mr. Sessa, do you recognize this
8  document?
9      A   It's extremely blurred but I would have to
10  say no.
09:51:54
11      Q   And I can zoom in, Mr. Sessa, as much as
12  or as little as you would like and move it around
13  however you see fit.
14      A   Okay.
15      Q   Are you able to see that a little better?
09:52:14
16      A   Uh-huh.
17      Q   And now that you can see it a little
18  better, do you recognize this document?
19      A   No.
20      Q   So I will represent to you that this is
09:52:26
21  another screenshot of the search results list for
22  Mark Sessa in the school list and yearbooks
23  collection of Ancestry's website.
24      Do you have any reason to believe that
25  this isn't a screenshot of that web page?      09:52:40

**Page 63**

1      A   I wouldn't know.
09:52:49
2      Q   And we were just looking at a page
3  previously, Exhibit 3, that has search results from
4  Ancestry's website, right?
5      A   Correct.
09:52:59
6      Q   And if we look at this Exhibit 4, we see
7  on the right side of the page a pop-up bubble.
8      Do you see that it says "Mark Sessa" at
9  the top?
10      A   No, I don't see anything pop-up on the
09:53:17
11  screen.  All I see is the page in question.
12      Q   Sure.
13      And so what I am referring to here is do
14  you see this -- the blue box that I am highlighting
15  here?
09:53:31
16      A   Yes.
17      Q   And you see that it's got the little arrow
18  pointing off of the "U.S. School Yearbooks,
19  1900-2016" text?
20      A   Yeah, I see it.
09:53:43
21      Q   So that is what I am referring to as the
22  pop-up on this page.
23      And you're able to see that all right?
24      A   Yeah.
25      Q   And if we look at the top of that, do you      09:53:56

**Page 64**

1  see that it says "Mark Sessa"?
09:53:58
2      A   It says the name "Mark Sessa," yes.
3      Q   And then down below that, it says,
4      "There's more to see.  A picture of
5      the original document."
09:54:10
6      Do you see that?
7      A   Yes.
8      Q   And then below that is an image.
9      Do you know what that image is?
10      A   Where it says "A picture of the original
09:54:18
11  document"?
12      Q   Yeah.
13      Just below that, do you see an image on
14  the page?
15      A   It looks like -- yeah, it's hard to see
09:54:27
16  but it looks like a page of pictures.
17      Q   And I can zoom in more on that.
18      Can you see that a little better now?
19      A   Yeah, it looks like a page of pictures.
20      Q   And do you know whether this is an image
09:54:48
21  of one of the yearbook records in which you appear?
22      A   No.
23      Q   And are you able to identify yourself in
24  any of the headshots that appear in the image on
25  this page?      09:55:05

**Page 65**

1      A   No.
09:55:08
2      Q   Are you able to identify any of your
3  classmates in the thumbnail image on this page?
4      A   No.
5      Q   I'm going to take this document down for a
09:55:26
6  second and I'm going to turn back to Exhibit 1,
7  which is the document we were previously looking at,
8  the complaint in this case, and I'm going to share
9  my screen with you again, Mr. Sessa, and let me know
10  once you are able to see it.
09:55:44
11      Are you able to see that?
12      A   Yes.
13      Q   And I want to take a look at paragraph 39.
14      And if you look at the first sentence
15  there, it says,
09:55:56
16      "A screenshot showing the results
17      of a search for Mark Sessa's name
18      on Ancestry.com is shown below."
19      Do you see that?
20      A   On what now, 39?
09:56:08
21      Q   Yeah, here in paragraph 39.
22      A   Looks like 20 -- 20 -- let's see -- mine
23  only goes to like 21 of the --
24      Q   Yeah.
25      And so what I'm referring to, Mr. Sessa,      09:56:25

17 (Pages 62 - 65)

1    is the paragraph numbers to the right of that.
09:56:28
2        So I think you are looking at the line
3    numbers on the side.
4    A   Okay.
5    Q   But I am referring to the paragraph
09:56:36
6    number.
7        Do you see the number 39 there?
8    A   Yes, I do.  Okay.
9    Q   And then the first portion of the first
10   sentence says,
09:56:44
11       "A screenshot showing the results
12   of a search for Mark Sessa's name
13   on Ancestry.com is shown below."
14       Do you see that?
15   A   Yes.
09:56:52
16   Q   And is it your understanding that these
17   images that follow -- and we can scroll through
18   them -- but is it your understanding that these
19   reflect the search results for your name in
20   Ancestry's yearbook database?
09:57:07
21   A   Would you repeat that, please.
22   Q   Sure.
23       Is it your understanding that these images
24   in paragraph 39 reflect the search results for your
25   name in Ancestry's yearbook database?        09:57:24

Page 66

1    A   I don't know.  I mean -- so you're . . .
09:57:32
2    Q   If I zoom in here a little bit, Mr. Sessa,
3    and we look down at the images here, are you able to
4    see those?
5    A   Okay.  Yeah, yes, I am.
09:58:04
6    Q   Great.  So . . .
7    A   There is four images.
8    Q   And so I'm looking back here at the start
9    of paragraph 39 and it says,
10       "A screenshot showing the results
09:58:19
11       of the search for Mark Sessa's name
12   on Ancestry.com is shown below."
13       And you see that, correct?
14   A   Yes.
15   Q   And is it your understanding that these
09:58:30
16   images that follow in this paragraph 39, the ones we
17   were just looking at --
18   A   Yes.
19   Q   -- reflect the search for your name in
20   Ancestry's yearbook database?
09:58:40
21   A   Yes.
22   Q   Do you know who conducted these searches?
23   A   No.
24   Q   Do you know what search terms or
25   parameters were used to locate these images?     09:59:00

Page 67

1    A   No
09:59:08
2    Q   Do you know when these images were
3    captured from Ancestry's website?
4    A   No
5    Q   And if we look down below at the
09:59:24
6    screenshot, it says results 1 through 4 of 4
7        Do you see that?
8    A   It's below the --
9    Q   And I can highlight it and zoom in a bit
10       Do you see that below the picture?
09:59:45
11   A   One through 4 of 4, yes
12   Q   And is it your understanding that this
13   search of your name on Ancestry's website pulled up
14   four results?
15   A   Yes
10:00:05
16   Q   Do you know whether any of your other
17   yearbook records appear on Ancestry's website?
18   A   No
19   Q   Is it your understanding, Mr Sessa, that
20   these are the four yearbook records on which your
10:00:22
21   claims against Ancestry are based?
22       MR STRAUSS:  Object to the form of the
23   question
24       You may answer it
25       THE WITNESS:  Would you repeat the     10:00:38

Page 68

1    question, please.
10:00:39
2    BY MR. BAUMANN:
3    Q   Of course.
4        Is it your understanding, Mr. Sessa, that
5    these are the four yearbook records on which your
10:00:44
6    claims against Ancestry are based?
7        MR. STRAUSS:  Same objection.
8        You may answer.
9        THE WITNESS:  Yes.
10   BY MR. BAUMANN:
10:00:53
11   Q   Are you aware of any other yearbook
12   records on Ancestry's website depicting you other
13   than these four that we're looking at here?
14   A   I wouldn't know.
15   Q   I'm going to zoom in here on the fourth
10:01:13
16   record down here.
17       And are you able to see an image on the
18   fourth record down on the far right side here?
19   A   Yes, barely.  It looks like a group photo
20   but I don't know of what -- or I can't -- yeah, I
10:01:33
21   can't distinguish what it is.
22   Q   So it's pretty small.
23       I take it you wouldn't be able to identify
24   anybody's face in that thumbnail image?
25   A   Not of the one you are showing me, no.     10:02:01

Page 69

18 (Pages 66 - 69)

**Page 70**

1    Q   And do you know whether you appear in that
10:02:07
2    thumbnail image?
3    A   No.
4    Q   So for these images above, as I understand
5    it, your counsel applied some blurring software.
10:02:22
6    I'm not sure whether that was applied to this fourth
7    image but just to be sure, I will take this down for
8    one second and I'm going to mark another exhibit,
9    Exhibit 5.
10       (Deposition Exhibit 5 was marked
10:02:38
11       for identification by the court
12       reporter and is attached hereto.)
13       MR. BAUMANN:  And I will add that to the
14    share folder and then Sam, if you can let me know
15    when you have it, I will share my screen with
10:02:45
16    Mr. Sessa.
17       MR. STRAUSS:  I have it, yes.
18    BY MR. BAUMANN:
19    Q   Great.
20       And Mr. Sessa, I'm going to pull up what
10:03:02
21    has been marked as Exhibit 5 and I can zoom in.
22       Mr. Sessa, are you able to see this
23    document on your screen?
24    A   Yes.
25    Q   And do these images on this document --   10:03:25

**Page 71**

1    and we can go back to it -- appear to be the same
10:03:30
2    images reflected in paragraph 39 of your complaint?
3    A   They seem to be.
4    Q   So if we zoom in now, Mr. Sessa, on the
5    group photo we were looking at earlier, are you able
10:03:56
6    to see that on your screen?
7    A   Yes.
8    Q   And are you able to identify yourself in
9    this top thumbnail here, the red one that appears to
10   be a group picture?
10:04:15
11   A   On the very top one?
12   Q   Correct.
13   A   No.
14   Q   What about in the picture below that, the
15   black and white one that appears to be another group
10:04:36
16   picture, are you able to identify yourself in that
17   image?
18   A   I'm sitting behind the drum set.
19       MR. STRAUSS:  Sorry to jump in, Jack and
20   Mr. Sessa, and I know I am a broken record but,
10:04:51
21   Mr. Sessa, will you, please, wait for Mr. Baumann to
22   finish his question.
23       THE WITNESS:  I think -- I think there
24   might be a glitch because I am hearing the entire
10:05:05
25   question before I answer.

**Page 72**

1       MR. STRAUSS:  Got it.
10:05:07
2       Well, okay, well, because I might be
3    experiencing delayed connectivity, I guess what I
4    would ask is just wait a moment before you answer.
5       THE WITNESS:  Sure, sorry.
10:05:19
6       MR. STRAUSS:  No problem, and it's
7    probably on my end.  Sorry for all of this dialogue
8    on the record, Jack.  It's back to you.
9       MR. BAUMANN:  No problem, and thank you,
10   Sam.
10:05:30
11   BY MR. BAUMANN:
12   Q   So I was asking about the second image on
13   this Exhibit 5, the black and white one, and I was
14   asking whether you are able to identify yourself in
15   that image, Mr. Sessa.
10:05:40
16       Are you able to do so?
17   A   Yes.
18   Q   And where do you appear in that image?
19   A   In the very back to the right.
20   Q   And Mr. Sessa, are you able to see your
10:06:08
21   face in that image?
22   A   No.
23   Q   How do you know that is you in the back to
24   the right?
25   A   I remember this picture.   10:06:26

**Page 73**

1    Q   You remember taking the picture?
10:06:32
2    A   No, I remember somebody else taking the
3    picture.
4    Q   And you remember seeing this picture?
5    A   Yes.
10:06:42
6    Q   And where did you see it?
7    A   That, I don't remember.
8    Q   Do you remember when you last saw this
9    picture?
10   A   When I last saw this picture?
10:06:58
11   Q   Yes.
12   A   No.
13   Q   And the version of this picture that you
14   saw, was it a small thumbnail version like we're
15   looking at here?
10:07:14
16   A   No.
17   Q   Was it in higher resolution such that you
18   could see people's faces?
19   A   Yes.
20   Q   Had you had not seen that
10:07:27
21   higher-resolution version of this picture earlier,
22   would you be able to identify yourself in this
23   thumbnail image we are looking at here?
24   A   Yes.
25   Q   And how would you do that?   10:07:44

1     A   I was there when the picture was taken.
10:07:48
2     Q   So you would agree, Mr. Sessa, that you
3   can't see your face in this picture, correct?
4     A   Correct.  Not in this thumbnail.
5     Q   And had you not been in the picture, you
10:08:15
6   wouldn't be able to identify who is Mark Sessa
7   amongst the people in this picture, correct?
8     A   Not in this thumbnail, no.
9     Q   I'm going to take this down for a moment
10   and I am going to jump back to Exhibit 1 which is
10:08:38
11   the complaint in this case that we were looking at
12   previously, and in particular at paragraph 39 that
13   you're looking at.
14         And I will share my screen with you,
15   Mr. Sessa, and let me know when you are able to see
10:08:54
16   it.
17     A   Uh-huh.
18     Q   Are you able to see that?
19         And if we look at the last sentence in
20   this paragraph 39, it says,
10:09:10
21         "In the original records Ancestry
22         created and is currently using Mark
23         Sessa's face is plainly visible and
24         identifiable."
25         Do you see that?                    10:09:24
                                                Page 74

1     A   Yes.
10:09:26
2     Q   And before that, it says,
3         "To protect their privacy,
4         throughout this complaint
5         Plaintiff's counsel have used
10:09:31
6         photo-editing software to obscure
7         Mark Sessa's face and the names and
8         images of other students."
9         Do you see that?
10     A   Yes.
10:09:41
11     Q   But then it goes on to say, as I
12   understand it -- and you can correct me if I am
13   wrong -- had that photo software not been used, Mark
14   Sessa's face is plainly visible and identifiable in
15   the images.
10:09:57
16         Do you see that?
17     A   Uh-huh.
18     Q   So we just looked at the thumbnail of this
19   group picture at the very bottom and you would agree
20   your face wasn't really visible in that thumbnail of
10:10:09
21   the group picture, correct?
22     A   Correct.
23     Q   And the same was true of the first group
24   picture up here.
25         You would agree that your face wasn't    10:10:24
                                                Page 75

1   visible in that thumbnail image?
10:10:26
2     A   Well, it's visible.
3     Q   This is the black and white group photo
4   that we were just looking at a moment ago --
5     A   Yes.
10:10:41
6     Q   -- in Exhibit 5.
7         And in that thumbnail image of this black
8   and white photo that we were looking at on
9   Exhibit 5, which is the thumbnail photo that appears
10   first in this paragraph 39, you weren't able to see
10:10:54
11   your face in that picture, were you, Mr. Sessa?
12     A   No.
13     Q   So you would disagree with this allegation
14   in paragraph 39 of your complaint that Mark Sessa's
15   face is plainly visible and identifiable in those
10:11:11
16   two images, right?
17         MR. STRAUSS:  Object to the form of the
18   question.
19         You can answer, Mr. Sessa.
20         THE WITNESS:  Well, in the two that I am
10:11:39
21   looking at, I know that I am in the top one, but as
22   far as the bottom one, no.
23   BY MR. BAUMANN:
24     Q   Right.
25         And my question, Mr. Sessa, was a little    10:11:56
                                                Page 76

1   bit different, not whether you knew if you were in
10:11:57
2   the photo or not, but my question is specifically do
3   you agree that in those two group photos we just
4   looked at your face is not plainly visible and
5   identifiable?
10:12:12
6     A   On these particular two, no.
7     Q   And I think we have a double negative
8   again with the record.
9         So just to be clear, your face is not
10   plainly visible and identifiable in the two group
10:12:29
11   picture thumbnails that we looked at that appear in
12   this paragraph 39 and that were also in that
13   Exhibit 5 we were just looking at, correct?
14     A   In these two photos, that is correct.
15     Q   So if we look back up at paragraph 39
10:12:49
16   here -- and I'm going to highlight a sentence --
17   it says,
18         "These pages are accessible both to
19         paying subscribers and to users of
20         Ancestry's promotional 14-day 'free
10:13:03
21         trial.'"
22         Do you see that?
23     A   Yes.
24     Q   So it was your understanding when you made
25   this allegation that to access the images reflected    10:13:16
                                                Page 77

1   in this paragraph 39 that the user has to sign up
10:13:20
2   for Ancestry either as a free trial user or a paying
3   subscriber?
4         MR. STRAUSS: Object to the form of the
5   question.
10:13:31
6         You may answer it, Mr. Sessa.
7         THE WITNESS: Well, it appears to me that
8   it says that these are available to those who sign
9   up for the fourteen-day free trial but that doesn't
10  mean that anybody else can't see these pictures.
10:13:52
11  BY MR. BAUMANN:
12      Q   And do you know whether anybody else --
13  sorry, I did not mean to cut you off.  Go on.
14         Were you finished with your answer,
15  Mr. Sessa?
10:14:06
16      A   Yes.
17      Q   And do you know whether anybody other than
18  paying subscribers and fourteen-day free trial users
19  can access the images that are reflected in this
20  paragraph 39?
10:14:22
21      A   I don't know.
22      Q   So do you have an understanding as you sit
23  here today whether somebody must be a subscriber to
24  Ancestry's services to access the images reflected
25  in this paragraph 39?                    10:14:39

Page 78

1   MR. STRAUSS: Object to the form of the
10:14:44
2   question.
3         You may answer it, Mr. Sessa.
4         THE WITNESS: My Internet is -- it's gone,
5   but I didn't hear the last part of your -- what you
10:15:07
6   were saying, Sam.
7         MR. STRAUSS: So I will tell you before
8   Mr. Baumann asks the question again that I am
9   objecting to the form of the question and then I
10  won't -- I won't make that objection at the end.  I
10:15:29
11  will make it at the beginning so if Mr. Baumann
12  wants to ask the question, that objection is
13  attached to it, but I also said you may answer
14  the question.
15  BY MR. BAUMANN:
10:15:41
16      Q   And Mr. Sessa, I assume you need me to
17  repeat the question?
18      A   Correct.  I did not hear it.
19      Q   Do you have an understanding as you sit
20  here today whether somebody must be a subscriber
10:15:51
21  to Ancestry's services to access the images that
22  are reflected in this Exhibit 39 -- sorry --
23  paragraph 39?
24      A   Yes.
25      Q   And what is your understanding?    10:16:07

Page 79

1       A   If you join or have a fourteen-day free
10:16:12
2   trial, you can see my picture
3       Q   And I think you said -- and apologies if I
4   already asked this -- but do you know who captured
5   these images in paragraph 39?
10:16:31
6       A   No
7       Q   Setting aside the person who captured
8   these images, do you know whether any free trial
9   user on Ancestry's website has ever searched for
10  your name on the site?
10:16:50
11      A   No
12      Q   And again, setting aside whoever captured
13  these images in paragraph 39, do you know whether
14  any paying subscriber has ever searched your name on
15  Ancestry's website?
10:17:11
16      A   No
17      Q   I want to the turn away from this
18  Exhibit 1 for a moment and I will stop sharing my
19  screen and I want you to --
20         MR STRAUSS: Before we go to your next
10:17:38
21  line of questions, would now be an okay time for a
22  break?
23         MR BAUMANN: Absolutely
24         MR STRAUSS: So Jack, this is your
25  deposition and I want to be respectful but how would   10:17:48

Page 80

1   you feel about a ten- or fifteen-minute break?
10:17:51
2         MR. BAUMANN: All good.
3         THE VIDEOGRAPHER: Going off the record.
4   The time is 10:17 a m.
5         (Off the record.)
10:18:01
6         THE VIDEOGRAPHER: Back on the record.
7   The time is 10:32 a m.
8   BY MR. BAUMANN:
9       Q   Mr. Sessa, I want to take a look at
10  another document which has been marked as Exhibit 6.
10:32:13
11         (Deposition Exhibit 6 was marked
12         for identification by the court
13         reporter and is attached hereto.)
14         MR. BAUMANN: And Sam, if you could let me
15  know once you see that in your folder, I can pull it
10:32:18
16  up on my screen and share it with Mr. Sessa.
17         MR. STRAUSS: I see it.
18  BY MR. BAUMANN:
19      Q   Mr. Sessa, I am sharing my screen with you
20  now with the document that has been marked as
10:32:37
21  Exhibit 6 which is a document produced here as
22  Ancestry 000003.
23         Are you able to see that document,
24  Mr. Sessa?
25      A   I am.                              10:32:48

Page 81

21 (Pages 78 - 81)

1      Q   And do you recognize this document?
10:32:50
2      A   Yes.
3      Q   And what is it?
4      A   It's a picture of the Blue Freedom
5   Singers.  It's kind of like a pop band that I was
10:33:02
6   in in high school.
7      Q   And do you appear in this picture?
8      A   Excuse me?
9      Q   Do you appear in this picture?
10     A   I do.
10:33:18
11     Q   And where are you in this picture?
12     A   I am in the very back sitting behind the
13   drum set.
14     Q   And do you have an understanding,
15   Mr. Sessa, as to whether this picture is the picture
10:33:31
16   that was reflected in the thumbnail that we were
17   looking at earlier in Exhibit 5?
18     A   Yes.
19     Q   And if you look down at the subscription
20   below this image -- I will scroll down here and I
10:33:54
21   will zoom in -- are you able to see the text that is
22   written down below here?
23     A   I can read the larger one but --
24     Q   I can zoom in even more on the lower ones.
25     A   I can now.                    10:34:12
                                        Page 82

1      Q   And do you see -- and I will scroll as I
10:34:14
2   read it because we zoomed in quite a bit -- but it
3   says,
4        "This page, top row, Gary Peterson,
5        Roger Ghormley, Mark Sessa and Kent
10:34:22
6        Sevy."
7        Do you see that?
8      A   Yes.
9      Q   So I want to go back to the top row of
10   this picture.
10:34:36
11       And who is this fellow on the left?
12     A   Gary Peterson.
13     Q   And then who is the fellow playing the
14   guitar in the middle?
15     A   Roger Ghormley.
10:34:52
16     Q   And then you said that was you on the drum
17   kit; is that right?
18     A   Yes.
19     Q   So we have got Gary Peterson, Roger
20   Ghormley, and you.
10:35:01
21       Where is Kent Sevy?
22     A   He must be to the far right playing the
23   keyboard.
24     Q   And if I -- sorry.
25       If I scroll over to the right, do you see   10:35:09
                                        Page 83

1   him in this picture?
10:35:12
2      A   I do not.
3      Q   So this says that Kent Sevy appeared --
4   sorry.  Go on.
5      A   No, go ahead.
10:35:21
6      Q   I was going to say this says that Kent
7   Sevy appears in the picture but it doesn't appear
8   that he, in fact, does, right?
9      A   Well, all the way to the far right, you
10   can see Kent -- half of Kent's head.
10:35:34
11     Q   And you would agree that you can't see
12   Kent's face in this picture, correct?
13     A   No, I agree.
14     Q   And if you were not in the band with Kent,
15   would you have been able to identify that was Kent
10:35:55
16   Kent in this photograph?
17       MR. STRAUSS:  Object to the form of the
18   question.
19       You may answer, Mr. Sessa.
20       THE WITNESS:  I wouldn't be able to
10:36:09
21   identify him.
22   BY MR. BAUMANN:
23     Q   And I'm sorry, my audio cut out just a
24   little bit.  So I didn't catch your response.
25       What was your response?           10:36:18
                                        Page 84

1      A   I would not be able to identify him.
10:36:19
2      Q   So based on this picture alone, you
3   wouldn't be able to tell whether that half figure on
4   the right is or isn't Kent Sevy; is that right?
5      A   Yes.
10:36:37
6        MR. STRAUSS:  Object to the form of the
7   question.
8        You may answer it, Mr. Sessa.
9        THE WITNESS:  Yes.
10   BY MR. BAUMANN:
10:36:40
11     Q   I'm going to take down this document and I
12   want to return to the complaint which we had marked
13   as Exhibit 1.
14       And I will share my screen with you,
15   Mr. Sessa, and can you let me know once you are able
10:36:55
16   to see it.
17     A   Okay.
18     Q   Are you able to see the document on my
19   screen, Mr. Sessa?
20     A   Yes.
10:37:06
21     Q   And I want to take a look at paragraph 43
22   in your complaint which I can highlight here.
23       Are you able to see that?
24     A   Yes.
25     Q   And this says in the first portion of the   10:37:22
                                        Page 85

22 (Pages 82 - 85)

1    first sentence,
10:37:26
2        "A screenshot showing the
3        results of a search for Mark
4        Sessa's name on the promotional
5        limited-access version of the
10:37:33
6        Ancestry website is shown below."
7        Do you see that?
8    A   Uh-huh.
9    Q   And what does "promotional limited-access
10   version" mean?
10:37:46
11   A   It's on a trial base for a limited amount
12   of time.
13   Q   So we had looked up earlier, Mr. Sessa,
14   and we can scroll back up to paragraph 39.
15       Do you see that?
10:38:13
16   A   Yes.
17   Q   And so this says,
18       "A screenshot showing the results
19        of Mark Sessa's name on
20        Ancestry.com is shown below."
10:38:31
21       And then it goes on to say,
22       "These pages are accessible both to
23        paying subscribers and to users of
24        Ancestry's promotional 14-day 'free
25        trial.'"                    10:38:44

Page 86

1        Do you see that?
10:38:45
2    A   Yes.
3    Q   So going back to paragraph 43, paragraph
4    39 referred to the promotional fourteen-day free
5    trial, and this paragraph 43 refers to promotional
10:39:02
6    limited-access version.
7        Do you have an understanding whether there
8    is a difference between those two?
9    A   I don't know.
10   Q   And then if we look at the screenshots
10:39:21
11   that follow in this paragraph 43 -- and I will
12   scroll down -- are you able to see those?
13   A   No.
14   Q   Let me zoom in a bit and you can tell me
15   if you are able to see it a bit better.
10:39:37
16       Are you able to see these screenshots
17   reflected on this page?  And I can scroll around as
18   needed.
19   A   Yes.
20   Q   And these look a little different than
10:39:55
21   these search results that we were looking at in
22   paragraph 43, and I can scroll back up to those if
23   you need to refresh your recollection on what they
24   look like, but would you agree that these look
25   different than the search results reflected in    10:40:12

Page 87

1    paragraph 43?
10:40:15
2    A   I am not sure
3    Q   And I will scroll back up to paragraph 43
4    so you can look at those again -- sorry, paragraph
5    39
10:40:32
6        So here are the search results in
7    paragraph 39
8        Are you able to see those?
9    A   Where it says results one of four?
10   Q   Yes, correct
10:40:41
11   A   Yes
12   Q   So take a look at those search results in
13   paragraph 39
14       And paragraph 39 was the one that said it
15   was accessible to paying subscribers and
10:40:50
16   fourteen-day free trial users, correct?
17   A   Correct
18   Q   So remember what those search results look
19   like, and then I'm going to go back down to
20   paragraph 43
10:41:04
21       And are you able to see those search
22   results in paragraph 43 of your complaint?
23   A   Yes
24   Q   And these search results reflected in the
25   screenshot of paragraph 43 of your complaint may    10:41:28

Page 88

1    look different than the ones we just looked at in
10:41:32
2    paragraph 39 of your complaint, right?
3    A   Yes.
4    Q   And we see here in the -- sorry, I didn't
5    mean to cut you off.
10:41:48
6    A   The other ones had my pictures and this
7    one just has where it says show image.  You probably
8    have to click on it to see my pictures.
9    Q   Right.
10       So what I'm trying to understand is
10:42:01
11   whether you know why the search results in
12   paragraph 43 which says these are accessible to
13   promotional limited access-version users look
14   different than those in paragraph 39 which said that
15   they were visible to paying subscribers and
10:42:21
16   fourteen-day free trial users.
17       Do you have an understanding as to why
18   these two look different from one another?
19   A   No.
20   Q   Moving back up to paragraph 39, do you
10:42:41
21   know whether these images reflected here are
22   available to promotional limited-access users of
23   Ancestry's website?
24   A   No.
25   Q   Now, let's scroll back down to    10:43:08

Page 89

1  paragraph 43, and we are looking at the search
10:43:17
2  results here which reflect your name and then it
3  says "Nevada, USA "
4       Are you able to see those?
5   A   Underneath the headings "All U S  School
10:43:30
6  Yearbooks, 1990-1999"?
7   Q   Correct
8   A   It says -- it's got my name and state and
9  USA, and like I say, it's got little tabs you can
10  click on that says "see image "
10:44:00
11       That is what I see
12   Q   And do you know as you sit here right now
13  whether any of these four results that are listed
14  here are your yearbook record as opposed to another
15  Mark Sessa's yearbook record?
10:44:18
16   A   No
17   Q   Do you know whether any user of Ancestry's
18  website has ever searched for your name on the site?
19   A   No
20       MR STRAUSS:  Object to form
10:44:44
21       You may answer it
22       THE WITNESS:  No
23  BY MR  BAUMANN:
24   Q   I want to take this down and I want to the
25  look at Exhibit 4 again which is a document that we        10:44:59

Page 90

1  previously looked at and I will share my screen with
10:45:05
2  you, Mr. Sessa.
3       And I will zoom way in because -- and you
4  will be able to see it better.
5       And do you recall, Mr. Sessa, that we were
10:45:20
6  looking at this Exhibit 4 previously?
7   A   Yes.
8   Q   And we saw what I was referring to as this
9  pop-up here that says "Mark Sessa" at the top.
10       Do you see that?
10:45:40
11   A   Yes.
12   Q   And then down below that there is a
13  thumbnail image.
14       Do you see that?
15   A   Yeah, underneath where it says "There's
10:45:49
16  more to see"?
17   Q   Yes.
18   A   Yeah, "A picture of your original
19  document." Okay.
20   Q   And this says "Mark Sessa" at the top and
10:46:04
21  it's got an image of this document.
22       And I think we might have covered this
23  earlier but you don't know whether this is a page
24  from your yearbook record, do you?
25   A   I do not know.                              10:46:19

Page 91

1   Q   I will take that one down.
10:46:29
2       I want to jump back to the complaint again
3  which we had marked as Exhibit 1, and I'm going to
4  share my screen with you, Mr. Sessa, and you can let
5  me know when you are able to see it.
10:46:50
6       Are you able to see that?
7   A   Yes.
8   Q   And I want to take a look at paragraph 44
9  here which goes from the bottom of page 21 up and
10  through page 22.
10:47:03
11       Do you see that?
12   A   Where it says -- paragraph 44?
13   Q   Correct.  And I can highlight.
14   A   Yeah, I see it.
15   Q   And I want to direct your attention in
10:47:16
16  particular to the last sentence in this paragraph,
17  which I will highlight here and I can zoom in more
18  if you need it.
19       Let me know, are you able to see that,
20  Mr. Sessa?
10:47:33
21   A   Yes.
22   Q   And that says,
23       "Upon information and belief,
24       Ancestry has and continues to send
25       targeted promotional and email       10:47:41

Page 92

1       messages including Mark Sessa's
10:47:43
2  name, photograph, and likeness "
3       Do you see that?
4   A   Uh-huh
5   Q   And --
10:47:52
6   A   Yes
7   Q   And what is your basis for that
8  allegation?
9   A   I saw my pictures
10   Q   And have you ever seen any of your
10:48:12
11  pictures in a targeted promotional E-mail?
12   A   No
13   Q   So sticking specifically with the
14  appearance of your pictures in any E-mails sent by
15  Ancestry, what is your basis for saying that
10:48:33
16  Ancestry has and continues to send targeted
17  promotional E-mail messages including Mark Sessa's
18  name, photograph, and likeness?
19   A   Well, I saw my pictures on the site
20  Otherwise, I wouldn't know  All of that stuff that
10:48:49
21  gets sent to me goes to my junk file
22   Q   And do you know whether any such E-mail
23  has ever been sent to you?
24   A   I don't know
25   Q   Do you know whether any such E-mail       10:49:09

Page 93

24 (Pages 90 - 93)

Page 94

1    including your information has ever been sent to
10:49:11
2    anyone?
3         MR. STRAUSS:  Object to the form of the
4    question.
5         You may answer it.
10:49:18
6         THE WITNESS:  I don't know.
7    BY MR. BAUMANN:
8         Q   Do you know what a targeted promotional
9    E-mail message is?
10        A   An E-mail that is sent to a specific
10:49:34
11   person or group of persons.
12        Q   And do you have an understanding of what
13   information appears in targeted promotional E-mails?
14        A   Specific to what?
15        No, I don't.  I don't know what goes into
10:50:02
16   them.
17        Q   Do you know whether the targeted
18   promotional E-mails referenced in paragraph 44 of
19   your complaint contain any person's name?
20        A   No.
10:50:19
21        Q   Do you know whether the targeted
22   promotional E-mails referenced in paragraph 44 of
23   your complaint contain anyone's photograph?
24        A   No.
25        Q   This paragraph, and in particular the          10:50:36

Page 95

1    sentence we are looking at, refers to the term
10:50:41
2    "likeness" in addition to name and photograph.
3         What do you understand a likeness to be?
4         A   It could be a drawing.
5         Q   Anything else?
10:51:02
6         A   Not that I am aware.
7         Q   And do you know whether the targeted
8    promotional E-mail messages referenced in
9    paragraph 44 of your complaint include any person's
10   likeness?
10:51:24
11        A   I don't know.
12        Q   I can take this document down for now, and
13   we might have tread this ground already, Mr. Sessa.
14   So apologies if we did but have you ever visited
15   Ancestry's website?
10:51:49
16        A   No.
17        Q   And I take it then you have never had a
18   subscription to Ancestry's website?
19        A   No.
20        Q   Are you aware that some services available
10:52:08
21   on Ancestry's website are available only to those
22   that have a subscription to the site?
23        A   I don't know.
24        Q   Let me pull back up paragraph 22 in
25   Exhibit 1 which is your complaint in this action.      10:52:24

Page 96

1         Are you able to see this document,
10:52:36
2    Mr. Sessa?
3         A   Yes, I am.
4         Q   So in paragraph 22 of your complaint, you
5    say that you are not a subscriber of any
10:52:47
6    Ancestry.com products or services.
7         Do you see that?
8         A   Which line?
9         Q   And I will highlight it right here,
10   paragraph 22.  Sorry, this is --
10:53:09
11        A   That is my brother.
12        Q   Let me move down to the correct paragraph
13   for you, which is -- let's see.  Here we go.
14        Looking at paragraph 34 in your complaint,
15   Mr. Sessa, and I can highlight it here, it says,
10:53:55
16        "Plaintiff Mark Sessa is a
17        resident of Las Vegas, Nevada.
18        Mark Sessa is not a subscriber of
19        any of Ancestry.com products or
20        services."
10:54:07
21        Do you see that?
22        A   Yes.
23        Q   So based on that allegation, do you have
24   an understanding as to whether certain individuals
25   are subscribers to Ancestry.com products or         10:54:18

Page 97

1    services?
10:54:22
2         MR. STRAUSS:  Object to the form of the
3    question.
4         You may answer it, Mr. Sessa.
5         THE WITNESS:  I imagine so.
10:54:31
6    BY MR. BAUMANN:
7         Q   And this goes on to say Plaintiff Mark
8    Sessa,
9         ". . . is not subject to a Terms of
10        Service or any other agreement with
10:54:44
11        Ancestry.com."
12        Do you see that?
13        A   Yes.
14        Q   And do you have an understanding whether
15   subscribers to Ancestry.com are required to agree to
10:55:00
16   Ancestry's terms and conditions?
17        MR. STRAUSS:  Object to form.
18        You may answer.
19        THE WITNESS:  I don't know.
20   BY MR. BAUMANN:
10:55:15
21        Q   So I take it -- well, have you ever agreed
22   to Ancestry's terms and conditions, Mr. Sessa?
23        A   Not to my knowledge.
24        Q   I will take this one down again.
25        Mr. Sessa, do you maintain any social         10:55:44

25 (Pages 94 - 97)

```
 1   media profiles?
     10:55:45
 2        Sorry, were you able to hear my question?
 3   A   I am sorry, no.
 4   Q   Do you maintain any social media profiles?
 5   A   Yes.
     10:56:09
 6   Q   And what social media profiles do you
 7   have?
 8   A   Facebook, LinkedIn.  There might be a
 9   couple of more that I don't remember at this time.
10   Q   Do you have a Twitter?
     10:56:40
11   A   I'm not sure.
12   Q   Do you have an Instagram?
13   A   I believe so.  I don't use them, so I'm
14   not quite sure.
15   Q   So I think you recalled that you had a
     10:57:06
16   Facebook profile.
17   A   I do.
18   Q   Do you put pictures of yourself on your
19   Facebook profile?
20   A   I do.
     10:57:17
21   Q   And do you share your name on your
22   Facebook profile?
23   A   I don't believe so.
24   Q   It's your understanding that your Facebook
25   profile doesn't have your name?             10:57:34
                                                Page 98
```

```
 1   A   It's under a different name.
     10:57:37
 2   Q   And what name do you have your Facebook
 3   profile under?
 4   A   "Roger Rhythm."
 5   Q   And why do you use that name, Mr. Sessa?
     10:57:48
 6   A   Because I am a drummer.
 7   Q   What about on your LinkedIn, Mr. Sessa,
 8   have you shared photographs of yourself on your
 9   LinkedIn?
10   A   I am not sure.
     10:58:05
11   Q   What about your name, have you shared your
12   name through your LinkedIn page?
13   A   Again, I am not sure.  It could --
14       MR. BAUMANN:  And I don't know if it was
15   just on my end, Sam, but did Mr. Sessa glitch out on
     10:58:30
16   you, too?
17       THE WITNESS:  I am sorry.  I didn't hear
18   you.
19   BY MR. BAUMANN:
20   Q   I think we have you back.
     10:58:40
21   A   Okay.
22   Q   We didn't catch your response.
23       I had asked whether you shared your name
24   on your LinkedIn profile and then I didn't hear the
25   answer.                                     10:58:50
                                                Page 99
```

```
 1   A   I rarely go on there.  So I am not sure if
     10:58:53
 2   it's my name or if it's Roger name.
 3   Q   And I can pull up a document real quick
 4   here which let me add to our exhibit folder first.
 5       (Deposition Exhibit 7 was marked
     10:59:18
 6       for identification by the court
 7       reporter and is attached hereto.)
 8       MR. BAUMANN:  And Sam, let me know when
 9   you are able to get that document.
10       MR. STRAUSS:  I have it.
     10:59:43
11       MR. BAUMANN:  Great.
12   BY MR. BAUMANN:
13   Q   So this, Mr. Sessa -- I will share my
14   screen -- is a document that has now been marked as
15   Exhibit 7.  I will pull this up.
     10:59:53
16       Are you able to see that document?
17   A   Yes.
18   Q   And do you recognize that document?
19   A   Yes.
20   Q   And what is that?
     11:00:14
21   A   It's a picture of me and my work at
22   Trader Joe's but I'm not sure -- I think this is
23   LinkedIn.
24   Q   And if we look at the top of this page, it
25   says Mark Sessa, Section Leader, Trader Joe's 11:00:42
                                                Page 100
```

```
 1   LinkedIn.
     11:00:46
 2       Do you see that?
 3   A   Yes.
 4   Q   And do you understand this to be your
 5   LinkedIn page?
     11:00:52
 6   A   I believe so.
 7   Q   And I can scroll down on it, as well, if
 8   you need to see more.
 9       That is a position you held, correct,
10   Section Leader at Trader Joe's?
     11:01:08
11   A   Correct.
12   Q   So looking at this LinkedIn page, you put
13   a picture of yourself on it, right?
14   A   Yes.
15   Q   And you have your name on here, correct?
     11:01:23
16   A   Correct.
17   Q   And your name is searchable on LinkedIn,
18   correct?
19       MR. STRAUSS:  Object to the form of the
20   question.
     11:01:45
21       You may answer it, Mr. Sessa.
22       THE WITNESS:  I am not sure.
23   BY MR. BAUMANN:
24   Q   Have you visited LinkedIn before?
25   A   A few times.                            11:01:52
                                                Page 101
```

26 (Pages 98 - 101)

**Page 102**

1  Q  Have you ever tried to find another
11:01:56
2  person's LinkedIn profile?
3  A  I don't remember
4  Q  To the best of your understanding as you
5  are sitting here today, how would you go about
11:02:21
6  finding another person's profile on LinkedIn?
7  A  There is probably a search bar where you
8  put the person's name in
9  Q  And do you have an understanding whether
10  if someone were to go on LinkedIn and type in Mark
11:02:39
11  Sessa they would be able to locate your LinkedIn
12  profile?
13  MR STRAUSS:  Object to form
14  You may answer it
15  THE WITNESS:  Unless there is more than
11:02:51
16  one Mark Sessa
17  BY MR BAUMANN:
18  Q  Do you have an understanding whether if
19  they searched Mark Sessa, your profile would be
20  among those that are pulled up on LinkedIn?
11:03:07
21  A  It should
22  Q  And you chose to share A Picture Of
23  Yourself And Your Name On LinkedIn, Correct?
24  A  Yes
25  Q  Does LinkedIn contain any advertisements   11:03:42

**Page 103**

1  on the pages that you visited?
11:03:44
2  A  I don't remember
3  Q  Would it bother you if LinkedIn contained
4  advertisements on its website?
5  A  If they used my image and/or name to
11:04:13
6  promote it, yes
7  Q  You said if they used your image or name
8  to promote it
9  What do you mean by that?
10  A  Well, I am on this site so that I can
11:04:28
11  connect with other musicians
12  If they used my name and my picture to
13  promote LinkedIn, I did not authorize them to do so
14  Q  And that's what I am trying to understand
15  When you said use it to promote LinkedIn,
11:04:52
16  what do you mean by used it to promote?  How would
17  they use it to promote LinkedIn?
18  MR STRAUSS:  I object to the form of the
19  question
20  You may answer it, Mr Sessa
11:05:03
21  THE WITNESS:  I don't know  I am not in
22  advertising
23  BY MR BAUMANN:
24  Q  Well, you said it would bother you if they
25  used it to promote LinkedIn  So you must have had   11:05:16

**Page 104**

1  something in mind for how it might be used to
11:05:18
2  promote LinkedIn.
3  What did you have in mind?
4  MR. STRAUSS:  Same objection.
5  You may answer it, Mr. Sessa.
11:05:26
6  THE WITNESS:  My name and our photo either
7  separate or together with some sort of advertisement
8  as, you know, connect with people you haven't seen
9  in a long time or connect with fellow musicians or
10  something along that line, I guess.
11:05:48
11  BY MR. BAUMANN:
12  Q  And do you know whether LinkedIn does that
13  with your picture or your name?
14  A  I don't know.
15  Q  Why haven't you checked?
11:06:02
16  MR. STRAUSS:  Object to the form of the
17  question.
18  You may answer, Mr. Sessa.
19  THE WITNESS:  I don't know.
20  BY MR. BAUMANN:
11:06:18
21  Q  Is it your understanding that your
22  information on Ancestry's website is used to promote
23  Ancestry?
24  A  Would you repeat the question, please.
25  Q  Sure.   11:06:39

**Page 105**

1  Is it your understanding that the yearbook
11:06:40
2  information that is on Ancestry's website, your
3  yearbook information, is used to promote Ancestry?
4  A  It could be
5  Q  And do you know whether it is?
11:06:57
6  A  No, I don't go on that site
7  Q  So as you sit here today, you don't know
8  one way or the other whether Ancestry uses your
9  information to promote its website?
10  A  I'm not sure
11:07:31
11  Q  If Ancestry enabled users to search your
12  name such that it comes up in a list of search
13  results like on LinkedIn, in your view would that be
14  Ancestry using your name to promote its website?
15  MR. STRAUSS:  Object to the form of the
11:07:53
16  question
17  You may answer it, Mr Sessa
18  THE WITNESS:  Would you repeat the
19  question, please
20  BY MR BAUMANN:
11:08:00
21  Q  Sure
22  If someone's able to search your name on
23  Ancestry's website, in your view is that using your
24  name to promote Ancestry's website?
25  MR. STRAUSS:  Object to the form of the   11:08:12

27 (Pages 102 - 105)

1 question
11:08:13
2    You may answer it
3    THE WITNESS: Yes
4 BY MR BAUMANN:
5    Q Why?
11:08:16
6    A If my name or likeness or picture wasn't
7 on there, they wouldn't be able to do that I
8 didn't give them the permission to do that
9    Q And when you say "to do that," you mean to
10 be --
11:08:36
11   A Search for my name
12   Q Does your name appear in the Las Vegas
13 Yellow Pages?
14   A I don't know
15   Q Have you ever looked in a Las Vegas Yellow
11:08:54
16 Pages?
17   A Yes
18   Q And in the White Pages section of those
19 books, there is usually a directory of people's
20 names and telephone numbers, right?
11:09:12
21   A Yes
22   Q And do you know one way or the other
23 whether your name has ever appeared in the Las Vegas
24 White Pages?
25       MR STRAUSS: Object to the form of the    11:09:29
Page 106

1 question
11:09:30
2    You may answer it
3    THE WITNESS: I don't know
4 BY MR BAUMANN:
5    Q In your view, if your name appeared in the
11:09:35
6 Las Vegas White Pages directory, is that using your
7 name to promote the Las Vegas White Pages directory?
8    MR STRAUSS: Same objection
9    You may answer it
10   THE WITNESS: I'm not sure They don't
11:09:50
11 charge for the directory
12 BY MR BAUMANN:
13   Q The Yellow Pages section of the directory
14 contains advertisements for businesses, right?
15   MR STRAUSS: Object to form
11:10:17
16   You may answer the question
17   THE WITNESS: Correct
18 BY MR BAUMANN:
19   Q So you would agree that the directory is
20 being used to advertise, right?
11:10:27
21   MR STRAUSS: Same objection
22   You may answer it
23   THE WITNESS: I don't know
24 BY MR BAUMANN:
25   Q Do you know whether businesses pay to    11:10:48
Page 107

1 appear in the Yellow Pages of a directory?
11:10:53
2    A I don't know.
3    Q And as you sit here today, in your view if
4 your name were to appear in the White Pages
5 directory, is that using your name to promote either
11:11:13
6 the businesses in the Yellow Pages or White Pages
7 directory, itself?
8    MR. STRAUSS: Object to form.
9    You may answer it.
10   THE WITNESS: I don't know.
11:11:26
11 BY MR. BAUMANN:
12   Q But in your view, Ancestry making your
13 name searchable on its website is using your name to
14 promote Ancestry's product; is that right?
15   A Yes, being charged -- they charge for a
11:11:47
16 service.
17   Q Have you ever visited the "New York Times"
18 online?
19   A Yes.
20   Q And that website is behind a pay wall,
11:12:15
21 correct?
22   A Is behind what?
23   Q A pay wall. You have to pay in order to
24 read the articles, right?
25   A I don't know.    11:12:32
Page 108

1    Q Have you ever visited a news website where
11:12:33
2 you have to pay to access the articles?
3    A No.
4    Q Are you aware that for some news websites
5 you have to pay to access the articles that are
11:12:47
6 available on that news website?
7    A No.
8    MR. STRAUSS: Object to the form of the
9 question.
10   You may answer.
11:12:55
11   Jack, before you jump into your next
12 question, I am just wondering about taking another
13 break but I don't want to interrupt a line of
14 questioning.
15   So do you have a sense of when may be
11:13:06
16 convenient?
17   MR. BAUMANN: Maybe like five or ten
18 minutes if that works for you. If it's urgent, we
19 can do it now.
20   MR. STRAUSS: No, that is perfect. I
11:13:17
21 appreciate that.
22   MR. BAUMANN: Great.
23 BY MR. BAUMANN:
24   Q So Mr. Sessa, do you know whether certain
25 news websites are accessible only to paying    11:13:24
Page 109

28 (Pages 106 - 109)

1   subscribers?
11:13:28
2        MR. STRAUSS:  Objection to form.
3        You may answer it.
4        THE WITNESS:  I don't know.
5   BY MR. BAUMANN:
11:13:34
6        Q    Let's assume the "New York Times" website
7   is only accessible to paying users.
8        If the "New York Times" had an article
9   about president Joe Biden and it was only accessible
10  to those who had paid to subscribe to the "New York
11:13:55
11  Times" website, in your view would that be using
12  President Joe Biden's name to promote the "New York
13  Times"?
14       MR. STRAUSS:  I object to the form of the
15  question.
11:14:10
16       You may answer it, Mr. Sessa.
17       THE WITNESS:  In my opinion that they --
18  people who wanted to read that article would have to
19  pay, so I would have to say I think so.
20       If you can't -- if you don't pay, you are
11:14:34
21  not able to be able to read that article.
22  BY MR. BAUMANN:
23       Q    So in your view, a news record that is
24  accessible only behind a pay wall, whoever's name
25  appears in that, their names are being used to     11:14:51
                                                Page 110

1   promote the newspaper?
11:14:55
2        MR. STRAUSS:  Object to the form of the
3   question.
4        You may answer it.
5        THE WITNESS:  Not everybody's name but
11:15:06
6   otherwise, yes.
7        MR. BAUMANN:  Sam, we can take a break.
8        MR. STRAUSS:  Awesome.  So Jack -- let's
9   go off the record.
10       THE VIDEOGRAPHER:  Going off the record.
11:15:24
11       The time is 11:15 a.m.
12       (Off the record.)
13       THE VIDEOGRAPHER:  Back on the record.
14       The time is 11:38 a.m.
15  BY MR. BAUMANN:
11:38:19
16       Q    Mr. Sessa, welcome back.  Sorry to retread
17  for a moment here but just to get us back on pace,
18  so as I understand it, Mr. Sessa, your claims
19  against Ancestry are based on Ancestry's use of your
20  yearbook records to promote its website.
11:38:38
21       Is that what you are alleging?
22       A    Yes.
23       Q    And how does Ancestry use your yearbook
24  records to promote its site?
25       A    They use my picture as a way to get other   11:38:59
                                                Page 111

1   people to join their -- join Ancestry.com.
11:39:08
2        Q    Let's say, Mr. Sessa, that nobody had ever
3   searched your name or picture on Ancestry.
4        You would agree then that your name and
5   picture weren't used to promote Ancestry's site,
11:39:27
6   right?
7        MR. STRAUSS:  Objection to form.
8        You may answer, Mr. Sessa.
9        THE WITNESS:  No, I would not agree.
10  BY MR. BAUMANN:
11:39:40
11       Q    Why not?
12       A    Just because somebody didn't see it didn't
13  mean that they didn't use it.
14       Q    And how did they use it if nobody's ever
15  seen it?
11:39:53
16       A    Well, they still post my picture without
17  my -- without asking me for permission.
18       Q    So I want to focus in on what you are
19  alleging is promotion, which is using the picture to
20  gain subscribers to Ancestry's site; is that
11:40:18
21  correct?
22       A    Yes.
23       Q    And if nobody had ever seen your picture,
24  how would that help Ancestry gain any subscribers?
25       MR. STRAUSS:  Object to form.               11:40:36
                                                Page 112

1        You may answer it.
11:40:36
2        THE WITNESS:  If somebody hasn't seen it
3   yet doesn't mean that they won't in the future.
4   BY MR. BAUMANN:
5        Q    So let's assume that nobody has seen it
11:40:50
6   and they won't in the future.
7        You would agree then that your picture
8   wasn't used to promote Ancestry's site, right?
9        MR. STRAUSS:  Object to form.
10       You may answer it.
11:41:03
11       THE WITNESS:  They're still using it.  So
12  I would have to say yes, they're still using my
13  image to promote their product.
14  BY MR. BAUMANN:
15       Q    Well, as I understood your testimony,
11:41:18
16  Mr. Sessa, you believe Ancestry.com is using it to
17  promote the product because the picture might
18  attract new subscribers to Ancestry's site; is that
19  right?
20       A    Yes.
11:41:32
21       Q    And so that is the promotion aspect in
22  your mind, is that somebody might see that picture
23  and then subscribe to Ancestry's site; is that
24  right?
25       A    I'm not sure how they're using it because   11:41:44
                                                Page 113

29 (Pages 110 - 113)

Page 114

1    I don't go on the site, but I know just for them to
11:41:47
2    put my picture up and without my permission, they're
3    using it.
4        Q   Right.
5            And I want to focus in on what you are
11:41:58
6    alleging to be use for promotion, which as I
7    understand it in your mind is Ancestry's use of the
8    picture to gain new subscribers; is that right?
9        A   That is part of it, yes.
10       Q   And what is the other part of it?
11:42:17
11       A   Well, I have a personal belief that
12   they're going to try and get as many people to join
13   as possible for other purposes.
14       Q   So I think we have covered now your
15   understanding of the way that Ancestry uses your
11:42:47
16   picture to promote its site is to show the picture
17   to get new subscribers to sign up; is that right?
18       MR. STRAUSS:  I am going to object on
19   form.
20           And Jack, I feel like we have gone through
11:43:01
21   this line of questioning multiple times now and I
22   haven't objected but I want to put on the record it
23   seems like we are retreading quite a few times this
24   area.
25

Page 115

1    BY MR. BAUMANN:
11:43:16
2        Q   Go ahead, Mr. Sessa.
3        A   Would you repeat that question.
4        Q   Sure.
5            So I had asked you if it's your
11:43:21
6    understanding that Ancestry uses your picture to
7    promote its website by showing it to individuals who
8    Ancestry hopes to become new subscribers and you
9    said that is part of it.
10           So what I am trying to understand now is
11:43:35
11   the whole of it in terms of your understanding of
12   how Ancestry uses your picture to promote its
13   website.
14           And the first aspect as I understand it is
15   showing the picture to get somebody to subscribe to
11:43:50
16   the site --
17       A   Yes.
18       Q   -- is that right?
19           And then the other portion that you
20   discussed was that Ancestry wants to gain as many
11:43:58
21   subscribers as possible; is that right?
22       A   Yes.
23       Q   And then is there any other way in your
24   view that Ancestry uses your picture to promote its
25   website?                                    11:44:16

Page 116

1        A   I don't know.
11:44:17
2        Q   So focussing in on use of your picture to
3    gain new subscribers, what I want to understand is
4    in your mind, if nobody has ever viewed that
5    picture, is Ancestry using it to promote its
11:44:28
6    website?
7        MR. STRAUSS:  Object to form.
8            And again, Jack, we are not going to run
9    through the same questions again.  So you can answer
10   it but then we have to stop running through this.
11:44:42
11   You know, asked and answered.  I don't like making
12   speaking objections but . . .
13   BY MR. BAUMANN:
14       Q   Go ahead, Mr. Sessa.
15       A   Would you repeat the question, please.
11:44:54
16       Q   Sure.
17           If Ancestry's never showed your picture to
18   a potential subscriber of the site or to anyone
19   else, for that matter, how in your mind is Ancestry
20   using your picture to promote its website?
11:45:09
21       MR. STRAUSS:  Same objection.
22   You may answer.
23       THE WITNESS:  I don't know that nobody has
24   seen it.  I don't go on to the website.
25           The very fact that my picture is there   11:45:21

Page 117

1    without my permission is -- is fact that they're
11:45:29
2    using it to promote without my -- without my say so
3    BY MR BAUMANN:
4        Q   And that includes if nobody's ever seen it
5    such that they might subscribe to the website?
11:45:53
6        A   Nobody's ever seen it, I don't know
7        MR. STRAUSS:  I'm going to object to the
8    form of the question
9            And Jack, this is the last time I am going
10   to stop the deposition  We can't just go through
11:46:06
11   the same questions over and over
12       MR. BAUMANN:  I am trying to understand
13   Mr Sessa's understanding and that seems to be, you
14   know, evolving a bit as we go through the questions
15   So I want to make sure I have a complete
11:46:19
16   understanding of it
17           My goal here is not to ask the same
18   question over again but to get Mr Sessa's complete
19   understanding so, you know, we can get to a point
20   once we have got that where I can ask if there is
11:46:31
21   anything else, but at this juncture seems that
22   there is, you know, a little bit of evolution in his
23   answer  So I am just trying to understand where
24   that stands
25       MR STRAUSS:  So I am unclear about that   11:46:45

30 (Pages 114 - 117)

1   last answer, but I don't think for counsel we should
11:46:47
2   be speaking on the record about the testimony, but
3   what I will say is that I am uncomfortable and it is
4   not an appropriate line of questioning to repeat the
5   same thing.
11:46:59
6       So the last time you went through the
7   question, I said that's the last time but this time
8   I want you to know I sincerely mean that you can't
9   do this.
10      So Mr. Sessa, you can answer this question
11:47:10
11  one last time.
12      Jack, maybe if you want to take a break,
13  we can take this offline but this is just not an
14  appropriate line of questioning to just recycle
15  through.
11:47:23
16      MR. BAUMANN:  Yeah, I think I disagree.
17      I actually forgot what my last question
18  was at this point.  So I can probably ask the
19  reporter to read it back, but I can assure you this
20  won't go on for much longer.
11:47:33
21      MR. STRAUSS:  Sounds good, and I want to
22  be respectful of the fact that this is your
23  deposition and I want you to get the testimony or at
24  least ask the questions that you wish.
25      (The previous question and answer      11:47:44
                                               Page 118

1   was read back by the court reporter
11:47:44
2   as follows:
3       "QUESTION:  And that includes
4   if nobody's ever seen it such that
5   they might subscribe to the
11:45:54
6   website?
7       "ANSWER:  Nobody's ever seen
8   it, I don't know.")
9   BY MR. BAUMANN:
10      Q   Mr. Sessa, I want to turn back to
11:48:36
11  Exhibit 8 real quick which we looked at earlier and
12  this was your LinkedIn profile, correct?
13      A   Yes.
14      Q   And if we look at the center of this page,
15  do you see what appears to be a hyperlink that says
11:48:56
16  "Join to Connect"?
17      A   Yes.
18      Q   And do have an understanding of what that
19  button on LinkedIn's website does?
20      A   Yes.
11:49:16
21      Q   And what does it do?
22      A   If you want to join LinkedIn, you click on
23  that link.
24      Q   In your view, Mr. Sessa, is this using
25  your -- this LinkedIn profile on Exhibit 8 using  11:49:36
                                               Page 119

1   your name or image to promote LinkedIn's website?
11:49:41
2       MR. STRAUSS:  Object to form
3       You may answer
4       THE WITNESS:  No
5   BY MR BAUMANN:
11:49:55
6       Q   Why not?
7       A   I am the one who put the picture up and
8   put my name up there and information so that I could
9   connect with other people who have similar
10  interests
11:50:15
11      Q   But as I understand this button -- and you
12  can correct me if I am wrong -- this is asking new
13  visitors to LinkedIn whether they want to join
14  LinkedIn's website; is that right?
15      A   I am not sure
11:50:33
16      Q   And you chose to post your picture on
17  LinkedIn, right?
18      A   Yes
19      Q   And you chose to post your name on
20  LinkedIn; is that right?
11:50:48
21      A   Yes
22      Q   And you knew that would be visible to
23  other people who visited LinkedIn's website?
24      A   I imagine so
25      Q   And looking at this screen now, you knew  11:51:04
                                               Page 120

1   that LinkedIn would solicit users to join their
11:51:07
2   website on the same page as your name and picture
3   appear; is that right?
4       MR. STRAUSS:  Object to the form of the
5   question.
11:51:19
6       You may answer it.
7       THE WITNESS:  I suppose.
8   BY MR. BAUMANN:
9       Q   I will take down this exhibit.
10      How do you contend, Mr. Sessa, that you
11:51:33
11  have been harmed by Ancestry's use of your picture
12  on its website?
13      A   I don't know how my picture ended up on
14  their website.  It was not -- it's not my intention
15  for my picture to be up on their website or any
11:52:00
16  personal information about me.
17      Q   Are there any other ways you contend you
18  have been harmed by Ancestry's use of your picture
19  on its website?
20      A   Yes.
11:52:36
21      Q   And what are those?
22      A   I have noticed that -- let's just say that
23  it contradicts my belief system.
24      Q   And what do you mean by that, Mr. Sessa?
25      A   As an example, if someone --           11:53:21
                                               Page 121

31 (Pages 118 - 121)

1   hypothetically, if someone was to put somebody's
11:53:25
2   name up there without their permission, somebody
3   else on this website could see that and decide to
4   use their name in a -- in a way that wouldn't be
5   appropriate.
11:53:53
6       It would baptize them into, let's say, a
7   belief system that wasn't agreeable to them.
8       Q   I'm trying to understand when you say
9   "baptize them into a belief system they're not
10   agreeable with," what you mean by that.
11:54:22
11      A   What I mean by that is --
12      Q   Can you explain.
13      A   The -- there is a church that has a belief
14   system that you can baptize into that church by
15   proxy.  They don't even have to know they have been
11:54:47
16   baptized.
17       As long as they have got the person's
18   name, they can baptize them.  They don't even have
19   to go to that church.  They don't even know that
20   they have been baptized.
11:55:03
21       Somebody sees my name and decides they
22   want to baptize me into that church, they can do so,
23   and a lot of these -- a lot of these sites use that
24   information.  They could use that information like
25   that.                                11:55:24

                                        Page 122

1        More, those people that are on
11:55:30
2   Ancestry.com, I don't know what their intent is.
3       Q   And your name appears in other locations
4   like on your LinkedIn profile besides Ancestry.com,
5   right?
11:55:50
6       A   Correct.
7       Q   So to sort of wrap this up, are there any
8   other ways that you contend you have been harmed by
9   Ancestry's use of your yearbook photograph on its
10   website?
11:56:09
11      A   Not that I am aware of but that doesn't
12   mean there isn't.  I just don't know about them yet.
13      Q   Have you ever provided written consent to
14   anyone for use of your yearbook information?
15      A   Not that I am aware of.  I don't think so,
11:56:40
16   no.
17      Q   Have you ever provided written consent to
18   any third parties to use your name?
19       MR. STRAUSS:  Object to the form of the
20   question.
11:56:57
21       You may answer it, Mr. Sessa.
22       THE WITNESS:  I don't believe so.
23   BY MR. BAUMANN:
24      Q   Have you ever provided written consent to
25   any third parties to use your identity?  11:57:04

                                        Page 123

1        MR. STRAUSS:  Same objection.
11:57:09
2       You may answer it, Mr. Sessa.
3       THE WITNESS:  Again, I don't think so.
4   BY MR. BAUMANN:
5       Q   And have you ever provided written consent
11:57:14
6   to any third parties to use your likeness?
7       MR. STRAUSS:  Same objection.
8       You may answer it, Mr. Sessa.
9       THE WITNESS:  Not that I am aware of.
10   BY MR. BAUMANN:
11:57:30
11      Q   When you first were depicted in the
12   yearbook back when you were in high school, do you
13   recall whether you had to sign off on any written
14   consent to appear in the yearbook?
15      A   I don't remember.
11:57:45
16      Q   Have you ever granted any license to any
17   person to use your name?
18      A   I don't believe so.
19      Q   Have you ever granted any license to a
20   person to use your likeness?
11:58:07
21      A   Again, I don't think so.
22      Q   And have you ever granted any license to
23   any person to use your identity or your persona?
24       MR. STRAUSS:  Object to the form of the
25   question.                             11:58:23

                                        Page 124

1        You may answer, Mr Sessa
11:58:23
2        THE WITNESS:  I don't believe so
3   BY MR BAUMANN:
4       Q   Have you granted any form of permission or
5   authorization to another person to use your name?
11:58:36
6        MR STRAUSS:  Object to the form of the
7   question
8        You may answer it
9        THE WITNESS:  Another person?  I don't
10   believe so
11:58:47
11   BY MR BAUMANN:
12      Q   What about any other -- setting aside
13   people, any entity to use your name?
14       MR STRAUSS:  Object to form
15       You may answer it
11:58:59
16       THE WITNESS:  I don't believe so, no
17   BY MR BAUMANN:
18      Q   And have you ever granted any form of
19   permission or authorization to another person to use
20   your identity?
11:59:15
21      A   For somebody else to use my identity, no
22      Q   What about your persona?
23      A   No
24      Q   Mr Jacob (sic), do you know whether your
25   attorneys have ever accessed Ancestry's website?  11:59:36

                                        Page 125

                                        32 (Pages 122 - 125)

**Page 126**

1    A   I'm sorry, could you repeat that question.
11:59:41
2    Q   Yeah, no problem.
3        Do you know whether your attorneys have
4    ever accessed Ancestry's website?
5    A   I am not sure.
11:59:51
6    Q   Is that something you would expect them to
7    do as part of their investigation of this lawsuit?
8    A   Yes, yes.
9        MR. STRAUSS:  Mr. Sessa, I just want to
10   remind you again -- and my apologies -- please,
12:00:02
11   don't respond to Mr. Baumann's questions until he is
12   finished asking.
13       And I realize this is probably a delay on
14   my end, so please, give me an extra second so I can
15   hear the whole question.
12:00:17
16   BY MR. BAUMANN:
17   Q   And do you recall, Mr. Sessa, we looked at
18   some images in the complaint -- and I can pull it
19   back up if you need to -- that were accessible only
20   to subscribers of Ancestry's website?
12:00:30
21   A   Yeah, could you pull those back up.
22   Q   Yeah, definitely.
23       I'm going to pull back up here Exhibit 1
24   which is the complaint and I'm going to scroll down
25   to paragraph 39.                     12:00:52

**Page 127**

1    A   Okay.
12:00:56
2    Q   Do you see that?
3        And here we have a sentence in your
4    complaint that says,
5        "These pages are accessible both to
12:01:03
6        paying subscribers and to users of
7        Ancestry's promotional 14-day 'free
8        trial.'"
9        Do you see that?
10   A   I do.
12:01:14
11   Q   And did you have an understanding that to
12   access those pictures, one would need to subscribe
13   to Ancestry either through a fourteen-day free trial
14   or through a regular subscription?
15   A   Yes.
12:01:39
16   Q   And do you have an understanding whether
17   your attorneys would have viewed these records
18   reflected in paragraph 39 as part of the
19   investigation of your claims?
20       MR. STRAUSS:  I object to the form of the
12:01:53
21   question.
22       You may answer it, Mr. Sessa.
23       THE WITNESS:  I would imagine so but I
24   don't know.
25

**Page 128**

1    BY MR. BAUMANN:
12:02:06
2    Q   I will take this document down.
3        So Mr. Sessa, do you have an understanding
4    that that case has been asserted as a class action
5    lawsuit?
12:02:18
6    A   A class action, yes.
7    Q   And do you understand that you have
8    alleged that you can serve as a representative of
9    that class?
10   A   I am sorry.  Would you repeat the last
12:02:35
11   part of that question.
12   Q   Sure.
13       Do you have an understanding that you have
14   claimed that you can serve as a representative of
15   that class?
12:02:44
16   A   Yes.
17   Q   And do you have an understanding of what
18   it means to serve as a class representative?
19   A   Yes.
20   Q   And what is your understanding of what
12:03:00
21   that entails?
22   A   That I would represent the people who in
23   the State of Nevada who have a part of this class
24   action suit against Ancestry.com.
25   Q   And is there any reason that you do not    12:03:23

**Page 129**

1    believe you could serve in that role?
12:03:25
2    A   At this time, no
3        MR BAUMANN:  If you give me like three
4    minutes, I think we are probably done here
5        MR STRAUSS:  Sounds good
12:03:44
6        MR BAUMANN:  We will come back on maybe
7    like 12:06
8        THE VIDEOGRAPHER:  Going off the record
9        The time is 12:03 p m
10       (Off the record )
12:03:53
11       THE VIDEOGRAPHER:  Back on the record
12       The time is 12:07 p m
13       MR BAUMANN:  Mr Sessa, I don't have any
14   more questions for you and I want to thank you for
15   your time today
12:07:39
16       THE WITNESS:  Thank you
17       MR STRAUSS:  So Mr Sessa, I do have a
18   couple of questions for you
19       I don't need to take a break and I think
20   and when I say a couple, Jack, I actually just mean
12:07:49
21   a couple  So we won't be here too long but in full
22   disclosure, I am totally struggling to use the
23   Exhibit Share  So let me figure this out
24       So I want to call Mr Sessa's attention to
25   Exhibit Number 1, and I can see it in my Exhibit    12:08:13

33 (Pages 126 - 129)

Veritext Legal Solutions
866 299-5127

1  Share but I need to do now a screen share with the
12:08:16
2  Exhibit Share.
3       MR. BAUMANN:  So I could share my screen,
4  whatever is easiest for you, Sam.
5       MR. STRAUSS:  So Jack, that would be
12:08:25
6  incredibly helpful.  I will tell you it would be
7  helpful if you could open Exhibit Number 1 and turn
8  to page 9.
9       MR. BAUMANN:  Of course.  Give me one
10 second.
12:08:39
11      All right.  I think I did the wrong
12 document.  Let me share screen there.
13      Now, can you see it?
14      MR. STRAUSS:  I can see it, yes.
15
12:08:57
16            EXAMINATION
17 BY MR. STRAUSS:
18   Q   And Mr. Sessa, can you see page number 9?
19   A   I see pictures of my brother.
20   Q   You know what, I am wrong.  My apologies.
12:09:09
21      Let me tell Jack the correct page that I
22 want to look at.
23      And you can -- my apologies, Jack,
24 instead, can you guide us to page number 16.
25   A   Yes.                        12:09:27
                                      Page 130

1   Q   Mr. Sessa, you can see page number 16?
12:09:32
2   A   I can.
3   Q   And can you tell me how many photographs
4  you see on page number 16?
5   A   Four.
12:09:48
6   Q   And if we were to count the first
7  photograph on the page as number one and then the
8  second as number two and the third as number three
9  and so on, can you tell me who is depicted in
10 photograph number two and number three.
12:10:03
11   A   Two and three are me.
12   Q   And I know as contemplated in the
13 complaint and as you discussed with Mr. Baumann
14 earlier that Plaintiff's counsel had blurred those,
15 but if those images were not blurred, would you have
12:10:20
16 any struggle identifying who is depicted in these
17 pictures?
18   A   Not at all.
19      MR. STRAUSS:  And Jack, if you could go to
20 page 17, and keep scrolling, if you will, to the
12:10:34
21 second half of the page.
22 BY MR. STRAUSS:
23   Q   And Mr. Sessa, do you know who or what is
24 depicted in the image that is on the screen?
25   A   That picture is of me.        12:10:42
                                      Page 131

1   Q   And would you have any trouble
12:10:43
2  identifying -- or do you have any trouble
3  identifying that that is a photo of you?
4   A   No
5       MR  BAUMANN:  Jack, can we go to the next
12:10:52
6  page
7  BY MR BAUMANN:
8   Q   And who -- Mr  Sessa, can you tell me what
9  is depicted on page number 18
10   A   That is -- I'm sorry  Go ahead
12:11:01
11   Q   No
12      Can you tell who or what is depicted in
13 the image on page number 18
14   A   I believe that is my senior yearbook
15 picture
12:11:12
16   Q   And do you have trouble identifying that
17 as your senior yearbook photo?
18   A   No
19      MR  STRAUSS:  I have no further questions
20      MR  BAUMANN:  Great  And no follow-ups
12:11:29
21 from me
22      THE VIDEOGRAPHER:  This concludes today's
23 video recorded deposition of Mark Sessa
24      We are off the record at 12:11 p m
25      The number of media used was seven and   12:11:38
                                      Page 132

1  will be retained by Veritext.
12:11:41
2       Thank you.
3       (The deposition was concluded at
4       12:11 p m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                      Page 133

34 (Pages 130 - 133)

```
1              DECLARATION
2
3
4
5        I, MARK SESSA, do hereby declare that I
6  have read the foregoing transcript; that I have made
7  any corrections as appear noted, in ink, initialed
8  by me, or attached hereto; that my testimony as
9  contained herein, as corrected, is true and correct.
10        I declare under the penalties of perjury
11  under the laws of the State of California that the
12  foregoing is true and correct.
13        This declaration is executed this _____
14  day of _____, 2022, at
15  _____, California.
16
17
18
19
20         _____
20              MARK SESSA
21
22
23
24
25
                                        Page 134
```

```
1  SAMUEL STRAUSS, ATTORNEY AT LAW
2  Sam@TurkeStrauss.com
3                    OCTOBER 14, 2022
4  RE: SESSA V. ANCESTRY.COM
5  OCTOBER 11, 2022, MARK SESSA, JOB NO. 5468893
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10  to schedule a time to review the original transcript at
11  a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13  Transcript - The witness should review the transcript and
14  make any necessary corrections on the errata pages included
15  below, notating the page and line number of the corrections.
16  The witness should then sign and date the errata and penalty
17  of perjury pages and return the completed pages to all
18  appearing counsel within the period of time determined at
19  the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21  Counsel - Original transcript to be released for signature
22  as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24  time of the deposition.
25
                                        Page 136
```

```
1  STATE OF _____)
                               ) Ss.
2  COUNTY OF _____)
3
4        I, DARYL BAUCUM, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify;
7        That the foregoing proceedings were taken
8  before me at the time and place herein set forth,
9  at which time the witness named in the foregoing
10  proceeding was placed under oath; that a record
11  of the proceedings was made by me using machine
12  shorthand which was thereafter transcribed under my
13  direction; and that the foregoing pages contain a
14  full, true and accurate record of all proceedings
15  and testimony to the best of my skill and ability.
16        I further certify that I am neither
17  financially interested in the outcome nor a relative
18  or employee of any attorney or any party to this
19  action.
20        IN WITNESS WHEREOF, I have subscribed my
21  name this 13th day of October 2022.
22
23
24          <%signature%>
           DARYL BAUCUM, CSR No. 10356
25
                                        Page 135
```

```
1  _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2  Transcript - The witness should review the transcript and
3  make any necessary corrections on the errata pages included
4  below, notating the page and line number of the corrections.
5  The witness should then sign and date the errata and penalty
6  of perjury pages and return the completed pages to all
7  appearing counsel within the period of time determined at
8  the deposition or provided by the Federal Rules.
9  __ Federal R&S Not Requested - Reading & Signature was not
10  requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 137
```

35 (Pages 134 - 137)

1  SESSA V. ANCESTRY.COM
2  MARK SESSA (#5468893)
3            E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____   _____
24  WITNESS                    Date
25
                                        Page 138

**[& - 865]**

| & |
|---|
| **&**   4:6 7:10,12 136:23 137:9 |

| 0 |
|---|
| **000003**   81:22 |
| **02292**   1:4 2:4 8:23 |

| 1 |
|---|
| **1**   1:11,18,25 2:11 7:5 19:21 20:12 21:4 54:6,18 55:6,9 56:8 57:17 59:15,21 65:6 68:6 74:10 80:18 85:13 92:3 95:25 126:23 129:25 130:7 137:1 |
| **10**   6:6 |
| **100**   7:20 |
| **1000**   4:10 |
| **102**   3:19 |
| **10356**   1:23 2:22 135:24 |
| **10:17**   81:4 |
| **10:32**   81:7 |
| **11**   1:17 2:21 8:1 8:6 136:5 |
| **11201**   3:20 |
| **11:15**   111:11 |
| **11:38**   111:14 |
| **12:03**   129:9 |
| **12:06**   129:7 |
| **12:07**   129:12 |
| **12:11**   2:20 132:24 133:4 |

**130**   6:7
**138**   1:25
**13th**   135:21
**14**   77:20 86:24 127:7 136:3
**140**   55:7,9 56:8 56:11
**16**   130:24 131:1 131:4
**17**   131:20
**18**   132:9,13
**19**   7:5
**1900-2016**   7:15 56:18,25 57:25 58:23 63:19
**1972**   32:4
**1990-1999**   90:6

| 2 |
|---|
| **2**   6:13 7:8 48:1 48:15,16 49:2 |
| **20**   16:6 54:7,18 55:6,10 57:17 65:22,22 |
| **201**   3:9 |
| **2020**   22:15 24:25 |
| **2022**   1:17 2:21 8:1,6 134:14 135:21 136:3,5 |
| **2025.520**   136:9 136:12 |
| **21**   65:23 92:9 |
| **213.443.3000**   4:12 |
| **22**   92:10 95:24 96:4,10 |
| **243**   49:3 |

**27**   6:13
**2700**   54:13
**2796**   54:7,18 55:3
**29**   54:12,12
**2:20**   1:4 2:4 8:23

| 3 |
|---|
| **3**   7:10 51:19 52:11 53:11 63:3 |
| **30**   137:1 |
| **34**   96:14 |
| **347.645.0464**   3:21 |
| **39**   65:13,20,21 66:7,24 67:9,16 71:2 74:12,20 76:10,14 77:12 77:15 78:1,20,25 79:22,23 80:5,13 86:14 87:4 88:5 88:7,13,14 89:2 89:14,20 126:25 127:18 |

| 4 |
|---|
| **4**   7:12 54:16 61:17,19 62:2 63:6 68:6,6,11 68:11 90:25 91:6 |
| **42**   60:23 |
| **43**   85:21 87:3,5 87:11,22 88:1,3 88:20,22,25 89:12 90:1 |
| **44**   92:8,12 94:18 94:22 95:9 |

**48**   7:8

| 5 |
|---|
| **5**   7:15 70:9,10,21 72:13 76:6,9 77:13 82:17 |
| **50**   1:11 2:11 |
| **500**   4:20 |
| **51**   7:10 |
| **53703**   3:10 |
| **5468893**   136:5 138:2 |
| **5468893-1**   1:25 |
| **555**   4:19 |
| **597.770**   7:6 |
| **597.770.**   21:6 |
| **598.0903**   7:6 |

| 6 |
|---|
| **6**   7:17 81:10,11 81:21 |
| **608.237.1775**   3:11 |
| **61**   7:12 |
| **613**   3:8 |
| **650.801.5000**   4:22 |

| 7 |
|---|
| **7**   7:20 100:5,15 |
| **70**   7:15 |
| **72**   51:6 |
| **7753**   10:7 |
| **7796**   57:17 |

| 8 |
|---|
| **8**   119:11,25 |
| **81**   7:17 |
| **865**   4:9 |

Page 1

**[89131 - ancestry.com]**

| | | | |
|---|---|---|---|
| **89131** 10:8 | 106:7 110:21,21 | 107:14 | 74:21 78:2 |
| **8:32** 2:19 8:2,5 | **absolutely** 52:23 | **advertising** | 81:22 86:6 |
| **8:49** 20:19 | 80:23 | 103:22 | 92:24 93:15,16 |
| **8:52** 20:22 | **access** 77:25 | **advice** 26:25 | 104:23 105:3,8 |
| **9** | 78:19,24 79:21 | 27:1,16,19,23 | 105:11,14 |
| | 86:5,9 87:6 | **advise** 27:9 | 108:12 111:19 |
| **9** 130:8,18 | 89:13,22 109:2,5 | **advising** 26:9 | 111:23 112:3,24 |
| **90017** 4:11 | 127:12 | **affiliations** 9:10 | 114:15 115:6,8 |
| **94065** 4:21 | **accessed** 125:25 | **afraid** 24:3 | 115:12,20,24 |
| **9:02** 29:5 | 126:4 | **ago** 51:9 76:4 | 116:5,19 127:13 |
| **9:10** 29:8 | **accessible** 77:18 | **agree** 8:15 74:2 | **ancestry's** 22:10 |
| **9:38** 53:5 | 86:22 88:15 | 75:19,25 77:3 | 22:17 23:5,10,13 |
| **9:40** 53:8 | 89:12 109:25 | 84:11,13 87:24 | 25:3,12,22 28:15 |
| **a** | 110:7,9,24 | 97:15 107:19 | 29:15 30:2,12 |
| | 126:19 127:5 | 112:4,9 113:7 | 31:5,17 53:15,24 |
| **a.m.** 2:19 8:2,5 | **accurate** 135:14 | **agreeable** 122:7 | 60:7,14 62:23 |
| 20:19,24 29:5,8 | **action** 7:5 9:5 | 122:10 | 63:4 66:20,25 |
| 53:5,8 81:4,7 | 11:10,13,16,18 | **agreed** 97:21 | 67:20 68:3,13,17 |
| 111:11,14 | 11:23 12:6,7 | **agreement** 97:10 | 69:12 77:20 |
| **ability** 135:15 | 19:13 21:5 | **ahead** 14:1 21:1 | 78:24 79:21 |
| **able** 15:3 20:7 | 29:25 95:25 | 84:5 115:2 | 80:9,15 86:24 |
| 21:13 24:5 39:5 | 128:4,6,24 | 116:14 132:10 | 89:23 90:17 |
| 48:6,23,24 52:1 | 135:19 | **air** 7:18 | 95:15,18,21 |
| 52:7 57:13 | **activity** 20:10 | **al** 8:20,21 | 97:16,22 104:22 |
| 59:20 60:25 | **actual** 24:14 | **aligned** 13:6 | 105:2,23,24 |
| 62:3,15 63:23 | **ad** 33:11 | **allegation** 60:17 | 108:14 111:19 |
| 64:23 65:2,10,11 | **add** 51:18 61:14 | 76:13 77:25 | 112:5,20 113:8 |
| 67:3 69:17,23 | 70:13 100:4 | 93:8 96:23 | 113:18,23 114:7 |
| 70:22 71:5,8,16 | **adding** 47:25 | **allegations** 22:2 | 116:17 121:11 |
| 72:14,16,20 | **addition** 38:12 | 60:6,12 | 121:18 123:9 |
| 73:22 74:6,15,18 | 95:2 | **alleged** 128:8 | 125:25 126:4,20 |
| 76:10 81:23 | **address** 10:6 | **alleging** 111:21 | 127:7 |
| 82:21 84:15,20 | **ads** 33:15 | 112:19 114:6 | **ancestry.com** |
| 85:1,3,15,18,23 | **advertise** 107:20 | **allow** 55:19 | 1:8,9,10 2:8,9,10 |
| 87:12,15,16 88:8 | **advertisement** | **amount** 86:11 | 4:3,4,4 8:20 |
| 88:21 90:4 91:4 | 104:7 | **ancestry** 9:14 | 18:2 19:15 21:8 |
| 92:5,6,19 96:1 | **advertisements** | 30:25 31:4,8,17 | 29:22 65:18 |
| 98:2 100:9,16 | 102:25 103:4 | 49:3 68:21 69:6 | 66:13 67:12 |
| 102:11 105:22 | | | |

[ancestry.com - authorize]

86:20 96:6,19,25
97:15 113:16
123:2,4 136:4
138:1
**ancestry.com.**
97:11 112:1
128:24
**angeles** 4:11
**angelo** 10:7
**answer** 6:11
11:24 13:21,25
14:1,14 22:24
25:6,17,24 26:9
27:9 30:6 31:12
31:20 33:6
34:14,19 35:18
36:3,25 37:9,20
39:9 40:10,22
41:11 43:15
44:8 45:17 46:1
46:24 47:4,21
55:19 58:18
68:24 69:8
71:25 72:4
76:19 78:6,14
79:3,13 84:19
85:8 90:21 94:5
97:4,18 99:25
101:21 102:14
103:20 104:5,18
105:17 106:2
107:2,9,16,22
108:9 109:10
110:3,16 111:4
112:8 113:1,10
116:9,22 117:23
118:1,10,25
119:7 120:3

121:6 123:21
124:2,8 125:1,8
125:15 127:22
**answered**
116:11
**answering** 46:11
**anthony** 1:4 2:4
8:19 17:20,21,24
**anticipate** 13:16
**anticipated** 13:4
**anybody** 17:15
17:22 39:13
43:1,5,9 78:10
78:12,17
**anybody's** 69:24
**anyone's** 94:23
**apologies** 80:3
95:14 126:10
130:20,23
**appear** 41:4 45:4
45:11 64:21,24
68:17 70:1 71:1
72:18 77:11
82:7,9 84:7
106:12 108:1,4
121:3 124:14
134:7
**appearance** 9:7
93:14
**appearances** 3:1
4:1 5:1 9:9
**appeared** 34:7
35:24 37:16
44:13,21 59:9
84:3 106:23
107:5
**appearing** 2:18
3:7,18 4:8,18

30:1 136:18
137:7
**appears** 71:9,15
76:9 78:7 84:7
94:13 110:25
119:15 123:3
**applied** 70:5,6
**appreciate**
109:21
**appropriate**
118:4,14 122:5
**approval** 19:16
**approximately**
10:12 15:15
**approximation**
16:3
**archive** 40:18
**archives** 41:4
**area** 114:24
**arrow** 63:17
**article** 7:9 110:8
110:18,21
**articles** 108:24
109:2,5
**aside** 16:20 17:8
17:21 18:9
29:24 80:7,12
125:12
**asked** 11:22 18:1
18:20 28:11
31:4 44:18
53:12 80:4
99:23 115:5
116:11
**asking** 10:4 13:1
28:6 29:14
72:12,14 112:17
120:12 126:12

**asks** 79:8
**aspect** 113:21
115:14
**asserted** 128:4
**associated** 56:11
**assume** 14:6
46:24 48:11
79:16 110:6
113:5
**assure** 118:19
**attached** 19:23
48:3 51:21
61:21 70:12
79:13 81:13
100:7 134:8
**attend** 32:2,5
**attended** 32:6
34:2 58:15
**attention** 92:15
129:24
**attorney** 3:6,17
4:7,17 9:11 26:8
26:23 27:8
135:18 136:1
**attorneys** 15:10
15:13 16:8,19,21
17:7,8,16 18:4,8
22:5 23:19,25
24:21 26:12,24
27:3,15,17,19
125:25 126:3
127:17
**attract** 113:18
**audio** 8:14 84:23
**authorization**
125:5,19
**authorize** 25:11
25:20 103:13

[authorized - bit]

**authorized**  26:2
  27:3
**available**  41:25
  42:7 78:8 89:22
  95:20,21 109:6
**aware**  39:12
  42:2 69:11 95:6
  95:20 109:4
  123:11,15 124:9
**awesome**  111:8

**b**

**b**  137:1
**back**  10:15
  18:17 19:1
  20:21 29:7
  31:23 33:24
  34:20,21 49:12
  51:3 52:24 53:7
  56:13 59:16
  65:6 67:8 71:1
  72:8,19,23 74:10
  77:15 81:6
  82:12 83:9
  86:14 87:3,22
  88:3,19 89:20,25
  92:2 95:24
  99:20 111:13,16
  111:17 118:19
  119:1,10 124:12
  126:19,21,23
  129:6,11
**background**
  18:13
**band**  7:9 35:9,9
  49:6,7 51:6 82:5
  84:14

**baptize**  122:6,9
  122:14,18,22
**baptized**  122:16
  122:20
**bar**  102:7
**barely**  21:11
  49:23 69:19
**base**  86:11
**based**  25:21 27:8
  28:5 46:24
  68:21 69:6 85:2
  96:23 111:19
**basis**  93:7,15
**baucum**  1:23
  2:21 9:2 135:4
  135:24
**baumann**  4:7
  6:6 9:12,13 10:2
  10:4 12:21 13:4
  13:8 19:18,24
  20:17,23 22:19
  22:21 23:1,3
  24:16,17 25:9,19
  26:1,14,17 27:11
  27:24 28:12,13
  28:19 29:2,9
  30:9 31:13,15,22
  33:10 34:16,23
  35:21 36:5 37:2
  37:11,22 39:11
  40:12,24 41:13
  42:16 43:7,17
  44:10 45:8,19
  46:3,14 47:6,23
  48:4,11,19 51:16
  51:22 52:1,4
  53:2,9 55:23,24
  56:3 58:20

61:16,23 69:2,10
70:13,18 71:21
72:9,11 76:23
78:11 79:8,11,15
80:23 81:2,8,14
81:18 84:22
85:10 90:23
94:7 97:6,20
99:14,19 100:8
100:11,12
101:23 102:17
103:23 104:11
104:20 105:20
106:4 107:4,12
107:18,24
108:11 109:17
109:22,23 110:5
110:22 111:7,15
112:10 113:4,14
115:1 116:13
117:3,12 118:16
119:9 120:5
121:8 123:23
124:4,10 125:3
125:11,17
126:16 128:1
129:3,6,13 130:3
130:9 131:13
132:5,7,20
**baumann's**
  26:10 46:10
  126:11
**bear**  19:19
**bedroom**  42:19
**beginning**  2:19
  9:10 79:11
**behalf**  1:4 2:4
  9:17 22:5

**belief**  92:23
  114:11 121:23
  122:7,9,13
**believe**  10:14,24
  11:20 22:15
  28:5 35:1 49:15
  54:2 62:24
  98:13,23 101:6
  113:16 123:22
  124:18 125:2,10
  125:16 129:1
  132:14
**ben**  3:22 9:17,18
  15:14
**benjamin**  3:16
  3:17
**benosbornlaw....**
  3:22
**bergen**  3:19
**best**  102:4
  135:15
**better**  21:13
  57:12,21 62:15
  62:18 64:18
  87:15 91:4
**beyond**  46:15
**biden**  110:9
**biden's**  110:12
**bit**  11:21 12:22
  20:24 22:7
  45:20 52:12
  54:17 57:20
  59:22 60:22
  62:6 67:2 68:9
  77:1 83:2 84:24
  87:14,15 117:14
  117:22

Veritext Legal Solutions
866 299-5127

[black - complete]

**black** 71:15
72:13 76:3,7
**blue** 7:18 50:7
56:18 57:25
58:22,23 61:2
63:14 82:4
**blurred** 62:9
131:14,15
**blurring** 70:5
**book** 22:17
**books** 36:1 38:21
106:19
**bother** 103:3,24
**bottom** 54:15
75:19 76:22
92:9
**bought** 43:1,5
**box** 63:14
**boxing** 58:24
**break** 14:11,12
14:15 17:4
80:22 81:1
109:13 111:7
118:12 129:19
**breaking** 23:21
28:17
**briefly** 18:12
**broken** 71:20
**brooklyn** 3:20
**brother** 17:20,21
17:24 18:10
22:13,16 23:4,9
23:13 25:2
96:11 130:19
**brown** 50:3
**bubble** 63:7
**business** 19:17

**businesses** 33:12
33:15 107:14,25
108:6
**butting** 13:2
**button** 119:19
120:11

**c**

**ca** 136:9,12,20
**california** 4:11
4:21 134:11,15
135:5
**call** 28:20 129:24
**calling** 26:7
**camera** 8:10
17:2
**captured** 68:3
80:4,7,12
**case** 8:22 17:16
17:19,22,25
18:10 21:7,18
23:17,20 24:1,22
28:3,8 59:13,25
65:8 74:11
128:4
**catch** 11:23
12:14 84:24
99:22
**caught** 11:1 38:4
**ccp** 136:9,12
**center** 56:23
119:14
**certain** 96:24
109:24
**certified** 135:4
**certify** 135:6,16
**change** 60:21
138:4,7,10,13,16

138:19
**charge** 107:11
108:15
**charged** 108:15
**check** 48:5
**checked** 40:13
40:25 41:14,21
104:15
**chose** 102:22
120:16,19
**christina** 9:14
**christinahenri...**
4:23
**church** 122:13
122:14,19,22
**city** 61:8
**civil** 136:19,20
**claim** 11:4,5,8
27:6
**claimed** 128:14
**claims** 19:13
25:11,20 26:5
27:3 68:21 69:6
111:18 127:19
**clarification**
26:19
**class** 7:5 11:12
11:16 12:7 21:5
128:4,6,9,15,18
128:23
**classes** 32:18
**classmates** 36:15
36:21 37:4,15
39:2,17 40:4,16
41:6 65:3
**clear** 44:18 77:9
**click** 20:2,11
89:8 90:10

119:22
**client** 26:8,23
27:8
**clumsy** 31:14
**code** 136:9,12,19
136:20
**collection** 54:1
62:23
**come** 22:16 23:8
129:6
**comes** 105:12
**comfortable**
18:23
**committee** 32:20
32:22
**communicated**
28:7
**communication**
26:8,23 27:25
28:1,3
**communications**
26:11,24
**company** 1:10
2:10
**compiling** 32:18
**complaint** 7:5
21:5,18,24 22:2
22:4 27:4 59:12
59:25 60:3 65:8
71:2 74:11 75:4
76:14 85:12,22
88:22,25 89:2
92:2 94:19,23
95:9,25 96:4,14
126:18,24 127:4
131:13
**complete** 13:20
15:3 117:15,18

[completed - december]

completed   13:21
  136:7,17 137:6
completely
  12:21 30:6
completion
  137:10
concluded   133:3
concludes
  132:22
conditions   97:16
  97:22
conducted   8:8
  8:23 67:22
confirm   22:1
connect   103:11
  104:8,9 119:16
  120:9
connections   8:10
connectivity
  72:3
consent   123:13
  123:17,24 124:5
  124:14
contact   136:9
contacted   18:1,4
  24:23,24
contain   94:19,23
  102:25 135:13
contained   35:6
  103:3 134:9
contains   107:14
contemplated
  131:12
contend   121:10
  121:17 123:8
content   26:11
  28:1

context   27:16
continue   8:14
continued   4:1
  5:1
continues   24:19
  92:24 93:16
contradicts
  121:23
convenient
  109:16
conversation
  18:9
conversations
  13:16
copies   32:24
  34:6 35:23
  36:11 37:12,16
  38:5,8 39:5,18
  40:1,5,6 41:7,18
  41:25 42:4,17
copy   39:13
corporation   1:8
  1:9 2:8,9
correct   11:7
  13:10 20:5 32:7
  40:15 41:2
  45:23 50:8
  58:12 60:17
  63:5 67:13
  71:12 74:3,4,7
  75:12,21,22
  77:13,14 79:18
  84:12 88:10,16
  88:17 90:7
  92:13 96:12
  101:9,11,15,16
  101:18 102:23
  107:17 108:21

112:21 119:12
  120:12 123:6
  130:21 134:9,12
corrected   134:9
corrections
  134:7 136:14,15
  137:3,4
corresponding
  61:6
cost   33:3,8
counsel   3:1 4:1
  5:1 8:18 9:8
  13:24,25 21:2
  23:16 25:10
  26:2,4,20 27:5
  28:2,7 29:24
  53:1 70:5 75:5
  118:1 131:14
  136:18,21 137:7
count   131:6
county   135:2
couple   35:20
  98:9 129:18,20
  129:21
course   26:20
  52:23 59:19
  69:3 130:9
court   1:1 2:1
  8:22 9:2,20 10:8
  13:18 14:20
  19:22 21:8
  26:14 48:2
  51:20 61:20
  70:11 81:12
  100:6 119:1
cover   27:21
  32:12 33:3,8

covered   91:22
  114:14
cpap   10:23
crazy   24:15
create   45:11
created   74:22
cristina   4:17
crr   1:23 2:22
csr   1:23 2:22
  135:24
currently   12:4
  18:16 19:2,9
  74:22
cut   78:13 84:23
  89:5
cutting   16:25
  17:3
cv   1:4 2:4 8:23
cymbals   49:18

d

d   6:1
daryl   1:23 2:21
  9:2 135:4,24
database   66:20
  66:25 67:20
date   136:16
  137:5 138:24
dates   16:2
day   25:7 77:20
  78:9,18 80:1
  86:24 87:4
  88:16 89:16
  127:7,13 134:14
  135:21
deal   24:19
december   16:6
  22:15 24:25

Veritext Legal Solutions
866 299-5127

[decide - errata]

decide   122:3
decides   122:21
declaration
   134:1,13
declare   134:5,10
declined   18:21
   18:22
defendants   1:12
   2:12 4:3 8:19
   9:14
definitely   126:22
delaware   1:9,10
   2:9,10
delay   12:23
   126:13
delayed   72:3
delivered   27:14
delivering   27:17
depends   8:9
depicted   124:11
   131:9,16,24
   132:9,12
depicting   47:11
   69:12
deposed   11:18
   11:22 12:16
   13:11
deposition   1:16
   2:17 7:1 8:7,18
   13:18 15:7,11
   16:17,24 17:6,9
   17:12 19:21
   24:15 26:20
   46:12 48:1
   51:19 61:19
   70:10 80:25
   81:11 100:5
   117:10 118:23

132:23 133:3
136:19,22,24
137:8,10
depositions
   13:15 16:11,12
description   7:4
determined
   136:18,22 137:7
dialogue   72:7
difference   87:8
different   10:13
   43:8 45:21 77:1
   87:20,25 89:1,14
   89:18 99:1
difficulty   29:12
direct   92:15
direction   135:13
directory   106:19
   107:6,7,11,13,19
   108:1,5,7
disagree   76:13
   118:16
disclose   26:10
disclosure
   129:22
discovered   23:5
   23:9
discuss   17:25
discussed   115:20
   131:13
displeased   29:19
distinguish
   69:21
district   1:1,2 2:1
   2:2 8:21,22 21:8
   21:8
divorce   10:19
   11:3

document   19:18
20:1,7 21:4,15
21:20 22:8 49:1
49:2,5 51:17,17
52:7,10,19 53:11
53:13,19 54:6,16
57:6 59:13,20
62:1,8,18 64:5
64:11 65:5,7
70:23,25 81:10
81:20,21,23 82:1
85:11,18 90:25
91:19,21 95:12
96:1 100:3,9,14
100:16,18 128:2
130:12
documents   16:8
16:10,16
doing   46:4
dolphin   4:19
dome   10:7
donated   40:17
41:8
double   77:7
downloads   48:8
drawing   95:4
drive   4:19
drum   71:18
82:13 83:16
drummer   99:6
duly   9:24

e

e   6:1 93:11,14,17
93:22,25 94:9,10
94:13,18,22 95:8
136:9,12 137:1
138:3,3,3

earlier   22:7 60:2
71:5 73:21
82:17 86:13
91:23 119:11
131:14
earliest   10:16
easiest   130:4
editing   75:6
educational
   18:13
either   78:2 104:6
108:5 127:13
elementary
   24:12
eleven   32:13
elicit   26:22
eliciting   27:22
email   92:25
emanuel   4:6
9:13,15
employee   135:18
enabled   105:11
ended   36:18
121:13
engage   23:19
enrichment   7:7
entails   128:21
entire   16:14 28:6
28:11 71:24
entitled   21:4
entity   125:13
entry   58:8,21
59:8
equifax   10:25
11:5 12:6,13,17
errata   136:14,16
137:3,5

Veritext Legal Solutions
866 299-5127

[especially - form]

**especially** 12:22
**estimate** 15:19
**et** 7:6,6 8:20,21
**everybody's**
  111:5
**evolution** 117:22
**evolving** 117:14
**examination** 6:5
  10:1 130:16
**examined** 9:25
**example** 40:18
  121:25
**excuse** 82:8
**executed** 134:13
**exhibit** 7:5,8,10
  7:12,15,17,20
  19:20,21 20:1,1
  20:2,12,25 21:4
  47:23,25 48:1,14
  48:15,16 49:2,11
  51:18,19 52:2,11
  53:11 59:11,15
  59:21 61:14,15
  61:17,17,19 62:2
  63:3,6 65:6 70:8
  70:9,10,21 72:13
  74:10 76:6,9
  77:13 79:22
  80:18 81:10,11
  81:21 82:17
  85:13 90:25
  91:6 92:3 95:25
  100:4,5,15
  119:11,25 121:9
  126:23 129:23
  129:25,25 130:2
  130:7

**exhibits** 7:1 20:4
  48:6,7
**exist** 22:10
**existence** 25:21
**expect** 126:6
**expedite** 60:22
**expenses** 30:11
  30:17
**experiencing**
  72:3
**explain** 122:12
**extent** 26:7
  27:14
**extra** 126:14
**extremely** 62:9

**f**

**face** 69:24 72:21
  74:3,23 75:7,14
  75:20,25 76:11
  76:15 77:4,9
  84:12
**facebook** 98:8
  98:16,19,22,24
  99:2
**faces** 73:18
**fact** 28:8 84:8
  116:25 117:1
  118:22
**factual** 22:1
**fair** 14:8
**family** 39:23,25
**far** 69:18 76:22
  83:22 84:9
**federal** 137:1,8,9
**feel** 81:1 114:20
**fellow** 50:3
  83:11,13 104:9

**fifteen** 15:17
  19:8 81:1
**figueroa** 4:9
**figure** 85:3
  129:23
**file** 25:20 27:4
  93:21
**filed** 8:21 21:24
  22:5 31:3,16
**files** 48:9
**filing** 31:8
**fill** 7:18
**financially** 9:5
  135:17
**find** 28:14 102:1
**finding** 30:11
  102:6
**fine** 21:2 42:14
**finish** 12:21 30:6
  71:22
**finished** 22:20
  46:11 78:14
  126:12
**firm** 8:25
**first** 9:24 16:5
  22:9,11 24:8,24
  28:10 29:14
  35:20 38:17
  56:24 58:8
  65:14 66:9,9
  75:23 76:10
  85:25 86:1
  100:4 115:14
  124:11 131:6
**fit** 62:13
**five** 15:21 28:20
  28:24 109:17

**fix** 28:21
**focus** 112:18
  114:5
**focusing** 11:8
**focussing** 116:2
**folder** 20:1,10,11
  48:6,14 51:18
  52:2 61:15,17
  70:14 81:15
  100:4
**folders** 48:9
**folks** 35:23
  38:23 39:4
**follow** 66:17
  67:16 87:11
  132:20
**follows** 9:25
  119:2 136:8
**foregoing** 134:6
  134:12 135:7,9
  135:13
**forgot** 118:17
**form** 22:22 25:4
  25:15 31:10
  33:4 34:12
  35:16 36:23
  37:7,18 39:7
  40:8,20 41:9
  43:3,13 44:6
  45:6,15,24 46:7
  47:2,19 58:17
  68:22 76:17
  78:4 79:1,9
  84:17 85:6
  90:20 94:3 97:2
  97:17 101:19
  102:13 103:18
  104:16 105:15

Page 8

**[form - half]**

105:25 106:25
107:15 108:8
109:8 110:2,14
111:2 112:7,25
113:9 114:19
116:7 117:8
120:2 121:4
123:19 124:24
125:4,6,14,18
127:20
**forth**   135:8
**forty**   15:21
**found**   23:13 25:2
29:14,16,18
**four**   10:14 32:8
67:7 68:14,20
69:5,13 88:9
90:13 131:5
**fourteen**   78:9,18
80:1 87:4 88:16
89:16 127:13
**fourth**   69:15,18
70:6
**frcp**   137:1
**free**   77:20 78:2,9
78:18 80:1,8
86:24 87:4
88:16 89:16
127:7,13
**freedom**   7:18
82:4
**friends**   34:21
36:15 37:23
38:1,5,9 39:23
**front**   16:2 18:23
50:6
**froze**   11:21 38:3

**full**   15:3 129:21
135:14
**funnily**   44:18
**funny**   13:15
**further**   132:19
135:16
**furthest**   10:15
**future**   113:3,6

**g**

**gain**   19:17
112:20,24 114:8
115:20 116:3
**gary**   83:4,12,19
**general**   27:13
**gentleman**   49:17
50:6
**getting**   27:18
**ghormley**   83:5
83:15,20
**give**   14:20 15:3
16:3 18:6 34:10
106:8 126:14
129:3 130:9
**given**   40:6
**giving**   48:17
**glasses**   52:22
**glitch**   71:24
99:15
**gloria**   50:11,13
50:17 51:1
**go**   8:15 13:7,13
14:1,11 20:15,25
28:19 31:25
32:2 43:25
52:22 53:2 71:1
78:13 80:20
83:9 84:4,5

88:19 96:13
100:1 102:5,10
105:6 111:9
114:1 115:2
116:14,24
117:10,14
118:20 122:19
131:19 132:5,10
**goal**   117:17
**goes**   18:24 50:25
51:13 65:23
75:11 86:21
92:9 93:21
94:15 97:7
**going**   8:5 12:20
13:5,17 20:18,25
21:3,23 27:7,9
28:20 29:2
42:13 46:9
47:24 48:20
51:16 53:4
55:19 56:13
62:1 65:5,6,8
69:15 70:8,20
74:9,10 77:16
81:3 84:6 85:11
87:3 88:19 92:3
111:10 114:12
114:18 116:8
117:7,9 126:23
126:24 129:8
**good**   8:4 9:12
10:3 81:2
118:21 129:5
**government**
40:17 41:4
**grade**   32:13

**grades**   32:11
**graduated**   18:14
32:4
**grandchild**
39:15
**grandson**   10:21
33:21
**grant**   5:5 8:25
**granted**   124:16
124:19,22 125:4
125:18
**great**   59:1 61:24
67:6 70:19
100:11 109:22
132:20
**ground**   13:13
95:13
**group**   69:19
71:5,10,15 75:19
75:21,23 76:3
77:3,10 94:11
**guardianship**
10:21 11:4
**guess**   46:2 54:12
55:1 72:3
104:10
**guessing**   54:14
**guide**   130:24
**guitar**   83:14
**guy**   17:5 28:20

**h**

**h**   138:3
**hacked**   11:1
**hair**   50:3
**half**   28:23 84:10
85:3 131:21

Veritext Legal Solutions
866 299-5127

[handled - instructions]

handled  136:8
happening  24:10
happy  14:11
hard  64:15
harmed  121:11
121:18 123:8
head  84:10
headings  90:5
headshots  64:24
hear  23:22,23
24:5,13 56:1
79:5,18 98:2
99:17,24 126:15
heard  8:12 24:3
28:24
hearing  24:7
29:12 71:24
held  101:9
help  21:12
112:24
helpful  13:3
26:13 130:6,7
henriquez  4:17
9:15
hereto  19:23
48:3 51:21
61:21 70:12
81:13 100:7
134:8
high  7:9,17
18:14,20 31:25
32:1,2,5,6,11,15
32:19,25 33:14
33:18,22 34:2,5
34:10 36:10,12
39:1,4,13,17
40:2,4,5 41:7,18
41:18 42:8,10,18

45:10 46:6 49:7
50:14,23 58:15
82:6 124:12
higher  73:17,21
highlight  61:2
68:9 77:16
85:22 92:13,17
96:9,15
highlighting
63:14
hired  23:25
25:10
hold  19:7
holding  49:18
hope  30:20
hopefully  13:14
hopes  115:8
hour  15:21
house  18:24
39:14
hover  60:6,13
huh  52:16 54:20
59:4 62:16
74:17 75:17
86:8 93:4
hyperlink
119:15
hypothetically
122:1

i

icon  57:21
idea  36:20
identifiable
74:24 75:14
76:15 77:5,10
identification
19:22 48:2

51:20 61:20
70:11 81:12
100:6
identify  64:23
65:2 69:23 71:8
71:16 72:14
73:22 74:6
84:15,21 85:1
identifying
131:16 132:2,3
132:16
identity  123:25
124:23 125:20
125:21
image  45:12
47:8,11,18 64:8
64:9,13,20,24
65:3 69:17,24
70:2,7 71:17
72:12,15,18,21
73:23 76:1,7
82:20 89:7
90:10 91:13,21
103:5,7 113:13
120:1 131:24
132:13
images  47:14
66:17,23 67:3,7
67:16,25 68:2
70:4,25 71:2
75:8,15 76:16
77:25 78:19,24
79:21 80:5,8,13
89:21 126:18
131:15
imagine  97:5
120:24 127:23

inaudible  19:9
23:16,19,25
28:14
include  34:25
95:9
included  37:13
136:14 137:3
includes  61:7
117:4 119:3
including  9:8
93:1,17 94:1
inclusive  1:11
2:11
incredibly  130:6
incur  30:10,17
individual  44:20
individuals
96:24 115:7
information
6:17 11:2 18:3,5
18:6,7,8 27:20
34:24 35:25
57:21 92:23
94:1,13 104:22
105:2,3,9 120:8
121:16 122:24
122:24 123:14
informed  25:2
initial  18:9
initialed  134:7
ink  134:7
instagram  98:12
instructed  6:11
instruction
27:12,21
instructions
27:15

[instructs - legal]

**instructs** 13:25
**intent** 123:2
**intention** 121:14
**interested** 9:5
  18:21 135:17
**interests** 120:10
**internet** 8:10
  79:4
**interrupt** 109:13
**introduce** 9:18
**intrusion** 7:7
**investigate**
  25:11 27:3
**investigating**
  26:4 27:6
**investigation**
  126:7 127:19
**issue** 28:21
**issues** 24:20
  29:11
**item** 48:8

**j**

**jack** 9:13 10:3
  12:19 13:6 24:6
  24:11 30:5
  55:22 71:19
  72:8 80:24
  109:11 111:8
  114:20 116:8
  117:9 118:12
  129:20 130:5,21
  130:23 131:19
  132:5
**jackbaumann**
  4:13
**jacket** 50:7

**jacob** 125:24
**january** 19:4
**job** 1:25 19:7
  136:5
**joe** 110:9,12
**joe's** 19:6 100:22
  100:25 101:10
**john** 4:7
**join** 80:1 112:1,1
  114:12 119:16
  119:22 120:13
  121:1
**joined** 9:17
**jump** 26:21
  71:19 74:10
  92:2 109:11
**jumping** 19:1
**juncture** 117:21
**junk** 93:21

**k**

**keep** 17:3 55:15
  131:20
**keeps** 42:3
**ken** 51:4,13,14
**kent** 83:5,21
  84:3,6,10,14,16
  85:4
**kent's** 84:10,12
**keyboard** 83:23
**kind** 82:5
**kit** 83:17
**knew** 13:7 18:1
  77:1 120:22,25
**know** 10:12
  11:12 12:3 14:6
  14:6 15:2 17:3
  18:24 21:21

22:18 23:12
29:12 33:2
36:21 37:15
38:13,18 39:1,3
39:10 40:3,11,16
40:19,23 41:3,6
41:17 42:3,6,9
42:10,25 43:5,9
43:25 44:3 45:1
46:25 47:5,16
48:22 49:10,25
50:5,10,18,19,22
50:25 51:6,10,13
54:4 58:8,13,23
59:8,10 60:20
63:1 64:9,20
65:9 67:1,22,24
68:2,16 69:14,20
70:1,14 71:20
72:23 74:15
76:21 78:12,17
78:21 80:4,8,13
81:15 85:15
87:9 89:11,21
90:12,17 91:23
91:25 92:5,19
93:20,22,24,25
94:6,8,15,17,21
95:7,11,23 97:19
99:14 100:8
103:21 104:8,12
104:14,19 105:5
105:7 106:14,22
107:3,23,25
108:2,10,25
109:24 110:4
114:1 116:1,11
116:23 117:6,14

117:19,22 118:8
119:8 121:13
122:15,19 123:2
123:12 125:24
126:3 127:24
130:20 131:12
131:23
**knowledge** 36:14
97:23
**kurky** 51:4,8,10
51:13,14

**l**

**lane** 31:24
**language** 61:3
**larger** 82:23
**las** 10:8 32:1
  96:17 106:12,15
  106:23 107:6,7
**law** 3:6,16,17 4:7
  4:17 14:20
  136:1
**laws** 134:11
**lawsuit** 10:9,17
  10:22 11:13,16
  12:1,3,8,11,17
  16:14 17:13
  30:21 31:4,8,16
  126:7 128:5
**lawsuits** 10:13
**leader** 100:25
  101:10
**learn** 22:9,11,16
  23:8
**left** 54:6 56:21
  57:3,12 83:11
**legal** 26:25,25
  27:16,19,23

[legal - marked]

136:7
**letting**  17:3
**liability**  1:10
2:10
**libraries**  41:8,25
**library**  41:17
42:8
**license**  42:20
43:2,11,21,24
44:14,19,24
46:17,22 47:7,14
124:16,19,22
**likeness**  93:2,18
95:2,3,10 106:6
124:6,20
**limited**  1:10 2:10
27:22 61:5 86:5
86:9,11 87:6
89:13,22
**line**  6:12 55:20
66:2 80:21 96:8
104:10 109:13
114:21 118:4,14
136:15 137:4
138:4,7,10,13,16
138:19
**link**  20:2 119:23
**linkedin**  7:20
98:8 99:7,9,12
99:24 100:23
101:1,5,12,17,24
102:2,6,10,11,20
102:23,25 103:3
103:13,15,17,25
104:2,12 105:13
119:12,22,25
120:13,17,20
121:1 123:4

**linkedin's**
119:19 120:1,14
120:23
**list**  53:25 56:24
62:21,22 105:12
**listed**  90:13
**lists**  7:10,12
52:13 53:19
57:6,9,14 58:10
**little**  11:21 12:22
13:15 20:24
22:7 26:18 43:8
44:18 45:20
52:12 54:17
57:20 59:22
60:22 62:12,15
62:17 63:17
64:18 67:2
76:25 84:24
87:20 90:9
117:22
**live**  19:9
**lived**  19:10
**lives**  50:19 51:11
**living**  18:15
**llc**  1:10 2:10 4:4
**local**  33:12,15
**locate**  67:25
102:11
**locations**  123:3
**locked**  136:12
137:1
**long**  15:19 19:3
19:7 104:9
122:17 129:21
**longer**  118:20
**look**  33:24 34:20
38:20 50:2

51:17 54:5,15
55:5 56:16
57:19 58:21
63:6,25 65:13,14
67:3 68:5 74:19
77:15 81:9
82:19 85:21
87:10,20,24,24
88:4,12,18 89:1
89:13,18 90:25
92:8 100:24
119:14 130:22
**looked**  30:24
33:22 34:21
36:8 54:13
75:18 77:4,11
86:13 89:1 91:1
106:15 119:11
126:17
**looking**  46:15
50:4 51:3 53:10
59:11,14 63:2
65:7 66:2 67:8
67:17 69:13
71:5 73:15,23
74:11,13 76:4,8
76:21 77:13
82:17 87:21
90:1 91:6 95:1
96:14 101:12
120:25
**looks**  49:6 64:15
64:16,19 65:22
69:19
**los**  4:11
**lot**  122:23,23
**low**  60:8,15 61:9

**lower**  82:24

**m**

**machine**  135:11
**madison**  3:10
**mail**  93:11,17,22
93:25 94:9,10
95:8
**mails**  93:14
94:13,18,22
**maintain**  97:25
98:4
**making**  29:22
108:12 116:11
**mark**  1:4,16 2:4
2:17 6:4 7:2,11
7:16,21 8:18,20
9:23 10:7 52:14
53:20,25 57:7,14
58:3,14 59:3
61:4,6,7,9 62:22
63:8 64:1,2
65:17 66:12
67:11 70:8 74:6
74:22 75:7,13
76:14 83:5 86:3
86:19 90:15
91:9,20 93:1,17
96:16,18 97:7
100:25 102:10
102:16,19
132:23 134:5,20
136:5 138:2
**marked**  19:21
20:1,2,4 21:4
48:1,6,13 49:1
51:19 52:11
53:11 59:14,21

[marked - number]

61:19 62:2
70:10,21 81:10
81:11,20 85:12
92:3 100:5,14
**married** 50:22
**matter** 8:19
26:12 116:19
**mean** 24:11
27:14 58:10
67:1 78:10,13
86:10 89:5
103:9,16 106:9
112:13 113:3
118:8 121:24
122:10,11
123:12 129:20
**means** 54:11,22
55:12,13 56:8
128:18
**media** 8:17 98:1
98:4,6 132:25
**medical** 30:17
**medications**
15:1
**meet** 15:10,13,16
**meetings** 15:20
15:22 16:1,7,22
**members** 40:1
**memory** 31:24
**message** 94:9
**messages** 93:1
93:17 95:8
**met** 16:19
**microphone**
24:16 28:21
**middle** 83:14
**mind** 104:1,3
113:22 114:7

116:4,19
**mine** 42:24
65:22
**minute** 20:16
53:3 81:1
**minutes** 15:21
28:20,24 109:18
129:4
**moment** 38:3
59:11 72:4 74:9
76:4 80:18
111:17
**money** 29:22
**morning** 8:4
9:12 10:3
**move** 42:15
57:20 62:12
96:12
**moving** 89:20
**multiple** 114:21
**music** 7:19
**musicians**
103:11 104:9

**n**

**n** 6:1
**nag** 46:12
**name** 8:25 10:3
10:6 35:1,15
46:17,19,22 47:1
48:9 50:13 51:1
51:4,14 53:16,25
55:1,3 56:12
58:3 59:3 61:5,8
64:2 65:17
66:12,19,25
67:11,19 68:13
80:10,14 86:4,19

90:2,8,18 93:2
93:18 94:19
95:2 98:21,25
99:1,2,5,11,12
99:23 100:2,2
101:15,17 102:8
102:23 103:5,7
103:12 104:6,13
105:12,14,22,24
106:6,11,12,23
107:5,7 108:4,5
108:13,13
110:12,24 111:5
112:3,4 120:1,8
120:19 121:2
122:2,4,18,21
123:3,18 124:17
125:5,13 135:21
**named** 11:15
12:10 50:11
58:14 135:9
**names** 16:15
32:21 75:7
106:20 110:25
**nature** 10:16
**navigate** 19:19
**necessary**
136:14 137:3
**need** 21:21 48:21
60:24 79:16
87:23 92:18
101:8 126:19
127:12 129:19
130:1
**needed** 87:18
**negative** 77:7
**neither** 135:16

**nev** 7:5
**nevada** 1:2 2:2
8:22 10:8 19:9
19:10 21:5,9
32:1 50:20
51:11 58:5,15
59:5 90:3 96:17
128:23
**never** 31:4 40:13
40:25 41:21
44:14 55:17
95:17 116:17
**new** 3:20 108:17
110:6,8,10,12
113:18 114:8,17
115:8 116:3
120:12
**news** 109:1,4,6
109:25 110:23
**newspaper**
111:1
**newsprint** 7:8
**nobody's** 112:14
117:4,6 119:4,7
**notating** 136:15
137:4
**note** 8:7
**noted** 55:21
134:7
**noticed** 121:22
**noticing** 9:10
**number** 7:4 8:17
8:22 32:13 66:6
66:7 129:25
130:7,18,24
131:1,4,7,8,8,10
131:10 132:9,13
132:25 136:15

Veritext Legal Solutions
866 299-5127

**[number - part]**

137:4
**numbers**   66:1,3
106:20

**o**

**oath**   14:19,19
135:10
**object**   13:24
22:22 25:4,15
26:6,21 27:7
31:10 33:4 34:5
34:12 35:16
36:23 37:7,18
39:7 40:8,20
41:9 43:3,13
44:6 45:6,15,24
46:7 47:2,19
58:17 68:22
76:17 78:4 79:1
84:17 85:6
90:20 94:3 97:2
97:17 101:19
102:13 103:18
104:16 105:15
105:25 106:25
107:15 108:8
109:8 110:14
111:2 112:25
113:9 114:18
116:7 117:7
120:2 121:4
123:19 124:24
125:6,14 127:20
**objected**   114:22
**objecting**   55:15
79:9
**objection**   25:23
27:17 31:19

34:18 36:2
55:15,21 69:7
79:10,12 104:4
107:8,21 110:2
112:7 116:21
124:1,7
**objections**   9:6
116:12
**obscure**   75:6
**occur**   15:22 16:1
16:4
**october**   1:17
2:21 8:1,6
135:21 136:3,5
**offer**   33:11
**office**   3:16
136:11
**offline**   118:13
**oh**   59:1
**okay**   12:20,24
20:6 51:25
55:10 56:6,15
62:14 66:4,8
67:5 72:2 80:21
85:17 91:19
99:21 127:1
**old**   39:22 42:7
42:18,21 45:10
46:6
**once**   65:10 81:15
85:15 117:20
**ones**   67:16 82:24
89:1,6
**ongoing**   12:1
**online**   108:18
**open**   130:7
**operations**   1:8
2:8 4:3 8:20

**opinion**   110:17
**opposed**   90:14
**order**   108:23
**organizations**
35:8
**original**   64:5,10
74:21 91:18
136:10,21
**osborn**   3:16,17
9:18,18 16:20
**outcome**   9:5
135:17
**outside**   19:10

**p**

**p.m.**   2:20 129:9
129:12 132:24
133:4
**pace**   111:17
**page**   6:5,12 7:4
7:17,20 38:20
53:24 54:3,16,25
55:6,10 56:14,16
56:23 60:7,14
62:25 63:2,7,11
63:22 64:14,16
64:19,25 65:3
83:4 87:17
91:23 92:9,10
99:12 100:24
101:5,12 119:14
121:2 130:8,18
130:21,24 131:1
131:4,7,20,21
132:6,9,13
136:15 137:4
138:4,7,10,13,16
138:19

**pages**   1:25 44:12
44:20,24 45:3,10
54:12,14 56:11
77:18 86:22
103:1 106:13,16
106:18,24 107:6
107:7,13 108:1,4
108:6,6 127:5
135:13 136:14
136:17,17 137:3
137:6,6
**paid**   46:19 47:10
110:10
**paragraph**   60:23
65:13,21 66:1,5
66:24 67:9,16
71:2 74:12,20
76:10,14 77:12
77:15 78:1,20,25
79:23 80:5,13
85:21 86:14
87:3,3,5,11,22
88:1,3,4,7,13,14
88:20,22,25 89:2
89:12,14,20 90:1
92:8,12,16 94:18
94:22,25 95:9,24
96:4,10,12,14
126:25 127:18
**parameters**   28:6
67:25
**parents**   40:1
**part**   12:16 35:8
57:8 79:5 114:9
114:10 115:9
126:7 127:18
128:11,23

Veritext Legal Solutions
866 299-5127

[participants - pop]

participants
2:18 8:11
particular 74:12
77:6 92:16
94:25
parties 8:15
123:18,25 124:6
party 9:4 10:9
10:13 135:18
pause 24:19
pay 30:14 32:24
45:2 47:1,17
107:25 108:20
108:23,23 109:2
109:5 110:19,20
110:24
paying 77:19
78:2,18 80:14
86:23 88:15
89:15 109:25
110:7 127:6
pdf 20:12 136:12
137:1
penalties 134:10
penalty 136:16
137:5
pending 14:14
people 10:25
18:23 34:20
36:8,18 38:11
39:6,19,22 50:2
58:14 74:7
104:8 110:18
112:1 114:12
120:9,23 123:1
125:13 128:22
people's 73:18
106:19

percussion 49:12
perfect 109:20
period 136:18
137:7
perjury 134:10
136:17 137:6
permission
29:23 48:17
106:8 112:17
114:2 117:1
122:2 125:4,19
persists 24:12
person 13:17
38:17 80:7
94:11 124:17,20
124:23 125:5,9
125:19
person's 94:19
95:9 102:2,6,8
122:17
persona 124:23
125:22
personal 114:11
121:16
persons 94:11
peterson 83:4,12
83:19
phenomena 24:7
philips 10:22
11:9,19,23
phillips 11:5
photo 69:19 71:5
75:6,13 76:3,8,9
77:2 104:6
132:3,17
photocopy 7:8
7:17

photograph 47:8
47:10,18 61:10
84:16 93:2,18
94:23 95:2
123:9 131:7,10
photographs
47:14 99:8
131:3
photos 77:3,14
picture 18:2
19:16 29:23
30:22,23 35:7
49:8,16,21 50:11
51:3,4 64:4,10
68:10 71:10,14
71:16 72:25
73:1,3,4,9,10,13
73:21 74:1,3,5,7
75:19,21,24
76:11 77:11
80:2 82:4,7,9,11
82:15,15 83:10
84:1,7,12 85:2
91:18 100:21
101:13 102:22
103:12 104:13
106:6 111:25
112:3,5,16,19,23
113:7,17,22
114:2,8,16,16
115:6,12,15,24
116:2,5,17,20,25
120:7,16 121:2
121:11,13,15,18
131:25 132:15
pictures 19:16
35:2,5,7,10,14
37:13 46:5

64:16,19 78:10
89:6,8 93:9,11
93:14,19 98:18
127:12 130:19
131:17
place 8:15 26:3
27:4 135:8
placed 135:10
plainly 74:23
75:14 76:15
77:4,10
plaintiff 11:9
96:16 97:7
plaintiff's 75:5
131:14
plaintiffs 1:6 2:6
3:3 9:17 11:15
12:10
plans 43:18,21
44:23 46:21
47:13
players 49:21
playing 83:13,22
please 8:7 9:7,21
29:12 30:5
48:22 59:18
66:21 69:1
71:21 104:24
105:19 116:15
126:10,14
pocket 30:10
point 13:24
14:10 117:19
118:18
pointing 63:18
pop 7:14 20:13
60:8,15 63:7,10
63:22 82:5 91:9

Page 15

[pops - question]

**pops** 54:25
**portion** 66:9
  85:25 115:19
**position** 27:25
  101:9
**possible** 114:13
  115:21
**post** 45:11
  112:16 120:16
  120:19
**potential** 116:18
**preparation**
  16:16
**prepare** 15:6,11
**present** 5:4 9:8
**president** 110:9
  110:12
**pretty** 49:8
  69:22
**previous** 118:25
**previously** 63:3
  65:7 74:12 91:1
  91:6
**price** 44:4
**printout** 54:3
**printz** 50:11,13
  50:17 51:1
**prior** 19:5
**privacy** 75:3
**privilege** 27:8
**privileged** 26:8
  27:20 28:3,4,9
**probably** 15:17
  16:6 72:7 89:7
  102:7 118:18
  126:13 129:4
**problem** 15:25
  30:8 72:6,9

126:2
**procedure**
  136:19,20
**proceeding** 9:6
  11:4,4 135:10
**proceedings**
  135:7,11,14
**produced** 49:2
  81:21
**product** 108:14
  113:13,17
**products** 96:6,19
  96:25
**professional**
  29:3
**profile** 7:20
  98:16,19,22,25
  99:3,24 102:2,6
  102:12,19
  119:12,25 123:4
**profiles** 98:1,4,6
**profit** 30:23
**promote** 103:6,8
  103:13,15,16,17
  103:25 104:2,22
  105:3,9,14,24
  107:7 108:5,14
  110:12 111:1,20
  111:24 112:5
  113:8,13,17
  114:16 115:7,12
  115:24 116:5,20
  117:2 120:1
**promotion**
  112:19 113:21
  114:6
**promotional**
  77:20 86:4,9,24

87:4,5 89:13,22
92:25 93:11,17
94:8,13,18,22
95:8 127:7
**prosecution** 28:2
  28:8
**protect** 75:3
**provide** 14:21,24
**provided** 123:13
  123:17,24 124:5
  136:19 137:8
**proxy** 122:15
**published** 35:25
**pull** 19:18 59:16
  62:1 70:20
  81:15 95:24
  100:3,15 126:18
  126:21,23
**pulled** 68:13
  102:20
**purchase** 33:17
  33:20 34:1
  36:15
**purchased** 36:13
  43:10
**purchasing**
  36:19
**purpose** 27:18
**purposes** 114:13
**pursue** 29:24
**put** 36:9 37:3
  55:1,3,16 98:18
  101:12 102:8
  114:2,22 120:7,8
  122:1
**putting** 33:8

| q |
|---|
**quality** 8:9,10
**question** 12:21
  13:1,20,21 14:1
  14:4,7,13,14
  15:24 21:23
  22:20,23 23:2
  24:4,13,14,18,20
  25:5,16,24 26:10
  26:15,18 27:2,8
  27:10,12,22 28:6
  28:10,11 30:6
  31:11 33:5
  34:13 35:17
  36:24 37:8,19
  38:4 39:8 40:9
  40:21 41:10
  42:14 43:4,6,8
  43:14 44:7,18
  45:7,16,20,25
  46:8,10 47:3,4
  47:20 56:2,4
  60:10 63:11
  68:23 69:1
  71:22,25 76:18
  76:25 77:2 78:5
  79:2,8,9,12,14
  79:17 84:18
  85:7 94:4 97:3
  98:2 101:20
  103:19 104:17
  104:24 105:16
  105:19 106:1
  107:1,16 109:9
  109:12 110:15
  111:3 115:3
  116:15 117:8,18
  118:7,10,17,25

[question - repeat]

119:3 121:5
123:20 124:25
125:7 126:1,15
127:21 128:11
**questioning**
109:14 114:21
118:4,14
**questions** 6:11
10:4 24:7 55:20
55:21 80:21
116:9 117:11,14
118:24 126:11
129:14,18
132:19
**quick** 100:3
119:11
**quinn** 4:6 9:13
9:15
**quinnemanuel....**
4:13,23
**quite** 62:6 83:2
98:14 114:23

**r**

**r** 3:17 138:3,3
**r&s** 137:1,9
**rarely** 18:24
100:1
**reaction** 29:16
**read** 57:3 82:23
83:2 108:24
110:18,21
118:19 119:1
134:6
**reading** 136:23
137:9
**real** 100:3
119:11

**realize** 126:13
**really** 38:20
75:20
**reason** 14:23
34:9 54:2 62:24
128:25 138:6,9
138:12,15,18,21
**reasons** 15:2
33:23
**recall** 16:10,15
32:21 36:18
38:14 39:25
50:13 91:5
124:13 126:17
**recalled** 98:15
**receive** 32:24
**received** 35:14
35:23 36:7,11,22
37:16 38:24
40:5 41:7
**receiving** 26:25
**recognize** 21:15
49:4 52:19
53:13 62:7,18
82:1 100:18
**recollection**
87:23
**record** 8:5,16
10:6 14:11
20:16,18,20,21
23:5,9,13 28:19
29:6,7,11,13,15
30:25 31:5,9
44:17,17 45:3
48:17 53:1,2,4,6
53:7 55:16 59:9
60:7,9,14 69:16
69:18 71:20

72:8 77:8 81:3,5
81:6 90:14,15
91:24 110:23
111:9,10,12,13
114:22 118:2
129:8,10,11
132:24 135:10
135:14
**record's** 25:21
**recorded** 8:13
8:18 132:23
**recording** 8:9,14
**records** 22:9
25:3,12 28:15
30:15 41:4 58:9
60:16 61:6
64:21 68:17,20
69:5,12 74:21
111:20,24
127:17
**recycle** 118:14
**red** 71:9
**redwood** 4:21
**referenced** 94:18
94:22 95:8
136:6
**referred** 87:4
**referring** 16:12
61:3 63:13,21
65:25 66:5 91:8
**refers** 87:5 95:1
**reflect** 66:19,24
67:19 90:2
**reflected** 71:2
77:25 78:19,24
79:22 82:16
87:17,25 88:24
89:21 127:18

**reflects** 55:17
59:9
**refresh** 20:3
87:23
**regarding** 28:2,7
**regular** 127:14
**related** 9:4
**relates** 58:9
**relative** 25:1
135:17
**released** 136:21
**remaining** 55:20
**remember** 16:18
22:14 32:17
33:16 35:12
72:25 73:1,2,4,7
73:8 88:18 98:9
102:3 103:2
124:15
**remind** 30:5
46:9 126:10
**reminisce** 33:21
33:24
**remote** 1:16 2:17
**remotely** 2:18
9:9
**remove** 30:25
31:4,8,17
**repeat** 15:8,23
17:1 23:18
24:18 26:14,18
28:18 35:19
42:14 56:4
60:10 66:21
68:25 79:17
104:24 105:18
115:3 116:15
118:4 126:1

Veritext Legal Solutions
866 299-5127

[repeat - school]

128:10
**rephrase**   23:1
   31:13
**replied**   18:3
**reported**   1:23
**reporter**   9:2,21
   13:18 19:23
   26:14 48:3
   51:21 61:21
   70:12 81:13
   100:7 118:19
   119:1 135:5
**represent**   23:16
   23:20 24:1,21
   53:23 62:20
   128:22
**representative**
   128:8,14,18
**request**   30:25
**requested**   31:8
   137:1,9,10
**required**   97:15
**residence**   61:8
**resident**   96:17
**resolution**   60:8
   60:15 61:9
   73:17,21
**resolved**   29:10
**respectful**   80:25
   118:22
**respond**   13:2,17
   46:10 126:11
**response**   12:14
   84:24,25 99:22
**responsible**
   32:17
**restriction**   37:3

**restrictions**   26:3
   27:5
**result**   30:1,11
**results**   7:11,13
   7:16 52:14
   53:20 54:18
   55:3 56:24 57:7
   57:14,22 60:7,14
   62:21 63:3
   65:16 66:11,19
   66:24 67:10
   68:6,14 86:3,18
   87:21,25 88:6,9
   88:12,18,22,24
   89:11 90:2,13
   105:13
**retain**   24:21
**retained**   133:1
**retaining**   29:24
**retired**   18:16
   19:2,3,4
**retiring**   19:5
**retread**   111:16
**retreading**
   114:23
**return**   85:12
   136:17 137:6
**rev**   7:5
**review**   16:8
   21:24 136:8,10
   136:13 137:2
**reviewed**   16:16
   59:12 60:3
**revised**   21:6
**rhythm**   99:4
**right**   11:6 19:25
   24:5 33:12
   35:15 36:1,12

37:13,24 38:6
39:6,19 40:7
44:15 48:12
49:20 50:3
52:24 55:6
56:14,22 57:11
57:20,24 58:2,15
59:2,13 60:3,9
63:4,7,23 66:1
69:18 72:19,24
76:16,24 83:17
83:22,25 84:8,9
85:4,4 89:2,9
90:12 96:9
101:13 106:20
107:14,20
108:14,24 112:6
113:8,19,24
114:4,8,17
115:18,21
120:14,17,20
121:3 123:5
130:11
**rmr**   1:23 2:22
**roger**   83:5,15,19
   99:4 100:2
**role**   10:18 129:1
**row**   49:12 56:24
   83:4,9
**rpr**   1:23 2:21
**rules**   13:14
   137:8
**run**   116:8
**running**   116:10

**s**

**s**   138:3

**sam**   3:12 13:4,14
   15:14 24:5
   27:12 48:11,13
   51:18 52:1
   61:16 70:14
   72:10 79:6
   81:14 99:15
   100:8 111:7
   130:4 136:2
**samuel**   3:6 9:16
   136:1
**saw**   73:8,10,14
   91:8 93:9,19
**saying**   24:13
   79:6 93:15
**says**   20:12 53:19
   54:6,18 55:6
   56:17,24 57:4,6
   57:13,17,21,25
   58:5,10 61:3
   63:8 64:1,2,3,10
   65:15 66:10
   67:9 68:6 74:20
   75:2 77:17 78:8
   83:3 84:3,6
   85:25 86:17
   88:9 89:7,12
   90:3,8,10 91:9
   91:15,20 92:12
   92:22 96:15
   100:25 119:15
   127:4
**scan**   45:10
**scanned**   45:12
**schedule**   136:10
**school**   7:9,10,12
   7:15,17 18:14,20
   31:25 32:1,3,5,6

Veritext Legal Solutions
866 299-5127

[school - separate]

32:11,15,19,25
33:14,18,22 34:3
34:6,11 36:10,12
39:1,4,13,17
40:4,5 41:7,18
42:3,10,18 45:10
46:6 49:6,7
50:14,23 52:13
53:19,25 56:17
56:25 57:6,8,14
57:25 58:15,22
62:22 63:18
82:6 90:5
124:12
**school's**  41:19
42:8
**schools**  34:10
40:2
**screen**  8:13 21:1
48:10,12,18,20
48:23,24 51:23
52:6,8 59:21
61:18,25 62:4
63:11 65:9
70:15,23 71:6
74:14 80:19
81:16,19 85:14
85:19 91:1 92:4
100:14 120:25
130:1,3,12
131:24
**screenshot**  53:24
62:21,25 65:16
66:11 67:10
68:6 86:2,18
88:25
**screenshots**
87:10,16

**scroll**  21:20,22
48:22 49:20
54:16 55:6
56:13 57:11
59:22 60:23
66:17 82:20
83:1,25 86:14
87:12,17,22 88:3
89:25 101:7
126:24
**scrolling**  131:20
**sean**  5:5 8:25
**search**  48:9
56:24 60:7,14
61:4 62:21 63:3
65:17 66:12,19
66:24 67:11,19
67:24 68:13
86:3 87:21,25
88:6,12,18,21,24
89:11 90:1
102:7 105:11,12
105:22 106:11
**searchable**
101:17 108:13
**searched**  80:9,14
90:18 102:19
112:3
**searches**  67:22
**searching**  53:15
53:25
**seclusion**  7:7
**second**  18:17
22:8 52:21,24
58:21 61:13
65:6 70:8 72:12
126:14 130:10
131:8,21

**section**  7:6
100:25 101:10
106:18 107:13
**see**  10:20 19:25
20:7,12 21:10,13
23:21 28:20
34:21,21 35:14
35:25 41:14,21
47:24 48:6,7,8
48:10,15,23,24
49:21,22,23 50:1
51:5 52:1,7,15
53:18,21 54:6,8
54:19 55:8,9,10
56:17,19 57:1,3
57:5,12,13,16,21
57:24 58:2,6,22
58:23 59:2,6,20
60:8,15,25 61:1
61:11,17,22 62:3
62:13,15,17 63:6
63:8,10,11,14,17
63:20,23 64:1,4
64:6,13,15,18
65:10,11,19,22
66:7,14 67:4,13
68:7,10 69:17
70:22 71:6
72:20 73:6,18
74:3,15,18,25
75:9,16 76:10
77:22 78:10
80:2 81:15,17,23
82:21 83:1,7,25
84:10,11 85:16
85:18,23 86:7,15
87:1,12,15,16
88:8,21 89:4,8

90:4,10,11 91:4
91:10,14,16 92:5
92:6,11,14,19
93:3 96:1,7,13
96:21 97:12
100:16 101:2,8
112:12 113:22
119:15 122:3
127:2,9 129:25
130:13,14,18,19
131:1,4
**seeing**  73:4
**seeking**  26:22,25
27:16
**seen**  8:12 73:20
93:10 104:8
112:15,23 113:2
113:5 116:24
117:4,6 119:4,7
**sees**  122:21
**sell**  42:20 43:2
43:11,18,24 44:5
44:14,19,23
46:17,21 47:7,13
**selling**  34:6
43:25
**send**  92:24 93:16
**senior**  132:14,17
**sense**  109:15
**sent**  93:14,21,23
94:1,10
**sentence**  65:14
66:10 74:19
77:16 86:1
92:16 95:1
127:3
**separate**  104:7

Veritext Legal Solutions
866 299-5127

[seq - software]

| | | | |
|---|---|---|---|
| **seq**  7:6,6 | 81:9,16,19,24 | **setting**  80:7,12 | **sign**  36:8 37:24 |
| **serve**  128:8,14 | 82:15 83:5 | 125:12 | 38:1,5,8,18,20 |
| 128:18 129:1 | 84:19 85:8,15,19 | **seven**  132:25 | 78:1,8 114:17 |
| **service**  97:10 | 86:13 91:2,5,9 | **sevy**  83:6,21 | 124:13 136:16 |
| 108:16 | 91:20 92:4,20 | 84:3,7 85:4 | 137:5 |
| **services**  78:24 | 95:13 96:2,15,16 | **share**  19:20 20:2 | **signature**  135:24 |
| 79:21 95:20 | 96:18 97:4,8,22 | 20:25 21:1,3 | 136:21,23,23 |
| 96:6,20 97:1 | 97:25 99:5,7,15 | 39:6,18 47:24 | 137:9 |
| **sessa**  1:4,4,16 | 100:13,25 | 48:12,20 51:18 | **signed**  38:12,14 |
| 2:4,4,18 6:4 7:2 | 101:21 102:11 | 51:23 52:2,5 | 38:15 |
| 7:11,13,16,21 | 102:16,19 | 61:14,18,25 65:8 | **similar**  120:9 |
| 8:18,19,20 9:23 | 103:20 104:5,18 | 70:14,15 74:14 | **similarly**  1:5 2:5 |
| 10:3,7 11:21 | 105:17 109:24 | 81:16 85:14 | **sincerely**  118:8 |
| 12:19,20 13:9 | 110:16 111:16 | 91:1 92:4 98:21 | **singers**  7:18 82:5 |
| 14:18 18:12 | 111:18 112:2,8 | 100:13 102:22 | **singing**  7:19 |
| 19:12,25 20:24 | 113:16 115:2 | 129:23 130:1,1,2 | **sit**  23:12 78:22 |
| 21:7,15 22:24 | 116:14 118:10 | 130:3,12 | 79:19 90:12 |
| 24:18 25:6,17 | 119:10,24 | **shared**  37:17 | 105:7 108:3 |
| 26:6 27:14 28:1 | 121:10,24 | 38:23 99:8,11,23 | **site**  80:10 90:18 |
| 28:14 29:1,10,13 | 123:21 124:2,8 | **sharing**  80:18 | 93:19 95:22 |
| 30:4,20 31:12,23 | 125:1 126:9,17 | 81:19 | 103:10 105:6 |
| 33:6 38:3 42:17 | 127:22 128:3 | **shores**  4:21 | 111:24 112:5,20 |
| 45:9,17 46:8,10 | 129:13,17 | **shorthand**  135:4 | 113:8,18,23 |
| 47:4,21 48:5,20 | 130:18 131:1,23 | 135:12 | 114:1,16 115:16 |
| 49:4 51:24 52:5 | 132:8,23 134:5 | **show**  33:21 | 116:18 |
| 52:8,14 53:10,20 | 134:20 136:4,5 | 39:22 48:17 | **sites**  122:23 |
| 53:25 55:19,25 | 138:1,2 | 89:7 114:16 | **sitting**  50:6 |
| 56:14 57:5,7,14 | **sessa's**  7:17 | **showed**  116:17 | 71:18 82:12 |
| 58:3,15 59:3,12 | 55:16 61:4,7,10 | **showing**  39:14 | 102:5 |
| 61:7,25 62:3,7 | 65:17 66:12 | 65:16 66:11 | **situated**  1:5 2:5 |
| 62:11,22 63:8 | 67:11 74:23 | 67:10 69:25 | **skill**  135:15 |
| 64:1,2 65:9,25 | 75:7,14 76:14 | 86:2,18 115:7,15 | **skittish**  24:16 |
| 67:2 68:19 69:4 | 86:4,19 90:15 | **shown**  61:5 | **small**  49:8 69:22 |
| 70:16,20,22 71:4 | 93:1,17 117:13 | 65:18 66:13 | 73:14 |
| 71:20,21 72:15 | 117:18 129:24 | 67:12 86:6,20 | **social**  97:25 98:4 |
| 72:20 74:2,6,15 | **set**  71:18 82:13 | **sic**  125:24 | 98:6 |
| 76:11,19,25 78:6 | 135:8 | **side**  55:9 63:7 | **software**  70:5 |
| 78:15 79:3,16 | | 66:3 69:18 | 75:6,13 |

[solicit - subscribers]

| | | | |
|---|---|---|---|
| **solicit** 121:1 | **space** 33:11 | **stopping** 39:13 | 120:2 121:4 |
| **solutions** 136:7 | **speak** 18:10 | 46:4 | 123:19 124:1,7 |
| **somebody** 11:1 | **speaking** 13:3 | **strauss** 3:5,6 6:7 | 124:24 125:6,14 |
| 29:21 50:14 | 116:12 118:2 | 9:16,16 12:19,25 | 126:9 127:20 |
| 73:2 78:23 | **speaks** 55:18 | 13:6 16:20 | 129:5,17 130:5 |
| 79:20 112:12 | **specific** 44:12 | 20:15 22:19,22 | 130:14,17 |
| 113:2,22 115:15 | 94:10,14 | 24:6,11 25:4,15 | 131:19,22 |
| 122:2,21 125:21 | **specifically** | 25:23 26:6 27:7 | 132:19 136:1 |
| **somebody's** | 17:12 77:2 | 27:24 28:22 | **street** 3:8,19 4:9 |
| 122:1 | 93:13 | 29:1 30:4,8 | **struggle** 131:16 |
| **someone's** | **spoke** 17:25 | 31:10,19 33:4 | **struggling** |
| 105:22 | 50:16 51:7 | 34:12,18 35:16 | 129:22 |
| **soon** 25:8,8 | **spoken** 17:8,18 | 36:2,23 37:7,18 | **student** 50:10 |
| **sorry** 12:14 13:2 | 17:22 | 39:7 40:8,20 | 51:4 |
| 15:8,23 16:25 | **ss** 135:1 | 41:9 42:13 43:3 | **students** 32:24 |
| 22:19 23:18 | **stage** 12:3 35:9 | 43:13 44:6 45:6 | 36:10 38:24 |
| 24:14 26:13 | **standing** 49:17 | 45:15,24 46:7 | 75:8 |
| 28:17 30:7 33:7 | **stands** 117:24 | 47:2,19 48:16 | **stuff** 93:20 |
| 38:3 42:13 | **start** 10:5 24:13 | 52:3 55:14 56:1 | **subject** 97:9 |
| 46:11 71:19 | 67:8 | 58:17 61:22 | **subscribe** 110:10 |
| 72:5,7 78:13 | **stat** 7:6 | 68:22 69:7 | 113:23 115:15 |
| 79:22 83:24 | **state** 9:7,9 10:5 | 70:17 71:19 | 117:5 119:5 |
| 84:4,23 88:4 | 90:8 128:23 | 72:1,6 76:17 | 127:12 |
| 89:4 96:10 98:2 | 134:11 135:1,5 | 78:4 79:1,7 | **subscribed** |
| 98:3 99:17 | 136:9,12 | 80:20,24 81:17 | 135:20 |
| 111:16 126:1 | **states** 1:1 2:1 | 84:17 85:6 | **subscriber** 78:3 |
| 128:10 132:10 | 8:21 | 90:20 94:3 97:2 | 78:23 79:20 |
| **sort** 10:15,17 | **status** 48:8 | 97:17 100:10 | 80:14 96:5,18 |
| 26:3 27:4 28:6 | **statute** 21:6 | 101:19 102:13 | 116:18 |
| 37:3 46:15 50:4 | **stay** 52:25 | 103:18 104:4,16 | **subscribers** |
| 104:7 123:7 | **step** 31:23 | 105:15,25 | 77:19 78:18 |
| **sorts** 35:5 | **steps** 29:25 | 106:25 107:8,15 | 86:23 88:15 |
| **sought** 43:2 | **sticking** 93:13 | 107:21 108:8 | 89:15 96:25 |
| **sounds** 118:21 | **stipulation** | 109:8,20 110:2 | 97:15 110:1 |
| 129:5 | 136:20 | 110:14 111:2,8 | 112:20,24 |
| **sour** 10:7 | **stop** 52:21 80:18 | 112:7,25 113:9 | 113:18 114:8,17 |
| **south** 4:9 | 116:10 117:10 | 114:18 116:7,21 | 115:8,21 116:3 |
| | | 117:7,25 118:21 | 126:20 127:6 |

Veritext Legal Solutions
866 299-5127

[subscription - top]

| | | | |
|---|---|---|---|
| **subscription** 82:19 95:18,22 127:14 | **take** 8:15 13:19 14:10,12,14 17:4 22:8 24:15 30:22 31:3,23 32:8 42:6 44:3 44:11 51:16 61:13 65:5,13 69:23 70:7 74:9 81:9 85:11,21 88:12 90:24 92:1,8 95:12,17 97:21,24 111:7 118:12,13 121:9 128:2 129:19 | **tend** 13:16 | **thumbnails** 77:11 |
| **subsequent** 31:7 | | **term** 95:1 | **time** 9:7 10:16 |
| **subsequently** 23:8 | | **terms** 67:24 97:9 97:16,22 115:11 | 16:5 20:19,22 24:24 29:5,8 |
| **subsumes** 28:11 | | **testified** 9:25 60:2 | 31:24 32:12 33:25 50:16 |
| **suit** 17:10 128:24 | | **testimony** 14:21 14:24 15:4 55:16 113:15 118:2,23 134:8 135:15 | 51:7 53:5,8 80:21 81:4,7 86:12 98:9 104:9 111:11,14 117:9 118:6,7,7 118:11 129:2,9 129:12,15 135:8 135:9 136:10,18 136:24 137:7 |
| **suite** 3:9 4:10,20 | | | |
| **sullivan** 4:6 | | | |
| **supplied** 6:17 | | | |
| **suppose** 121:7 | | **text** 63:19 82:21 | |
| **sure** 15:9 17:11 18:18 26:13 28:22 35:22 49:14 57:10 58:16 60:11,20 63:12 66:22 70:6,7 72:5 88:2 98:11,14 99:10 99:13 100:1,22 101:22 104:25 105:10,21 107:10 113:25 115:4 116:16 117:15 120:15 126:5 128:12 | | **thank** 17:2 72:9 129:14,16 133:2 | |
| | **taken** 8:18 30:15 74:1 135:7 | **thing** 28:22 118:5 | **times** 15:15,17 101:25 108:17 110:6,8,11,13 114:21,23 |
| | **talk** 17:5 18:19 | **things** 35:8,9 | |
| | **talked** 17:15 | **think** 12:22 16:6 28:10,11 29:10 60:2 66:2 71:23 71:23 77:7 80:3 91:22 98:15 99:20 100:22 110:19 114:14 118:1,16 123:15 124:3,21 129:4 129:19 130:11 | |
| | **talking** 46:16 | | **title** 52:13 54:5 57:5 |
| | **targeted** 92:25 93:11,16 94:8,13 94:17,21 95:7 | | **today** 7:19 10:4 14:10,19,23 15:4 15:7 16:24 17:6 23:12 26:20 78:23 79:20 102:5 105:7 108:3 129:15 |
| | **tech** 24:20 28:20 29:3,11 | | |
| | **technology** 8:24 | | |
| | **telephone** 106:20 | | |
| | **tell** 10:16 11:9 18:12 19:12 23:4 48:22 60:24 61:16 79:7 85:3 87:14 130:6,21 131:3,9 132:8,12 | **third** 123:18,25 124:6 131:8 | |
| **swear** 9:21 | | **three** 32:10 34:2 129:3 131:8,10 131:11 | **today's** 15:11 16:17 17:9 132:22 |
| **swore** 14:19 | | | |
| **sworn** 9:24 | | **thumbnail** 65:3 69:24 70:2 71:9 73:14,23 74:4,8 75:18,20 76:1,7 76:9 82:16 91:13 | **told** 22:13 |
| **system** 121:23 122:7,9,14 | | | **tony** 7:13,17 |
| | **telling** 24:14 | | **top** 52:13 53:18 56:13,16,21 57:2 63:9,25 71:9,11 76:21 83:4,9 |
| **t** | **ten** 32:13 81:1 109:17 | | |
| **t** 138:3,3 | | | |
| **tabs** 90:9 | | | |

**[top - usually]**

| | | | |
|---|---|---|---|
| 91:9,20 100:24 | **tuba** 49:21 | **underlying** 60:9 | 55:23 113:15 |
| **totally** 129:22 | **tuesday** 1:17 | 60:16 | **unit** 8:17 |
| **touch** 25:8 | 2:20 8:1 | **underneath** 90:5 | **united** 1:1 2:1 |
| **touched** 13:14 | **turke** 3:5 | 91:15 | 8:21 |
| 22:7 | **turkestrauss.co...** | **understand** 11:3 | **unjust** 7:7 |
| **trader** 19:6 | 3:12 136:2 | 12:7 13:9 14:2,5 | **ups** 132:20 |
| 100:22,25 | **turn** 38:19 65:6 | 14:18 21:2,17 | **upstairs** 42:19 |
| 101:10 | 80:17 119:10 | 22:4 27:11 | **urgent** 109:18 |
| **transcribed** | 130:7 | 39:21 59:24 | **urquhart** 4:6 |
| 135:12 | **twelve** 32:13 | 60:5,12 70:4 | **usa** 58:5 59:5 |
| **transcript** 134:6 | 51:9 | 75:12 89:10 | 90:3,9 |
| 136:6,8,10,13,13 | **twin** 4:19 | 95:3 101:4 | **use** 30:22 46:19 |
| 136:21 137:2,2 | **twitter** 98:10 | 103:14 111:18 | 47:1 98:13 99:5 |
| **tread** 95:13 | **two** 24:8 25:7 | 114:7 115:10,14 | 103:17 111:19 |
| **trial** 77:21 78:2 | 49:21 50:2 | 116:3 117:12,23 | 111:23,25 |
| 78:9,18 80:2,8 | 76:16,20 77:3,6 | 120:11 122:8 | 112:13,14 114:6 |
| 86:11,25 87:5 | 77:10,14 87:8 | 128:7 | 114:7 116:2 |
| 88:16 89:16 | 89:18 131:8,10 | **understanding** | 121:11,18 122:4 |
| 127:8,13 | 131:11 | 19:13 34:9,17 | 122:23,24 123:9 |
| **tried** 42:20 | **tympany** 49:19 | 38:22 41:24 | 123:14,18,25 |
| 43:11 44:14,19 | **type** 102:10 | 54:10,21,24 55:2 | 124:6,17,20,23 |
| 46:16 47:7 | **types** 33:15 | 55:11 56:7,10 | 125:5,13,19,21 |
| 53:15 102:1 | 34:24 35:10 | 66:16,18,23 | 129:22 |
| **trip** 31:24 | | 67:15 68:12,19 | **user** 60:7 78:1,2 |
| **trouble** 20:25 | **u** | 69:4 77:24 | 80:9 90:17 |
| 132:1,2,16 | | 78:22 79:19,25 | **users** 60:6,13 |
| **true** 44:11 75:23 | **u.s.** 7:15 56:17 | 82:14 87:7 | 61:4 77:19 |
| 134:9,12 135:14 | 56:25 57:25 | 89:17 94:12 | 78:18 86:23 |
| **truthful** 14:21 | 58:22 63:18 | 96:24 97:14 | 88:16 89:13,16 |
| 14:24 22:2 | 90:5 | 98:24 102:4,9,18 | 89:22 105:11 |
| **try** 30:14 37:3 | **uh** 52:16 54:20 | 104:21 105:1 | 110:7 121:1 |
| 44:23 46:21 | 59:4 62:16 | 114:15 115:6,11 | 127:6 |
| 47:13,23,25 | 74:17 75:17 | 117:13,16,19 | **uses** 42:11 105:8 |
| 114:12 | 86:8 93:4 | 119:18 127:11 | 114:15 115:6,12 |
| **trying** 13:19 | **unclear** 14:4 | 127:16 128:3,13 | 115:24 |
| 26:22 89:10 | 117:25 | 128:17,20 | **usually** 38:19,19 |
| 103:14 115:10 | **uncomfortable** | **understood** 14:7 | 106:19 |
| 117:12,23 122:8 | 118:3 | 28:12 35:13,24 | |

Veritext Legal Solutions
866 299-5127

**[v - witness]**

| v | | | |
|---|---|---|---|
| **v** 136:4 138:1 | **virtually** 8:8 | 120:13 122:22 | 120:14,23 121:2 |
| **vegas** 10:8 32:1 | **visible** 74:23 | 126:9 129:14,24 | 121:12,14,15,19 |
| 96:17 106:12,15 | 75:14,20 76:1,2 | 130:22 | 122:3 123:10 |
| 106:23 107:6,7 | 76:15 77:4,10 | **wanted** 43:24 | 125:25 126:4,20 |
| **veritext** 9:1,3 | 89:15 120:22 | 44:4 45:9,14,22 | **websites** 109:4 |
| 133:1 136:7,9,11 | **visited** 95:14 | 110:18 | 109:25 |
| **version** 60:8,16 | 101:24 103:1 | **wants** 79:12 | **week** 16:4,4 |
| 61:5,9 73:13,14 | 108:17 109:1 | 115:20 | **weeks** 16:5 |
| 73:21 86:5,10 | 120:23 | **way** 42:25 45:1 | **weird** 24:6 |
| 87:6 89:13 | **visitors** 120:13 | 46:25 47:16 | **welcome** 111:16 |
| **versus** 8:20 21:7 | **volume** 1:18 | 48:18 84:9 91:3 | **went** 18:20 |
| **vicki** 18:19 | **vs** 1:7 2:7 | 105:8 106:22 | 29:13 32:8 |
| **video** 8:14,17 | | 111:25 114:15 | 50:14 118:6 |
| 132:23 | w | 115:23 122:4 | **western** 7:9 32:1 |
| **videoconference** | **w** 4:7 | **ways** 121:17 | 32:2,5,11,19,25 |
| 2:19 3:7,18 4:8 | **wait** 12:20,25 | 123:8 | 34:2 36:12 40:5 |
| 4:18 | 13:20 20:10 | **web** 53:24 54:3 | 41:7,18 |
| **videographer** | 30:5 71:21 72:4 | 62:25 | **whereof** 135:20 |
| 5:5 8:4 9:1,20 | **waived** 136:23 | **website** 22:10,17 | **white** 71:15 |
| 20:18,21 29:5,7 | 136:23 | 23:6,10,14 25:3 | 72:13 76:3,8 |
| 52:25 53:4,7 | **waiving** 136:20 | 25:13,22 28:16 | 106:18,24 107:6 |
| 81:3,6 111:10,13 | **wall** 108:20,23 | 29:15 30:2,12 | 107:7 108:4,6 |
| 129:8,11 132:22 | 110:24 | 31:1,5,18 45:11 | **whoever's** |
| **videotaped** 1:16 | **want** 13:13 | 45:12 53:16 | 110:24 |
| 2:17 | 20:15 24:12 | 55:17,18 60:15 | **wife** 18:19,22 |
| **view** 27:19 | 26:6 29:21,22 | 62:23 63:4 68:3 | **williamson** 3:8 |
| 105:13,23 107:5 | 30:4 31:23 46:5 | 68:13,17 69:12 | **willing** 45:2 47:1 |
| 108:3,12 110:11 | 47:23 51:17 | 80:9,15 86:6 | 47:17 |
| 110:23 115:24 | 55:14,16 61:14 | 89:23 90:18 | **window** 7:14 |
| 119:24 | 65:13 80:17,19 | 95:15,18,21 | **wisconsin** 3:10 |
| **viewed** 116:4 | 80:25 81:9 83:9 | 103:4 104:22 | **wish** 118:24 |
| 127:17 | 85:12,21 90:24 | 105:2,9,14,23,24 | **witness** 6:4,11 |
| **violation** 7:5 | 90:24 92:2,8,15 | 108:13,20 109:1 | 8:12 9:21 12:24 |
| 21:5 | 109:13 112:18 | 109:6 110:6,11 | 24:9 25:7,18,25 |
| **virginia** 1:8 2:8 | 114:5,22 116:3 | 111:20 115:7,13 | 26:16 28:23 |
| **virtual** 8:24 | 117:15 118:8,12 | 115:25 116:6,20 | 29:4 30:7 31:21 |
| | 118:21,23 | 116:24 117:5 | 33:7 34:15,20 |
| | 119:10,22 | 119:6,19 120:1 | 35:19 36:4 37:1 |

Veritext Legal Solutions
866 299-5127

[witness - zoomed]

| | | | |
|---|---|---|---|
| 37:10,21 39:10 | **written** 82:22 | 66:20,25 67:20 | 71:4 82:21,24 |
| 40:11,23 41:12 | 123:13,17,24 | 68:17,20 69:5,11 | 87:14 91:3 |
| 43:5,16 44:9 | 124:5,13 | 90:14,15 91:24 | 92:17 |
| 45:18 46:2,13 | **wrong** 13:10 | 105:1,3 111:20 | **zoomed** 83:2 |
| 47:5,22 58:19 | 75:13 120:12 | 111:23 123:9,14 | |
| 68:25 69:9 | 130:11,20 | 124:12,14 | |
| 71:23 72:5 | | 132:14,17 | |
| 76:20 78:7 79:4 | **x** | **yearbooks** 7:11 | |
| 84:20 85:9 | **x** 6:1 137:1 | 7:13,15 32:18,25 | |
| 90:22 94:6 97:5 | **y** | 33:11 34:6,10,25 | |
| 97:19 99:17 | **yeah** 10:19 11:20 | 35:2,6,11,14,15 | |
| 101:22 102:15 | 18:25 19:14 | 35:24 36:6,15,19 | |
| 103:21 104:6,19 | 20:17 21:11 | 36:22 37:5,16 | |
| 105:18 106:3 | 24:9 40:23 42:9 | 38:2,6,9,12,15 | |
| 107:3,10,17,23 | 49:6,12 54:23 | 38:23 39:2,5,22 | |
| 108:10 110:4,17 | 55:10 58:25 | 40:1,17 41:8,19 | |
| 111:5 112:9 | 59:23 61:1 | 42:1,4,7,11,18 | |
| 113:2,11 116:23 | 63:20,24 64:12 | 42:21 43:19,22 | |
| 120:4 121:7 | 64:15,19 65:21 | 44:4,12,20 46:6 | |
| 123:22 124:3,9 | 65:24 67:5 | 46:15 52:13 | |
| 125:2,9,16 | 69:20 91:15,18 | 53:19 56:17,25 | |
| 127:23 129:16 | 92:14 118:16 | 57:4,6,9,14,25 | |
| 135:9,20 136:13 | 126:2,21,22 | 58:11,22 62:22 | |
| 136:16 137:2,5 | **year** 19:4 32:14 | 63:18 90:6 | |
| 138:24 | 34:11 36:11 | **years** 19:8 32:9 | |
| **wondering** | **yearbook** 7:18 | 34:2 51:9 | |
| 109:12 | 22:9 23:5 25:2 | **yellow** 106:13,15 | |
| **words** 24:8 | 25:12,21 28:15 | 107:13 108:1,6 | |
| 35:20 | 29:15 30:1,11,15 | **york** 3:20 108:17 | |
| **work** 13:22 | 31:5,9,17 32:14 | 110:6,8,10,12 | |
| 14:16 16:21 | 32:20,22 33:8,14 | **z** | |
| 29:2 100:21 | 33:17,20 34:1 | **zoom** 48:21 | |
| **worked** 19:6 | 36:11 37:12,24 | 49:11,24 52:12 | |
| **works** 47:24 | 39:14,18 40:6 | 54:17 56:19 | |
| 55:22 109:18 | 41:3 43:1,6,10 | 60:24 62:6,11 | |
| **wrap** 123:7 | 43:25 44:24 | 64:17 67:2 68:9 | |
| **writing** 57:2 | 45:3,10 54:1 | 69:15 70:21 | |
| | 58:9 59:9 64:21 | | |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

```
 1   SESSA V. ANCESTRY.COM

 2   MARK SESSA (#5468893)

 3                   E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     11 / 23 / 2022

24   WITNESS                          Date

25


                                        Page 138
```

Doc ID: f8f3f5a927b94ce023ead01862e5eec4ec2f8355

```
 1                          DECLARATION

 2

 3

 4

 5              I, MARK SESSA, do hereby declare that I

 6         have read the foregoing transcript; that I have made

 7         any corrections as appear noted, in ink, initialed

 8         by me, or attached hereto; that my testimony as

 9         contained herein, as corrected, is true and correct.

10              I declare under the penalties of perjury

11         under the laws of the State of California Nevada

12         that the  foregoing is true and correct.

13              This declaration is executed this 23_____

14         day of November_____, 2022, at

15         Las Vegas_____, California Nevada.

16

17

18

19

20         _____

                         MARK SESSA

21

22

23

24

25

                                               Page 134
```

Doc ID: f8f3f5a927b94ce023ead01862e5eec4ec2f8355