# **EXHIBIT D-A**

# **Law Offices of Miles N. Clark, LLC Firm Bio**

## Law Offices of Miles N. Clark, LLC

The Law Offices of Miles N. Clark, LLC (the "Firm") focuses on federal litigation practice in the District of Nevada, particularly in the areas of fair credit reporting, debt collection, and consumer privacy. The Firm is uniquely qualified to interpret and apply the District's Local Rules, as well as ensure that the District's general practices and preferences are satisfied. Consequently, appointment of the Firm as liaison counsel will minimize the expense of litigation as the Firm's attorneys will be able to readily address the specific nuances of local practice without the necessity of excessive research costs, deliberation, or delay.

## Miles N. Clark

Miles Clark is a partner and founder of the Firm. He focuses his practice on consumer law and privacy litigation prosecuted at both the individual and class level. He is experienced in complex class action matters, having previously served on the Plaintiff's Steering Committee in *In re Sonic Customer Data Security Breach Litigation*, No. 17-md-2807 (N.D. Ohio 2017), a case he assisted in litigating to a multimillion-dollar class settlement. Mr. Clark also routinely works with other law firms on class matters in Nevada. He has been appointed as interim co-liaison counsel in *Smallman v. MGM Resorts International*, No. 17-md-2807 (N.D. Ohio 2017), and interim liaison counsel in the putative class action matter of *Henzel v. Wells Fargo Bank, N.A.*, No. 22-cv-529-GMN-NJK (D. Nev.). He frequently appears and argues before judges in the District of Nevada and in the United States Court of Appeals for the Ninth Circuit.

Mr. Clark is routinely recognized as a Super Lawyers rising star in the field of consumer law, and has been included in *Nevada Business Magazine*'s "Legal Elite." Mr. Clark has lectured in consumer law at the UNLV William S. Boyd School of Law, and is a former member of the Howard D. McKibben American Inn of Court in Las Vegas. He graduated from Cornell Law School in 2011; after graduation he clerked first for the Vermont State trial courts, then for Magistrate Judge Karen Wells Roby in the U.S. District Court for the Eastern District of Louisiana, and finally for Judge A. Jennifer Dorsey in the U.S. District Court for the District of Nevada.