# **EXHIBIT G**

# **Declaration of Anthony Sessa**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ANTHONY SESSA AND MARK SESSA, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company,

    Defendants.

## **DECLARATION OF ANTHONY SESSA**

I, Anthony Sessa, hereby declare as follows:

1. I am a plaintiff in the above-captioned action. I am currently a resident of New Mexico. At the time the Complaint was filed, I was a resident of Nevada.

2. On October 11, 2022, I sat for a deposition in this matter. If called upon again to testify, I could and would testify to all facts relevant to this action within my personal knowledge.

3. Ancestry never requested my consent to use my name and photograph, and I never provided any consent to Ancestry.

4. I am not a paying subscriber, free trial user, or registered account holder with Ancestry.com. I have never agreed to a Terms of Service from Ancestry.com. To the best of my knowledge and recollection, I have never visited www.ancestry.com.

5. I am a proposed Class representative in this lawsuit. As a Class representative, I

Doc ID: 8b4fa017de8e09b0f56a27904d1bb3ae800dae2a

understand I represent a Class of other persons whose names and likenesses also appear on the Ancestry.com website without their consent. I understand that I must consider the interests of other Class members in pursuing my claims.

6. As part of my duties as a Class representative, I reviewed the Complaint and various discovery responses to ensure the accuracy of the facts as they related to me. I sat for a deposition. I understand that I may need to further assist in preparing discovery requests and producing documents and materials. I understand I may be called to testify in this case at trial. I am willing and able to fulfill my duties as Class representative.

7. If this case were not certified as a Class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit to pursue my claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __6th__ day of December, 2022.

_____
Anthony Sessa

Doc ID: 8b4fa017de8e09b0f56a27904d1bb3ae800dae2a