| | |
|---|---|
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Law Offices of Miles N. Clark, LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700<br>Phone: (702) 856-7430<br>Fax: (702) 552-2370 | COHEN-JOHNSON, LLC<br>H. Stan Johnson, Esq. (SBN: 0265)<br>(sjohnson@cohenjohnson.com)<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>Telephone : (702) 823-2500<br>Facsimile : (702) 823-3400 |
| Michael F. Ram (*Pro Hac Vice*)<br>Marie N. Appel (*Pro Hac Vice*)<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500 San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br>Email: MRam@forthepeople.com<br>Email: MAppel@forthepeople.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Shon Morgan (*Pro Hac Vice*)<br>(shonmorgan@quinnemanuel.com)<br>John W. Baumann (*Pro Hac Vice*)<br>(jackbaumann@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Benjamin R. Osborn (*Pro Hac Vice*)<br>102 Bergen Street Brooklyn, NY 11201<br>Telephone: (347) 645-0464<br>Email: Ben@benosbornlaw.com<br><br>*Counsel for Plaintiffs and the Proposed Class* | Cristina Henriquez (*Pro Hac Vice*)<br>(cristinahenriquez@quinnemanuel.com)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5000<br><br>Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br>Plaintiffs,<br>v.<br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br>Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER REGARDING MOTION TO COMPEL AND [PROPOSED] ORDER**<br><br>Complaint filed: Dec. 17, 2020 |

Plaintiffs Mark and Anthony Sessa and Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on November 11, 2022, Plaintiffs filed a motion to compel Ancestry to provide the yearbook upload date for each Nevada yearbook in response to Interrogatory 12 (ECF No. 94);

WHEREAS, the motion is fully briefed and set for hearing on December 29, 2022, (ECF Nos. 94, 95, 100, 109, 110, 111);

WHEREAS, Plaintiffs' reply brief raised a potential compromise that led the parties to engage in further negotiations and to resolve this discovery dispute in its entirety;

WHEREAS, the parties have agreed that Ancestry will amend its response to Interrogatory 12 to set forth the license date for each Nevada yearbook and, where applicable and available, the donation date for donated yearbooks;

WHEREAS, the parties have also agreed that for purposes of the statute of limitations in this matter, the date a yearbook was uploaded to Ancestry's website was on or after the licensing or donation date for that yearbook, and the applicable statute of limitations period does not begin to run until 90 days after the licensing or donation date to account for the time to process and upload the yearbooks to Ancestry's website;

WHEREFORE, the parties jointly request that the Court enter this agreement as an order of the Court, resolving Plaintiffs' Motion to Compel (ECF No. 94);

WHEREFORE, the hearing on Plaintiffs' Motion to Compel (ECF No. 94) is no longer necessary and the hearing scheduled for December 29, 2022 at 1:00 p.m. can be vacated.

IT IS SO STIPULATED.  DATED this 20th day of December, 2022

| **LAW OFFICES OF MILES N. CLARK, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| /s/ *Miles N. Clark* <br> Miles N. Clark, Esq., SBN 13848 <br> Law Offices of Miles N. Clark, LLC <br> 5510 S. Fort Apache Rd., Suite 30 <br> Las Vegas, NV 89148-7700 <br><br> *Counsel for Plaintiffs and the Proposed Class* | /s/ *Shon Morgan* <br> Shon Morgan <br> shonmorgan@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br><br> *Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Brenda Weksler
UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2022

-3-
JOINT STIPULATION FOR ORDER REGARDING MOTION TO COMPEL AND [PROPOSED] ORDER