Miles N. Clark, Esq.
Nevada Bar No. 13848
Law Offices of Miles N. Clark, LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Fax: (702) 447-8048

Michael F. Ram (*Pro Hac Vice*)
Marie N. Appel (*Pro Hac Vice*)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500 San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Counsel for Plaintiffs*

COHEN-JOHNSON, LLC
H. Stan Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-2500
Facsimile: (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (*Pro Hac Vice*)
(shonmorgan@quinnemanuel.com)
John W. Baumann (*Pro Hac Vice*)
(jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Cristina Henriquez (*Pro Hac Vice*)
(cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF CLASS CERTIFICATION DEADLINES AND [PROPOSED] ORDER**<br><br>**(SECOND REQUEST)** |

1      Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 and 26-3 of the Local Rules of Practice for
2  the United States District Court for the District of Nevada, all plaintiffs Anthony Sessa and Mark
3  Sessa ("Plaintiffs") and defendants Ancestry.com Operations Inc., Ancestry.com Inc., and
4  Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their
5  undersigned counsel, hereby stipulate and agree to extend the class certification briefing deadlines
6  set by the Orders at ECF Nos. 64 and 99, and specifically, to extend the deadlines to oppose and
7  reply to Plaintiffs' Motion for Class Certification which was filed on December 6, 2022.  The
8  requested extension is necessary and there is good cause for the extension, as set forth below.  This
9  is the second request for an extension of the class certification briefing schedule and is sought in
10  good faith and not for purposes of causing any undue delay.

11     WHEREAS, on May 16, 2022, the Court approved the parties' Amended Joint Discovery
12  Plan setting the close of fact discovery for October 25, 2022 and the last day to move to certify a
13  class as November 29, 2022, (ECF Nos. 62, 64);

14     WHEREAS, on November 17, 2022, the parties jointly requested a one-week extension of
15  the class certification briefing deadlines, to permit the parties time to complete document
16  production and review (ECF No. 96);

17     WHEREAS, on November 18, 2022, the Court granted the parties' stipulation, making the
18  deadline for Plaintiffs to move to certify a class December 6, 2022, and the deadline for Ancestry
19  to oppose the motion to certify a class January 17, 2023 (ECF No. 99);

20     WHEREAS, on December 6, 2022 Plaintiffs filed the Motion for Class Certification (ECF
21  No. 103);

22     WHEREAS, Ancestry gave notice to Plaintiffs of its intent to take the deposition of
23  Plaintiffs' expert identified in support of Plaintiffs' Motion for Class Certification, and the parties
24  met and conferred and agreed that Ancestry will take the deposition of Plaintiffs' expert on January
25  26, 2023;

1  WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief extension of the class certification opposition deadline to allow Ancestry time to take the deposition of Plaintiffs' expert prior to opposing the Motion for Class Certification;

WHEREAS, Ancestry and Plaintiffs stipulate and agree, subject to the Court's approval, to extend the deadline to oppose the Motion for Class Certification to February 2, 2023, and the deadline to file a reply supporting the Motion for Class Certification to March 2, 2023 (four weeks after the opposition deadline).

WHEREFORE, the parties hereby seek an Order of this Court extending the class certification deadlines as follows.:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last Day to Oppose Motion to Certify Class | January 17, 2023 | February 2, 2023 |
| Last Day to File Reply Supporting Motion to Certify Class | February 14, 2023 | March 2, 2023 |

| | |
|---|---|
| IT IS SO STIPULATED. | DATED this 28th Day of December, 2022 |
| **LAW OFFICES OF MILES N. CLARK, LLC**<br><br>/s/ *Miles N. Clark*<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br><br>*Counsel for Plaintiffs and the Proposed Class* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>/s/ *John W. Baumann*<br>John W. Baumann (*Pro Hac Vice*)<br>jackbaumann@quinnemanuel.com<br>Shon Morgan (*Pro Hac Vice*)<br>shonmorgan@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br><br>*Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC* |

## ORDER APPROVING STIPULATION

**IT IS SO ORDERED.**

_____
Hon. Brenda Weksler
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2023

-4-
JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF CLASS CERTIFICATION DEADLINES AND [PROPOSED] ORDER