COHEN-JOHNSON, LLC
  H. Stan Johnson, Esq. (SBN: 0265)
  (sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-2500
Facsimile: (702) 823-3400

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (*Pro Hac Vice*)
  shonmorgan@quinnemanuel.com
  Jack Baumann (*Pro Hac Vice*)
  jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Cristina Henriquez (*Pro Hac Vice*)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

*Attorneys for Defendants*
ANCESTRY.COM OPERATIONS INC.,
ANCESTRY.COM INC., and ANCESTRY.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02292<br><br>**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS AND [PROPOSED] ORDER** |

Pursuant to L.R. IA 6-2 and L.R. 7-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC move the Court for leave to file 10 excess pages in opposition to plaintiffs' Motion for Class Certification (ECF No. 103).  The request to exceed the page limit is necessary and there is good cause for the extension, as required by L.R. 7-3(c) and as set forth below and in the attached Declaration of John Baumann.  The page limit for oppositions to motions for class certification is 24 pages.  L.R. 7-3(b).  Ancestry requests an additional 10 pages, for a total of 34 pages, for its opposition brief.  Ancestry will not oppose a reasonable and commensurate extension of page limits for plaintiffs' reply brief.

Good cause exists for the Court to grant this motion given the legal and factual complexity of the motion and the response required.  *See Trina Solar US, Inc. v. Carson-Selman*, No. 220CV1308JCMBNW, 2020 WL 7338552, at *2 (D. Nev. Dec. 14, 2020) (granting motion to exceed page limit for motion to dismiss by nine pages because case involved "numerous legal and procedural items"); *Brown v. Kinross Gold U.S.A., Inc*., 531 F. Supp. 2d 1234, 1237 (D. Nev. 2008) (granting motion to file excess pages for reply brief to respond to arguments raised in opposition to motion for summary judgment); *Mono Cnty. v. Walker River Irrigation Dist*., No. 373CV00128MMDCSD, 2022 WL 3143993, at *1 (D. Nev. Aug. 5, 2022) (granting unopposed motion to exceed page limit for reply in support of motion to dismiss).  To respond to the arguments that plaintiffs raise in their Motion for Class Certification, Ancestry must address numerous separate legal and factual issues pertaining to each of the required showings for certification under Rule 23.  *See* Declaration of John Baumann.  Additionally, Ancestry's brief incorporates numerous quarter to half-page screenshots (as of the time of this motion, eleven such screenshots), which are necessary to illustrate its arguments and take up substantial space in the brief.  Defendants have attempted to condense their arguments into 24 pages, but have been unable to do so.  *See* Declaration of John Baumann.

Pursuant to L.R. 7-3(c), Defendants are filing this unopposed motion before their opposition brief is due on February 2, 2023.  (ECF No. 117.)  The opposition brief will include a table of contents and table of authorities.

For these reasons, Defendants respectfully request that the Court grant leave for Defendants to file an additional 10 pages, for a total of 34 pages, for their opposition to plaintiffs' Motion for Class Certification (ECF No. 103).

DATED January 24, 2023                    Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By       */s/ John W. Baumann*
    John W. Baumann (*Pro Hac Vice*)
    jackbaumann@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

Attorneys for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC

## ORDER APPROVING UNOPPOSED MOTION

**IT IS SO ORDERED.**

_____
    Hon. Brenda Weksler
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)(2)(E), I hereby certify that on this day, I caused a true and correct copy of the foregoing to be served via the Court's electronic system on all registered and active parties.

DATED January 24, 2023.

                                        */s/ John W. Baumann*
                                        John W. Baumann