| | |
|---|---|
| Miles N. Clark (SBN 13848)<br>Miles@milesclarklaw.com<br>LAW OFFICES OF MILES N. CLARK LLC<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Telephone: (702) 856-7430<br>Facsimile: (702) 552-2370 | COHEN-JOHNSON, LLC<br>H. Stan Johnson, Esq. (SBN: 0265)<br>(sjohnson@cohenjohnson.com)<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>Telephone : (702) 823-2500<br>Facsimile : (702) 823-3400 |
| [Additional Counsel Appear on Signature Page] | [Additional Counsel Appear on Signature Page] |
| *Attorneys for Plaintiff and the Proposed Class* | *Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC* |

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF BRIEFING SCHEDULE FOR MOTION TO EXCLUDE PLAINTIFFS' EXPERT AND MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)**<br><br>Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 and 26-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, all plaintiffs Anthony Sessa and Mark Sessa ("Plaintiffs") and defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the briefing deadlines associated

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINES AND [PROPOSED] ORDER - 1

(Case No. 2:20-cv-02292-GMN-BNW)

with Defendants' Motion to Exclude Plaintiffs' Expert Clifford Kupperberg (Dkt. 124) and Defendants' Motion for Summary Judgment (Dkt. 123). The requested extension is necessary and there is good cause for the extension, as set forth below. This is the first request for an extension of the briefing schedule related to these motions and is sought in good faith and not for purposes of causing any undue delay.

WHEREAS, on December 6, 2022, Plaintiffs filed their motion for class certification, attaching an expert declaration by Clifford Kupperberg in support (Dkt. 103, 103-25);

WHEREAS, on January 9, 2023, the Court approved the parties' Joint Stipulation for Order Approving Extension of Class Certification Deadlines setting the deadline for Defendants' opposition to Plaintiffs' class certification motion as February 2, 2023, and the deadline for Plaintiffs' reply in support of their motion for class certification as March 2, 2023 (Dkt. 117);

WHEREAS, on February 2, 2023, Defendants filed their opposition to Plaintiffs' motion for class certification (Dkt. 122), a motion to exclude Plaintiffs' expert Clifford Kupperberg (Dkt. 124) and a motion for summary judgment (Dkt. 123);

WHEREAS, under the local rules, Plaintiffs' response to the motion to exclude Clifford Kupperberg is due on February 16, 2023, and Plaintiffs' response to Defendants' motion for summary judgment is due on February 23, 2023;

WHEREAS, the parties conferred and agreed that Plaintiffs' response to Defendants' motion to exclude Clifford Kupperberg should be filed on the same day as their reply in support of their motion for class certification, which is due on March 2, 2023, and that Defendants' reply in support of their motion to exclude should be due on March 16, 2023;

WHEREAS, the parties further agreed that Plaintiffs' response to Defendants' motion for summary judgment should be submitted on March 16, 2023, to allow for sufficient time to respond to the legal arguments raised in that motion, and that Defendants' reply in support of their motion for summary judgment should be due on April 6 2023;

WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief extension of the briefing schedule for these motions. The motion to exclude is inextricably tied to Plaintiffs' motion for class certification, and thus should proceed on the same briefing schedule. Moreover, to allow Plaintiffs sufficient time to complete the class certification briefing prior to responding to Defendants' motion for summary judgment, the deadline for Plaintiffs' response to that motion should be extended.

WHEREFORE, the parties hereby seek an Order of this Court extending the class certification deadlines as follows.:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last Day to Respond to Motion to Exclude Clifford Kupperberg | February 16, 2023 | March 2, 2023 |
| Last Day to File Reply Supporting Motion to Exclude Clifford Kupperberg | February 23, 2023 (seven days after service of the response) | March 16, 2023 |
| Last Day to Respond to Motion for Summary Judgment | February 23, 2023 | March 16, 2023 |
| Last Day to File Reply Supporting Motion for Summary Judgment | March 9, 2023 (14 days after service of the response) | April 6, 2023 |

Dated: February 7, 2023

/s/ Raina C. Borrelli
Raina C. Borrelli
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Miles N. Clark (SBN 13848)
Miles@milesclarklaw.com
LAW OFFICES OF MILES N. CLARK LLC

/s/ Shon Morgan
Shon Morgan (*Pro Hac Vice*)
shonmorgan@quinnemanuel.com
John W. Baumann (*Pro Hac Vice*)
jackbaumann@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINES AND [PROPOSED] ORDER - 3

(Case No. 2:20-cv-02292-GMN-BNW)

| | |
|---|---|
| 5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Telephone: (702) 856-7430<br>Facsimile: (702) 552-2370<br><br>Michael F. Ram (*Pro Hac Vice*)<br>Marie N. Appel (*Pro Hac Vice*)<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500 San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br>Email: MRam@forthepeople.com<br>Email: MAppel@forthepeople.com<br><br>Benjamin R. Osborn (*Pro Hac Vice*)<br>102 Bergen Street Brooklyn, NY 11201<br>Telephone: (347) 645-0464<br>Email: Ben@benosbornlaw.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | Cristina Henriquez (*Pro Hac Vice*)<br>(cristinahenriquez@quinnemanuel.com)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5000<br><br>COHEN-JOHNSON, LLC<br>H. Stan Johnson, Esq. (SBN: 0265)<br>(sjohnson@cohenjohnson.com)<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>Telephone : (702) 823-2500<br>Facsimile : (702) 823-3400<br><br>*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC* |

### ORDER APPROVING STIPULATION

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

February 7, 2023
DATED

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINES AND [PROPOSED] ORDER - 4

(Case No. 2:20-cv-02292-GMN-BNW)

**CERTIFICATE OF SERVICE**

Pursuant to NEFCR 9, NRCP 5(b), and EDCR 7.26, I hereby certify that on February 7, 2023 I served a true and correct copy of **JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF BRIEFING SCHEDULE FOR MOTION TO EXCLUDE PLAINTIFFS' EXPERT AND MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** by serving a copy via the Court's electronic service system via Odyssey Court E-File system on all parties registered thereon.

/s/ *Lucille Chiusano*
An employee of LAW OFFICES OF MILES N. CLARK, LLC

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINES AND [PROPOSED] ORDER - 5

(Case No. 2:20-cv-02292-GMN-BNW)