# EXHIBIT A

# Declaration of Lucille Chiusano

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

ANTHONY SESSA AND MARK SESSA, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company,

      Defendants.

## **DECLARATION OF LUCILLE CHIUSANO**

I, Lucille Chiusano, hereby declare as follows:

1. I am a staff member at the Law Offices of Miles N. Clark, LLC, which, along with co-counsel, represents Plaintiffs in this matter. I am over the age of 18.

2. On March 1, 2023, at the direction of Plaintiffs' counsel, I performed a search on the free limited access portion of the Ancestry.com website from my office in Las Vegas, Nevada. The search requested all records in Ancestry's yearbook database from "Nevada, USA."

3. A true and correct screenshot of the search parameters, which was captured at the time the parameters were entered, is reproduced in **Exhibit 1**, attached here.

4. In response to the search query, Ancestry delivered a list of search results that appears to comprise all 2,687,194 searchable yearbook records in Ancestry's yearbook database from schools in Nevada. A true and correct screenshot of the search results, which was captured

at the time Ancestry delivered the search results to me on my computer in Nevada, is reproduced in **Exhibit 1**, attached here.

5.   I performed a similar search for all fifty states. That is, I performed forty-nine additional searches on the free limited access portion of the Ancestry.com website, each time requesting all records in Ancestry's yearbook database from a given state.

6.   In response to my search queries, Ancestry delivered a set of search results that, taken together, appear to comprise all searchable yearbook records in Ancestry's database from any school in the country.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of March, 2023 in Las Vegas, Nevada.

*Lucille Chiusano*
Lucille Chiusano

# Exhibit 1


