| | |
|---|---|
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Law Offices of Miles N. Clark, LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700<br>Phone: (702) 856-7430<br>Fax: (702) 552-2370 | COHEN-JOHNSON, LLC<br>H. Stan Johnson, Esq. (SBN: 0265)<br>(sjohnson@cohenjohnson.com)<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>Telephone : (702) 823-2500<br>Facsimile : (702) 823-3400 |
| Michael F. Ram (*Pro Hac Vice*)<br>Marie N. Appel (*Pro Hac Vice*)<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500 San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br>Email: MRam@forthepeople.com<br>Email: MAppel@forthepeople.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Shon Morgan (*Pro Hac Vice*)<br>(shonmorgan@quinnemanuel.com)<br>John W. Baumann (*Pro Hac Vice*)<br>(jackbaumann@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Benjamin R. Osborn (*Pro Hac Vice*)<br>102 Bergen Street Brooklyn, NY 11201<br>Telephone: (347) 645-0464<br>Email: Ben@benosbornlaw.com<br><br>*Counsel for Plaintiffs and the Proposed Class* | Cristina Henriquez (*Pro Hac Vice*)<br>(cristinahenriquez@quinnemanuel.com)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5000<br><br>Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br>　　　　Plaintiffs,<br>　　v.<br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br>　　　　Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR CONTINUANCE OF HEARING AND [PROPOSED] ORDER**<br><br>Complaint filed: Dec. 17, 2020 |

Plaintiffs Mark and Anthony Sessa and Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs' Motion for Class Certification (ECF No. 103) and Ancestry's Motion to Exclude Plaintiffs' Expert Clifford Kupperberg (ECF No. 124) are fully briefed and pending before the Court;

WHEREAS, on October 18, 2023, the Court ordered the parties to appear on November 15, 2023 at 9:00 a.m. "for the purpose of taking expert testimony about the qualifications of Mr. Kupperberg and his reported opinions," and "for a hearing on the motions" (ECF No. 150);

WHEREAS, lead counsel for Ancestry (Shon Morgan and John W. Baumann) have a conflict on November 15, 2023 as a result of a pre-planned and pre-paid trip on that date and an in-person hearing scheduled to occur the following day in Tuscaloosa County, Alabama (Case No. 63-CV-2023-900083.00, In the Circuit Court of Tuscaloosa County, Alabama);

WHEREAS, Ancestry's counsel has advised Plaintiffs' counsel of the conflict and the Parties have agreed to jointly seek a continuance of the hearing for November 29, 2023 or on a date thereafter convenient for the Court and the Parties—the Parties are also available that week on November 30, 2023 and December 1, 2023;

WHEREAS, this is the first request for a continuance of this hearing;

WHEREFORE, the Parties jointly request that the Court continue the hearing to November 29, 2023 or a date thereafter that is convenient for the Court and the Parties.

//
//
//
//
//
//
//

IT IS SO STIPULATED.                    DATED this 19th day of October, 2023

| **LAW OFFICES OF MILES N. CLARK, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Shon Morgan* |
| Miles N. Clark, Esq., SBN 13848<br>Law Offices of Miles N. Clark, LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700 | Shon Morgan<br>shonmorgan@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| *Counsel for Plaintiffs and the Proposed Class* | *Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC* |

## ORDER

Good cause appearing, the Parties' joint request for a continuance of the November 15, 2023 hearing is GRANTED. The hearing previously set for November 15, 2023 shall now occur on December 11, 2023 at 9:00am.

**IT IS SO ORDERED.**

_____
Hon. Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: October 19, 2023