| | |
|---|---|
| Miles N. Clark, Esq. | COHEN-JOHNSON, LLC |
| Nevada Bar No. 13848 | H. Stan Johnson, Esq. (SBN: 0265) |
| Law Offices of Miles N. Clark, LLC | (sjohnson@cohenjohnson.com) |
| 5510 S. Fort Apache Rd., Suite 30 | 375 E. Warm Springs Road, Suite 104 |
| Las Vegas, NV 89148-7700 | Las Vegas, Nevada 89119 |
| Phone: (702) 856-7430 | Telephone : (702) 823-2500 |
| Fax: (702) 552-2370 | Facsimile : (702) 823-3400 |
| | |
| Michael F. Ram (*Pro Hac Vice*) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Marie N. Appel (*Pro Hac Vice*) | Shon Morgan (*Pro Hac Vice*) |
| MORGAN & MORGAN COMPLEX LITIGATION GROUP | (shonmorgan@quinnemanuel.com) |
| 711 Van Ness Avenue, Suite 500 San Francisco, CA 94102 | John W. Baumann (*Pro Hac Vice*) |
| Telephone: (415) 358-6913 | (jackbaumann@quinnemanuel.com) |
| Facsimile: (415) 358-6293 | 865 South Figueroa Street, 10th Floor |
| Email: MRam@forthepeople.com | Los Angeles, California 90017 |
| Email: MAppel@forthepeople.com | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| Benjamin R. Osborn (*Pro Hac Vice*) | Cristina Henriquez (*Pro Hac Vice*) |
| 102 Bergen Street Brooklyn, NY 11201 | (cristinahenriquez@quinnemanuel.com) |
| Telephone: (347) 645-0464 | 555 Twin Dolphin Drive, 5th Floor |
| Email: Ben@benosbornlaw.com | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| *Counsel for Plaintiffs and the Proposed Class* | Facsimile: (650) 801-5000 |
| | Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, *on behalf of themselves and all others similarly situated*,<br>Plaintiffs,<br>v.<br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br>Defendants. | Case No.: 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR CONTINUANCE OF HEARING AND ORDER**<br><br>**[SECOND REQUEST]**<br><br>Complaint filed:  Dec. 17, 2020 |

1  Plaintiffs Mark and Anthony Sessa and Defendants Ancestry.com Operations Inc.,
2  Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry"), by and through their
3  counsel of record, hereby agree and stipulate as follows:

4  WHEREAS, Plaintiffs' Motion for Class Certification (ECF No. 103) and Ancestry's
5  Motion to Exclude Plaintiffs' Expert Clifford Kupperberg (ECF No. 124) are fully briefed and
6  pending before the Court;

7  WHEREAS, on October 18, 2023, the Court ordered the parties to appear on November
8  15, 2023 at 9:00 a.m. "for the purpose of taking expert testimony about the qualifications of Mr.
9  Kupperberg and his reported opinions," and "for a hearing on the motions" (ECF No. 150);

10  WHEREAS, because lead counsel for Ancestry (Shon Morgan and John W. Baumann) are
11  unavailable on that date, the parties submitted a joint stipulation to continue the November 15
12  hearing (ECF No. 151), which the Court granted, re-setting the hearing for December 11, 2023
13  (ECF No. 152);

14  WHEREAS, one of the lead counsel for Plaintiffs (Benjamin Osborn) has a conflict on
15  December 11, 2023 as he will be out of the country;

16  WHEREAS, Plaintiff's counsel has advised Ancestry's counsel of the conflict and the
17  Parties have agreed to jointly seek a continuance of the hearing for **January 16, 2024**, or on a date
18  thereafter convenient for the Court and the Parties—the Parties are available the entirety of the
19  week of January 16 2024;

20  WHEREAS, this is the second request for a continuance of this hearing;

21  WHEREFORE, the Parties jointly request that the Court continue the hearing to January
22  //
23  //
24  //
25  //
26  //
27  //
28

-2-

16, 2024, or a date thereafter that is convenient for the Court and the Parties.

IT IS SO STIPULATED.                     DATED this 24th day of October, 2023

| LAW OFFICES OF MILES N. CLARK, LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ *Miles N. Clark*<br>Miles N. Clark, Esq., SBN 13848<br>Law Offices of Miles N. Clark, LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700 | /s/ *Shon Morgan*<br>Shon Morgan<br>shonmorgan@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| *Counsel for Plaintiffs and the Proposed Class* | *Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC* |

**ORDER**

Good cause appearing, the Parties' joint request for a continuance of the December 11, 2023 hearing is GRANTED. The hearing previously set for December 11, 2023 shall now occur on January 19, 2024, at 9:00 A.M.

**IT IS SO ORDERED.**

_____
Hon. Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: _October 24, 2023_____