| | |
|---|---|
| Miles N. Clark (SBN 13848)<br>Miles.Clark@knepperclark.com<br>LAW OFFICES OF MILES N. CLARK, LLC<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Telephone: (702) 856-7430<br>Facsimile: (702) 552-2370<br><br>[Additional Counsel Appear on Signature Page]<br><br>*Attorneys for Plaintiffs and the Proposed Class* | COHEN-JOHNSON, LLC<br>H. Stan Johnson, Esq. (SBN: 0265)<br>(sjohnson@cohenjohnson.com)<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>Telephone : (702) 823-2500<br>Facsimile : (702) 823-3400<br><br>[Additional Counsel Appear on Signature Page]<br><br>*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC* |

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF BRIEFING SCHEDULE FOR MOTION FOR RECONSIDERATION AND [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)**<br><br>Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, all plaintiffs Anthony Sessa and Mark Sessa ("Plaintiffs") and defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the briefing deadlines associated with Defendants' Motion for Reconsideration (Dkt. 158). The requested extension is necessary

and there is good cause for the extension, as set forth below. This is the first request for an extension of the briefing schedule related to this motion and is sought in good faith and not for purposes of causing any undue delay.

WHEREAS, on December 21, 2023, Defendants filed a Motion for Reconsideration of their Motion to Dismiss for Lack of Persona Jurisdiction (Dkt. 158);

WHEREAS, under the local rules, Plaintiffs' response to the Motion for Reconsideration is due on January 4, 2024;

WHEREAS, the parties conferred and agreed that, due to the intervening holidays, the deadline for Plaintiffs' response to Defendants' Motion for Reconsideration may be extended to January 12, 2024;

WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief extension of the briefing schedule for this motion given the unavailability of Plaintiffs' counsel and their staff due to the Christmas and New Year holidays, and where this request will not affect any other case deadlines.

WHEREFORE, the parties hereby seek an Order of this Court extending the deadline for Plaintiffs to respond to Defendants' Motion for Reconsideration to January 12, 2024.

Dated: December 22, 2023

| | |
|---|---|
| /s/ Raina C. Borrelli | /s/ Shon Morgan |
| Raina C. Borrelli | Shon Morgan (*Pro Hac Vice*) |
| raina@turkestrauss.com | shonmorgan@quinnemanuel.com) |
| TURKE & STRAUSS LLP | John W. Baumann (*Pro Hac Vice*) |
| 613 Williamson St., Suite 201 | jackbaumann@quinnemanuel.com) |
| Madison, WI 53703 | QUINN EMANUEL URQUHART & |
| Telephone: (608) 237-1775 | SULLIVAN, LLP |
| Facsimile: (608) 509-4423 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| Miles N. Clark (SBN 13848) | Telephone: (213) 443-3000 |
| Miles.Clark@knepperclark.com | Facsimile: (213) 443-3100 |
| KNEPPER & CLARK LLC | |
| 5510 So. Fort Apache Rd, Suite 30 | Cristina Henriquez (*Pro Hac Vice*) |
| Las Vegas, NV 89148 | (cristinahenriquez@quinnemanuel.com) |
| Telephone: (702) 856-7430 | 555 Twin Dolphin Drive, 5th Floor |

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINE AND [PROPOSED] ORDER - 2

(Case No. 2:20-cv-02292-GMN-BNW)

Facsimile: (702) 447-8048

Michael F. Ram (*Pro Hac Vice*)
Marie N. Appel (*Pro Hac Vice*)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500 San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Attorneys for Plaintiff and the Proposed Class*

Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5000

COHEN-JOHNSON, LLC
H. Stan Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC*

## ORDER APPROVING STIPULATION

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

December 27, 2023
_____
DATED

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINE AND [PROPOSED] ORDER - 3

(Case No. 2:20-cv-02292-GMN-BNW)

## CERTIFICATE OF SERVICE

I, Shon Morgan, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 22nd day of December, 2023.

By: _/s/ Shon Morgan_
      Shon Morgan