| | |
|---|---|
| Miles N. Clark (SBN 13848) | COHEN-JOHNSON, LLC |
| Miles.Clark@knepperclark.com | H. Stan Johnson, Esq. (SBN: 0265) |
| KNEPPER & CLARK LLC | (sjohnson@cohenjohnson.com) |
| 5510 So. Fort Apache Rd, Suite 30 | 375 E. Warm Springs Road, Suite 104 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89119 |
| Telephone: (702) 856-7430 | Telephone : (702) 823-2500 |
| Facsimile: (702) 447-8048 | Facsimile : (702) 823-3400 |
| [Additional Counsel Appear on Signature Page] | [Additional Counsel Appear on Signature Page] |
| *Attorneys for Plaintiff and the Proposed Class* | *Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC* |

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT AND ORDER**<br><br>Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 and 26-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, Plaintiffs Anthony Sessa and Mark Sessa ("Plaintiffs") and Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline to file an amended complaint set by the Order at ECF No. 170 by thirty (30) days. The requested extension is

necessary and there is good cause for the extension, as set forth below. This extension is sought in good faith and not for purposes of causing undue delay.

WHEREAS, on December 17, 2020, Plaintiffs, Nevada citizens, brought suit alleging that they were injured when Ancestry stored their personal information in the Ancestry yearbook database, which was used for a commercial purpose, (ECF No. 1);

WHEREAS, on February 10, 2021, Ancestry moved to dismiss Plaintiffs' complaint, (ECF No. 19);

WHEREAS, on September 16, 2021, the Court entered an Order granting in part and denying in part Defendant's motion to dismiss and finding that it had personal jurisdiction over Ancestry, (ECF No. 36);

WHEREAS, on December 21, 2023, Ancestry brought a motion for reconsideration of the Court's denial of its motion to dismiss for lack of personal jurisdiction, (ECF No. 158).

WHEREAS, on January 17, 2024, the Court entered an Order granting the motion to reconsider and dismissing the case for lack of personal jurisdiction, (ECF No. 170);

WHEREAS, the Court's Order (ECF No. 170) granted Plaintiffs leave to file an amended complaint within 14 days, by January 31, 2024;

WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief extension of the deadline to allow Plaintiffs to research and prepare an amended complaint pursuant to this Court's Order (ECF No. 170);

WHEREAS, Ancestry and Plaintiffs stipulate and agree, subject to the Court's approval, to extend the deadline to file an amended complaint by 30 days, from January 31, 2024 to March 1, 2024.

WHEREFORE, the parties hereby seek an Order of this Court extending the deadline to file an amended complaint from January 31, 2024 to March 1, 2024.

| | |
|---|---|
| Dated: January 23, 2024 | Dated: January 23, 2024 |
| /s/ Raina C. Borrelli | /s/ Shon Morgan |
| Raina C. Borrelli | Shon Morgan (*Pro Hac Vice*) |
| raina@turkestrauss.com | shonmorgan@quinnemanuel.com) |
| TURKE & STRAUSS LLP | John W. Baumann (*Pro Hac Vice*) |
| 613 Williamson St., Suite 201 | jackbaumann@quinnemanuel.com) |
| Madison, WI 53703 | QUINN EMANUEL URQUHART & |
| Telephone: (608) 237-1775 | SULLIVAN, LLP |
| Facsimile: (608) 509-4423 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| Miles N. Clark (SBN 13848) | Telephone: (213) 443-3000 |
| Miles.Clark@knepperclark.com | Facsimile: (213) 443-3100 |
| KNEPPER & CLARK LLC | |
| 5510 So. Fort Apache Rd, Suite 30 | Cristina Henriquez (*Pro Hac Vice*) |
| Las Vegas, NV 89148 | (cristinahenriquez@quinnemanuel.com) |
| Telephone: (702) 856-7430 | 555 Twin Dolphin Drive, 5th Floor |
| Facsimile: (702) 447-8048 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| Michael F. Ram (*Pro Hac Vice*) | Facsimile: (650) 801-5000 |
| Marie N. Appel (*Pro Hac Vice*) | |
| MORGAN & MORGAN COMPLEX | COHEN-JOHNSON, LLC |
| LITIGATION GROUP | H. Stan Johnson, Esq. (SBN: 0265) |
| 711 Van Ness Avenue, Suite 500 San | (sjohnson@cohenjohnson.com) |
| Francisco, CA 94102 | 375 E. Warm Springs Road, Suite 104 |
| Telephone: (415) 358-6913 | Las Vegas, Nevada 89119 |
| Facsimile: (415) 358-6293 | Telephone : (702) 823-2500 |
| Email: MRam@forthepeople.com | Facsimile : (702) 823-3400 |
| Email: MAppel@forthepeople.com | |
| | *Counsel for ANCESTRY.COM OPERATIONS* |
| Benjamin R. Osborn (*Pro Hac Vice*) | *INC., ANCESTRY.COM INC., and* |
| 102 Bergen Street Brooklyn, NY 11201 | *ANCESTRY.COM LLC* |
| Telephone: (347) 645-0464 | |
| Email: Ben@benosbornlaw.com | |

*Attorneys for Plaintiff and the Proposed Class*

## ORDER APPROVING STIPULATION

IT IS SO ORDERED.

_____
BRENDA WEKSLER
UNITED STATES MAGISTARTE JUDGE

1/24/2024
_____
DATED