Miles N. Clark (SBN 13848)
Miles.Clark@knepperclark.com
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

COHEN-JOHNSON, LLC
H. Stan Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

[Additional Counsel Appear on Signature Page]

*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC*

**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-02292-GMN-BNW<br><br>**JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**<br><br>Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 and 26-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, Plaintiffs Anthony Sessa and Mark Sessa ("Plaintiffs") and Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline set by the Order at ECF No. 174 for Plaintiffs to file their opposition to Defendants' motion to dismiss (ECF No. 174) from March 29, 2024, to April 12, 2024, and to set the deadline for Defendants to file their

reply in support of their motion as April 26, 2024. The requested extension is necessary and there is good cause for the extension, as set forth below. This extension is sought in good faith and not for purposes of causing undue delay.

WHEREAS, on December 21, 2023, Ancestry brought a motion for reconsideration of the Court's denial of its motion to dismiss for lack of personal jurisdiction, (ECF No. 158).

WHEREAS, on January 17, 2024, the Court entered an Order granting the motion to reconsider and dismissing the case for lack of personal jurisdiction, (ECF No. 170);

WHEREAS, the Court's Order (ECF No. 170) granted Plaintiffs leave to file an amended complaint;

WHEREAS, following a stipulated extension entered by the Court, Plaintiffs filed their amended complaint on March 1, 2024 (ECF No. 173);

WHEREAS, Defendants filed a motion to dismiss the amended complaint on March 15, 2024 (ECF No. 174), with Plaintiffs' response due on March 29, 2024 (*id.*);

WHEREAS, Plaintiffs requested, and Defendants agreed to, an additional two weeks to prepare their opposition to the motion to dismiss, putting the deadline on April 12, 2024. Additionally, Defendants requested, and Plaintiffs agreed to, to submit a reply in support of their motion on April 26, 2024;

WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief extension of the deadline to allow the parties to fully consider and brief the important issues presented by Defendants' motion;

WHEREAS, Plaintiffs and Ancestry stipulate and agree, subject to the Court's approval, to extend the deadline set by the Order at ECF No. 174 for Plaintiffs to file their opposition to Defendants' motion to dismiss (ECF No. 174) from March 29, 2024, to April 12, 2024, and to set the deadline for Defendants to file their reply in support of their motion as April 26, 2024.

WHEREFORE, the parties hereby seek an Order of this Court setting the deadline for Plaintiffs' opposition to Defendants' motion to dismiss as April 12, 2024, and the deadline for Defendants to file their reply in support of their motion as April 26, 2024.

| | |
|---|---|
| Dated: March 18, 2024 | Dated: March 18, 2024 |
| /s/ Raina C. Borrelli | /s/ Shon Morgan |
| Raina C. Borrelli | Shon Morgan (*Pro Hac Vice*) |
| raina@turkestrauss.com | shonmorgan@quinnemanuel.com) |
| TURKE & STRAUSS LLP | John W. Baumann (*Pro Hac Vice*) |
| 613 Williamson St., Suite 201 | jackbaumann@quinnemanuel.com) |
| Madison, WI 53703 | QUINN EMANUEL URQUHART & |
| Telephone: (608) 237-1775 | SULLIVAN, LLP |
| Facsimile: (608) 509-4423 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| Miles N. Clark (SBN 13848) | Telephone: (213) 443-3000 |
| Miles.Clark@knepperclark.com | Facsimile: (213) 443-3100 |
| KNEPPER & CLARK LLC | |
| 5510 So. Fort Apache Rd, Suite 30 | Cristina Henriquez (*Pro Hac Vice*) |
| Las Vegas, NV 89148 | (cristinahenriquez@quinnemanuel.com) |
| Telephone: (702) 856-7430 | 555 Twin Dolphin Drive, 5th Floor |
| Facsimile: (702) 447-8048 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| Michael F. Ram (*Pro Hac Vice*) | Facsimile: (650) 801-5000 |
| Marie N. Appel (*Pro Hac Vice*) | |
| MORGAN & MORGAN COMPLEX | COHEN-JOHNSON, LLC |
| LITIGATION GROUP | H. Stan Johnson, Esq. (SBN: 0265) |
| 711 Van Ness Avenue, Suite 500 San | (sjohnson@cohenjohnson.com) |
| Francisco, CA 94102 | 375 E. Warm Springs Road, Suite 104 |
| Telephone: (415) 358-6913 | Las Vegas, Nevada 89119 |
| Facsimile: (415) 358-6293 | Telephone : (702) 823-2500 |
| Email: MRam@forthepeople.com | Facsimile : (702) 823-3400 |
| Email: MAppel@forthepeople.com | |
| | *Counsel for ANCESTRY.COM OPERATIONS* |
| Benjamin R. Osborn (*Pro Hac Vice*) | *INC., ANCESTRY.COM INC., and* |
| 102 Bergen Street Brooklyn, NY 11201 | *ANCESTRY.COM LLC* |
| Telephone: (347) 645-0464 | |
| Email: Ben@benosbornlaw.com | |

*Attorneys for Plaintiff and the Proposed Class*

IT IS SO ORDERED.

Dated this <u>  19  </u> day of March, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION FOR ORDER APPROVING EXTENSION OF BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER - 4 (Case No. 2:20-cv-02292-GMN-BNW)

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 18th day of March, 2024.

TURKE & STRAUSS LLP

By: /s/ Raina C. Borrelli
Raina C. Borrelli
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423