1  Miles N. Clark (SBN 13848)                    COHEN-JOHNSON, LLC
2  Miles.Clark@knepperclark.com                  H. Stan Johnson, Esq. (SBN: 0265)
   LAW OFFICES OF MILES N. CLARK,                (sjohnson@cohenjohnson.com)
3  LLC                                           375 E. Warm Springs Road, Suite 104
   5510 So. Fort Apache Rd, Suite 30             Las Vegas, Nevada 89119
4  Las Vegas, NV 89148                           Telephone : (702) 823-2500
   Telephone: (702) 856-7430                     Facsimile : (702) 823-3400
5  Facsimile: (702) 552-2370
6  [Additional Counsel Appear on Signature       [Additional Counsel Appear on Signature
7  Page]                                         Page]
8  *Attorneys for Plaintiffs and the Proposed*    *Counsel for ANCESTRY.COM OPERATIONS*
   *Class*                                        *INC., ANCESTRY.COM INC., and*
9                                                 *ANCESTRY.COM LLC*

10                    **THE UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12  ANTHONY SESSA and MARK SESSA, on        Case No. 2:20-cv-02292-GMN-BNW
13  behalf of themselves and all others similarly
    situated,                              **JOINT STIPULATION FOR**
14                                          **ORDER APPROVING EXTENSION**
                         Plaintiffs,        **OF BRIEFING SCHEDULE FOR**
15                                          **RULE 60(B)(6) MOTION FOR**
           v.                               **RELIEF FROM FINAL ORDER**
16                                          **AND ORDER**
    ANCESTRY.COM OPERATIONS INC., a
17  Virginia Corporation; ANCESTRY.COM INC., **(FIRST REQUEST)**
    a Delaware Corporation; and ANCESTRY.COM
18  LLC, a Delaware Limited Liability Company, Judge Gloria M. Navarro
19                                           Magistrate Judge Brenda Weksler
                         Defendants.
20

21

22         Pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1 of the Local Rules of Practice for the United

23  States District Court for the District of Nevada, all plaintiffs Anthony Sessa and Mark Sessa

24  ("Plaintiffs") and defendants Ancestry.com Operations Inc., Ancestry.com Inc., and

25  Ancestry.com LLC ("Defendants" or "Ancestry") (collectively, the "parties"), by and through

26  their undersigned counsel, hereby stipulate and agree to extend the briefing deadlines associated

27  with Plaintiffs' Rule 60(b)(6) Motion for Relief From Final Order (Dkt. 194). The requested

28

extension is necessary and there is good cause for the extension, as set forth below. This is the first request for an extension of the briefing schedule related to this motion and is sought in good faith and not for purposes of causing any undue delay.

WHEREAS, on May 8, 2025, plaintiffs filed a Rule 60(b)(6) Motion for Relief From Final Order (Dkt. 194);

WHEREAS, under the local rules, defendants' response is due May 22, 2025;

WHEREAS, the parties conferred and agreed that, due to holidays and out of office schedules, the deadline for defendants' response should be extended to June 6, 2025;

WHEREAS, good cause exists as required by L.R. 26-3 to grant this brief extension of the briefing schedule for this motion given the unavailability of defendants' counsel and their staff due to their out of office schedules, including the Memorial Day holiday, because this request will not affect any other case deadlines.

WHEREFORE, the parties hereby seek an Order of this Court extending the deadline for defendants to respond to Plaintiffs' Rule 60(b)(6) Motion for Relief From Final Order to June 6, 2025.

Dated: May 15, 2025

<table>
<tr><td>/s/ Raina C. Borrelli</td><td>/s/ Shon Morgan</td></tr>
<tr><td>Raina C. Borrelli (pro hac vice)</td><td>Shon Morgan (<em>Pro Hac Vice</em>)</td></tr>
<tr><td>Samuel J. Strauss (pro hac vice)</td><td>shonmorgan@quinnemanuel.com</td></tr>
<tr><td>Alex Phillips (pro hac vice)</td><td>John W. Baumann (<em>Pro Hac Vice</em>)</td></tr>
<tr><td>STRAUSS BORRELLI PLLC</td><td>jackbaumann@quinnemanuel.com</td></tr>
<tr><td>One Magnificent Mile</td><td>Cristina Henriquez (<em>Pro Hac Vice</em>)</td></tr>
<tr><td>980 N Michigan Avenue, Suite 1610</td><td>cristinahenriquez@quinnemanuel.com</td></tr>
<tr><td>Chicago IL, 60611</td><td>QUINN EMANUEL URQUHART &amp;</td></tr>
<tr><td>Telephone: (872) 263-1100</td><td>SULLIVAN, LLP</td></tr>
<tr><td>Facsimile: (872) 263-1109</td><td>865 South Figueroa Street, 10th Floor</td></tr>
<tr><td>raina@straussborrelli.com</td><td>Los Angeles, California 90017</td></tr>
<tr><td>sam@straussborrelli.com</td><td>Telephone: (213) 443-3000</td></tr>
<tr><td>aphillips@straussborrelli..com</td><td>Facsimile: (213) 443-3100</td></tr>
</table>

1  Miles N. Clark (SBN 13848)
   Miles.Clark@knepperclark.com
2  KNEPPER & CLARK LLC
   5510 So. Fort Apache Rd, Suite 30
3  Las Vegas, NV 89148
   Telephone: (702) 856-7430
4  Facsimile: (702) 447-8048

5
   Michael F. Ram (*Pro Hac Vice*)
6  Marie N. Appel (*Pro Hac Vice*)
   MORGAN & MORGAN COMPLEX
7  LITIGATION GROUP
   711 Van Ness Avenue, Suite 500 San
8  Francisco, CA 94102
   Telephone: (415) 358-6913
9  Facsimile: (415) 358-6293
   Email: MRam@forthepeople.com
10 Email: MAppel@forthepeople.com

11
   Benjamin R. Osborn (*Pro Hac Vice*)
12 102 Bergen Street Brooklyn, NY 11201
   Telephone: (347) 645-0464
13 Email: Ben@benosbornlaw.com

14
15 *Attorneys for Plaintiff and the Proposed Class*

COHEN-JOHNSON, LLC
H. Stan  Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

*Counsel for ANCESTRY.COM OPERATIONS
INC., ANCESTRY.COM INC., and
ANCESTRY.COM LLC*

16
17                    **ORDER APPROVING STIPULATION**

18                            **IT IS SO ORDERED.**

19

20

21

22                    UNITED STATES DISTRICT JUDGE

23

24                            May 15, 2025

25                                DATED

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I, Shon Morgan, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15th day of May, 2025.


By:  */s/ Shon Morgan*
Shon Morgan