Miles N. Clark (SBN 13848)
Miles.Clark@knepperclark.com
LAW OFFICES OF MILES N. CLARK, LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 552-2370

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

COHEN-JOHNSON, LLC
H. Stan Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

[Additional Counsel Appear on Signature Page]

*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY SESSA and MARK SESSA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,

Defendants.

Case No. 2:20-cv-02292-GMN-BNW

**JOINT STATEMENT REGARDING AMENDED DISCOVERY PLAN AND AMENDED SCHEDULING ORDER**

Judge Gloria M. Navarro

Magistrate Judge Brenda Weksler

The parties submit this joint statement pursuant to the Court's March 31, 2026 order requesting an amended discovery plan and scheduling order.  ECF 202.

On May 23, 2022, the Court entered the original scheduling order in this matter.  ECF 64. The Court subsequently amended certain dates pursuant to the parties' stipulations.  ECF 88 (extending fact discovery deadline to November 15, 2022); ECF 99 (extending class certification deadline to December 6, 2022); ECF 117 (extending deadlines for the opposition to class certification and reply in support to February 2, 2023 and March 2, 2023, respectively); ECF 131

(setting deadlines for opposition to Ancestry's motion to exclude plaintiff's expert [March 2, 2023], reply in support of Ancestry's motion to exclude plaintiff's expert [March 16, 2023], opposition to Ancestry's summary judgment motion [March 16, 2023], and reply in support of Ancestry's summary judgment motion [April 6, 2023]).

Prior to the Court's January 17, 2024 (ECF 170) and February 12, 2025 (ECF 193) orders dismissing the action and the March 3, 2026 (ECF 201) order granting relief from final judgment due to intervening change in law  —and pursuant to the previous scheduling orders—the following had already occurred:

- The parties completed fact discovery on November 15, 2022;
- Plaintiffs filed their motion for class certification (ECF 103), defendants filed their opposition (ECF 128), and plaintiffs filed their reply (ECF 133);
- Defendants moved for summary judgment (ECF 127), plaintiffs filed their opposition (ECF 136), and defendants filed their reply (ECF 145);
- Defendants moved to exclude plaintiffs' expert pursuant to Federal Rule of Evidence 702 (ECF 124), plaintiffs filed their opposition (ECF 134), and defendants filed their reply (ECF 139).

The parties have conferred and agreed the most efficient path forward would be to renew these fully-briefed but not-yet-decided motions for class certification, summary judgment, and to exclude plaintiff's expert.

The parties have further agreed, subject to order of the Court, to submit optional supplemental briefs in support of the motions for class certification and summary judgment to apprise the Court of any legal updates since the time the briefing was previously completed.  To that end, the parties propose the following schedule:

- Plaintiffs shall file any supplement in support of their motion for class certification, not to exceed ten pages, by June 5, 2026;
- Defendants shall file any supplement in support of their motion for summary judgment, not to exceed ten pages, by June 5, 2026;

JOINT STATEMENT REGARDING AMENDED DISCOVERY PLAN AND [PROPOSED] AMENDED SCHEDULING ORDER
(Case No. 2:20-cv-02292-GMN-BNW)

- Defendants shall file any response to plaintiffs' supplement, not to exceed ten pages, by June 19, 2026.
- Plaintiffs shall file any response to defendants' supplement, not to exceed ten pages, by June 19, 2026.

Following completion of this supplemental briefing, briefing on the pending motions will be complete and the motions will be ripe for resolution by the Court, subject to any hearing the Court chooses to hold on any of the motions.

The parties further propose to confer and submit a proposed schedule for any remaining case deadlines within 30 days of the Court's resolution of these motions.

Dated: April 28, 2026

/s/ Raina C. Borrelli
Raina C. Borrelli (*Pro Hac Vice*)
Samuel J. Strauss (*Pro Hac Vice*)
Alex Phillips (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com
aphillips@straussborrelli.com

Miles N. Clark (SBN 13848)
Miles.Clark@knepperclark.com
**KNEPPER & CLARK LLC**
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048

Michael F. Ram (*Pro Hac Vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

/s/ Shon Morgan
Shon Morgan (*Pro Hac Vice*)
shonmorgan@quinnemanuel.com
John W. Baumann (*Pro Hac Vice*)
jackbaumann@quinnemanuel.com
Cristina Henriquez (*Pro Hac Vice*)
cristinahenriquez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**COHEN-JOHNSON, LLC**
H. Stan  Johnson, Esq. (SBN: 0265)
(sjohnson@cohenjohnson.com)
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone : (702) 823-2500
Facsimile : (702) 823-3400

*Counsel for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC*

JOINT STATEMENT REGARDING AMENDED DISCOVERY PLAN AND [PROPOSED] AMENDED SCHEDULING ORDER
(Case No. 2:20-cv-02292-GMN-BNW)
3

711 Van Ness Avenue, Suite 500 San
Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
Email: MRam@forthepeople.com
Email: MAppel@forthepeople.com

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen Street Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: Ben@benosbornlaw.com

*Attorneys for Plaintiff and the Proposed Class*

## ORDER APPROVING STIPULATION

### IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May 5, 2026
_____
DATED

JOINT STATEMENT REGARDING AMENDED DISCOVERY PLAN AND [PROPOSED] AMENDED SCHEDULING ORDER

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 28th day of April, 2026.

STRAUSS BORRELLI PLLC

By: /s/ Raina C. Borrelli
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

JOINT STATEMENT REGARDING AMENDED DISCOVERY PLAN AND [PROPOSED] AMENDED SCHEDULING ORDER
(Case No. 2:20-cv-02292-GMN-BNW)
5